UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Phillip Thomas Cason
D.C.D.C 196-242
1901. E st. SE.
Washington. D.C.
(Enter your full name, prison number and address)

v.

The Department
of Corrections
1901. D. St. SE     → 1901. D. St. SE.
Washington. D.C.
(Enter the full name and address(es), if know, of the defendant(s) in this action)

CASE NUMBER   1:06CV00446

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 03/10/2006

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $250.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The

RECEIVED
FEB 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you must submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I.   **SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.  **PREVIOUS LAWSUITS**

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )   No (✓)

C.   If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit.

        Plaintiffs: _____

        Defendants: _____

   2.   Court (If federal court, please name the district; if state court name the county.)
        _____

   3.   Docket number: _____

   4.   Name of judge to whom case was assigned: _____

   5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still

pending?) _____
_____

6. Approximate date of filing lawsuit: _____
_____

7. Approximate date of disposition: _____
_____

III. **PLACE OF CONFINEMENT** Department of Corrections 1901. D. St. SE Washington. D.C. 2003. Right now I'm housed at CCA / 1901. E. St. SE.

A. Is there a prisoner grievance procedure in this institution? Yes (✓)   No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes (✓)   No (~~~~)

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? To Administrator 4-05

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (✓)   No (~~~~)

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) D.C. Jail again havent act on the grievance I filed 3-12-05

4. What happened as a result of your complaint? Little or nothing at all

D. If your answer is No to Question III B, explain why not. _____
_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes (✓)   No ( ) Excuse No

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? I Complained to Clf. Brooks the officer that was on duty. Yes I complained to Clf Mrs. Brooks, She was the officer on Duty at time of incident.

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    Yes (L)    No

3. What, if any response did you receive? (Furnish copy of response, if in writing.) I've been waiting on a copy from D.C. Jail there not responding.

4. What happened as a result of your complaint? Here is there response

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Phillip Thomas Cason 196-242
   Address: 1901 E. St. SE. Washington. D.C.

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: D.C. Department of Corrections
   Address: 1901 D. St. SE Washington. D.C.

   Defendant: Armark food Service incorporated
   Address: 1901. D. St. SE. Washington. D.C.

   Defendant: CCA-Correction Coperation of America
   Address: 1901. E. St. SE. Washington. D.C.

   Defendant: Contracted Medical Staff of the Department of Corrections
   Address: 1901. D. St. SE. Washington. D.C.

V. **STATEMENT OF CLAIM**

State here briefly as possible the facts of your case. Describe how each defendant is involved.

See Medical Records
I was wrongfully diagnosed by Medical Staff D.C. Jail.

Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

D.C. Jail Medical staff
CCA Medical Staff
The Warden of D.C. Jail
The Warden of CCA
Aramark Kitchen Services
And the D.C. Government.

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

I'm looking forward that the court will help me with my suit against these people's.

Signed this __1__ day of __14__, __06__.

_Phillip & Cason_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1-14-06
(Date)

_Phillip & Cason_
(Signature of Plaintiff)

n:\Forms\42 USC 1983

Grievance No.: 54                                    Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): CASON    PHILLIP
              Last Name  First          Middle Initial

Number: 196-242    Housing Assignment: E2-A

INFORMAL RESOLUTION ATTEMPTED?   Yes _____   No _____
NAME OF STAFF CONTACTED _____

**STATE GRIEVANCE** (include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

On 3-12-05 while working kitchen detail at the D.C. Jail. A cleaning agent called lime-away got into my right left eye. That hospitalized me for 5 day's. The D.C. Jail sent me over here on 3-15-05. Into the contamination room. Because they said I had herpies. Once over here I was without

**Requested Action**

Inmate/Resident's Signature: _____    Date Submitted: _____

**GRIEVANCE OFFICER'S REPORT** According to CCA Grievance Time Guidelines policy 14-5.5 Inmate must file the grievance within 7 days of the alleged incident.

**GRIEVANCE OFFICER'S DECISION** Grievance denied

Grievance Officer's Signature: _____    Date: 10/1/05
Inmate/Resident's Signature (upon receipt): X    Date: _____

APPEAL: Yes ____ No ____   STATE REASON (S) FOR APPEAL: _____

06 0446

**WARDEN/ADMINISTRATOR'S RESPONSE**

FILED
MAR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt) _____    Date: _____

Revised 02-01-02

#599

Medical care for 2 days, while being in the contamination housing unit. Once I got released from greater Southeast hospital, I got released around 2 weeks later. That left me without time to file a grievance for my injury. Also the D.C. jail didn't fill out a injury report, that I found out. At the time I was working in the kitchen 3rd shift Corporal Brooks, was working. She should have filled out an injury report, but she didn't.

Phillip Cason

196-242

| Facility Nbr | Agency Nbr | Full Name | | Active | 10:46:41 AM |
|---|---|---|---|---|---|
| 196242 | 196242 | Carson, Phillip T | | | |
| Class Code | | Housing Loc. | | | |
| SENT | | E2A-30 | | | |



Admit/Release Transaction List

| (untitled) | (untitled) | (untitled) | (untitled) |
|---|---|---|---|
| 07/03/2005 | 06:00 | INIT | DCDC |
| 03/25/2005 | 12:30 | OPER | |
| 03/22/2005 | 21:50 | INIT | DCDC |
| 03/19/2005 | 00:01 | OPER | |
| 03/15/2005 | 14:30 | INIT | DCDC |
| 09/30/2003 | 07:30 | OPER | |
| 06/20/2003 | 10:10 | INIT | DCDC |

Delete Flag N  CTF14781