IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, DCDC #196-242<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>DC DEPARTMENT OF<br>CORRECTIONS, et al.<br><br>　　　　　　　　Defendants. | Civil Action 1:06-cv-0446 (RMC) |

## ORDER GRANTING MOTION TO DISMISS

UPON CONSIDERATION of Defendant Corrections Corporation of America's Motion to Dismiss, and any opposition thereto, it is this _____ day of _____, 2006 hereby, ORDERED, that Defendant's Motion to Dismiss is granted.

It is further ORDERED that Plaintiff's Complaint against Defendant Corrections Corporation of America is dismissed, with prejudice.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge, United States District Court