**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHILLIP T. CASON, DCDC #196-242<br><br>                          Plaintiff,<br>   v.<br><br>DC DEPARTMENT OF<br>CORRECTIONS, et al.<br><br>                    Defendants. | Civil Action 1:06-cv-0446 (RMC) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

     I, the undersigned, counsel of record for Corrections Corporation of America, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Corrections Corporation of America which have any outstanding securities in the hands of the public:

     None.

These representations are made in order that judges of this court may determine the need for recusal.

                                      CORRECTIONS CORPORATION OF AMERICA
                                      By Counsel

                                      By:        /s/ Rebecca E. Kuehn
                                                   Counsel

Rebecca E. Kuehn (D.C. Bar No. 447481)
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2006, a true and accurate copy of the foregoing was mailed, to:

Phillip T. Cason, #196-242
1901 E Street, S.E.
Washington, D.C. 20003
Plaintiff, pro se

_____/s/ Rebecca E. Kuehn_____
Rebecca E. Kuehn