IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, DCDC #196-242<br><br>            Plaintiff,<br><br>    v.<br><br>DC DEPARTMENT OF<br>CORRECTIONS, et al.<br><br>            Defendants. | Civil Action 1:06-cv-0446 (RMC) |

ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enters his appearance as counsel for Defendant, Corrections Corporation of America.

The firm address, telephone and facsimile numbers, as well as e-mail address for Kelvin L. Newsome is as follows:

> Kelvin L. Newsome, Esq.
> LeClair Ryan
> 999 Waterside Drive, Suite 2525
> Norfolk, VA  23510
> Telephone No.:  (757) 441-8938
> Facsimile No.:   (757) 441-8988
> kelvin.newsome@leclairryan.com

>                                              Respectfully submitted,
>
>                                              LECLAIR RYAN
>
>
>                                              _____/s/_____
>                                              Kelvin L. Newsome (D.C. Bar No. 439206)
>                                              LeClair Ryan
>                                              999 Waterside Drive, Suite 2525
>                                              Norfolk, VA  23510
>                                              Telephone No.:  (757) 441-8938
>                                              Facsimile No.:   (757) 441-8988

          Daniel P. Struck (D.C. Bar No. CO0037)
          Jones, Skelton & Hochuli, P.L.C.
          2901 North Central Avenue
          Suite 800
          Phoenix, AZ  85012
          (602) 263-7323

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 4th day of May, 2006, a true and accurate copy of the foregoing was mailed, to:

        Phillip T. Cason, #196-242
        1901 E Street, S.E.
        Washington, D.C. 20003
         Plaintiff, pro se


        _____/s/_____
          Kelvin L. Newsome