IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, DCDC #196-242<br><br>        Plaintiff,<br>v.<br><br>DC DEPARTMENT OF<br>CORRECTIONS, et al.<br><br>        Defendants. | Civil Action 1:06-cv-0446 (RMC) |

## NOTICE OF WITHDRAWAL

Please take notice that Rebecca E. Kuehn of LeClair Ryan, A Professional Corporation hereby withdraws as counsel for Defendant Corrections Corporation of America in the above-captioned matter as she is taking a position with the federal government.

Dated this 4th day of May 2006.

              _____/s/_____
              Rebecca E. Kuehn (D.C. Bar No. 447481)
              LECLAIR RYAN, A PROFESSIONAL CORPORATION
              225 Reinekers Lane, Suite 700
              Alexandria, Virginia 22314
              Telephone: (703) 684-8007
              Facsimile: (703) 684-8075

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2006, a true and accurate copy of the foregoing was mailed, to:

Phillip T. Cason, #196-242
1901 E Street, S.E.
Washington, D.C. 20003
Plaintiff, pro se

_____/s/ Rebecca E. Kuehn____
Rebecca E. Kuehn