IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, DCDC #196-242<br><br>                      Plaintiff,<br>  v.<br><br>DC DEPARTMENT OF CORRECTIONS, et al.<br><br>                      Defendants. | Civil Action 1:06-cv-0446 (RMC) |

ENTRY OF APPEARANCE

      Pursuant to LCvR 83.6, Megan S. Ben'Ary hereby enters her appearance as counsel for Defendant, Corrections Corporation of America.

      The firm address, telephone and facsimile numbers, as well as e-mail address for Megan S. Ben'Ary is as follows:

      Megan S. Ben'Ary
      LeClair Ryan
      225 Reinekers Lane, Suite 700
      Alexandria, VA  22314
      Telephone No.:   (703) 684-8007
      Facsimile No.:   (703) 684-8075
      megan.benary@leclairryan.com

Respectfully submitted,

LECLAIR RYAN

_____/s/  Megan S. Ben'Ary_____
Megan S. Ben'Ary (D.C. Bar No. 493415)
225 Reinekers Lane
Suite 700
Alexandria, VA  22314
Telephone No.:  (703) 684-8007
Facsimile No.:   (703) 684-8075

Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Telephone No.:  (602) 263-7323

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2006, a true and accurate copy of the foregoing was mailed, to:

Phillip T. Cason, #196-242
1901 E Street, S.E.
Washington, D.C. 20003
Plaintiff, pro se

_____/s/ Megan S. Ben'Ary_____
Megan S. Ben'Ary