IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON, D.C. DC # 196-242

      Plaintiff

V.

D.C. DEPARTMENT OF
CORRECTIONS, et al.

      Defendant's

Civil Action No.
1:06-CV-0446
(RMC)

RECEIVED
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Affidavit Rule 56 (F) Extension

Comes Now PHILLIP T. CASON IN PRO Se for Affidavit Rule 56 (F) extension Pursuant federal Rule Civil Procedure, Rule 56 (F) and states the following:

1. I, PHILLIP T. CASON REG. No. 10050-007 is the Plaintiff currently confined at U.S.P. Penitentiary Hazelton, P.O. Box 2000 Bruceton Mills, WV 26525.

2. On January 12th 2006, I was incarcerated at 1901 E. St. SE. Washington. D.C. On that date I received a 78, month sentence. Afterwards I left that facility around the end of March 2006, on a federal transfer. After leaving that facility. I was

then transfered to Oaklahoma, which is a federal transfer facility for the federal Government. I was housed there until the beganing of April. Because Oaklahoma is a transfer facility. Upon my arrival there. I was told defending were I'm to be designated, I'll only be there between 2, to 3, weeks. And that it would'nt be appropeaite for me to receive mail there. Without knowing how long I'll be there, I'll probably be transfered to my destination before getting the opportunity to receive mail at a timely fashion, This is what I was explained to by staff there at the Oaklahoma transfer facility.

3. Also the day of my transfer to Oaklahoma. I was transfered by (Air lift) At that time the United States Marshal's explained to me that I wasn't allowed to carry any type of documents onto the (Air lift) That they would mail them to whatever address I needed them to mail the documents too. At that precise time, the documents that were in my poccession was the responses to the inmate Grievance Procedures that I filed while being housed at the D.C. Jail facility, 1901 D. St. SE. Washington. D.C. zip 20003. Also in my Pocession were the inmate Grievance Procedures that I filed while being housed at CCA-treatment facility, 1901. E. St. SE. Washington. D.C. zip 20003. Unfortunately the address that was given to the United States Marshal's for these documents

to be Mailed too, Have'nt to this date of 5-28-06 arrived there.

4. The Court has ordered me to respond to the Defendants motion to dimiss no later then May 19th 2006 According to the date that the Clerk's office mailed the documents to me at CCA treatment facility, 1901. E. St. SE. Washington. D.C. zip 20003. I was already in route to federal transfer. By the time CCA treatment facility, 1901 E. St SE Washinton D.C. Zip 20003, Sent them back to the Clerk's office, 333 Constitution Ave N.W, return to sender shows it was received April 26, 2005. And remailed May 8th 2006. By the time I received it here at USP Hazelton U.S. Penitentiary P.O. Box 2000, Bruceton Mills WV 26525, Was around the middle of May. I didn't receive these documents in a timely fashion allowing me the knowledge that I had a deadline of such order.

5. Also The Defendant's are asking that the Courts to dimiss my Claim, according to the Judge order. I have'nt received any type of documents or statements from the Defendants as to what grounds there asking the Judge to dimiss on. Therefore I'm respectfully asking that the Courts to Provide me with such statements, and documents in order that I my defend my Claim.

6. Also I've received documents from the Defendant's Correction Corporation Counsel. Requesting that would I'll allow the Defendants authorization to MY Medical records. I've Cooperated with the Defendant's Correction Corporation Counsel to obtain all MY Medical records. It appears that the Defendants Correction Corporation Counsel, is using MY Medical records to there best interest so that the Courts can dimiss MY Claim. Therefore, I'm requesting that the Courts will Provide Me with all MY Medical records, In order that I May Continue to defend MY Claim.

I Plaintiff: PHillip T. Cason, declare under Penalty of Perjury. Rule 56 (F) extension the information therein is true and correct to the best of MY Knowledge. Declaration Pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Execute this 30th day of May, 2006

Respectfully Submitted
PHillip T. Cason
Reg# 10050-007

USP Hazelton
U.S. Penitiary. P.O. Box 2000
Bruceton Mills, WV 26525

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

26525+2000

Philip Cason
R 16650-607
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525



