UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0446 (RMC) |
| D.C. DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Plaintiff Phillip T. Cason requests additional time to reply to Defendant Corrections Corporation of America's motion to dismiss. It is hereby

**ORDERED** that plaintiff's motion for an extension of time [Dkt. #15] is **GRANTED**. It is further

**ORDERED** that plaintiff shall file his opposition or other response to Defendant Corrections Corporation of America's motion to dismiss by **June 30, 2006**. If Plaintiff does not respond in a timely manner, the Court may treat the motion as conceded and summarily dismiss the case. It is further

**ORDERED** that the Clerk of Court shall mail a copy of this Order to: Phillip T. Cason, Fed. Reg. #10050-007, USP Hazelton, P.O. Box 2000, Bruceton Mills, WV 26525.

**SO ORDERED**.

Date: June 9, 2006                                          /s/
                                               ROSEMARY M. COLLYER
                                               United States District Judge

Case 1:06-cv-00446-RMC   Document 16   Filed 06/09/2006   Page 2 of 2