IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PHILLIP T. CASON, DCDC #196-242

                              Plaintiff

V.

DC DEPARTMENT OF
CORRECTIONS, et al.

                              Defendants.

Civil Action
1:06-CV-0446
(RMC)

## OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND FOR SUMMARY JUDGEMENT

COMES NOW PHILLIP T. CASON, in Pro se in opp-
osition OF Defendants Motion To Dismiss And
for Summary Judgement Pursuant F.R.C.P, Rule 12/
Rule 56 (e) and state the following:

**RECEIVED**

## I. Introduction

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On March 12th 2005, I PHILLIP T. CASON, Was
Convicted and sentenced to 180, days in the Court.
While detained at the D.C Jail, 1901 D. St. SE. WAS-
hington D.C. 20003. I was working Kitchen detail
3rd Shift. I was instructed by staff to manually
dip the serving trays that the facility use to

feed the inmate Population with into this Plastic rolling ben. Along with water, was this cleaning agent to sanitize these trays called Lime-away. While working with this cleaning agent. I was not Provided with any skin Protection, or eye Protection, or any type of supervision to instruct me how to work with this dangerous cleaning agent. In fact the only instructions that I received from staff during this time. Was that if I do not obey an direct order from staff by doing as I was told, I'll receive a disllenarary write up and Put in the A.S.U. lock down unit. While Performing my detail, another inmate droped 10. or more trays into this ben while I was bent down looking into this ben Getting more trays out thats been sitting in this ben to be sanitized. Thats when this chemical splashed into my left eye. Shortly after I begain filing a claim against, 1901 D. St SE. Washington. D.C. 20003, The Medical staff there at 1901 D. St. SE. Washington D.C. 20003, which is under a different contract from that facility. For a moneytary value of Two Hundred and fifty thousand dollars each. Also I begain filing a moneytary claim against 1901 E. St. SE CTF Treatment facility, also there Medical staff. For the amount of Two Hundred and Fifty Thousand dollars each. A total of One Million dollars in damages.

Page 1

# A. DELIBERATE INDIFFERANCE - MEDICAL NEGLIGENCE

## Estelle V. Gamble, 50 LE D2D 251, 429 US 97

In the Medical Context, an inadvertent failure by Prison Person to Provide adequate Medical Care for a Prisoner Cannot be said to constitute a wanton infliction of unnecessary pain or to be Relucnant to the Conscience of Mankind in violation of the Cruel and unusual Punishment Clause of the Eighth Amendment, and thus a Complaint that a Physician has been negligent in diagnosing or treating a Medical Condition does not State a valid Claim of Medical Mistreatment under the Eighth Amendment, Since Medical Malpratice does not become a Constitutional Violation Merely because the Victim is a Prisoner Must allege acts or omissions Sufficently harmful to evidence deliberate indifference to Serious Medical needs, it being only Such indifference that Can offend evolving Standards of decency in violation of the Eighth Amendment, The two Pronos Met are objective and Subjective.

## Fact

On March 12th 2005, I was working Kitchen detail 3rd Shift, at 1901 D. St. SE. Washington D.C. 2003 While working there in the Kitchen I substained a injury to the Left eye by a Cleaning agent called

Lime-away. During this time of injury I reported it to staff, that was there in the kitchen at the time. Afterwards I rinsed my eye out with plenty of water. I was told by staff I'll be going to the infirmary for medical treatment later on in the evening, as soon as there's an avalible officer to take me there. Being afraid of loosing my detail Job, and being written up for not obeying a direct order from staff. I continued to obey staff and kept performing my detail position. Later that evening around 12:00 PM Midnight my work shirt was over. I never made it to the infirmary that evening by staff. When I complained to staff that I needed to get to the infirmary. CPL Brooks, whom was on duty at this particular time, called the infirmary and mentioned to me that the Doctor on duty said for me to sign up for sickcall. March 13th 2003, when I awoke that morning for early breakfast, I noticed this burning and running sensation involving my left eye. I mentioned to staff again that I needed to go to the infirmary because this chemical came in contact with my eye there in the kitchen, and it feels is though it's burning my Left eye out. Again I was told by staff to sign up for sickcall. That evening around 4:30 or 5:30 PM I had to go to work. When I got to work the other inmates on the Job noticed that my left eye was in flame, and irritated. Mentioned that I needed to make staff there in the kitchen at the time, to get me up to the infirmary. I immediately went to staff

