IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON DC DC #196-242

V.                          Plaintiff,

DEPARTMENT OF
CORRECTIONS, et al.

                          Defendants

Civil Action
1:06-CV-0446
(RMC)

RECEIVED
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

Come Now PHILLIP T CASON in Pro se pursuant to 28 U.S.C. § 1915 (e) request this Court in Motion for Appointment of Counsel and state the following:

1. Plaintiff is not a lawyer and has never been formally trained in the Law but believes his case involves some substantial questions of law relating to violations of his rights guaranteed by the Constitution.

2. Plaintiff is indigent and by reasons of his poverty is unable to retain counsel whether or not there is no constitutional right to appoint counsel in Civil Cases.

3. Plaintiff express that Counsel can dispute factual evidence within the medical records through an keen eye because the injury I sustained has develope blurred vision.

Therefore, Plaintiff desperately needs the help of a lawyer while enduring pain and suffering to properly analyze what the Court can look for in the "likelihood of merits" determining precise treatment if any from a professional advocate.

## CONCLUSION

Plaintiff seeks appointment of counsel concerning claims that maybe complex to future left eye sight loss and legal basis under review, including not limited, order release of medical records to the Court preparing appointed representation.

Respectfully Submitted,
PHILLIP T. CASON
Reg. No. 10050-007
U.S.P. Hazelton
Official P.O. Box 450
Inmate Box 2000
(Skyview)
Bruceton Mills, WV. 26525
Date: 6-21-06