448180

6-16-05

Mr Anthony Williams

RECEIVED JUN 2005 OFFICE OF RISK MANAGEMENT

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME THIS 23 DAY OF June (YEAR) 2005
Paula Tate NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31ST, 2008

My Commission Expires 7/31/08

This letter is to inform you that I'm Suing the District of Columbia. For a injury to my left eye on March 12th 2005, That left me hospitalized for 5, days. I'm currently incarcerated at the D.C. jail. I haven't at this point been able to find a lawyer whom would pick up this case. But according to Law. A notice is to be Submitted to you within 6, months of the date of my injury. Therefore this is my notice. Thank You Phillip Cason. Phillip Cason