IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, DCDC #196-242,<br><br>        Plaintiff,<br><br> v.<br><br>DC DEPARTMENT OF CORRECTIONS, et al.<br><br>        Defendants. | No. 1:06-CV-0446 RMC |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Jennifer L. Holsman, Esq. (D.C. Bar No. 495296) hereby enters her appearance as counsel for Defendants, *Corrections Corporation of America,* in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Jennifer L. Holsman, Esq. is as follows:

>Jennifer L. Holsman, Esq.
>JONES, SKELTON & HOCHULI, P.L.C.
>2901 North Central Avenue, Suite 800
>Phoenix, Arizona 85012
>Telephone No.: (602) 263-7310
>Facsimile No.:  (602) 651-7507
>E-Mail: jholsman@jshfirm.com

Dated this 3rd day of July 2006.

>Respectfully submitted,
>s/Jennifer L. Holsman
>Jennifer L. Holsman (D.C. Bar No. 495296)
>JONES, SKELTON & HOCHULI, P.L.C.
>2901 North Central Avenue, Suite 800
>Phoenix, Arizona 85012
>Telephone: (602) 263-7323
>Facsimile: (602) 200-7811

        Kevin L. Newsome (D.C. Bar No. 439206)
        Megan S. Ben'Ary (D.C. Bar No. 493415)
        LECLAIR RYAN, A PROFESSIONAL
        CORPORATION
        225 Reinekers Lane
        Suite 700
        Alexandria, Virginia 22314
        Telephone: (703) 647-5928
        Facsimile: (703) 647-5978 (direct)

        Attorneys for Defendants, *Corrections Corporation of America*

**CERTIFICATE OF SERVICE**

This document was electronically filed this 3rd day of July, 2006, with the United States District Court, District of Columbia.  Copies mailed this same date to:

Phillip T. Cason, #196-242
UNITED STATES PENITENTIARY – HAZELTON
Post Office Box 2000
Bruceton Mills, West Virginia 26525


  s/ C.Webb

1651101.1