IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON,

                    Plaintiff,

    v.                                                    No. 1:06-CV-0446 (RMC)

DC DEPARTMENT OF CORRECTIONS, *et al.*,

                    Defendants.

**ORDER DENYING PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL**

        UPON CONSIDERATION of Plaintiff's Motion for Appointment of Counsel,

and Defendant Corrections Corporation of America's Opposition thereto, it is hereby

        ORDERED, this _____ day of _____, 2006, that Plaintiff's Motion for

Appointment of Counsel is denied.


                                        _____
                                        Judge, United States District Court