IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON, DCDC #196-242

        Plaintiff

V.

DC DEPARTMENT OF
CORRECTIONS, et al.

        Defendants.

Motion for An Order Compelling Discovery

Civil Action
1:06-cv-0446
(RMC)

    Plaintiff move this Court for an order Pursuant to Rule 37(a) of the federal Rules of Civil Procedure Compelling

    Defendants, Corrections Corporation of America, failed to Produce:

1. Medical Records.
2. Greivance Documentations.

**RECEIVED**
JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    The written request submitted pursuant to Rule 34 of the federal Rule of Civil Procedure on May 22, 2006, but not yet received the documents.

Plaintiff also Move for an order pursuant to rule 37(a)(4) requiring the aforesaid Defendants to PAY Plaintiff and or the Court the Sum of $500.00 dollars as reasonable expenses in obtaining this Order, On Ground that the Defendants refusal to produce a copy for production of documents, had no substantial Justification.

I, Phillip T. Cason DCDC #196-242 Certified that Plaintiff sought imformation by F.O.I.A., freedom of imformation act, to retreive within this Civil action, prior to any Court intervening so desire.

See attached.

Excute this 5 day of July 2006

Respectfully Submitted
Phillip T Cason
Reg No. 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV
26525

AGENCIES:
( ) United States Parole Commission
( ) Federal Bureau of Investigation
( ) Immigration & Naturalization service
( ) Internal Revenue Service
( ) United States Attorney
( ) Treasury Department
( ) Bureau of Prisons
( ) State Agency
(X) Other: CCA Treatment facility

DIRECT RESPONSE TO:

Name: Phillip T. Cason
Reg. No.: 10050-007
Unit: A 1
Date: 6-5-06

TO: CCA, Treatment facility
1901 E. St SE
Washington D.C
20003

RE: FREEDOM OF INFORMATION ACT
( U.S.C. 552), PRIVACY ACT
(5 U.S.C. 552a (d) (1)) Request:
EXEMPTIONS (5 U.S.C. 552 (6) (C)
(B) (7)). GENERAL ( U.S.C. 552 A
(J) (2)) OR SPECIFIC ( U.S.C.
552 a (k) (2)) NOT APPLICABLE TO
THIS REQUEST.

IDENTIFICATION OF REQUESTER:
NAME: Phillip T Cason
ALIAS: Phillip T Carson
DATE OF BIRTH: 5-26-61
PLACE OF BIRTH: Wash, D.C
F.B.I. NO: 10050-007
SOC. SEC. NO: 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
OTHER:



Right Thumb | Right Index
RT | RI

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 52a (d) (1), and the applicable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungment (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and / or investigatory reports, (3) reports or evidentiary and / or scientific information findings, (4) wants, warrants, and / or detainers, (5) final and closing investigation reports: and (6) any and / or all information, data, or reports not otherwise exempt by statute (5 U.S.C. (66) (c) (b) (7)), (5 U.S.C. 52a (j) (2), (k) (2), or law, Tarlton. v. Saxbe, 507, F.2d. 1116, 165 U.S. App. D.C. 293 (1974), Menard v. Saxbe, 498 F 2d. 1017, 162 U.S. App. D.C. 284 (1974), Sullivan v. Murphy, 478 F. 2d. 938, 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in toto are no longer accorded exempt status unless under the specific exemption noted, and only with reference to specific citation of authority. Paton v. La Prade, 524 F.2d 862, 868-69. (CA3 1975).

"AUTHORIZED BY THE ACT OF July 27, 1955
TO ADMINISTER OATHS (18USC 4004)."

CORRECTIONAL TREATMENT SPECIALIST
DATE 6/5/06

Examples of specific requests:

1). I was working kitchen detail in March, 05 at 1901. D. St SE. Washington D.C. 20003. I had a injury to my left eye. By a chemical called lime-away. I was transfered from 1901 D. St. SE, Washington. D.C, to 1901

2). E. St SE Washington D.C. 20003 Resulting from this injury. And placed there into a comtamination room there at that facility. I filed my inmate greivance prosedure against this facility 1901. E St. SE Washington D.C

3). I was transfered out of 1901. E. St SE Washington D.C in March, 06 federal removal to Bureau of Prisons. My greivance responses from this facility were misplaced by the United States ████ Marshal's Services.

4). Therefore, I'm requesting that 1901 E. St S.E, to send me the responces that this facility has on file
   Thankyou Phillip T Cason

5). Also I'm requesting all my medical records from the begaing of my eye injury as of March 2005. from this facility 1901. E. St. SE. Washington. D.c. 20003

6). _____
   Thankyou Phillip T Cason

(2)

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and / or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within your Agency who released such information, and the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v. La Parde, 524 F.2d 862 (CA3 1975), Tarlton v. Saxbe, 507 F.2d. 1116, 165 U.S. App. D.C. 293 91974), of Linda R.S. v. Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d. 536. (1973).

It is further requested that your Agency provide me with a copy of specific regulations or your Department as provided by statute (5 U.S.C. 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5 U.S.C. 701 et. seq.).

This request is made under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a) (together with the "alternate means of access"), to permit access to records on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by statute (5 U.S.C. (6) (c) (b) (7), 552a (j) (2), (k) (2) or by regulation (Menard v. Mitchell, 430 F.2d. 486, 139 U.S. App. D.C. 113 (1970), Nemetz v. Department of Treasury, 446 F. Supp. 102) I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to identification of source, the permission is granted to Agency to delete source identification ONLY from the material for release. Paton v. LaParde, 524 F. 2d 862 (CA3 1975), Chastain v. Kelly, 510 F. 2d. 1232. I further agree to pay any reasonable costs, or file IN FORMA PAUPERIS if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (1), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regulations, and the date as to when your Agency will be able to act upon request.

