IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON, DCDC #196-242

        Plaintiff

V.

DC DEPARTMENT OF
CORRECTIONS, et al.

        Defendants

Civil Action
1:06-cv-044
(RMC)

REPLY TO DEFENDANT'S OPPOSITION FOR
APPOINTMENT OF COUNSEL

RECEIVED
JUL 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes Now PHILLIP T. CASON, in Pro se to Reply to Defendant's Opposition for Appointment of Counsel and state the following:

When leave has been Granted Pursuant to 28 U.S.C. § 1915 for a Pro se Plaintiff to Proceed In forma Pauperis, an attorney from the Civil Pro Bono Panel May be appointed to represent him. L.Cv.R. 83.11(b)(3), D.C. In order to Pursue Plaintiff Eighth Amendment Claim this Court can consider appointment of Counsel as to not

discriminate him from effects of his blurred vision, throbbing pain, Constant running Left eye, and suffered headaches (Citing).

Welch v. Moore, U.S. APP. Lexis 19986 (D.C. Cir 1995) Though, after the reported eye injury plaintiff was diagnosis with "far sighted" sight loss, and given prescription glasses. A District of Columbia prisoner alleging that prison authorities deprived him of his federal constitutional rights is not barred by the time limitation after the disability is removed either. D.C. Code Ann. § 12-302 (a)(3). Banks v. Chesapeake & Potomac Telephone Co, 256 U.S. APP. D.C. 22, 802 F.2d 1416, 1421 (D.C. Cir 1986) Statue of limitation are 3 years to an inmates federal civil rights action within D.C., 12-301(8).

Thus, Lamsey v. Department of Justice Federal Bureau of Prison U.S. APP Lexis 37388 (D.C. Cir 1995) request for Counsel and or special prosecutor by a inmate must show disability like Plaintiff for ruling that appointment of Counsel reveal lack of access to Court or other similiar disability. Whitmore v. Arkansas, 495 U.S. 149, 154-56, 165, 109 L.Ed 2d 135, 110 S.Ct 1717 (1990) It is Clear that defendants have in their Possession Plaintiff Medical records with all necessary documatation withheld from disclosure to be release upon preparation on request to appointment of Counsel to facilitate this action. In re Olson, 260 US APP

D.C. 168 (D.C. Cir 1987)

## Conclusion

Since there is no constitutional right for appointment of counsel litigating civil actions unless a form of disability or lack of access to court can prove that this case do have exceptional circumstances which warrants the grant for plaintiff an attorney in reply to defendants opposition for appointment of counsel.

Phillip T Cason - 7-17-06
Respectfully Submitted
Phillip T. Cason
Reg No. # 10050-007
USP Hazelton
U.S. Penitentiary
P.O Box 2000
Bruceton Mills WV
26525