IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON,<br><br>    Plaintiff,<br><br>v.<br><br>DC DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | No. 1:06-CV-0446 (RMC) |

**ORDER DENYING PLAINTIFF'S
MOTION FOR AN ORDER COMPELLING DISCOVERY**

UPON CONSIDERATION of Plaintiff's Motion for an Order Compelling Discovery, and Defendant Corrections Corporation of America's Opposition thereto, it is hereby

ORDERED, this ____ day of _____, 2006, that Plaintiff's Motion for an Order Compelling Discovery is DENIED.

                     _____
                     Judge, United States District Court