UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILLIP T. CASON,<br><br>Plaintiff,<br><br>v.<br><br>D.C. DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0446 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of plaintiff's motion to compel discovery and defendant Corrections Corporation of America's opposition thereto, it is hereby

**ORDERED** that plaintiff's Motion to Compel Discovery [Dkt. #25] is **DENIED WITHOUT PREJUDICE**. The parties shall not engage in formal discovery until ordered to do so by the Court.

**SO ORDERED**.


Date: July 28, 2006                                    /s/
                                                       ROSEMARY M. COLLYER
                                                       United States District Judge