IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON DC DC #196-242

Plaintiff

V

DC. DEPARTMENT OF
CORRECTIONS, et al.

Defendants

Civil Action
1:06-CV-0446

F.R.Civ.P
Rule 6(b)

## EXTENSION OF TIME

Comes Now Phillip T Cason, in Pro Se For Extension of time and state the following:

In Good faith a request "Time to be extended" because Plaintiff lengthly prison lock-down status from July 25, 2006 thru August 1, 2006. Which cause the Operations within United States Penitentiary Hazelton, institution that not allowed copies and Motions mailed on Schedule. See, attached.

RECEIVED

AUG 4 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Respectfully Submitted</u>
Phillip & Cason
REG NO: # 22050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills WV
        26525
July 26, 2006

INSTITUTIONAL UPDATE

TO ALL USP INMATES

Based on an institutional need, inmates within the USP will remain in their cells until the situation is completely resolved. The goal is to open the institution up for the evening meal at approximately 8:30 PM. The goal is to feed the evening meal in the USP dining hall.

As the information on the institution's operation changes, you will be notified.

_____    _____7/25/06_____
Al Haynes, Warden                 Date

INSTITUTIONAL UPDATE

TO ALL USP INMATES

Based on a potentially dangerous device found inside the secure perimeter of the institution, every cell in the USP will undergo a thorough cell search. The goal is to move through the institution in an orderly manner. Inmates will be searched, moved to a recreation yard, and returned to the unit.

The goal is to have the situation resolved by 5:00 P.M. Saturday, July 29, 2006, and to serve the evening meal in the USP Dining Hall. Normal operations would resume on Sunday, July 30, 2006. This would include visitation on Sunday, July 30, 2006.

This plan is tentative, and if any serious issues arise relating to the orderly running of the institution, staff safety, or inmate safety, USP Hazelton will remain on lockdown status. Therefore, your cooperation is required.

As the information on the institution's operation changes, you will be notified.

_____          _7/27/06_____
Al Haynes, Warden                    Date

INSTITUTIONAL UPDATE

TO ALL USP INMATES

We have revised our original plan and expect to complete all the cell searches by 12:30 P.M., Friday, July 28, 2006. The goal is to feed the noon meal after the cell searches are complete in the effected units. The recreation yard will be open for 1 hour for each corridor prior to the 4:00 P.M. count, time allowing. After the 4:00 P.M. count on Friday, we will resume normal operations, except there will be no visitation on Friday, July 28, 2006. On Saturday, July 29, 2006, USP Hazelton will resume normal operations. This includes visitation.

This plan is tentative, and if any serious issues arise relating to the orderly running of the institution, staff safety, or inmate safety, USP Hazelton will remain on lockdown status. Therefore, your cooperation is required.

As the information on the institution's operation changes, you will be notified.

_____         _7/27/06_____
Al Haynes, Warden                         Date

INSTITUTIONAL UPDATE

TO ALL USP INMATES


Due to a serious inmate assault, the USP will remain in lockdown status until further notice. All inmate visiting has been cancelled for the weekend and the telephone information line has been updated.

As the information on the institution's operation changes, you will be notified.

_____          _____7/28/06_____
Al Haynes, Warden                                Date

INSTITUTIONAL UPDATE

TO ALL USP INMATES

On July 31, 2006, the USP will begin the progressive process to resume normal operations. The plan is to allow inmates in the common areas of the units one tier at a time. This plan does not include Unit A1 due to an ongoing investigation.

On August 1, 2006, the plan is to have a delayed morning meal in the USP Dining Hall. After the morning meal, the USP will begin the process of serving the noon meal based on the normal meal rotation, and begin normal operations after the noon meal.

This plan is tentative, and if any serious issues arise relating to the orderly running of the institution, staff safety, or inmate safety, USP Hazelton will remain on lockdown status. Therefore, your cooperation is required.

As the information on the institution's operation changes, you will be notified.

_____
Al Haynes, Warden

_7-31-06_
Date