IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON, DCDC #196-242

    Plaintiff,

V.

DC DEPARTMENT OF
CORRECTION et al.

    Defendants.

Civil Action
1:06-CV-0446
(RMC)

RECEIVED
AUG 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## REPLY TO DEFENDANT'S OPPOSITION FOR MOTION TO COMPEL

Comes Now PHILLIP T CASON, in Pro Se for Reply to Defendants Opposition For Motion to Compel and state the following:

On May 30, 2006 Plaintiff filed Affidavit 56(f) Extension [DKT. 15] that accompanied a Motion for Production of Documents pursuant Federal Rule of Civil Procedure, Rule 34. See, copy attach.

Because Plaintiff is a Prisoner, appearing pro se, Local Rule, L.CV.R.7(m) does not apply. Contact to the motion is made exclusively by the District Court for the District of Columbia.

Respectfully Submitted
Phillip & Cason
REG NO. #10050-007
USP HAzelton
U.S. Penitentiary
P.O Box 2000
Bruceton Mills WV
                26525
July 26, 2006

CERTIFICATE OF SERVICE

I, Certify the information therein to be Served on below describe through the United States Postal Service:

Clerk of Court

Clerk's Office
United States District Court
For the District OF Columbia
U.S. CourtHouse
333 Constitution Avenue N.W.
Washington D.C. 20001

E. Louise Phillips, OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W. Sixth Floor South
Washington, D.C. 20001

E.C.F. Filing to:
ATTORNEYS, Jennifer L. Holsman, Kelvin L. Newsome, Megan Starace Ben'Ary, and; Rebecca Everett Kuehn

Date: July 26, 2006     Phillip + Cason
                        In Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON, DCDC #196-242

        Plaintiff

V.

D.C. DEPARTMENT OF
CORRECTIONS, et al.

Civil Action No.
1:06-CV-0446
(RMC)

### Defendant's

### PRODUCTION OF DOCUMENTS

Comes Now Plaintiff: PHILLIP T. CASON, in Pro se for Production of Documents. Pursuant to Federal Rules of Civil Procedure, Rule 34 and states the following:

Produce and Permit the Party making the request, or someone acting on requestor's behalf, representative inspection and copy.

1. I PHILLIP T CASON # DCDC 196-242, was transfered out of CCA treatment facility during the month of March 2006, on a federal transfer. During that precise time I had in my Pocession my copies of the inmates Grievance refonses that I filed against the D.C.

Jail 1901. D. St SE. Washington. D.C. Zip 20003 Pertaining to a left eye injury that to Me while working kitchen detail at that facility in March, 2005. Also I had in My Pocession at that Precise time. A Copie of the inmate Grievance reponse that I filed against CCA treatment facility, 1901 E. St SE Washington. D.C. Zip 20003. Upon My departure from CCA treatment facility 1901. E. St. SE Washington. D.C. Zip 20003. I was shiped by (Air lift) by the Federal Government. At that Precise time I was told by the United States Federal Marshel's Service. That I wasn't allowed to carry any documents of any type onto the (Air lift) with Me. Instead to Give them an address to were these documents can be Mailed too. As of this date 5-30-06, the address that I gave to the Federal Marshel's Service haven't arrived there. Therefore, I'm respectfully requesting that the courts to contact these 2, facilities to have them send to Me the Copies of there records showing that I in fact took all the right Procedures in filing the inmate Grievances Process.

**2.** Also, the Defendant's Corrections Corporation Counsel. As sent Me Some documents for Me to allow them to have excess to My Medical records. I've complyed allowing them to do so. I do not have Copies of My own Medical

records. And according to the staff here at this facility USP Hazelton, US Penitiary. P.O Box 2000 Bruceton Mills, WV 26525, neither do they have my medical records from the date of my injury of March 2005. They don't have the records from 1901. D. St SE Washington. D.C. Zip 20003. Nor do they have the records from 1901. E St SE. CCA treatment facility Washington. D.C. Zip 20003, were I was housed during time of injury. Nor do they have the medical records from Greater Southeast Hospital, were I was admitted for 5, days as a result of this injury to my left eye. Therefore, I'm respectfully requesting that the Courts to contact these 3, facilities in order that they'll send me all the documents I've mentioned in order that I may defend my claim.

Therefore, within the (30) day period as made applicable under the deposition and discovery rules, a Party who produces documents for inspection shall produce them as they are kept in the usual course of buisness or shall organize and lable them to correspond with the categories in the request.

Respectfully submitted
Phillip T. Cason # 196-242.
USP. Hazelton. US Peni-
tiary. P. O. Box 2000
Bruceton. Mills, WV  26525