In the United States District Court
For the District of Columbia

Phillip T. Cason #196-242

    Plaintiff

V

DC Department of
Corrections, et al.

    Defendants.

Civil Action
1:06-CV-0446
(RMC)

Strike and Waiver F.R.Civ.P. Rule 12 (g),(h)

RECEIVED
AUG 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion To Strike And Default

Comes Now Phillip T Cason, in Pro Se for Motion to Strike And Default and state the following:

On July 26, 2006, Plaintiff received the Docket Report (DKT.) from the District of Columbia Court live database. Which revealed pleadings that Plaintiff did not obtain by D.C. Department of Correction, [DKT. 19] Motion to Dismiss, and [DKT. 20] Motion for Summary Judgment. Nor did Plaintiff obtain the July 5, 2006, order advising to respond from the Honorable Judge Rosemary M. Collyer. These pleadings are piecemeal against a Rule 12 motion under the federal Rules of Civil Procedure, Subdivision (g).

Therefore, Plaintiff move with "Motion To Strike" such Pleadings because certain specific defenses which were available to a party when he made a Preanswer Motion, but which was omitted from the motion, are waived. The waiver reinforces the policy of subdivision (g) forbiding successive motions. <u>Fed. R. Civ. P., Rule 12 (h)</u> Reads Subdivision (h) Called for waiver *** defenses and objections which he [defendant] does not Present *** by Motion *** or, if he has made no motion, in his answer ***.

On April 17, 2006 the Correction Corporation of America responed for defendants in its entirety. Service of Summons and Complaint were served on each defendants, March 27, 2006, answer due April 17, 2006. Thus, ninety (90) days transpired onto June 30, 2006 and the D.C Department of Corrections, default Judgement Pursuant <u>Federal Rule of Civil Procedure, Rule 55</u>

<u>Conclusion</u>

Motion To Strike the D.C. Department of Correction Pleadings and render Default Judgement in behalf of Plaintiff. Additionally, a Rule 34 copy is Provided through this action on Discovery not filed prior by the Court.

<u>Respectfully Submitted</u>

Phillip & Cason
REG NO: #10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills WV
  26525
July 26, 2006

CERTIFICATE OF SERVICE

I, Certify the information therein to be Served on below describe through the United States Postal Service:

Clerk of Court

Clerk's Office
United States District Court
For the District of Columbia
U.S. CourtHouse
333 Constitution Avenue N.W
Washington D.C. 20001

E. Louise Phillips, OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W Sixth Floor South
Washington, D.C. 20001

E.C.F. Filing to:
ATTORNEYs, Jennifer L. Holsman, Kelvin L. Newsome, Megan Starace Ben'Ary, and, Rebecca Everett Kuehn

Date: July 26, 2006        Phillip + Cason
                            In Pro Se