In the United States District Court
For the District of Columbia

Phillip T. Cason DCDC #196-242

    Plaintiff,

V.

DC Department of
Corrections, et al

  Defendants

Civil Action
1:06-CV-0446
(RMC)

Default,
F.R.Civ.P.
Rule 55

RECEIVED
AUG 4 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Judgment of Default

  Comes Now Phillip T. Cason, Plaintiff Pro Se in Judgement of Default and State the following:

  Entry to such motion for Judgment of default can be lodged by the Clerk or Court itself when there is satisfactory evidence from Plaintiff. Which may not be favorable to litigant as toward involvment placed against the United States, an officer or agency unless relief establishes a claim or right.

  Nevertheless, DC Department of Corrections, Armark Food Service Incorporated, and Contracted Medical Staff of the Department of Corrections were served Summons and Service of Complaint

March 27, 2006 With a answer due April 17 2006 but Default Judgment. The Correction Corporation of America respond for defendants in it's entirety.

Respectfully Submitted

Phillip & Cason
Reg No: #10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV
  26525
July 26, 2006

## AFFIANT SUM REQUEST

I PHILLIP T CASON, The Plaintiff hereby duly sworn and deposes a sum computation of Two Hundred and Fifty Thousand dollars (250,000.00) from each Defendant, D.C. Department of Corrections, ARMARK Food Service Incorporation, and Contracted Medical Staff of the Department of Correction in a total amount of Seven Hundred and Fifty Thousand dollars (750,000.00) For Default Judgment.

Declaration Pursuant 28 U.S.C. §1746, title 18 U.S.C. §1621 Under Penalty of Perjury.

/S/ *Phillip T Cason*
PHILLIP T CASON
In Pro Se

Date: 26th day of July, 2006