Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PHILLIP THOMAS CASON
_____

    Plaintiff(s)

    V.                                                           Civil Action No. 06-446 (RMC)

DC DEPARTMENT OF CORRECTIONS, et al.
_____

    Defendant(s)

RE: CONTRACTED MEDICAL STAFF OF THE DEPARTMENT OF CORRECTIONS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 27, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of August, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk