In the United States Court of Appeals
For the District of Columbia
Washington, D.C. Division

Phillip T. Cason
   Plaintiff,

v.

D.C. Department of
Corrections et al.

RMC | Civil Action
1:06-cv-0446
Notice of
Appeal Pursuant
to F.R.App.P 4(a)

## Notice of Appeal

Plaintiff, PHILLIP T. CASON in Pro se files his timely Notice of Appeal Pursuant to Federal Rule of Appellant Procedure 4(a), for two outstanding motions:

1. Production of Documents
   [Undocket] Discovery Request.

2. Motion to Compel
   [DKT. #18] Disclosure.

This case presents an Interlocutory Appeal question on discovery stayed without a motion to stay discovery. Further, it is required to Proceed In Forma Pauperis on denial orders of July 28, 2006.

Execute - 7 Day August 2006.

RECEIVED
AUG 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Phillip T. Cason
Reg No. #10050-007
USP Hazelton, Box 2000
Bruceton Mills, WV.
26525