IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON DC DC #196-242

Plaintiff

V

D.C. DEPARTMENT OF
CORRECTIONS, et al.

Defendant's.

Civil Action
1:06-CV-0446
(RMC)
F.R.C.P.
Rule 62
(a), (d)
and (g)

RECEIVED

AUG 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO STAY PROCEEDINGS

Comes Now PHILLIP T. CASON, in Pro Se for Motion To Stay Proceedings and State the following:

Plaintiff move this Court on Federal Rules of Civil Procedure, Rule 62 (a), (d) and (g) for Automatic Stay - Except as stated herein, no execution shall issue upon a Judgment nor shall proceedings be taken for its enforcement until the expiration of 10 days after its entry, Subdivision (a). Stay upon Appeal - When an appeal is taken the appellant by Giving a bond at or after the time filing the notice of appeal or of procuring the order allowing the appeal, Subdivision (d). Power of Appellate - The provision in this rule do not limit any power of an appellate Court or of a Judge or Justice thereof to Stay proceedings during Pendency of an appeal, subdivision (g).

<u>354 U.S. APP. DC 171:: United States V. Philip Morris, INC:: January 7, 2003</u>

Granting an emergency stay pending expedited appeal of the District Court's discovery orders requiring defendants to produce Medical Records, and Greivance documentations denied without Prejudice.

<u>261 U.S. APP DC 284:: National Foundation For Cancer Research V.A.G. Edward</u>

Motion to Stay the Proceedings pending Resolution on a interlocutory appeal for Motion to Compel in absent of filing production of documents

This Case Presents an Interlocutory Appeal Question on discovery Stayed without a Motion to stay discovery See order attached.

## Conclusion

Plaintiff, Seeks emergency or automatic stay of Proceedings based on Stay to discovery without a motion file to stay his discovery.

DATE: August 7, 2006

Repestfully Submitted
Phillip & Cason
Reg No: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV
26525

## Certificate of Service

I, Certify the information therin to be Served on below describe through the United States Postal Service

Clerk of Court

Clerk's Office
United States District Court
For the District of Columbia
U.S. Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001

E. Louise Phillips, Office of the Attorney General, 441 4th Street, N.W. Sixth Floor South Washington, D.C. 20001.

E.C.F. Filing to:
Attorney's, Jennifer L. Holsman, Kelvin L. Newsome, Megan Starace Ben' Ary, and, Rebecca Everett Kuehn.

Date: August 7, 2000

Phillip & Cason
In Pro Se

CC. DC Court of Appeals.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILLIP T. CASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0446 (RMC) |
| ) | |
| D.C. DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

Upon consideration of plaintiff's motion to compel discovery and defendant Corrections Corporation of America's opposition thereto, it is hereby

**ORDERED** that plaintiff's Motion to Compel Discovery [Dkt. #25] is **DENIED WITHOUT PREJUDICE**. The parties shall not engage in formal discovery until ordered to do so by the Court.

**SO ORDERED.**

Date: July 28, 2006                             /s/
                                               ROSEMARY M. COLLYER
                                               United States District Judge