IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, DCDC #196-242,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DC DEPARTMENT OF CORRECTIONS, ET AL.<br><br>　　　　　　Defendants. | No. 1:06-CV-0446 RMC |

**ORDER DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS**

　　　　UPON CONSIDERATION of Plaintiff's Motion to Stay Proceedings [docket #38] filed on August 10, 2006, and Defendant's Response thereto [docket #39] filed on August 23, 2006,

　　　　IT IS HEREBY ORDERED denying Plaintiff's Motion to Stay Proceedings.


Dated:_____　　　_____
　　　　　　　　　　　　　　　　　　Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　United States District Judge