IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, DCDC #196-242,<br><br>                 Plaintiff,<br>  v.<br><br>DC DEPARTMENT OF CORRECTIONS, et al.<br><br>                 Defendants. | No. 1:06-CV-0446 RMC |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. . CO0037) hereby enters his appearance as counsel for Defendant, *Corrections Corporation of America,* in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

    Daniel P. Struck, Esq.
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue
    Suite 800
    Phoenix, Arizona 85012
    Telephone No.: (602) 263-7323
    Facsimile No.:   (602) 200-7811
    E-Mail: dstruck@jshfirm.com

Dated this 25th day of August, 2006.

                                      Respectfully submitted,

                                      s/ Daniel P. Struck
                                      Daniel P. Struck (D.C. Bar No. . CO0037)
                                      JONES, SKELTON & HOCHULI, P.L.C.
                                      2901 North Central Avenue
                                      Suite 800
                                      Phoenix, Arizona 85012
                                      Telephone: (602) 263-7323
                                      Facsimile: (602) 200-7811

        Kevin L. Newsome (D.C. Bar No. 439206)
        Megan S. Ben'Ary (D.C. Bar No. 493415)
        LeClair Ryan, A Professional Corporation
        225 Reinekers Lane
        Suite 700
        Alexandria, Virginia 22314
        Telephone: (703) 647-5928
        Facsimile: (703) 647-5978 (direct)

        Attorneys for Defendant, *Corrections Corporation of America*

## CERTIFICATE OF SERVICE

This document was electronically filed this 25th day of August, 2006, with the United States District Court, District of Columbia. Copies mailed this same date to:

Phillip T. Cason, #196-242
United States Penitentiary – Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

 s/ Carol S. Madden

1672872.1