# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-7129**  September Term, 2005

06cv00446

Filed On:

Phillip Thomas Cason,
    Appellant

v.

District of Columbia Department of Corrections, et al.,
    Appellees

**ORDER**



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
AUG 2 2 2006
CLERK

Upon consideration of appellant's motion to proceed in forma pauperis, it is

**ORDERED**, on the court's own motion, that appellant's motion be transferred to the United States District Court for the District of Columbia for disposition. It is

**FURTHER ORDERED** that this case be held in abeyance pending the district court's disposition of appellant's motion for leave to proceed on appeal in forma pauperis.

    The Clerk is directed to transmit a copy of this order and the motion to proceed in forma pauperis to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY:  /s/ MaryAnne McMain
MaryAnne McMain
Deputy Clerk