UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| PHILLIP T. CASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0446 (RMC) |
| | ) | |
| D.C. DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Among other parties, plaintiff sues the "D.C. Department of Corrections" ("DOC"). Review of the docket indicates that DOC was served on March 27, 2006, [Dkt. #5] and that its answer was due on April 17, 2006. This matter is before the Court on plaintiff's motion to strike and for default judgment, noting that DOC filed a dispositive motion [Dkt. #19-20] on June 30, 2006, long after its filing deadline had passed.

Under Rule 6 of the Federal Rules of Civil Procedure, "the court for cause shown may at any time in its discretion . . . upon motion made after the expiration of the specified period permit the act to be done where failure to act was the result of excusable neglect." Fed. R. Civ. P. 6(b)(2). In other words, "post-deadline extensions may be granted only 'for cause shown' and 'upon motion.'" *Smith v. District of Columbia*, 430 F.3d 450, 456 (D.C. Cir. 2005) (quoting *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990)). Absent a motion for an extension, this Court has "no basis on which to exercise its discretion," and therefore cannot entertain DOC's motion. *Smith*, 430 F.3d at 457.

1

It is hereby

**ORDERED** that plaintiff's motion to strike [Dkt. #32] is **GRANTED**. DOC's motion to dismiss or, in the alternative, for summary judgment [Dkt. #19-20] is **STRICKEN** as untimely. If DOC wishes to request an enlargement of time and renew its dispositive motion, it must do so within 15 days of entry of this Order, i.e., no later than September 14, 2006. Plaintiff's motion for default judgment [Dkt. #32] is **DENIED** without prejudice. It is

**FURTHER ORDERED** that plaintiff's motion for an enlargement of time [Dkt. #30] to file an opposition to DOC's dispositive motion is **DENIED** as moot.

**SO ORDERED**.

Date: August 30, 2006                                       /s/
                                                  ROSEMARY M. COLLYER
                                                  United States District Judge