IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLLIP T. CASON, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | * Civil Action No.: 1:06-CV-0446 (RMC) |
| | * |
| DC DEPARTMENT OF | * |
| CORRECTIONS, et al., | * |
| | * |
|     Defendants. | * |

## MOTION TO QUASH SERVICE OF PROCESS AND TO VACATE DEFAULT JUDGMENT

This case arises from an alleged injury in the kitchen at the D.C. Jail located at 1901 E. Street, N.E., Washington, D.C. Plaintiff has sued, among other Defendants, ARAMARK Food Service Incorporated. On March 27, 2006, at the D.C. Jail, a United States Marshall served the summons for ARAMARK Food Service, Inc. on Robert Lombardo. See attached Exhibit 1.

On August 8, 2006, this Court entered a default against ARAMARK Food Service Incorporated. ARAMARK Food Service Corporation requests that the summons served upon Robert Lombardo be quashed and that the default be vacated. In support of this Motion, ARAMARK Food Service Corporation would refer the Court to the attached Memorandum of Points and Authorities.

                                                      Respectfully Submitted,

                                                      ANDERSON & QUINN, LLC

                                                        /s/ Robert P. Scanlon
                                                     Robert P. Scanlon, Bar #362660
                                                     The Adams Law Center
                                                     25 Wood Lane
                                                     Rockville, Maryland 20850
                                                     (301) 762-3303
                                                     Attorneys for Defendant ARAMARK
                                                     Food Service Corporation

Certificate of Service

      I HEREBY CERTIFY that on the 7th day of September, 2006, a copy of the foregoing was mailed, postage prepaid, to

Phillip Cason
Reg No: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, West Virginia 26525

Louse Phillips
Office of Corporation Counsel
441 Fourth Street, N.W.
6th Floor South
Washington, DC 20001

    /s/ Robert P. Scanlon
Robert P. Scanlon, Bar #362660

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLLIP T. CASON, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   Civil Action No.: 1:06-CV-0446 (RMC) |
| | * |
| DC DEPARTMENT OF | * |
| CORRECTIONS, et al., | * |
| | * |
| Defendants. | * |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF ARAMARK FOOD SERVICE CORPORATION'S MOTION TO
QUASH SERVICE OF PROCESS AND TO VACATE DEFAULT JUDGMENT**

This case arises from an alleged injury in the kitchen at the D.C. Jail located at 1901 E. Street, N.E., Washington, D.C.  Plaintiff has sued, among other Defendants, ARAMARK Food Service Incorporated.  On March 27, 2006, at the D.C. Jail, a United States Marshall served the summons for ARAMARK Food Service, Inc. on Robert Lombardo.  See attached Exhibit 1.

FRCP 4 (h) (1) provides, in relevant part, that corporations may be served by "delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process . . ." Plaintiff has sued ARAMARK Food Service, Incorporated and a default judgment has been entered against that entity.  Attached hereto as Exhibit 2 is an affidavit from Alexander P. Marino, Vice President of Aramark Food Service Corporation.  As the affidavit indicates, there is no such entity as ARAMARK Food Service, Incorporated.  There is, however, an entity named ARAMARK Food Service Corporation.  Yet, ARAMARK Food Service Corporation is not present at the D.C. Jail.  Rather, a separate and distinct corporation named ARAMARK Correctional Services, Inc. is under contract with the D.C. Department of Corrections to provide food service at the D.C. Jail.  Robert Lombardo, who received the summons, is not an employee

of ARAMARK Food Service Corporation, nor is he an officer, or managing or general agent of that entity.  He is an employee of ARAMARK Correctional Services, Inc., but was not authorized to accept service of process on behalf of ARAMARK Food Service Corporation.

        Respectfully Submitted,

        ANDERSON & QUINN, LLC

        /s/ Robert P. Scanlon
        Robert P. Scanlon, Bar #362660
        The Adams Law Center
        25 Wood Lane
        Rockville, Maryland 20850
        (301) 762-3303
        Attorneys for Defendant Aramark Food Service Corporation

Certificate of Service

I HEREBY CERTIFY that on this 7th day of September, 2006, a copy of the foregoing was mailed, postage prepaid, to

Phillip Cason
Reg No: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, West Virginia 26525

Louse Phillips
Office of Corporation Counsel
441 Fourth Street, N.W.
6th Floor South
Washington, DC 20001

        /s/ Robert P. Scanlon
        Robert P. Scanlon, Bar #362660

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLLIP T. CASON,** | * |
| | * |
|     **Plaintiff** | * |
| | * |
| v. | * Civil Action No.: 1:06-CV-0446 (RMC) |
| | * |
| **DC DEPARTMENT OF** | * |
| **CORRECTIONS, et al.,** | * |
| | * |
|     **Defendants.** | * |

## ORDER

Upon consideration of Defendant's Motion to Quash Service of Process and to Vacate Default Judgment and any opposition thereto, it is hereby

**ORDERED** that Defendant's Motion to Quash Service of Process and to Vacate Default Judgment be and is hereby **GRANTED**.

                                                                                                                                        _____
                                                                                                                                        Honorable Rosemary M. Collyer
                                                                                                                                        United States District Judge

Copies to:

Robert P. Scanlon, Esquire
Anderson & Quinn, LLC
25 Wood Lane
Rockville, MD 20850

Phillip Cason
Reg No: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, West Virginia 26525

Louse Phillips
Office of Corporation Counsel
441 Fourth Street, N.W.
6th Floor South
Washington, DC 20001