# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Phillip T. Cason | 06-0446 RMC |
| DEFENDANT | TYPE OF PROCESS |
| D.C. Dept. of Corrections, et al | Summons in a Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Armark Food Service, Inc

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1901 D Street, SE, Washington, DC 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*RECEIVED 2006 MAR 24 A [illegible] U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA*

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 3/24/06 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Robert Lombardo District Mgr

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-27-06  Time: 3:22 pm

Signature of U.S. Marshal or Deputy: [signature] #5769

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | | | |

REMARKS:

RECEIVED APR 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLLIP T. CASON, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Civil Action No.: 1:06-CV-0446 (RMC) |
| | * |
| DC DEPARTMENT OF CORRECTIONS, et al., | * |
| | * |
| Defendants. | * |

## AFFIDAVIT

I, Alexander P. Marino, am Vice President for ARAMARK Food Service Corporation. Under the penalty of perjury, I do hereby declare the following:

1. I am older than eighteen years of age and am competent to testify to the facts set forth in this affidavit.

2. There exists no entity named ARAMARK Food Service, Incorporated. The proper name of the company is ARAMARK Food Service Corporation.

3. I understand that the above-captioned lawsuit arises from a claim by a prisoner who was incarcerated by the D.C. Department of Corrections, located at 1901 D Street, N.E., Washington, D.C. ("D.C. Jail").

4. ARAMARK Food Service Corporation, a Delaware corporation having its principal place of business at 1101 Market Street, Philadelphia, Pennsylvania

EXHIBIT 2

19107, is not under contract with the D.C. Department of Corrections. Nor does ARAMARK Food Service Corporation have a presence at the D.C. Jail.

5. ARAMARK Correctional Services, Inc., also a Delaware corporation having its principal place of business at 1101 Market Street, Philadelphia, Pennsylvania 19107, is under contract with the D.C. Department of Corrections to provide food service at the D.C. Jail.

6. Mr. Robert Lombardo is an employee of, and the District Manager for, ARAMARK Correctional Services, Inc. He is not an employee or officer of ARAMARK Food Service Corporation. Nor is he a managing or general agent of ARAMARK Food Service Corporation. At the time that he received the summons for the above-captioned case, Mr. Lombardo was not authorized to receive summonses on behalf of ARAMARK Food Service Corporation.

Under the penalties of perjury, I affirm that the foregoing is true and is based upon personal knowledge.

_____
Alexander P. Marino, Vice President, ARAMARK Food Service Corporation