UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, #196-242 )<br>)<br>Plaintiff, )<br>) Civil Action: 1:06-cu-0446 (RMC)<br>v. )<br>)<br>DISTRICT OF COLUMBIA DEPARTMENT )<br>OF CORRECTIONS, *et al.*, )<br>)<br>Defendants. )<br>) | |

**THE DEPARTMENT OF CORRECTIONS' MOTION TO EXTEND TIME,** *NUNC PRO TUNC,* **TO FILE A MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

The District of Columbia Department of Corrections (DOC), through counsel, moves this Honorable Court to grant it an extension of time to file the previously filed motion to dismiss this action, which was filed out of time in error.  As grounds, this the District states, as follows:

1. On August 30, 2006, this Court issued an order granting plaintiff's motion to strike the DOC's motion to dismiss plaintiff's complaint, which was filed based on jurisdictional grounds.  The Court allowed DOC to request an enlargement and renew its motion on or before September 14, 2006.

2. The counsel of record was assigned the matter after the time to file an answer or response to plaintiff's complaint.  Unfortunately, no time for response was calendared, as is the usual custom and practice of the Office of the Attorney General and its Assistants.  When counsel of record realized the oversight, a motion to dismiss was filed without filing requesting leave of court, also in error.

3.   Under Rule 6 of the Federal Rules of Civil Procedure, "the court for cause shown may at any time in its discretion … upon motion made after the time expiration of the specified time period permit the act to be done where failure to act was the result of excusable neglect." Fed. R. Civ. R. 6(b)(2).

4.   Plaintiff will not be prejudiced by this court granting the motion as the DOC filed its motion approximately 2 ½ months after the deadline to respond to the complaint and the Court made plaintiff aware of the time for filing an opposition on July 5, 2006.  In addition, plaintiff is not prejudiced because this court cannot exert jurisdiction over the DOC because it is *non sui juris*.  Additionally, plaintiff failed to file notice of his claim pursuant to D. C. Official Code § 12-309.  The DOC also adopted the arguments made by defendant Corrections Corporation of America (CCA), specifically that plaintiff failed to state a constitutional violation under 42 U.S.C. § 1983, failed to exhaust his administrative remedies as required by 42 U.S.C. § 1997(e), and failed to state a claim upon which relief can be granted.

5.   Plaintiff's response to CCA's dispositive motion was due on April 17, 2006.  On April 19, 2006, the Court entered an order advising plaintiff to respond to CCA's dispositive motion by May 19, 2006.  On June 5, 2006, Plaintiff requested an extension of time to file a response to CCA dispositive motion, out of time.  The plaintiff then filed his opposition to plaintiff's motion on June 26, 2006.  The DOC filed its dispositive motion on June 30, 2006.

6.   Further, plaintiff suffers no prejudice because plaintiff has sued Corrections Corporation of America, the DOC, ARAMARK Food Service Incorporated, and Contracted Medical Staff of the Department of Corrections.  Upon information and

belief, there is no entity entitled Contracted Medical Staff of the Department of Corrections. The medical contractor at the facility in question, at the time in question, is the Center for Correctional Health and Policy Studies (CCHPS).

7. On August 8, 2006, Plaintiff moved to stay proceedings.

8. On August 23, 2006, Plaintiff filed a notice of appeal on issues not related to the claims against the DOC.

9. On September 7, 2006, a motion to quash service of process and to vacate default judgment was filed by ARAMARK Food Service Corporation indicating that the corporate entity under contract to the DOC to provide food service at the D. C. Jail is ARAMARK Correctional Services, Inc. Memorandum of Points and Authorities, p. 1.

For the reasons stated above, the DOC moves this court for permission to file its dispositive motion out of time for good cause shown. The Renewed Motion to Dismiss, or in the Alternative, for Summary judgment and memorandum of points and authorities is attached hereto.

Respectfully Submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

>         /s/
> E. LOUISE R. PHILLIPS [422074]
> Assistant Attorney General
> 441 4th Street, N.W., Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6519, (202) 724-6669
> louise.phillips@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Motion to Extend Time, *Nunc Pro Tunc,* to file Defendant's Motion to Dismiss was mailed, postage prepaid, this 14th day of September, 2006, to:

Phillip Thomas Cason
Thomas P. Cason, *Pro Se*
R10050-007
Hazelton United States Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

>                         By:      /s/
>                         E. LOUISE R. PHILLIPS [422074]
>                         Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, #196-242 | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action: 1:06-cu-0446(RMC) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA DEPARTMENT | ) |
| OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEPARTMENT OF CORRECTIONS' MOTION TO EXTEND TIME, *NUNC
PRO TUNC,* TO FILE A MOTION TO DISMISS, OR IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT**

1. Federal Court Rules of Civil Procedure Rules 6(b).

2. The entire record herein.

3. Lack of prejudice and judicial economy.

        Respectfully Submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of
        Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/_____
        NICOLE L. LYNCH [471953]
        Section Chief
        General Litigation § II

        _____/s/_____
        E. LOUISE R. PHILLIPS [422074]
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, #196-242 | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action: 1:06-cu-0446(RMC) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Upon consideration of **THE DEPARTMENT OF CORRECTIONS' MOTION TO EXTEND TIME, *NUNC PRO TUNC,* TO FILE A MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**, good cause shown, any opposition filed by plaintiff, and the entire record herein, it is this _____ day of _____, 2006

ORDERED: That the Department of Corrections' motion to extend time is granted for good cause shown.

FURTHER ORDERED: The Department of Corrections' Renewed Motion to Dismiss, or in the Alternative, for Summary Judgment is deemed timely filed.

_____
Rosemary M. Collyer
United States District Court Judge

cc:

Phillip Thomas Cason
Thomas P. Cason, *Pro Se*
R10050-007
Hazelton United States Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525