IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON DCDC #196-242

Plaintiff,

V

DC DEPARTMENT OF
CORRECTION'S, et al

DEFENDANTS

Civil Action
1:06-cv-0446
(RMC)

RECEIVED
SEP 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT AND REPLY TO QUASH SERVICE OF PROCESS TO VACATE DEFAULT

Comes Now PHILLIP T. CASON, in Pro Se, in JUDGMENT AND Reply TO QUASH SERVICE OF PROCESS TO Vacate Default and State the following:

This case arises from an left eye injury sustain in the Kitchen at the D.C. Jail located at 1901 D Street, S.E., Washington DC. 20003. Plaintiff sues the DC Department of Corrections, Aramark Food Service Incorporated, Correction Corporation of America and Contracted Medical Staff of the Department of Corrections. As indicated above is the correct address against said defendants served in particular to the Judgment and reply. Whether AraMark Food Service Corporation shall be considered the

parent Company for AraMark Food Service INC. or AraMark Correctional Services, INC., Process of service has been definitly established in the District of Columbia, and it's Principal Place of business located at 1101 Market Street, Philadelphia, Pennsylvania 19107 was affirm by Alexander P. Marino, Vice President, AraMark Food Service Corporation.

Federal Rule of Civil Procedures, Rule 54(c) states:

(c) Demand for Judgment. A Judgment by default shall not be different in kind from or exceed in amount that prayed for in the demand for Judgment. Except as to a party against whom a Judgment is entered by default, every final Judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in the party's pleadings.

Thus, relief from a Motion to Quash Service of Process and to Vacate Default Judgment does not present the Court any possible error to deviate under Fed. R. Civ. P., Rule 60(b) Made appealable because of word terminology. (Incorporate means that an entity is incorporated by and to the corporation). Emphasis ² as to

the defendants responses, Robert Lombardo, District Manager, were in fact served, an entity employee through the parent company identified from attorney Robert P. Scanlon for Aramark Food Service Corporation.

### Conclusion

Plaintiff seeks Entry of Default Judgment in the amount of $250,000.00, Two hundred and fifty thousand dollars/damages. Grant to reply on defendants, Motion to Quash service of Process and to Vacate default Judgment that presents no error with the District Court decision for failure of absolutly no response to Plaintiff action or claims after (90) days of Service[2] from said entities.

Respecfully Submitted
Phillip & Cason
DCDC # 196-242
Ref No: 10050-007
U.S.P. Hazelton Box 2000
Bruceton Mills WV 26525

Footnotes

1. FRCP, Rule 4(h)(1) Provides, in relevant part, that Corporations may be served by " delivering a copy of the summons and of the complaint to an officer, a managing or

General agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorize by statue [28 U.S.C § 1391 (C)] to receive service and the statue so requires, by also mailing a copy to the defendant's.

2. 28 U.S.C. § 1391 (C), For the purposes of venue under this chapter, a defendant that is a Corporation shall be deemed to reside in any judicial district in which it is subject to personal jurisdiction at the time the action is commenced. In a state which has more than one judicial district and in which a defendant that is a Corporation is subject to personal jurisdiction at the time an action is commenced, such Corporation shall be deemed to reside in any district in that state within which it's contacts would be sufficient to subject it to personal jurisdiction if that district were a separate state, and, if there is no such district, the Corporation shall be deemed to reside in the district within which it has the most significant contacts. [ARAMARK Food Corporation liability].

## CERTIFICATE OF SERVICE

I, Certify the information therein to be Served on below describe through the United States Postal Service:

Clerk of Court

Clerk's Office
United States District Court
For the District of Columbia
U.S. Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001

E. Louise Phillips, Office The Attorney General 441th Street, N.W. Sixth Floor South Washington, D.C. 20001

E.C.F. Filing to:
  Attorney's, Jennifer L. Holsman; Kelvin L. Newsome, Megan Starace Ben'Ary, and Rebecca Everett Kuehn; and Robert P. Scanlon

Date: September 11, 2006    Phillip & Cason
                              In Pro Se