IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON DCDC #296-242

Plaintiff

V.

D.C. DEPARTMENT OF
CORRECTIONS, et al,

Defendants

Civil Action
1:06-cv-0446
(RMC)

RECEIVED
SEP 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT AGAINST CONTRACTED MEDICAL STAFF FOR THE DEPARTMENT OF CORRECTIONS

Comes now PHILLIP T. CASON, in Pro Se, in Judgment Against Contracted Medical Staff For the D.C. Department of Corrections. and state the following:

This case arises from an left eye injury sustain in the Kitchen at the D.C. Jail located at 1901 D. St SE Washington D.C. 20003. Plaintiff sues the D.C. Department of Corrections, ARAMARK Food Service Incorporated, Correction's Corporation of America, and Contracted Medical Staff of the Department of Corrections. The Clerk entered default on August 8, 2006 as to defendants Contracted Medical Staff D.C. Department of Corrections. Whether named Center for Correctional Health Policy Studies (CCHPS). liability is appropriate, Pursuant 28 U.S.C. § 1391 (C)

Federal Rule of Civil Procedures, Rule 54(c) states:

**(C) Demand for Judgment.** A Judgment by default shall not be different in kind from or exceed in amount that Prayed for in the demand for Judgment. Except as to a party against whom a Judgment is entered by default, every final Judgment shall grant the relief to which the Party in whose favor it is rendered is entitled, even if the Party has not demanded such relief in the Party's pleadings.

Thus, relief from Contracted Medical Staff DC. Department of Corrections should be granted in it's entirity. The defendants failed to respond to Plaintiff complaint nor attempted to entertain such default Judgment placed against them. Which does not present the Court any possible error to deviate or made appealable under Fed. R. Civ. P. Rule 60(b).

## CONCLUSION

Plaintiff seeks entry of Default Judgment in the amount of 250,000.00 Two Hundred and fifty thousand dollars / damages against Contracted Medical Staff DC. Department of Correction's that presents no error with the District Court decision for failure of

absolutly no response to Plaintiff action or Claims after (90) days of Service to Said entities or Corporation.

Respectfully Submitted
Phillip & Cason
DC DC # 196-242
REG NO: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton. Mills, WV
26525

## CERTIFICATE OF SERVICE

I, Certify the information therein to be served on below describe through the United States Postal Service:

Clerk of Court

Clerk's Office
United States District Court
For the District of Columbia
U.S. Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

E. Louise Phillips, Office of the Attorney General 441th Street, NW Sixth Floor South Washington, D.C. 20001

E.C.F. Filing to:
Attorney's Jennifer L. Holsman, Kelvin L. Newsome, Megan Starace Ben'Ary, and, Rebecca Everett Kuehn, and Robert. P. Scanlon

Date: September 18, 2006      _Phillip & Cason_
                                IN Pro Se