IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Philip T. Cason, #196-242<br><br>        Plaintiff,<br><br>   v.<br><br>District of Columbia, Department of Corrections, *et al.*<br><br>        Defendants. | Civil Action No. 1:06cv00593 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6(b), Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby notifies the Court that he withdraws his appearance as counsel for Defendants in the above-captioned matter.

Dated this 27th day of September, 2006.

Respectfully submitted,

    s/ Daniel P. Struck
Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

Kelvin L. Newsome (D.C. Bar No. 439206)
Megan S. Ben'Ary (D.C. Bar No. 493415)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
Telephone: (703) 647-5928
Facsimile: (703) 647-5978 (direct)

- 2 -

Filed Electronically this 27th day of
September, 2006.

Copy of the foregoing mailed even date to:

Phillip T. Cason, #196-242
UNITED STATES PENITENTIARY – HAZELTON
Post Office Box 2000
Bruceton Mills, West Virginia 26525
Plaintiff *Pro Se*


s/  Carol S. Madden
1685868.1