**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
PHILLIP T. CASON, #196-242                          )
                                                    )
                    Plaintiff,                      )
                                                    )  Civil Action: 1:06-cu-0446(RMC)
          v.                                        )
                                                    )
DISTRICT OF COLUMBIA DEPARTMENT )
OF CORRECTIONS, *et al.*,                           )
                                                    )
                    Defendants.                     )
_____                   )

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please ENTER the appearance of E. Louise R. Phillips,

Assistant Attorney General, Office of the Attorney General, as counsel for defendant Corrections

Corporation of America in the above-captioned matter in SUBSTITUTION for Daniel P. Struck,

Esquire, Jones, Skelton & Hochuli, P. L. C.


                    Respectfully submitted,

                    ROBERT J. SPAGNOLETTI
                    Attorney General for the District of Columbia


                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division


                    _____/s/_____
                    NICOLE L. LYNCH [471953]
                    Section Chief, General Litigation, Section II

BY:     _____/s/_____

         E.LOUISE R. PHILLIPS [422074]
         Assistant Attorney General, D.C.
         Office of Attorney General
         for the District of Columbia
         441 4th Street NW, 6th Floor South
         Washington D.C. 20001
         (202) 724-6519 direct
         (202) 724-6669 main
         (202) 727-0431 fax
         louise.phillips@dc.gov