Let this be
Filed RMColly
9/26/06

# In The United States District Court For The District Of Columbia

PHILLIP T. CASON, DC DC # 196-242

Plaintiff

V

D.C. DEPARTMENT OF CORRECTIONS, et al.

Defendant's

Civil Action
1.06-cv-0446
(RMC)

**RECEIVED**

SEP 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COUNTERCLAIM TO THE DEFENDANTS

Comes now PHILLIP T. CASON, Pro Se in Counterclaim To Defendants and state the following:

Plaintiff hereby move this Court for a Counterclaim against DC DEPARTMENT of Correction's. Pleadings are closed where issue is joined by Service of answer containing no counterclaim. Buggelin & Smith, Inc. V standard Brands, Inc. (1939, DC, NY) 27 F Supp 399. Answer is responsive Pleading to Complaint. Gibson V. Bass River (1979, DC, NJ) 82 FRD 122, 27 FR Serv 2d 307. (CCA, Corrections Corporation Of America were the only defendants that Gave an responsive answer). Thus, DC Department of Correction's failed to Provide their response and CCA, Correction's Corporation Of America never filed a Counterclaim.

Federal Rule of Civil Procedures, Rule 7
Pleadings Allowed; Form of Motions
(a) Pleadings.
(1) There shall be a Complaint (2) an answer;
(3) a reply to (4) a Counterclaim denominated
as such.

Since no reply is required unless answer
Contains Counterclaim denominated as such,
Plaintiff loses no rights by failing to plead
affirmative defense to new matters set out
in answer. Gulf Refining Co. v. Fetschan (1942,
CA6 ohio) 130 F.2d 129, Cert den (1943) 318 US
764, 87 L Ed 1136, 63 S Ct 666.

Obviously by incorporating such allegations
into what is denominated a defense and
Counterclaim, the defendant's may not compel
the Plaintiff to repeat, in negative form in a
reply, the allegations of his complaint, and
hence, conclude that the failure to file a
reply in the instant case does not Constitute
an admission under Rule 7 (a) and 8 (d) F.R.C.P.
but the defendant's here within this civil action
is in violation of 7(a) and 8(d) F.R.C.P. Vevelstad
v. Flynn (1956, CA9 Alaska) 16 Alaska 83, 230 F.2d
695, Cert. den (1956) 16 Alaska 459, 352 US 827,
1 L Ed 2d 49, 77 S Ct. 40. By denying in affir-
mative from allegation of complaint in paper

Styed "Counterclaim" defendant's may not Compel Plaintiff to repeat allegations of his Complaint in negative form in reply. This ruling is in Conformity with the express provision of Rule 8(c), F.R.C.P. as follows:

> When a party has mistakenly designated a defense as a Counterclaim or a Counterclaim as a defense, the Court on terms, if justice so requires, shall treat the pleading as if these had been a proper designation.

Plaintiff need not reply to allegation in defendant's answer not denominated as Counterclaim.

Federal Rule Civil Procedures, Rule 8

(d) Effect of failure to deny.

Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage are admitted when not denied in the responsive pleading. Averments in a pleading to which no responsive pleading is required or permitted shall be taken as dinied or avoided. Campbell V. Campbell (1948, APP DC) 83 US APP DC 237, 170 F2d 809. The defendant's D.C. Department of Correction's made no answer in (90) days

to Plaintiff allegations thereby admitting
it Rule 8 (d) Federal Rule of Civil Proce-
dures, 28 U.S.C.A. PARKER V. District of
Columbia, 271 U.S. APP. D.C. 15 (DC Cir 1988)
States a violation of 42 U.S.C. § 1983 for
failure to adequately train, discipline and
Supervise, Officials in the district of Columbia
who are Sued by Substantive Law.
Monell V NEW YORK City DEPT. of Social Services,
436 US. 658, 691, 56 L Ed. 2d 611, 98 S Ct 2018 (1978)
the Supreme Court held that a Municipality is
liable Under 42 U.S.C. § 1983 only when execution
of it's Policy or Custom, like here Plaintiff bee-
Ced to be taken to Greater Southest hospital
for Perfessional help Causes Plaintiff to Suffer
Constitutional inJurY.

Further, Plaintiff fulfilled the reQuirements
with notice under D.C. official Code § 12-309.
The defendants PreJudice to SuPPly the Court
with one Page of a 3, Page explicite, detailed
and Noterized, blocked out Mandatory Notice
denys this action factual adjudication of info-
rMation within their exclusive Control.

## Conclusion

CounterClaim to the defendants D.C.
Department of Correction's et al.
is placed in closure to these Pro-
ceedings denominated as such under
Rule 8 (c) of F.R.C.P.

Respectfully Submitted
Phillip & Cason
DC DC # 196-242
REG NO: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV
26525

## CERTIFICATE OF SERVICE

I, Certify the information therein
to be Served on below describe
through the United States Postal Service:


CLERK OF COURT

Clerk's Office
United States District Court
For the District of COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE N.W.
WASHINGTON.D.C. 20001

E. Louise Phillips OFFICE OF the
Attorney GENERAL 441th Street,
N.W. Sixth Floor South
Washington, D.C. 20001

E.C.F Filing to:
   Attorney's Jennifer L. Holsman.
Kelvin L. Newsome, Megan Starace
Ben'Ary, and Rebecca Everett Kueh,
and Robert. P Scanlon.


Date: September 18, 2006    Phillip P Cason
                              IN Pro Se