IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, DCDC #196-242<br><br>                          Plaintiff,<br>v.<br><br>DC DEPARTMENT OF<br>CORRECTIONS, et al.<br><br>                          Defendants. | Civil Action 1:06-cv-0446 (RMC) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), please take notice that Kelvin L. Newsome and Megan S. Ben'Ary of LeClair Ryan, A Professional Corporation hereby withdraw as counsel for Defendant Corrections Corporation of America in the above-captioned matter.

Dated this 28th day of September, 2006.

Respectfully submitted,

LECLAIR RYAN

_____/s/_____
Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988

Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Telephone No.:  (703) 684-8007
Facsimile No.:   (703) 684-8075

        Daniel P. Struck (D.C. Bar No. CO0037)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue, Suite 800
        Phoenix, AZ  85012
        Telephone No.:  (602) 263-7323
        Facsimile No.:   (602) 200-7811

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September, 2006, a true and accurate copy of the foregoing was mailed, to:

    Phillip T. Cason, #196-242
    1901 E Street, S.E.
    Washington, D.C. 20003
    Plaintiff, pro se



                Megan S. Ben'Ary