IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Philip T. Cason, #196-242<br><br>    Plaintiff,<br><br>  v.<br><br>District of Columbia, Department of Corrections, *et al.*<br><br>    Defendants. | Civil Action No. 1:06cv00446 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), Jennifer L. Holsman, Esq. (D.C. Bar No. 495296) hereby notifies the Court that she withdraws her appearance as counsel for Defendants Corrections Corporation of America and Dale London in the above-captioned matter.

Dated this 29th day of September, 2006.

Respectfully submitted,

    /s/  Jennifer L. Holsman
Daniel P. Struck (D.C. Bar No. CO0037)
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7310
Facsimile: (602) 651-7507

Kelvin L. Newsome (D.C. Bar No. 439206)
Megan S. Ben'Ary (D.C. Bar No. 493415)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
Telephone: (703) 647-5928

                Facsimile: (703) 647-5978 (direct)

Filed Electronically this 29th day of
September, 2006.

Copy of the foregoing mailed even date to:

Phillip T. Cason, #196-242
UNITED STATES PENITENTIARY – HAZELTON
Post Office Box 2000
Bruceton Mills, West Virginia 26525
Plaintiff *Pro Se*


/s/  Peggy Sue Trakes
1686478.1