# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
PHILLIP T. CASON,                       )
                                        )
             Plaintiff,                 )
                                        )
      v.                                )        Civil Action No. 06-0446 (RMC)
                                        )
D.C. DEPARTMENT OF                      )
CORRECTIONS, *et al.*,                  )
                                        )
             Defendants.                )
_____)

## ORDER

It is hereby

ORDERED that the Department of Corrections' motion for an extension of time [Dkt. #47] is GRANTED. It is further

ORDERED that plaintiff shall file his opposition or other response to defendant the Department of Corrections' motion to dismiss by **November 1, 2006**. If plaintiff does not respond timely, the Court may treat the motion as conceded and summarily may dismiss the case as against the Department of Corrections. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

SO ORDERED.

                              _____/s/_____
                              ROSEMARY M. COLLYER
                              United States District Judge

Date: October 3, 2006