UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON,<br><br>          Plaintiff,<br><br>     v.<br><br>D.C. DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>          Defendants. | Civil Action No. 06-0446 (RMC) |

## ORDER

It is hereby

ORDERED that ARAMARK Food Service Corporation's motions to quash service of process and to vacate default judgment [Dkt. #46] are GRANTED.  The Clerk's Entry of Default as to ARAMARK Food Service Incorporated [Dkt. #34] is VACATED.  It is further

ORDERED that ARAMARK Correctional Services, Inc. shall be substituted for "ARAMARK Food Service Incorporated" as a party defendant to this action.  It is further

ORDERED that the Clerk of Court shall issues a summons for and cause service of the summons and complaint to be effected on defendant ARAMARK Correctional Services, Inc.  It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

SO ORDERED.

Date:  October 3, 2006

                              /s/
ROSEMARY M. COLLYER
United States District Judge