UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, #196-242 ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action: 1:06-cu-0446(RMC) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA DEPARTMENT ) | |
| OF CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THE DEPARTMENT OF CORRECTIONS' RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT AGAINST "CONTRACTED MEDICAL STAFF FOR THE DEPARTMENT OF CORRECTIONS"**

The District of Columbia Department of Corrections (DOC), through counsel, files this response to plaintiff's motion for a default judgment against "Contracted Medical Staff for the Department of Correction," a fictional entity. In his Complaint filed on March 13, 2006, Plaintiff named as a defendant an entity which he entitled "Contracted Medical Staff of the Department of Corrections." No such company or entity exists. On April 3 2006, Plaintiff filed an affidavit of service indicating that he had served the entity at "OSI, Inc.", not the District of Columbia or any District of Columbia agency. (See docket # 8).

On August 4, 2006, Plaintiff moved for default against two of the defendants ARAMARK and the "Contracted Medical Staff of the Department of Corrections," an apparently fictional health care provider. On August 8, 2006, the clerk entered a default against both defendants for whom a default was sought.

On September 14, 2006, in its motion requesting an extension of time to answer the complaint and re-file its June 30, 2006, Motion to Dismiss, or in the Alternative for

Summary Judgment, *nunc pro tunc*, the Department of Corrections indicated that the Center for Correctional Health Policy and Studies (CCHPS) was, upon information and belief, the proper party for any allegations of medical negligence that plaintiff might raise. On September 21, 2006, plaintiff, despite knowledge that the "Contracted Medical Staff of the Department of Corrections" does not exist, and knowledge of the proper party, filed a Motion for Default Judgment.

Fed. R. Civ. P. 4(h)(1) provides, in pertinent part, that corporations may be served by "delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process …." Plaintiff has not done so, and therefore, no entry of judgment may be granted.

WHEREFORE, the Department of Corrections moves this Honorable Court to deny plaintiff's motion for entry of default against a non existent agency.

                                  Respectfully Submitted,

                                  ROBERT J. SPAGNOLETTI
                                  Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General
                                  Civil Litigation Division

                                  _____/s/_____
                                  NICOLE L. LYNCH [471953]
                                  Section Chief
                                  General Litigation § II

                                  _____/s/_____
                                  E. LOUISE R. PHILLIPS [422074]
                                  Assistant Attorney General
                                  441 4th Street, N.W., Sixth Floor South
                                  Washington, D.C. 20001

(202) 724-6519, (202) 724-6669
louise.phillips@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant's Renewed Motion to Dismiss was mailed, postage prepaid, this 3rd day of October, 2006, to:

Phillip Thomas Cason, *Pro Se*
R10050-007
Hazelton United States Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

By: ___/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

THOMAS PHILLIP CASON, # 196-242    )
                                   )
            Plaintiff,             )
                                   ) Civil Action: 1:06-cu-0446(RMC)
    v.                             )
                                   )
DISTRICT OF COLUMBIA DEPARTMENT    )
OF CORRECTIONS, *et al.*,          )
                                   )
            Defendants,            )
_____)

**ORDER**

**UPON CONSIDERATION** of The Department of Corrections' Response to Plaintiff's Motion for Default Judgment, and the entire record herein, it is, this ___ day of October, 2006,

**ORDERED,** that plaintiff's motion for default judgment be, and the same is hereby, DENIED, for the reasons stated in the Department of Corrections' Response.

_____
The Honorable Judge Rosemary M. Collyer
United States District Court for the District of Columbia

Copies mailed to:

Thomas P. Cason, *Pro Se*
R10050-007
Hazelton United States Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

4