UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON, #196-242          )
                                    )
            Plaintiff,              )
                                    ) Civil Action: 1:06-cu-0446(RMC)
     v.                             )
                                    )
DISTRICT OF COLUMBIA DEPARTMENT     )
OF CORRECTIONS, *et al.*,           )
                                    )
            Defendants.             )
                                    )

**THE DEPARTMENT OF CORRECTIONS' RESPONSE TO PLAINTIFF'S
"COUNTERCLAIM TO THE DEFENDANTS"**

The Defendant, District of Columbia Department of Corrections (DOC), through counsel, files this response to plaintiff's "Counterclaim to the Defendants."[1]  On March 10, 2006, plaintiff filed a lawsuit and asserted claims against the DOC and other defendants. On September 29, 2006, plaintiff filed a "counterclaim" against the defendants. (See docket # 52)  In the second paragraph, plaintiff states that he is moving this Court for a "counterclaim" against the DC Department of Corrections.  Therefore, this defendant will respond only as to the DOC.

A counterclaim is a claim for relief asserted against an opposing party after an original claim has been made.  Black's Law Dictionary (7th edition).  Under this definition, plaintiff cannot assert a counterclaim and this filing should be struck from the record.

If the Court considers granting plaintiff the right to assert a counterclaim against the DOC, the DOC is entitled to the defenses that it has already filed in its Motion to Dismiss.

---

[1] This response is filed on behalf of the above defendants, because this defense counsel does not represent ARAMARK Food Service Incorporated, and "Contracted Medical Staff for the Department of Corrections" is a non-entity.  Plaintiff does not appear to be filing any counterclaim against the Corrections Corporation of America, (CCA), except in the title which appears to include all defendants.

Thus, the DOC reiterates its grounds to dismiss the action and/or counterclaim, as follows:

1) The District of Columbia Department of Corrections is *non sui juris.*

2) Plaintiff failed to comply with the mandatory requirements of D. C. Official Code § 12-309.

3) The DOC adopts the arguments made by defendant Corrections Corporation of America (CCA), specifically that plaintiff failed to state a constitutional violation under 42 U.S.C. § 1983, failed to exhaust his administrative remedies as required by 42 U.S.C. § 1997(e), and failed to state a claim upon which relief can be granted.

4) The DOC incorporates its Memorandum of Points and Authorities herein with this reference as filed in docket # 19 and docket # 47.

WHEREFORE, the Department of Corrections moves this Honorable Court to deny or dismiss plaintiff's counterclaim against the DOC and dismiss plaintiff's complaint against the DOC for the reasons stated in its Motion to Dismiss.

    Respectfully Submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____/s/_____
    NICOLE L. LYNCH [471953]
    Section Chief
    General Litigation § II

                                              /s/
                              E. LOUISE R. PHILLIPS [422074]
                              Assistant Attorney General
                              441 4th Street, N.W., Sixth Floor South
                              Washington, D.C.  20001
                              (202) 724-6519, (202) 724-6669
                              louise.phillips@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant's Renewed Motion to Dismiss was mailed, postage prepaid, this 5th day of October, 2006, to:

Phillip Thomas Cason, *Pro Se*
R10050-007
Hazelton United States Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525


                              By:      /s/
                                 E. LOUISE R. PHILLIPS [422074]
                                 Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS PHILLIP CASON, # 196-242 )<br>)<br>Plaintiff, )<br>) Civil Action: 1:06-cu-0446(RMC)<br>v. )<br>)<br>DISTRICT OF COLUMBIA DEPARTMENT )<br>OF CORRECTIONS, *et al.*, )<br>)<br>Defendants, )<br>) | |

**ORDER**

**UPON CONSIDERATION** of The Department of Corrections' Response to Plaintiff's" Counterclaim to the Defendants," and the entire record herein, it is, this ___ day of October, 2006,

**ORDERED:** that Plaintiff's "Counterclaim to the Defendants" be, and the same is hereby, DISMISSED, for the reasons stated in the Department of Corrections' Response.

**FURTHER ORDERED:** that Plaintiff's Complaint against the Department of Corrections is DISMISSED WITH PREJUDICE.

_____
The Honorable Judge Rosemary M. Collyer
United States District Court for the District of Columbia

Copies mailed to:

Thomas P. Cason, *Pro Se*
R10050-007
Hazelton United States Penitentiary
P.O. Box 2000

Bruceton Mills, WV 26525