IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLLIP T. CASON,** | * |
| | * |
|    **Plaintiff** | * |
| | * |
| v. | *    Civil Action No.: 1:06-CV-0446 (RMC) |
| | * |
| **DC DEPARTMENT OF** | * |
| **CORRECTIONS, et al.,** | * |
| | * |
|    **Defendants.** | * |

### ANSWER OF ARAMARK CORRECTIONAL SERVICES, INC.

Defendant, ARAMARK Correctional Services, Inc., through counsel, Robert P. Scanlon, and in answer to the Complaint filed herein, states that:

### First Defense

The Complaint fails to state a cause of action upon which relief may be granted.

### Second Defense

Defendant denies all allegations of negligence and avers the sole and/or contributory negligence of Plaintiffs as a bar to the claims asserted herein.

### Third Defense

Plaintiffs assumed the risk as to his alleged injuries.

### Fourth Defense

Some or all of Plaintiffs' claims are barred by the applicable statute of limitations.

### Fifth Defense

With respect to the specific allegations contained in the Complaint, Defendant states that:

1. It admits that it used the kitchen to provide food service at the D.C. Jail.

2. Defendant denies that it has any involvement in cleaning or that it uses Lime Away.

The other Defendants perform cleaning services and/or use Lime Away.

## Fifth Defense

Defendant denies the nature and extent of Plaintiffs' injuries and demands strict proof thereof.

**WHEREFORE**, Defendant requests that the Complaint be dismissed with costs.

Respectfully Submitted,

ANDERSON & QUINN, LLC


\_\_/s/ Robert P. Scanlon_____
Robert P. Scanlon, Bar #362660
The Adams Law Center
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
Attorneys for Defendant Aramark Food Service Corporation

Certificate of Service

I HEREBY CERTIFY that on this 11th day of October, 2006, a copy of the foregoing was mailed, postage prepaid, to

Phillip Cason
Reg No: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, West Virginia 26525

Louse Phillips
Office of Corporation Counsel
441 Fourth Street, N.W.
6th Floor South
Washington, DC 20001

    /s/ Robert P. Scanlon
Robert P. Scanlon, Bar #362660