**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Phillip T. Cason | 06-0446 RMC |
| DEFENDANT | TYPE OF PROCESS |
| D.C. Dept. of Corrections, et al | Summons in a Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Armark Food Service, Inc

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1901 D Street, SE, Washington, DC 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 2006 MAR 24 A U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 3/24/06

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Robert Lombardo District Mgr

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-27-06   Time: 3:22 pm

Signature of U.S. Marshal or Deputy
#5769

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS:

RECEIVED
APR 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> D.C. DEPARTMENT OF ) <br> CORRECTIONS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-0446 (RMC) |

## ORDER

It is hereby

ORDERED that ARAMARK Food Service Corporation's motions to quash service of process and to vacate default judgment [Dkt. #46] are GRANTED. The Clerk's Entry of Default as to ARAMARK Food Service Incorporated [Dkt. #34] is VACATED. It is further

ORDERED that ARAMARK Correctional Services, Inc. shall be substituted for "ARAMARK Food Service Incorporated" as a party defendant to this action. It is further

ORDERED that the Clerk of Court shall issues a summons for and cause service of the summons and complaint to be effected on defendant ARAMARK Correctional Services, Inc. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

SO ORDERED.

Date: October 3, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov | To | DCD_ECFNotice@dcd.uscourts.gov |
| 10/03/2006 02:35 PM | cc | |
| | bcc | |
| | Subject | Activity in Case 1:06-cv-00446-RMC CASON v. DC DEPARTMENT OF CORRECTIONS et al "Order on Motion to Quash" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from ms, entered on 10/3/2006 at 2:35 PM and filed on 10/3/2006

**Case Name:**          CASON v. DC DEPARTMENT OF CORRECTIONS et al
**Case Number:**        1:06-cv-446
**Filer:**
**Document Number:**    56

**Docket Text:**
ORDER granting [46] ARAMARK Food Service Corporation's motions to quash service of process and to vacate default, vacating Clerk's entry of default as to ARAMARK Food Service Incorporated, and substituting ARAMARK Correctional Services, Inc. as a party defendant. Signed by Judge Rosemary M. Collyer on 10/3/06. (ms, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Electronic Case Filing\CASON re ARAMARK Correctional Services, Inc.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/3/2006] [FileNumber=1232775-0]
[3b52c5893ef215fefd81cc66dd7ddfbc1a7a70a5a66c6344fe30721e38603165f44d
83f315d688303510b022ac0a7713250dec53823251034db0fec1294ac28a]]

**1:06-cv-446 Notice will be electronically mailed to:**

E. Louise Phillips    louise.phillips@dc.gov, nicole.lynch@dc.gov