IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON DCDC #196-242

Plaintiff

V.

D.C. DEPARTMENT OF
CORRECTION's et al.

Defendant's

Civil Action
1:06-CV-0446
(RMC)
F.R.C.P., Rule 15(d)

U.S. COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
OCT 25 2006
RECEIVED

RECEIVED
OCT 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SUPPLEMENTAL PLEADING AND REPLY FOR DEFAULT

Comes now PHILLIP T. CASON in Pro Se to Supplemental Pleading And Reply For Default and State the following:

Plaintiff move this court pursuant Federal Rule of Civil Procedure, Rule 15(d) to Supplement the Pleading onto his motion for relief from Judgment or Order, Fed. R. Civ. P., Rule 60(b). On July 26, 2006 Plaintiff filed Judgment of Default including, not limited Contracted Medical Staff of D.C. Department of Correction's. The Clerk entry of default was placed August 8, 2006 DKT.[34]. Then September 18, 2006 final Judgment had been filed by Plaintiff. The (CCHPS), Center for Correctional Health Policy and Studies _implicated_ through D.C. Attorney General Office as the Contracted Medical Staff. Truly were the entity that Signed return Affidavit of Service inwhich the Clerk filed and or DKT.[8].

Assistant Attorney General E. Louise R. Phillips have not presented a good cause shown nor any extension for no response, Smith v. District of Columbia, 430 F.3d 450, 456 (DC Cir 2005)(Quoting Lusan v. Nat'l Wildlife Fed'n, 497 U.S. 871, 1990). Absent a Motion for an extension, this Court has "no basis on which to exercise its discretion", and therefore cannot entertain DOC's Motion. Smith, 430 F.3d at 457. Whelan V. Abell 310 U.S. APP DC. 396 (DC Cir 1995) Absent some explanation such as Monumental incompetence, the record suggests intentional delay 60(b) at Page 7.

## Conclusion

Therefore, Plaintiff supplements this pleading and seek relief to not vacate Judgement or order avoiding substantial prejudice by abuse of discretion to not set aside default Judgement against Contracted Medical Staff for the Department of Corrections known as (CCHPS) Center for Correctional Health Policy and Studies. Absent a response in 6 mos., 180 days from Apr. 3 thru Oct. 3, 06, that it should stand.

DATE: October 20, 2006

Respectfully Submitted
Phillip & Cason
DCDC # 196242
Reg No: 10050-007
USP. Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

## CERTIFICATE OF SERVICE

I, Certify the information therein to be Served on below describe through the United States Postal Service

Clerk of Court

Clerk's office
United States District Court
For the District of Columbia
U.S. CourtHouse
333 Constitution Avenue N.W.
Washington. D.C. 20001

E. Louise Phillips, Office of the Attorney General, 441 th Street, N.W. Sixth Floor South Washington. D.C. 20001

E.C.F. Filing to:
Attorney's, Jennifer L. Holsner, Rebecca Everett Huehn, and Robert P. Scanlor

DATE:

Phillip & Cason
In Pro Se