IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA
CIRCUIT

PHILLIP T. CASON DCDC #196-242
   Appellant,

V

D.C. DEPARTMENT OF
CORRECTION'S et al
   Appellee.

USCA.NO. 06-7129

USDC.NO. 06-CV-0446

F.R.AP.Rule 3(b)(2)

RMC

RECEIVED
NOV 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Plaintiff, PHILLIP T. CASON in Pro se files his timely Notice of Appeal pursuant to federal Rule of Appellant Procedure 4(a) for relief of JUDGMENT and order, Rule 60(b).

This Case Presents Relief of JUDGMENT and order. Further it is required to proceed IN Forma Pauperis on denial orders of [DKT.60] in the Court's October 3 order [DKT.56] To be Consolidated with pending appeal.

Execute __1__ DAY November 2006.

Phillip T Cason
REG NO. 10050-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills
West Virginia
26525



DCD_ECFNotice@dcd.uscourts.gov
10/19/2006 06:21 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:06-cv-00446-RMC CASON v. DC DEPARTMENT OF CORRECTIONS et al "Order on Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrmc2, entered on 10/19/2006 at 6:21 PM and filed on 10/19/2006
**Case Name:**         CASON v. DC DEPARTMENT OF CORRECTIONS et al
**Case Number:**       1:06-cv-446
**Filer:**
**Document Number:**

Docket Text:
MINUTE ENTRY ORDER denying [60] Plaintiff's Motion for Relief From Order. As explained in the Court's October 3 Order [56], Aramark Food Services, Inc. is not a proper defendant in this action. The proper defendant, Aramark Correctional Services, Inc., has been substituted as the party defendant and has filed a timely answer to the complaint. Therefore, Plaintiff is not entitled to a default judgment. Signed by Judge Rosemary M. Collyer on 10/19/2006. (ses)

The following document(s) are associated with this transaction:


**1:06-cv-446 Notice will be electronically mailed to:**

E. Louise Phillips     louise.phillips@dc.gov, nicole.lynch@dc.gov

Robert Patrick Scanlon     rscanlon@andersonquinn.com,

**1:06-cv-446 Notice will be delivered by other means to:**

PHILLIP THOMAS CASON
R10050-007
HAZELTON UNITED STATES PENITENTIARY
P.O. Box 2000
Bruceton Mills, WV 26525