UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILLIP THOMAS CASON,  )  ) | |
| Plaintiff, ) | Civil Action No. 1:06-CV-0446 |
| ) | (RMC) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA , *et al.* ) | |
| ) | |
| Defendants. ) | |

**AMENDED NOTICE OF WITHDRAWAL AND APPEARANCE**

Will the Clerk of the Court please withdraw the appearance of E. Louise R. Phillips, Assistant Attorney General, as attorney for the District of Columbia and Corrections Corporation of America and enter the appearance of Assistant Attorney General Shana Frost as attorney for the District of Columbia and Corrections Corporation of America.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

NICOLE L. LYNCH (471953)
Chief, Section II

 /s/_____
SHANA FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov