UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PHILLIP T. CASON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0446 (RMC) |
| D.C. DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Corrections Corporation of America's motion to dismiss [Dkt. #9] is GRANTED. It is further

ORDERED that the District of Columbia Department of Corrections is dismissed as a party defendant, and the District of Columbia is substituted in its place. It is further

ORDERED that the District of Columbia's motion to dismiss or, in the alternative, for summary judgment [Dkt. #47] is GRANTED. It is further

ORDERED that plaintiff's motion for default judgment as to the "Contracted Medical Staff of the Department of Corrections" [Dkt. #49] is DENIED. The "Contracted Medical Staff of the Department of Corrections" is dismissed as a party defendant, and the Clerk's Entry of Default [Dkt. #35] is vacated.

SO ORDERED.

Date: March 9, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge