# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7129**  **September Term, 2006**

06cv00446

Filed On: January 10, 2007

[1015621]
Phillip Thomas Cason,
    Appellant

v.

District of Columbia Department of Corrections, et al.,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 1/16/07
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Ginsburg, Chief Judge, and Henderson and Randolph, Circuit Judges

## ORDER

Upon consideration of this court's order show cause filed October 31, 2006, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the appeal be dismissed for lack of jurisdiction. Appellant's August 10, 2006 notice of appeal challenges the district court's denial of appellant's motion to compel discovery. Discovery orders, however, are generally not appealable on an interlocutory basis, but may be challenged upon entry of final judgment. See, e.g., McKesson Corp. v. Islamic Republic of Iran, 52 F.3d 346, 353 (D.C. Cir. 1995).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk