RECEIVED

06-446 (rmc)

MAR 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON, DC DC #196-242
    Plaintiff

V.

DC. DEPARTMENT OF CORRECTIONS, et al
    Defendants

USDC-NO
06-7129

USCA-NO
06-7203

F.R.A.P Rule
3(b)(2)

## NOTICE OF APPEAL

Plaintiff, PHILLIP T. CASON in Pro Se files his timely notice of appeal Pursuant to federal Rule of appealant Procedure 4(a) for relief of Judgment and order [DKT 67].

This Case Presents relief of Judgment and order Further it is required to Proceed IN Forma Pauperis on denial orders of [DKT 60] in the Courts Octorber 3 order [DKT 56] also [DKT 67] To be consolidated with Pending appeal.

DATE 3/27/07

RESPECTfully Submitted
Phillip T Cason

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, )<br><br>　　　　Plaintiff, )<br><br>　　v. )<br><br>D.C. DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br><br>　　　　Defendants. ) | Civil Action No. 06-0446 (RMC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Corrections Corporation of America's motion to dismiss [Dkt. #9] is GRANTED. It is further

ORDERED that the District of Columbia Department of Corrections is dismissed as a party defendant, and the District of Columbia is substituted in its place. It is further

ORDERED that the District of Columbia's motion to dismiss or, in the alternative, for summary judgment [Dkt. #47] is GRANTED. It is further

ORDERED that plaintiff's motion for default judgment as to the "Contracted Medical Staff of the Department of Corrections" [Dkt. #49] is DENIED. The "Contracted Medical Staff of the Department of Corrections" is dismissed as a party defendant, and the Clerk's Entry of Default [Dkt. #35] is vacated.

SO ORDERED.

Date: March 9, 2007

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　United States District Judge