UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR 2 9 2007

RECEIVED

RECEIVED

MAR 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06-446 (RMC)

Let this be filed R.M.Collyer 4/3/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP T. CASON, DC DC #196-242
    Plaintiff

V.

D.C. DEPARTMENT OF
CORRECTIONS, et al
    Defendants

USDC-NO
06-7129

USCA-NO
06-7203

F.R.A.P. Rule
3(b)(2)

## NOTICE OF APPEAL

Plaintiff, PHILLIP T. CASON in Pro Se files his timely notice of appeal Pursuant to Federal Rule of appealant Procedure 4(a) for relief of Judgment and order, [DKT 67].

This Case presents relief of Judgment and Order. Further it is required to Proceed IN Forma Pauperis on denial orders of [DKT.60] in the Court's Octorber 3 order [DKT.56] also [DKT.57] To be consolidated with pending appeal.

DATE 3/27/07

RESPECTFULLY Submitted
Phillip T Cason



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILLIP T. CASON, )<br><br>Plaintiff, )<br><br>v. )<br><br>D.C. DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br><br>Defendants. ) | Civil Action No. 06-0446 (RMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Corrections Corporation of America's motion to dismiss [Dkt. #9] is GRANTED. It is further

ORDERED that the District of Columbia Department of Corrections is dismissed as a party defendant, and the District of Columbia is substituted in its place. It is further

ORDERED that the District of Columbia's motion to dismiss or, in the alternative, for summary judgment [Dkt. #47] is GRANTED. It is further

ORDERED that plaintiff's motion for default judgment as to the "Contracted Medical Staff of the Department of Corrections" [Dkt. #49] is DENIED. The "Contracted Medical Staff of the Department of Corrections" is dismissed as a party defendant, and the Clerk's Entry of Default [Dkt. #35] is vacated.

SO ORDERED.

Date: March 9, 2007

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge