# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-7052**                       **September Term, 2006**

06cv00446

**Filed On:**

Phillip Thomas Cason,
      Appellant

v.

Corrections Corporation of America, CCA, et al.,
      Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  APR 1 1 2007

CLERK

**ORDER**

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for an order to appeal in forma pauperis filed on April 3, 2007.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                                              FOR THE COURT:
                                                              Mark J. Langer, Clerk

                              BY: /s/ Elizabeth V. Scott
                                                             Elizabeth V. Scott
                                                              Deputy Clerk