*Let this be filed RMC 7/27/07*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Phillip T. Cason DC.DC #196-242
   Plaintiff

V.

DC. Department of Corrections et al,
   Defendants

Civil Action
06-0446
(RMC)

## RECONSIDERATION MOTION FOR JUDGMENT AGAINST CONTRACTED MEDICAL STAFF FOR THE DEPARTMENT OF CORRECTIONS

Comes now Phillip T. Cason, in Pro Se, in Reconsideration Judgment against Contracted Medical Staff for the DC Department of Corrections and State the following:

This Case arises from an left eye injury sustained in the Kitchen at the D.C. Jail located at 1901 D. St S.E. Washington DC. 20003. Plaintiff sues the DC. Department of Corrections, ARAMARK Correctional Service, INC, Corrections Corporation of America, and Contracted Medical Staff for the DC. Department of Corrections. On 09/21/2006 Contracted Medical Staff for the DC Department of Corrections, Plaintiff filed

a motion for Default Judgment (Entered 9/25/2006) "Based" on Clerk's entry of Default as to Contracted Medical Staff of the Department of Corrections (Entered 8-8-2006). On 3/9/2007 this Court without a Good Cause Presented from the Defendants Dismissed the Contracted Medical Staff of the Department of Corrections as a Party Defendant, and denying Plaintiff motion for Default Judgment as to Contracted Medical Staff of the D.C. Department of Corrections. Plaintiff would respectfully like to bring to this Court attention that the Defendants Contracted Medical Staff of the D.C. Department of Corrections. Once again We're Service was Served with a Summons by the Court, the Defendants Contracted Medical Staff of the D.C. Department of Corrections Signed Process of Service at 1901 D St SE. Washington DC 20003, Exactly We're the Defendants Attorney General Office identified the Defendants Contracted Medical Staff of the D.C. Department of Corrections being located, also emplemented by the Defendants Attorney General Office as being the Correct entitie, that were the Ones whom Signed the Summons Obligating themselves to answer to that Summons by April 17, 2006, the Defendants were fulling aware of this (date), but intentionally neglect to for fill this obligation to the Court (6) months had passed by, theres no logical excuse for these actions. The Defendants have not only forfeit in this litigation Process,

their absolutely the "Primary" Defendants" in which this Civil action arises over. Their absolutely the "Defendants" whom made the decisions of having Plaintiff Placed inside that Contamination holding Cell after being told that Plaintiff had caught herpes in the left eye. Their absolutely the "Primary" Defendants" whom delayed assisting Plaintiff with Medical treatment before and after being Placed inside that Contamination holding Cell." Their the "Primary" Defendants" in which Plaintiff literally beg after (3) days had Passed without Medical treatment to be taken to an outside hospital, their "absolutely Positively" the Correct Party Defendants". See DC. APP Lexis 156; In re Godett (DC. Cir 2005). The observation that "[W]hen we take our seats on the bench we are not struck with blindness, and forbidden to know as Judges what we see as men [or Women]" Edwards v. Habib, 130 U.S. APP DC. 126, 140 397 F2d 687, 701 (1968), Cert denied, 393 US 1016, 89 S.Ct. 618, 21 L.Ed 2d 560 (1969). applies to the Contracted Medical Staff of the DC. Department of Correction's Just as it does to Judges. The Contracted Medical Staff are not required "to shut thier minds to that which all others can see or understand" Poulnot v. District of Columbia, 608 A.2d. 134, 141 (DC. Cir 1992)(Citing Child Labor tax Case, 259 US. 20, 37 42 S.Ct 449, 66 L Ed 817, 1922-CB 337, TD 3346 (1922).

See Lexis 2090 Oliver v Court of Common Pleas US APP (DC Cir 2007). Failure to exhaust Claims at the State level, which

Federal Rule of Civil Procedures, Rule 54(c) States/

(c) Demand for Judgment. A Judgment by default shall not be different in Kind from or exceed in amount that Prayed for in the demand for Judgment. Except as to a Party against whom a Judgment is entered by default, every final Judgment Shall Grant the relief to which the Party in whose favor it is rendered is entitled, even if the Party has not demanded such relief in the Party's Pleadings.

Thus relief from Contracted Medical Staff of the DC Department of Corrections identified through the District of Columbia Attorney General as being Center for Health Policy and Studies (CCHPS) Should be Granted in it's entirity. The defendants failed to respond to Plaintiff Complaint (6) months passed by, nor attempted to entertain such default Judgment once default Judgment was placed againt them. Which does not Present this court any Possible error to deviate or made appealable Under Fed. R. Civ. P. Rule 60(b)

## Conclusion

Plaintiff seeks entry of Default Judgment

in the amount of 250,000.00 Two Hundred and fifty thousand dollars/damages against Contract Medical Staff identified through the District of Columbia Attorney General as being Center for Health Policy and Studies (CCHPS), the correct defendants that signed the Process of Service delivered by the United States Marshal Service issued by this Court, that presents no error with the District Court decision for failure of absolutely no response to Plaintiff action or claims after (6) months of Service.

Respectfully Submitted
Phillip & Cason

Date: July 23, 2007
Reg No: 10050-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV
26525

## CERTIFICATE OF SERVICE

I certify the information therein to be served on below decribe through the United States Postal Service

Clerk of Court
United States Court of Appeals
For the District of Columbia Circuit
RM 5423. E Barrett Prettyman
US Courthouse 333 Constitution
Avenue N.W. Washington, D.C. 20001

Clerk of Court
United States District Court
For the District of Columbia
333 Constitution Avenue N.W. 20001
Washington D.C. 20001.

Date July 23, (2007)

E. Louise Phillis office of the Attorney General 441 4th Street N.W Sixth floor South Washinton D.C. 20001

Robert P. Scanlon
Attorney for Aramark Correctional Service, INC The Adam Law Center 25 Wood Lane Rockville Maryland 20850

Phillip & Cason
IN Pro SE