# In The United States District Court
# For The District of Columbia

Phillip T. Cason DC DC #196-242
    Plaintiff

V.       } Civil Action No: 06-0446

DC Department of      } (RMC)
Corrections, et al,
    Defendants.

## Requesting For Production Of Documents

To: EDWARD E. SCHWAB

From Phillip T. Cason IN PRO SE

1. The Process of Service issued by the Court that was Signed by the contracted Medical Staff of the Department of Corrections, Emplemented through this office as being Center for Health Policy and Studies (CCHPS)

2. All Medical Records concerning this Civil action Suit

3. All Grievance Procedures thats been filed against both facilities by Plaintiff.

4. All Correctional officers and ARAMARK employees that was on duty at time of occurrence.

5. All incident reports filled out at the time of occurrence

Please be advised that if I do not receive these Documents within thirty days (30) I will file a Motion of Default for non Compliance to these Procedings, that will be supplemented onto my 60(b) motion of Default before the Court of Appeals.

Date: July 23, 2007

Respectfully Submitted
Phillip + Cason
Reg No: 10050-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV
26525