IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Phillip T. Cason DC DC #196-242
Plaintiff

V.

DC Department of Corrections et al
Defendants

Civil Action NO: 06-0446 (RMC)

To ARAMARK Correctional Services, c/o Robert P. Scanlon

Supplemental Request For Production Of Documents

On July 19, 2007 Plaintiff filed to this office a Request for Production of Documents. Plaintiff now brings this Supplemental request on this date 7-23-07, asking that this office provide a history report on both entities ARAMARK Food Service, Corporation, also ARAMARK Correctional Service, inc.

Please be advised that if I do not receive this information within (30) days I will file a motion of Default for non compliance to these proceedings that will be supplemented onto the 60(b) motion I filed before the Court of Appeals.

Date: July 23, 2007

Respectfully Submitted
Phillip & Cason
Reg No: 10050-007
P.O. Box 2000
Bruceton Mills, WV
26525