UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILLIP THOMAS CASON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0446 (RMC) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**RESPONSE OF DEFENDANTS DISTRICT OF COLUMBIA AND
CORRECTIONS CORPORATION OF AMERICA, INC. TO PLAINTIFF'S
"RECONSIDERATION MOTION FOR JUDGMENT AGAINST CONTRACTED
MEDICAL STAFF FOR THE DEPARTMENT OF CORRECTIONS"**

On March 9, 2007, this Court granted the motions to dismiss filed by the District of Columbia (the "District") and the Corrections Corporation of America, Inc. ("CCA"), thereby dismissing the District and CCA as parties to this action. *See* Mem. Op. & Order (Mar. 9, 2007). The Court also vacated the default entered by the Clerk against the "Contracted Medical Staff for the Department of Corrections," observing that "it does not appear that this entity exists." *Id.* at 7. The Court further observed that "[a]lthough counsel for the District of Columbia provided the name of the correct entity . . . Plaintiff has not filed an amended complaint to add the proper party." *Id.* Thus, the Court vacated the default, dismissed the "Contracted Medical Staff of the Department of Corrections" as a party, and denied Plaintiff's motion for judgment. *Id.*

Plaintiff did not amend his complaint to add the proper party, as suggested by the Court. Instead, Plaintiff has appealed the Court's March 9, 2007 decision, and that matter currently remains on appeal. *See* D.C. Circ. Dkt. 07-7025.

Additionally, Plaintiff has not demonstrated that any of the grounds of Fed. R. Civ. P. 60(b) are met for his request for relief from judgment. Rule 60(b) provides that relief from judgment may be ordered "upon such terms as are just" for the following reasons:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic); misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Fed. R. Civ. P. 60(b). Here, Plaintiff has offered no reason, let alone any legally valid reason, for his request for relief from judgment. In fact, Plaintiff appears to now accept that the Center for Correctional Health and Policy Studies, Inc. ("CCHPS") is the appropriate defendant, but has declined to actually bring suit against CCHPS, a private entity which is not part of the District of Columbia and which does not accept service of process at the D.C. Jail. Rather, Plaintiff insists that CCHPS was properly served when the record clearly demonstrates otherwise.

Thus, Plaintiff's Motion should be denied.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

      /s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


      /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov