UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>D.C. DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-0446 (RMC) |

## ORDER

On consideration of plaintiff's "Reconsideration Motion for Judgment Against Contracted Medical Staff for the Department of Corrections" and defendants' response thereto, it is hereby

ORDERED that plaintiff's motion for reconsideration [Dkt. #75] is DENIED.

SO ORDERED.

Date: 2 Oct 2007

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge