IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLLIP T. CASON, | * |
| | * |
|     Plaintiff | * |
| | * |
| v. | * Civil Action No.: 1:06-CV-0446 (RMC) |
| | * |
| DC DEPARTMENT OF | * |
| CORRECTIONS, et al., | * |
| | * |
|     Defendants. | * |

**RESPONSE OF ARAMARK CORRECTIONAL SERVICES, INC.'S TO PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCOVERY**

Plaintiff seeks to compel Aramark Correctional Services, Inc. ("ARAMARK") to respond to a Supplemental Request for Production of Documents.  Specifically, Plaintiff seeks a history report on both entities ARAMARK Food Service Corporation and ARAMARK Correctional Services, Inc.  Although no such documents exists, ARAMARK has not prepared a formal response to that effect because this matter appears to be on appeal.  On September 24, 2007, the Clerk for the United States Court of Appeals for the District of Columbia issued an order requiring Plaintiff to respond to the Court's August 14, 2007 order to show cause.

However, on October 2, 2007, this Court issued a order denying Plaintiff's Motion for Reconsideration.

Out of abundance of caution ARAMARK will formally respond to Plaintiff's Supplemental Document Request within 15 days.  Accordingly, ARAMARK would request that Plaintiff's Motion to Compel be denied.

Respectfully Submitted,

ANDERSON & QUINN, LLC


 /S/ Robert P. Scanlon
Robert P. Scanlon, Bar #37110
The Adams Law Center
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
Attorney for Defendant ARAMARK
Food Service Corp.


**Certificate of Service**

I HEREBY CERTIFY that on this 12th day of October, 2007, a copy of the foregoing was mailed, postage prepaid, to

Phillip Cason
Reg No: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, West Virginia 26525

Edward E. Schwab, Esq.
Office of the Attorney General
441 Fourth Street, N.W.
6th Floor South
Washington, DC 20001
e-mail: edward.schwab@dc.gov

 /S/ Robert P. Scanlon
Robert P. Scanlon, Bar #37110

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLLIP T. CASON,** | * |
| | * |
| **Plaintiff** | * |
| | * |
| v. | * Civil Action No.: 1:06-CV-0446 (RMC) |
| | * |
| **DC DEPARTMENT OF** | * |
| **CORRECTIONS, et al.,** | * |
| | * |
| **Defendants.** | * |

## ORDER

Upon consideration of Defendant's Motion for An Order Compelling Discovery thereto, it is hereby

**ORDERED**, that Plaintiff's Motion to Compel be **DENIED**.

					_____
					Honorable Rosemary M. Collyer
					United States District Judge


Copies to:

Robert P. Scanlon, Esquire
Anderson & Quinn, LLC
25 Wood Lane
Rockville, MD 20850

Phillip Cason
Reg No: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, West Virginia 26525

Louse Phillips
Office of Corporation Counsel
441 Fourth Street, N.W.
6th Floor South
Washington, DC 20001