Let this be filed
R.M. Colly 10/17/07

In The United States District Court
For The District Of Columbia

| Phillip T. Cason DC DC #196-242 | USDC-No |
| Plaintiff | 06-0446 |
| v. | |
| DC Department of Corrections et al   Defendants | |

Motion To Compel Discovery

Comes now Phillip T. Cason in Pro se move this honorable Court with this reconsideration motion to Compel discovery and state the following:

Plaintiff ask that this honorable Court Compel the defendant ARAMARK Correctional Service, INC to send Plaintiff a history report on both entities. On July 19, 2007 Plaintiff requested to Robert P. Scanlon to produce the following documents.
(1) Plaintiff Medical records.
(2) Plaintiff Grievence Procedures.
(3) All workers and employed by ARAMARK Correctional Service, INC.
Then on July 24, 2007 Plaintiff sent a supplemental request to defendant Robert P. Scanlon asking for a history report on both entities ARAMARK Food Service, INC, also ARAMARK Correctional Service, INC. Plaintiff respectfully would like to bring to to this honorable Court attention that defendant Robert P. Scanlon, haven't produced any of these documents. Plaintiff also

would like to point out the fact that both of these entities are operating at the exact same address. Therefore these two entities are connected and doing buisness together. Please will this honorable court compel the defendant Robert P. Scanlon to produce these documents. By right I should be entitled to these documents in order to defend my claim.

### Conclusion

Plaintiff respectfully ask that this court compel the defendant Robert P. Scanlon to provide Plaintiff with an history report on both entities ARAMARK Food Service, Inc, also ARAMARK Correctional Service, Inc. Plaintiff once again supplemented on July 24, 2007 onto my original production of document request of July 19, 2007 to receive this information. But defendant Robert P. Scanlon has failed as of this date 10-7-07 to do so. Plaintiff also would like to point out that Plaintiff last Motion to compel was returned because this court was without Jurisdiction to hear Plaintiff Motion. On 9-4-07 the Court of Appeals dismissed Plaintiff appeal as Moot. Now giving this court Jurisdiction see Order attached.

Date 10-7-07

Respectfully Submitted
Phillip T Cason
In Pro Se

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7203**                                         **September Term, 2006**

06cv00446

Filed On: 

Phillip Thomas Cason,
    Appellant

v.

District of Columbia Department of Corrections, et al.,
    Appellees

**BEFORE:**    Ginsburg, Chief Judge, and Sentelle, Henderson, Randolph, Rogers, Tatel, Garland, Brown, Griffith, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, and appellant's motion for default judgment, it is

**ORDERED** that the petition for rehearing en banc be denied. It is

**FURTHER ORDERED** that the motion for default judgment be dismissed as moot.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Deputy Clerk/LD