# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7203**  **September Term, 2006**

06cv00446

Filed On: June 15, 2007 [1047345]

Phillip Thomas Cason,
    Appellant

v.

District of Columbia Department of Corrections, et al.,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:  , Deputy Clerk
ATTACHED:  ___ Amending Order
    ___ Opinion
    ___ Order on Costs

**BEFORE**: Ginsburg, Chief Judge, and Sentelle and Henderson, Circuit Judges

## O R D E R

Upon consideration of the motion for appointment of counsel, the motions to dismiss for lack of jurisdiction and the response and supplemental responses thereto, appellant's April 11, 2007 notice (styled as "renewed order to show cause"), the "renewed motion for default for all defendants," and the motion to supplement the record, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motions to dismiss be granted. This court does not have jurisdiction to review the portion of the district court's October 3, 2006 order vacating the entry of default judgment against Aramark Food Service Corp. or the district court's October 19, 2006 order denying reconsideration because they are neither final nor appealable interlocutory or collateral orders. See 28 U.S.C. §§ 1291, 1292; Doe v. Exxon Mobil Corp., 473 F.3d 345, 348-49 (D.C. Cir. 2007); see also Parks v. Collins, 761 F.2d 1101, 1104 (5th Cir. 1985); Crowe v. Ragnar Benson, Inc., 307 F.2d 73, 75 (3rd Cir. 1962). Appellant may challenge these orders upon entry of the final judgment. See Edwin Raphael Co. v. Maharam Fabrics Corp., 283 F.2d 310, 311 (7th Cir. 1960). It is

**FURTHER ORDERED** that the "renewed motion for default for all defendants" and the motion to supplement the record be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

BY: Deputy Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7203**  **September Term, 2006**

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**