FYI

Dist. Ct. No. 06cv00446

Received
Mail Room

NOV 8 2007

United States Court
District of Columbia

Dear Clerk:

Re: Case number 07-7052

My Purpose for writing is to let the Court know that I've moved to a different institution as of 11-11-07. Please forward this new address to the clerk of the District Court.

Thank You
Phillip & Cason
11-13-07

Name Phillip T. Cason
Reg. No. 10050-007  Unit A-6
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, Ky 42635

LEGAL MAIL

United States Penitentiary McCreary
Pine Knot, KY 42635

Date: 11-11-07

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosure to the above address.

Clerk's office
United States Court of Appeals
For the District of Columbia C
RM. 5423 E Barrett Prettyman
333 Constitution Avenue N.W
Washington D.C.


