UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP T. CASON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0446 (RMC) |
| D.C. DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

It is hereby

ORDERED that plaintiff's Motion to Compel Discovery [Dkt. #80] is DENIED as moot in light of the Response of Aramark Correctional Services, Inc. indicating its intention to formally respond to Plaintiff's Supplemental Document Request.

SO ORDERED.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: 28 Feb 2008