PG. 3

and Pleaded with them to Get me to the infir-
marary. Staff phoned the infirmarary, the Doct-
or on Duty at this time, Gave staff a reply to
bring me to the infirmarary towards shift change
thats around 12:45 PM Midnight, When I made it
to the infirmarary at that Particular time, The
Doctor on duty looked at my left eye, Gave me
a tube of white Petroleum Jelly, of some sort,
Told me to Put it round my left eye, and sign up
for sickcall, less then two minutes I was back
to my housing unit. March 14th that Sunday early
morning breakfast, my left eye was completely cl-
osed with big, and small bumps around it. And the
Pain from my left eye ball was almost unbearable.
Because this was on a Sunday, staff insisted
that there was no Doctor's there on the weekend,
to sign up for sick call. When I Got to work that
evening around 4:45 or 5:45 PM Sunday, my left eye
was again as stated completely shut, in flames
with big, and small bumps around it. At this Precise
time I was still told by staff there's no Doctors
on duty to sign up for sickcall. March 15th 2005,
the mental health unit there at 1901. D. St SE
Washington. D.C 20003. Called to the housing
unit to send me to there office. Because the do-
ctors are on the same floor, after my business
with mental health services, I took it upon my-
self to stop a Doctor Passing by in my direction
He took me into this room, I explained to him
that this chemical called Limeway splashed

PG 4

into MY left eye While working there in the Kitchen. Thats when this Doctor began looking into this Medical book, trying to see what kind of Chemicals this line-away has in it. By this time a different Doctor comes in the office, Looks at MY left eye, and says, MR Cason, thats not an chemical injury, You've caught Herpies in Your left eye. I'm sorry but we're going to transfere You next door to 1901. E. St. SE Washington.D.C. 20003 CTF Treatment facility, into a isolation room, because we're afraid it will spread to another inmate. When I was placed into this isolation room there at 1901. E. St SE Washington. D.C. 20003 I went 2, or 3, days without Medical treatment Pain Medication, and assistance, after the 3rd day I begged the Doctor to Please send Me to a hospital, My left eye was by then in so Much Pain, I couldn't sleep the whole 3, days in that isolation room. Around March, 19th, 1901 E. St. SE Washington D.C. 20003 CTF Treatment facility, sent Me to Greater-Southeast hospital, I was admitted immediately after explaining to the Doctors that this Chemical Called line-away splashed into MY left eye, they Mentioned to Me that in a few days an eye specialist would be checking to Monitor MY Progress, After around 3 days of I V, Perkasets Pain Pills, the specialist finally came to speak to Me, I explained to the

eye Specialist about this Chemical Called lime-
away that Splashed into my left eye, and that
the Doctors at 1901. D. St SE. WAShington. D.C. 20003
Said that the Chemicals that Splashed into
my left eye wasn't the Cause of this irritation,
instead I Caught Herbies in my left eye, after
explaining this to this eye Specialist at Greater-
Southeast hospital, he mentioned that it was
impossible for me to Catch herpies in my eye,
that the irritation was a result of the Ch-
emical that Splashed into my left eye, and that
I'm fortunate that this Chemical was dialuted,
Or it May have eaten my left eye all the
Way out. After being discharged from Greater-
Southeast Washington hospital, I was given
Pain Medication decribed by Greater Southeast
hospital, and Put back into Population, However
I was fired from my detail Position. As of
this date June 20th 2006, I Suffer from Slite
headaches, Nerves in my left eye Periodically
Jumps, and ache, and also runningness Periodically,
also blurred vision. I Can't afford eye Glasses,
or to Sign up for SickCall, because they Charge
two dollars due to the Inmate CO-Payment
Program Law enacted October 3, 2005.

                                        P. 6 - 6

## FARMER V. BRENNAN, 511 U.S. 525, 837 (1994)

The official Must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he Must also draw the inference, Id Prison officials are not liable for deliberate indifference if: (1) "They were unaware of even an obvious risk to inmate health or safety. (2) "They did not know of the underlying facts indicating a sufficiently substantial danger, (3) "They knew of the underlying facts but believed (albeit unsoundly) that the risk to which the facts gave rise was insubstantial or nonexistent," OR (4) "They knew of a substantial risk to inmate health or safety... [and] responded reasonably to the danger even if the harm was not ultimately averted." Id at 844.