                                                    Yours truly,

                                                    *Phillip T. Cason*

Dated: 8-5-06

(3)

U.S. Department of Justice                                      Certification of Identity        

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  _Phillip T. Cason_

Current Address  _USP Hazelton. US Penitentiary P.O. Box 2000. Bruceton Mills WV, 26525_

Date of Birth  _5-26-61_

Place of Birth  _Washington, DC_

Social Security Number [2]  _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_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  _Phillip T Cason_    Date  _6-3-01_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98



AGENCIES:                                                    DIRECT RESPONSE T[...]
( ) United States Parole Commission
( ) Federal Bureau of Investigation                          Name: PHillip CAson
( ) Immigration & Naturalization service
( ) Internal Revenue Service                                 Reg. No.: 1005-007
( ) United States Attorney
( ) Treasury Department                                      Unit: A-1
( ) Bureau of Prisons
( ) State Agency                                             Date: 6-5-06
(X) Other: D.C. Jail

TO: D.C JAIL                                                 IDENTIFICATION OF REQUESTER:
    1901 D. St. SE                                           NAME: Phillip T. CASON
    Washington D.C                                           ALIAS: Phillip T CARSON
    20003                                                    DATE OF BIRTH: 5-26-61
                                                             PLACE OF BIRTH: Wash, D.C
                                                             F.B.I. NO: 10050-007
                                                             SOC. SEC. NO: 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
                                                             OTHER:

RE: FREEDOM OF INFORMATION ACT
( U.S.C. 552), PRIVACY ACT
(5 U.S.C. 552a (d) (1)) Request:
EXEMPTIONS (5 U.S.C. 552 (6) (C)
(B) (7)). GENERAL, ( U.S.C. 552 A
(J) (2)) OR SPECIFIC ( U.S.C.
552 a (k) (2)) NOT APPLICABLE TO
THIS REQUEST.



Right Thumb    Right Index
RT             RI

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 52a (d) (1), and the applicable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungment (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and / or investigatory reports, (3) reports or evidentiary and / or scientific information findings, (4) wants, warrants, and / or detainers, (5) final and closing investigation reports: and (6) any and / or all information, data, or reports not otherwise exempt by statute (5 U.S.C. (66) (c) (b) (7)). (5 U.S.C. 52a (j) (2), (k) (2), or law, Tarlton. v. Saxbe. 507, F.2d. 1116, 165 U.S. App. D.C. 293 (1974). Menard v. Saxbe. 498 F 2d. 1017, 162 U.S. App. D.C. 284 (1974). Sullivan v. Murphy. 478 F. 2d. 938, 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in toto are no longer accorded exempt status unless under the specific exemption noted, and only with reference to specific citation of authority. Paton v. La Prade. 524 F.2d 862, 868-69. (CA3 1975).

_____    _____
CORRECTIONAL TREATMENT SPECIALIST    DATE

"AUTHORIZED BY THE ACT OF July 27, 1955
TO ADMINISTER OATHS (18USC 4004)."

Examples of specific requests:

1). I was working kitchen detail in March, 2005 there at 1901 D. St SE, Washington. D.C 20003 I had a injury to my left eye. By a chemical called Lime-away that lefted me hospitalized for 5, days. I went through the inmate greivance

2). Procedures. I was transfered Federal remove to the Bureau of Prison March, 2006. The United States Marshal's wouldn't allow me to carry my greivances responces from that facility with me. All my copies has been

3). Misplaced by the US Marshal's serveces. Therefore, I'm requesting all copies that this facility has on file.
    Thank you.

4). Also I'm requesting all my medical records from the begashing of my eye injury as of March, 2005. from this facility 1901 D. St. SE Washington D.C 20003.
    Thank you

5). _____

6). _____

(2)

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and / or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within your Agency who released such information, and the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v. La Parde, 524 F.2d 862 (CA3 1975), Tarlton v. Saxbe, 507 F.2d. 1116, 165 U.S. App. D.C. 293 91974), of Linda R.S. v. Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d. 536. (1973).

It is further requested that your Agency provide me with a copy of specific regulations or your Department as provided by statute (5 U.S.C. 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5 U.S.C. 701 et. seq.).

This request is made under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a) (together with the "alternate means of access"), to permit access to records on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by statute (5 U.S.C. (6) (c) (b) (7), 552a (j) (2), (k) (2) or by regulation (Menard v. Mitchell, 430 F.2d. 486, 139 U.S. App. D.C. 113 (1970), Nemetz v. Department of Treasury, 446 F. Supp. 102) I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to identification of source, the permission is granted to Agency to delete source identification ONLY from the material for release. Paton v. LaParde, 524 F. 2d 862 (CA3 1975), Chastain v. Kelly, 510 F. 2d. 1232. I further agree to pay any reasonable costs, or file IN FORMA PAUPERIS if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (1), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regulations, and the date as to when your Agency will be able to act upon request.

                                                          Yours truly,

                                                          Phillip T. Cason

Dated: 6-5-06

U.S. Department of Justice                    Certification of Identity                    

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  **Phillip T Cason**

Current Address  **USP Hazelton, US Penitentiary P.O. Box 2000, Bruceton Mills WV 26525**

Date of Birth  **5-26-61**

Place of Birth  **Washington D.C.**

Social Security Number [2]  **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  **Phillip T Cason**     Date  **6-5-06**

---

Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98