On May 22, 2006, I received some documents from Defendant Corrections Corporation of America, asking Me to release My Medical records to them, I complied and did so, On May 29, 2006, I requested for copies of My Medical records. I was told by the Doctor here at USP Hazelton, US Penitentiary P.O. Box 2000 Bruceton Mills WV, that My Medical records aren't available, because there still in transit.

On May 22, 2006, When I Signed over Medical Records to Defendants Corrections Corporation Council. I Phillip T. Cason # 10050-007 filed Production of Documents Pursuant federal Rule Civil Procedure, Rule 34 to obtain Such verifying evidence,

## Baker V. McCollan 443 U.S. 137 140 (1979)

To State a Cognizable Claim Under the Eighth Amendment, a Plaintiff Must allege acts or Omissions Sufficiently harmful to evidence deliberate indifference.

PG-8

# B. Exhaustion of Administrative Remedies

## Thomas V Woolum; 337 F.3d 720 (6th Circuit)

Congress's Passage of the Prison Litigation Reform Act ("PLRA") was an attempt to curb rampant prison litigation in the federal courts, but it's enactment did not erode the role of the federal courts as indicators of federal rights. The PLRA explicitly requires an inmate seeking to challenge prison conditions in federal court to exhaust any available administrative remedies, but the statute's context does not condition access to the federal courts on satisfying the procedures; and timelines of prison administrators. Thus, this case turns not on whether exhaustion is required, the answer to which is well settled, but on what exhaustion requires. We answer that question in light of Congress's purpose in passing the PLRA and Supreme Court precedent regarding the exhaustion doctrine's oft-stated purpose to give official the first opportunity to address inmate complaints according to their rules and procedures without letting those timetable dictate the outcomes of § 1983 actions. Accordingly, we hold that so long as an inmate presents his or her grievance to prison officials and [appeals] through the

avalible procedures, the inmates has exhausted his or her administrative remedies, and a prison's decision not to address the grievance because it was ultimately under prison rules, shall not bar the federal suit. We also hold, however, that when a grievance does not give prison officials notice of the inmate complaint, the inmates has not met the PLRA's requirements. We therefore affirm the inmate exhausted avalible administrative remedies in this case.

### FACT

While being housed at 1901. D. St S.E. Washington. D.C. 20003, I Phillip T Cason # 10050-007, filed my inmate Grievance procedure to the warden concerning my eye injury, before I received a reply, I was transfered to 1901. E. St. S.E. Washington. D.C. 20003 CTF Treatment facility. Once I arrived there I filed my inmate Grievance procedure against that facility to the warden, because that facility also involves my claim. While being housed at 1901 E. St S.E. Washington. D.C. 20003, CTF Treatment facility I appealed both decisions, one from 1901. D. St S.E. Washington D.C. 20003. The other for 1901 E. St. S.E. Washington D.C. 20003, Before I could receive an response, I was transfered out federal removal,

Pc -10

However the Greivance Procedures that each Facility did resford too, It wasn't Permitted by the United States Marshals' Services during transfering, that I Could keep any documents of any type in MY Pocession, Unfortunately MY Lawyer haven't received them either as of this date 6-20-06, However I've already Sent both Facility freedom of Information act documents to obtain these Greivances procedures, also MY Medical records, in order that I MY have all the information thats necessary on hand in order for me to Protect MY Claim.

The Prison Litigation Reform Act prohibits inmates from Challenging Prison Conditions in Federal Courts, Until they have exhausted their avalible administrative remedies, <u>42 U.S.C. § 1997e</u> (a) There is no doubt that under the PLRA, exhustion by Prisoners is mandatory. See <u>Booth V. Churner, 532 U.S. 731, 739,</u> <u>149 L. Ed. 2d 958, 121 S. CT 1819 2001</u> See also <u>Page V. Torrey</u> 201 F. 3d 1136, 1139 (9th Cir. 1999)(recognizing that exhaustion requirement applies only to those who are "Currently detained" Not former Prisoners and noting agreement of the Second, Seventh, and Eighth Circuits). The

PG - 11

exhaustion requirement ensures that the Jail Prison Systems will have an opportunity to handle Prison Grievance internally Before recourse to the federal Courts becomes avalible. But exhaustion is not the Same as procedurals default, and in Similar State administrative Contexts, the Supreme Court has held that state timelines Cannot foreclose access to federal Courts when Petitioner has exhausted his or her state administrative remedies by bringing a Grievance to the State and Pursuing that Grievance through to the administrative agency's final Ruling.

Wilson V Seiter, 115 LED2D 271, 501 US 294

Thus, as retired Justice Powell has Concluded: "Whether one Characterizes the tretreatment received by [the Prisner] as inhumane Conditions of Confinement, failure to attend to his Medical needs, or a Combination of both, it is appropreiate to apply the deliberate indifference standard articulated in Estelle. Lafaut 834 F. 2d at 391-392. See also Lopez V. Robinson, 194 F. 2d 486, 492 (CA4 1990). Givens V. Jones, 900 F. 2d 1229, 1234 (CA8 1990)

<u>Cortes - Quinones V Jimenez - Nettleship 842 F. 2d 556 [501 US 304] 588 (CA1) Cert denied, 488 US 823, 102 L Ed 2d 45, 109 S Ct 68 (1988)</u>

<u>Morgan V. District of Columbia, 263 US APP DC 69, 77-78, 824 F. 2d 1049, 1057-1058 (1987)</u>

<u>II Conclusion</u>

Grant Plaintiff Opposition To Deffendant's Motion To Dismiss And For Summary Judgement and or alternative In Camera Review to Medical records / court order copy / documentation Provided by evidentiary hearing, etc.

Respectfully Submitted,

Phillip T Cason

Phillip T. Cason
# Reg. 10050-007
USP Hazelton
Official P.O Box 450
Inmate Box 2000
(Skyview)
Bruceton Mills WV.
Zip Code 26525
Date : June 21, 2006

III. CERTIFICATE OF SERVICE

I, Certify the information therein to be
Served on below describe through the United
States Postal Service:

Clerk of Court

Clerk's Office
United States Districk Court
For the District of Columbia
U.S. CourtHouse
333 Constitution Avenue. N.W.
Washington D.C. 20001

Attorney for Defendant's
Corporation of America
1901 E. St. SE.
Washington. D.C. 20003

Date: June 21, 2006          Phillip & Cason
                             In Pro Se

In The United States District Court
For The District Of Columbia

Phillip T Cason DC DC #196·242

                    Plaintiff,

| Civil Action
| 1·06-CV-0446
| (RMC)

V.

D.C. Department Of
Corrections, et al.

                    Defendants

Declaration Of Phillip T. Cason

1. I am the Plaintiff in the above Caption
Style Civil action Currently incarcerated
at United States Penitentiary Hazelton WV.

2. This Law suit Consist of Eighth amendment
Constitutional Violations to the United States.

3. On March 22, 2005 Chemicals labled Lime-away
Splashed in MY left eye I was Ordered to do
work Untrained, no Protective eYeware, Face Mask
or rubber Gloves.

4. Staff employed for 1901 D. St. S.E. Washington
D C. 20003, Delayed Medical attention to Send –

Plaintiff to the infirmarary.

5. After (2) Two days delay I was seen by the facility doctor, who stated that it was herpies that I came in contact with, oppose to the chemical that entered into my left eye.

6. I was placed into a isolation room, away from General Population for (3) days.

7. At this time my left eye had closed completely shut, with large and small bumps around the outter surface.

8. Officials transport me to Greater Southeast hospital, the outside physician stated that the affects of the injury was caused by the chemicals.

9. I was put on I.V. fluids and Perkasets for (5) days at Greater Southeast hospital, after being discharged from Greater Southeast, I additionally was Given IBeproken, eye drops that was order by the Doctor at Greater-Southeast hospital.

10. I exshuasted all avalible administrative remedies under P.L.R.A. and appealed before being transfered out Federal removal from 1901 E. St. SE Washington. D.C. CTF Treatment

facility.

11. I Suffer Blurred Vision, headaches, throbing pain, Constant running of left eye, without the ability to afford Medical treatment on possible permanent injury. I requested a copy for my Medical records from health Care here, and obtain no response. See BP-A148.055, Sep 98, And Custody Senlenced Computation Data attached.

I, PHILLIP T. CASON declare under the penalty of Perjury the information in Opposition to Defendant's Motion to Dismiss and for Summary Judgement and Declaration pursuant is true and Correct to the best of my knowledge. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Execute this 21 day of JUNE 2006.

Phillip J Cason
Signature
# Reg. 10050-007

BP-A148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mrs AMMONS KEC Tech | DATE: 5-23-06 |
|---|---|
| FROM: PHillip T. CASON | REGISTER NO.: 10050-007 |
| WORK ASSIGNMENT: Compond | UNIT: A-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

While answering an appointment there at
the infirmarary. I asked the doctor if I
could receive copie of MY Medical records. I
was told by the doctor, that MY Medical records
we're still in transit. I'M requesting that this
information to be put in writing.

Thank You

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

```
   HAZ2G  540*23 *            SENTENCE MONITORING        *   06-21-2006
PAGE 002            *        COMPUTATION DATA            *   09:01:35
                              AS OF 06-21-2006

REGNO..: 10050-007 NAME: CASON, PHILLIP


-----------------------CURRENT COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 02-16-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-27-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 01-22-2006
TOTAL TERM IN EFFECT............:    78 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS      6 MONTHS
EARLIEST DATE OF OFFENSE........: 10-27-2004

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-27-2004    10-28-2004

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 245
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 11-17-2011
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-19-2012


PROJECTED SATISFACTION DATE.....: 11-17-2011
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: MISDEMEANOR SENTENCE EXPIRED 01-22-06.
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   HAZ2G  540*23 *              SENTENCE MONITORING              *      06-21-2006
 PAGE 001         *             COMPUTATION DATA                 *      09:01:35
                                  AS OF 06-21-2006

 REGNO..: 10050-007 NAME: CASON, PHILLIP


 FBI NO..........: 521484V6              DATE OF BIRTH: 05-26-1961
 ARS1............: HAZ/A-DES
 UNIT............: A                     QUARTERS.....: A01-106U
 DETAINERS.......: NO                    NOTIFICATIONS: NO

 PRE-RELEASE PREPARATION DATE: 05-17-2011

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  11-17-2011 VIA GCT REL

 ---------------------CURRENT JUDGMENT/WARRANT NO: 030 ----------------------

 COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
 DOCKET NUMBER...................: F-6664-04
 JUDGE...........................: CHRISTIAN
 DATE SENTENCED/PROBATION IMPOSED: 01-10-2006
 DATE COMMITTED..................: 02-16-2006
 HOW COMMITTED...................: DC SUPERIOR COURT COMT
 PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
 NON-COMMITTED.: $00.00         $00.00         $00.00       $100.00

 RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

 -----------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  644
 OFF/CHG: 22:2901 ROBBERY

   SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   78 MONTHS
   TERM OF SUPERVISION............:    3 YEARS
   DATE OF OFFENSE................: 10-27-2004







 G0002       MORE PAGES TO FOLLOW . . .
```

```
   HAZ2G  540*23 *          SENTENCE MONITORING          *     06-21-2006
PAGE 003           *          COMPUTATION DATA            *     09:01:35
                              AS OF 06-25-2004
```

REGNO..: 10050-007 NAME: CASON, PHILLIP


```
FBI NO...........: 521484V6          DATE OF BIRTH: 05-26-1961
ARS1.............: HAZ/A-DES
UNIT.............: A                  QUARTERS.....: A01-106U
DETAINERS........: NO                 NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 05-15-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  06-25-2004 VIA MAND PAR

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F3812-93
JUDGE...........................: LOPEZ
DATE SENTENCED/PROBATION IMPOSED: 09-24-1993
DATE WARRANT ISSUED.............: 04-15-2003
DATE WARRANT EXECUTED...........: 04-25-2003
DATE COMMITTED..................: 09-02-2003
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  605
OFF/CHG: SECOND DEGREE BURGLARY - 22-1801 (B)

```
 SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   9 YEARS
 NEW SENTENCE IMPOSED...........:   491 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 04-15-1993
```


G0002      MORE PAGES TO FOLLOW . . .

```
HAZ2G  540*23 *            SENTENCE MONITORING           *     06-21-2006
PAGE 004         *          COMPUTATION DATA             *     09:01:35
                             AS OF 06-25-2004
```

REGNO..: 10050-007 NAME: CASON, PHILLIP


--------------------------PRIOR COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 05-14-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

```
DATE COMPUTATION BEGAN..........: 04-25-2003
TOTAL TERM IN EFFECT............:  491 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    1 YEARS      4 MONTHS      3 DAYS
EARLIEST DATE OF OFFENSE........: 04-15-1993

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    04-24-2003    04-24-2003

TOTAL JAIL CREDIT TIME..........: 1
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 6
TOTAL SGT POSSIBLE..............: 96
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 05-22-2004
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 08-26-2004

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: CONTINUE TO EXPIRATION

ACTUAL SATISFACTION DATE........: 06-25-2004
ACTUAL SATISFACTION METHOD......: MAND PAR
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: PEN

DAYS REMAINING..................: 62
FINAL PUBLIC LAW DAYS...........: 0
```

                10% DATE 04-14-2004
          COMP CERTIFIED BY DC RECORDS CENTER ON 05/17/04.




G0002      MORE PAGES TO FOLLOW . . .

```
  HAZ2G  540*23 *            SENTENCE MONITORING         *    06-21-2006
 PAGE 005           *         COMPUTATION DATA           *    09:01:35
                              AS OF 01-31-2003

REGNO..: 10050-007 NAME: CASON, PHILLIP


FBI NO...........: 521484V6           DATE OF BIRTH: 05-26-1961
ARS1.............: HAZ/A-DES
UNIT.............: A                   QUARTERS.....: A01-106U
DETAINERS........: YES                 NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  01-31-2003 VIA MAND PAR

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F 3812-93
JUDGE...........................: LOPEZ
DATE SENTENCED/PROBATION IMPOSED: 09-24-1993
DATE WARRANT ISSUED.............: 07-09-1998
DATE WARRANT EXECUTED...........: 07-09-1998
DATE COMMITTED..................: 09-07-2001
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $00.00         $00.00         $00.00       $20.00

RESTITUTION...:  PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  605
OFF/CHG: SECOND DEGREE BURGLARY - 22-1801 (B)

 SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  9 YEARS
 NEW SENTENCE IMPOSED...........:  1963 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 04-15-1993




 G0002      MORE PAGES TO FOLLOW . . .
```

```
   HAZ2G  540*23 *              SENTENCE MONITORING          *      06-21-2006
PAGE 006            *           COMPUTATION DATA             *      09:01:35
                                AS OF 01-31-2003
```

REGNO..: 10050-007 NAME: CASON, PHILLIP


--------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-08-2002 AT OTV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

```
DATE COMPUTATION BEGAN..........: 07-09-1998
TOTAL TERM IN EFFECT............: 1963 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    5 YEARS      4 MONTHS    14 DAYS
EARLIEST DATE OF OFFENSE........: 04-15-1993

INOPERATIVE TIME.........: REASON     FROM DATE      THRU DATE
                           ESCAPE     03-13-1999     05-16-1999
                           ESCAPE     09-04-1999     01-12-2000

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 196
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 515
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 01-07-2003
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 06-05-2004

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 01-31-2003
ACTUAL SATISFACTION METHOD......: MAND PAR
ACTUAL SATISFACTION FACILITY....: OTV
ACTUAL SATISFACTION KEYED BY....: AXB

DAYS REMAINING..................: 489
FINAL PUBLIC LAW DAYS...........: 2
```

            7/18/02 CCC FAILURE RMVD FRM COMMUNITY CARE (3CX).
            TAKEN OUT OF CCC EGT EARNING STATUS. RELEASE DT WAS 12/20/02.


G0002       MORE PAGES TO FOLLOW . . .

```
   HAZ2G  540*23 *          SENTENCE MONITORING        *      06-21-2006
PAGE 007 OF 007 *          COMPUTATION DATA           *      09:01:35
                            AS OF 01-31-2003
```

REGNO..: 10050-007 NAME: CASON, PHILLIP

------------------------------ PRIOR DETAINERS: ----------------------------

G0000        TRANSACTION SUCCESSFULLY COMPLETED