AGENCIES:

( ) United States Parole Commission
( ) Federal Bureau of Investigation
( ) Immigration & Naturalization service
( ) Internal Revenue Service
( ) United States Attorney
( ) Treasury Department
( ) Bureau of Prisons
( ) State Agency
(✓) Other: CCA Treatment facility

DIRECT RESPONSE TO:

Name: Phillip T. Carson
Reg. No.: 10050-007
Unit: A 1
Date: 6-5-06

TO: CCA, Treatment facility
1901 E St SE
Washington D.C
20003

IDENTIFICATION OF REQUESTER:
NAME: Phillip T Cason
ALIAS: Phillip T Carson
DATE OF BIRTH: 5-26-61
PLACE OF BIRTH: Wash, D.C
F.B.I. NO: 10050-007
SOC. SEC. NO: 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
OTHER:

RE: FREEDOM OF INFORMATION ACT ( U.S.C. 552), PRIVACY ACT (5 U.S.C. 552a (d) (1)) Request: EXEMPTIONS (5 U.S.C. 552 (6) (C) (B) (7)). GENERAL ( U.S.C. 552 A (J) (2)) OR SPECIFIC ( U.S.C. 552 a (k) (2)) NOT APPLICABLE TO THIS REQUEST.

Right Thumb
Right Index
RT
RI

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 52a (d) (1), and the applicable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungment (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and / or investigatory reports, (3) reports or evidentiary and / or scientific information findings, (4) wants, warrants, and / or detainers, (5) final and closing investigation reports: and (6) any and / or all information, data, or reports not otherwise exempt by statute (5 U.S.C. (66) (c) (b) (7)), (5 U.S.C. 52a (j) (2), (k) (2), or law, Tarlton, v. Saxbe, 507, F.2d. 1116, 165 U.S. App. D.C. 293 (1974), Menard v. Saxbe, 498 F 2d. 1017, 162 U.S. App. D.C. 284 (1974), Sullivan v. Murphy, 478 F. 2d. 938, 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in toto are no longer accorded exempt status unless under the specific exemption noted, and only with reference to specific citation of authority, Paton v. La Prade, 524 F.2d 862, 868-69, (CA3 1975).

"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18USC 4004)."

[signature]
CORRECTIONAL TREATMENT SPECIALIST

6/5/06
DATE

Examples of specific requests:

1). I was working Kitchen detail in MARCH, 05 at 1901 D St SE Washington D.C 20003. I had a injury to my left eye. By a Chemical Called lime-away. I was transfered from 1901 D. St. SE Washington. D.C, to 1901

2). E. St SE Washington D.C. 20003 Resulting from this injury. And placed there into a Contamination room there at that facility. I filed my inmate greivance prosedure against this facility 1901. E St. SE Washington D.C.

3). I was transfered out of 1901. E. St SE Washington D.C in March, 06 federal removal to Bureau of Prisons. My greivance responses from this facility were misplaced by the United States [redacted] Marshal's Services.

4). Therefore, I'm Requesting that 1901. E. St. S.E, to Send Me the responces that this facility has on file

ThanKyou Phillip T. Cason

5). Also I'm requesting all my Medical recorcls from the begaing of my eye injury as of March 2005. from this facility 1901. E. St. SE. Washington. D.C. 20003

6).

Thankyou Phillip T. Cason

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and / or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within your Agency who released such information, and the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v. La Parde, 524 F.2d 862 (CA3 1975), Tarlton v. Saxbe, 507 F.2d. 1116, 165 U.S. App. D.C. 293 91974), of Linda R.S. v. Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d. 536. (1973).

It is further requested that your Agency provide me with a copy of specific regulations or your Department as provided by statute (5 U.S.C. 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5 U.S.C. 701 et. seq.).

This request is made under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a) (together with the "alternate means of access"), to permit access to records on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by statute (5 U.S.C. (6) (c) (b) (7), 552a (j) (2), (k) (2) or by regulation (Menard v. Mitchell, 430 F.2d. 486, 139 U.S. App. D.C. 113 (1970), Nemetz v. Department of Treasury, 446 F. Supp. 102) I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to identification of source, the permission is granted to Agency to delete source identification ONLY from the material for release. Paton v. LaParde, 524 F. 2d 862 (CA3 1975), Chastain v. Kelly, 510 F. 2d. 1232. I further agree to pay any reasonable costs, or file IN FORMA PAUPERIS if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (1), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regulations, and the date as to when your Agency will be able to act upon request.

Yours truly,

Philip T. Cason

Dated: 8-5-06

DIRECT RESPONSE

AGENCIES:

( ) United States Parole Commission
( ) Federal Bureau of Investigation
( ) Immigration & Naturalization service
( ) Internal Revenue Service
( ) United States Attorney
( ) Treasury Department
( ) Bureau of Prisons
( ) State Agency
(✓) Other: D.C. Department of Corrections

Name: Phillip T. Cason

Reg. No.: 10050-007

Unit: A-1

Date: 8-29-06

TO: D.C. Department of Corrections
1901 D. St. SE.
Washington. D.C.
20003

IDENTIFICATION OF REQUESTER:
NAME: Phillip T. Cason
ALIAS: Phillip T. Carson
DATE OF BIRTH: 5-26-61
PLACE OF BIRTH: Washington. D.C.
F.B.I. NO: 10050-007
SOC. SEC. NO: 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
OTHER: 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

RE: FREEDOM OF INFORMATION ACT ( U.S.C. 552), PRIVACY ACT (5 U.S.C. 552a (d) (1)) Request: EXEMPTIONS (5 U.S.C. 552 (6) (C) (B) (7)). GENERAL ( U.S.C. 552 A (J) (2)) OR SPECIFIC ( U.S.C. 552 a (k) (2)) NOT APPLICABLE TO THIS REQUEST.

Right Thumb | Right Index

RT
RI

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 52a (d) (1), and the applicable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungment (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and / or investigatory reports, (3) reports or evidentiary and / or scientific information findings, (4) wants, warrants, and / or detainers, (5) final and closing investigation reports; and (6) any and / or all information, data, or reports not otherwise exempt by statute (5 U.S.C. (66) (c) (b) (7)), (5 U.S.C. 52a (J) (2), (k) (2), or law, Tarlton. v. Saxbe, 507, F.2d. 1116, 165 U.S. App. D.C. 293 (1974), Menard v. Saxbe, 498 F 2d. 1017, 162 U.S. App. D.C. 284 (1974), Sullivan v. Murphy, 478 F. 2d. 938, 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in toto are no longer accorded exempt status unless under the specific exemption noted, and only with reference to specific citation of authority, Paton v. La Prade, 524 F.2d 862, 868-69, (CA3 1975).

DC JAIL

( Second Request )

Examples of specific requests:

1). While working Kitchen detail in March 2005 there at 1901 D. St. SE Washington D.C. 20003 I had a injury to my left eye from a Cleaning Chemical Called Lime-Away, that left me hospitalized

2). for 5 days. I went through the inmate greivance procedures, I was transfered Federal removeal to the Bureau of Prisons March 2006, The United States Marshal's Service wouldn't allow me to Carry my

3). greivance responses from that facility with me. All my greivance responses have been misplaced by the United States Marshal's Service. Therefore, I'm requesting Complete Copies of all my greivance response

4). that 1901 D St SE Washington D.C. 20003, DC Department of Corrections has on file

Also I'm requesting Complete Copies of my medical records resulting

5). from this left eye injury from March 2005

Thank You

Phillip D Cason

8-29-06

6).

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and / or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within your Agency who released such information, and the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v. La Parde, 524 F.2d 862 (CA3 1975), Tarlton v. Saxbe, 507 F.2d. 1116, 165 U.S. App. D.C. 293 91974), of Linda R.S. v. Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d. 536. (1973).

It is further requested that your Agency provide me with a copy of specific regulations or your Department as provided by statute (5 U.S.C. 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5.U.S.C. 701 et. seq.).

This request is made under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C, 552a) (together with the "alternate means of access"), to permit access to records on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by statute (5 U.S.C. (6) (c) (b) (7), 552a (j) (2), (k) (2) or by regulation (Menard v. Mitchell, 430 F.2d. 486, 139 U.S. App. D.C. 113 (1970), Nemetz v. Department of Treasury, 446 F. Supp. 102) I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to identification of source, the permission is granted to Agency to delete source identification ONLY from the material for release. Paton v. LaParde, 524 F. 2d 862 (CA3 1975), Chastain v. Kelly, 510 F. 2d. 1232. I further agree to pay any reasonable costs, or file IN FORMA PAUPERIS if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (I), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regulations, and the date as to when your Agency will be able to act upon request.

Yours truly,

Phillip J. Cason

Dated: 8-29-06

"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18USC 4004)."

CORRECTIONAL TREATMENT SPECIALIST

DATE 8/29/06

AGENCIES:

( ) United States Parole Commission
( ) Federal Bureau of Investigation
( ) Immigration & Naturalization service
( ) Internal Revenue Service
( ) United States Attorney
( ) Treasury Department
( ) Bureau of Prisons
( ) State Agency
(✓) Other: CCA Treatment facility

DIRECT RESPONSE TO:

Name: Phillip T. Carson
Reg. No.: 10050-007
Unit: A 1
Date: 6-5-06

TO: CCA, Treatment facility
1901 E St. SE
Washington D.C
20003

IDENTIFICATION OF REQUESTER:
NAME: Phillip T. Cason
ALIAS: Phillip T Carson
DATE OF BIRTH: 5-26-61
PLACE OF BIRTH: Wash, D.C
F.B.I. NO: 10050-007
SOC. SEC. NO: 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
OTHER:

RE: FREEDOM OF INFORMATION ACT ( U.S.C. 552), PRIVACY ACT (5 U.S.C. 552a (d) (1)) Request: EXEMPTIONS (5 U.S.C. 552 (6) (C) (B) (7)). GENERAL ( U.S.C. 552 A (J) (2)) OR SPECIFIC ( U.S.C. 552 a (k) (2)) NOT APPLICABLE TO THIS REQUEST.

| Right Thumb | Right Index |
|---|---|
| RT | RI |

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 52a (d) (1), and the applicable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungment (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and / or investigatory reports, (3) reports or evidentiary and / or scientific information findings, (4) wants, warrants, and / or detainers, (5) final and closing investigation reports: and (6) any and / or all information, data, or reports not otherwise exempt by statute (5 U.S.C. (66) (c) (b) (7)), (5 U.S.C. 52a (j) (2), (k) (2), or law, Tarlton, v. Saxbe, 507, F.2d. 1116, 165 U.S. App. D.C. 293 (1974), Menard v. Saxbe, 498 F 2d. 1017, 162 U.S. App. D.C. 284 (1974), Sullivan v. Murphy, 478 F. 2d. 938, 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in toto are no longer accorded exempt status unless under the specific exemption noted, and only with reference to specific citation of authority, Paton v. La Prade, 524 F.2d 862, 868-69, (CA3 1975).

**"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18USC 4004)."**

[signature]

**CORRECTIONAL TREATMENT SPECIALIST**

6/5/06

DATE

Examples of specific requests:

1). I was working kitchen detail in March, 05 at 1901 D St SE Washington D.C 20003. I had a injury to my left eye. By a Chemical Called lime-away. I was transfered from 1901 D. St. SE Washington. D.C, to 1901

2). E. St SE Washington D.C. 20003 Resulting from this injury. And placed there into a Contamination room there at that facility. I filed my inmate greivance prosedure against this facility 1901. E St. SE Washington. D.C.

3). I was transfered out of 1901. E. St SE Washington. D.C in March, 06 federal removal to Bureau of Prisons. My greivance responses from this facility were misplaced by the United States [redacted] Marshal's Services.

4). Therefore, I'm Requesting that 1901 E. St. S.E, to Send Me the responces that this facility has on file

ThanKyou Phillip T. Cason

5). Also I'm requesting all my Medical recorcls from the begaing of my eye injury as of March 2005. from this facility 1901. E. St. SE. Washington. D.C. 20003

6).

Thankyou Phillip T. Cason

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and / or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within your Agency who released such information, and the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v. La Parde, 524 F.2d 862 (CA3 1975), Tarlton v. Saxbe, 507 F.2d. 1116, 165 U.S. App. D.C. 293 91974), of Linda R.S. v. Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d. 536. (1973).

It is further requested that your Agency provide me with a copy of specific regulations or your Department as provided by statute (5 U.S.C. 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5 U.S.C. 701 et. seq.).

This request is made under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a) (together with the "alternate means of access"), to permit access to records on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by statute (5 U.S.C. (6) (c) (b) (7), 552a (j) (2), (k) (2) or by regulation (Menard v. Mitchell, 430 F.2d. 486, 139 U.S. App. D.C. 113 (1970), Nemetz v. Department of Treasury, 446 F. Supp. 102) I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to identification of source, the permission is granted to Agency to delete source identification ONLY from the material for release. Paton v. LaParde, 524 F. 2d 862 (CA3 1975), Chastain v. Kelly, 510 F. 2d. 1232. I further agree to pay any reasonable costs, or file IN FORMA PAUPERIS if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (1), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regulations, and the date as to when your Agency will be able to act upon request.

Yours truly,

Phillip T. Cason

Dated: 8-5-06

RECEIVED JUN 06 2005 OFFICE OF RISK MANAGEMENT

448180

6-16-05

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME THIS 23 DAY OF June 2005 (YEAR)
NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31ST, 2008
My Commission Expires 7/31/08

Mr Anthony Williams

This letter is to inform you that I'm suing the District of Columbia. For a injury to my left eye on March 12th 2005, That left me hospitalized for 5, days. I'm currently incarcerated at the D.C. jail. I haven't at this point been able to find a lawyer whom would pick up this case. But according to Law. A notice is to be submitted to you within 6, months of the date of my injury. Therefore this is my notice.

Thank You Phillip Cason. Phillip Cason

"Without Prejudice"
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
Applicable to ALL Successors and Assignees
"under necessity"

"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18 USC 4004)."
[signature]
CORRECTIONAL TREATMENT SPECIALIST
DATE 9/22/06

To: Anthony Williams
Mayor's office
441 4th Street N.W
Washington, D.C.
20001

Identity of Requester:
[In Accordance With: 28 C.F.R. 16.41(d)]

Direct Response To:
Phillip T. Cason #10050-007
USP Hazelton Penitentiary
P.O. Box 20003
Bruceton Mills WV 26525

FREEDOM OF INFORMATION - PRIVACY ACT REQUEST

This is a non-commercial request for information pursuant to: [Title 5 U.S.C. §§ 552 through 552a, et. seq., for a copy of ALL records in the possession of your agency concerning specifically:
During the month of March, 2005. I sent a 3 page letter letting the mayor know that I'm filing a suit against the D.C. Department of Corrections. Because of an left eye injury that I sustained working kitchen detail at the D.C. Department of Corrections 1901 D St. SE during the month of March. I'm requesting a copy of that letter. Thank you.

This request is for a file/date stamped or certified copy of the original document or the document that your agency maintains and ANY:

Phillip T Cason
September, 2006



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] PHILLIP T. CASON

Current Address USP Hazelton, US PENITIARY PO. BOX 2000 Bruceton Mills WV 26525

Date of Birth 5-26-61

Place of Birth WASHINGTON. D.C.

Social Security Number [2] 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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] Phillip T Cason Date ______

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

______

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98

DIRECT RESPONSE TO:

Name: Phillip T. Cason

Reg. No.: 10050-007

Unit: A-1

Date: 8-29-06

AGENCIES:

( ) United States Parole Commission
( ) Federal Bureau of Investigation
( ) Immigration & Naturalization service
( ) Internal Revenue Service
( ) United States Attorney
( ) Treasury Department
( ) Bureau of Prisons
( ) State Agency
(✓) Other: CCA Treatment Facility

TO: CCA Treatment Facility
1901 E St. SE
Washington D.C.
20003

IDENTIFICATION OF REQUESTER:
NAME: Phillip T. Cason
ALIAS: Phillip T. Carson
DATE OF BIRTH: 5-26-61
PLACE OF BIRTH: Washington. D.C.
F.B.I. NO: 10050-007
SOC. SEC. NO: 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
OTHER: 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

| Right Thumb | Right Index |
|---|---|
| RT | RI |

RE: FREEDOM OF INFORMATION ACT ( U.S.C. 552), PRIVACY ACT (5 U.S.C. 552a (d) (1)) Request: EXEMPTIONS (5 U.S.C. 552 (6) (C) (B) (7)). GENERAL ( U.S.C. 552 A (J) (2)) OR SPECIFIC ( U.S.C. 552 a (k) (2)) NOT APPLICABLE TO THIS REQUEST.

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 52a (d) (1), and the applicable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungment (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and / or investigatory reports, (3) reports or evidentiary and / or scientific information findings, (4) wants, warrants, and / or detainers, (5) final and closing investigation reports: and (6) any and / or all information, data, or reports not otherwise exempt by statute (5 U.S.C. (66) (c) (b) (7)), (5 U.S.C. 52a (j) (2), (k) (2), or law, Tarlton. v. Saxbe, 507, F.2d. 1116, 165 U.S. App. D.C. 293 (1974). Menard v. Saxbe, 498 F 2d. 1017, 162 U.S. App. D.C. 284 (1974). Sullivan v. Murphy, 478 F. 2d. 938, 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in toto are no longer accorded exempt status unless under the specific exemption noted, and only with reference to specific citation of authority, Paton v. La Prade, 524 F.2d 862, 868-69. (CA3 1975).

( Second Request )

Examples of specific requests:

1). While working Kitchen detail in March 2005, at 1901 D St SE Washington D.C 20003 I had a injury to my left eye from a cleaning chemical called Lime-away I was transfered from 1901 D St SE Washington

2). D.C, to 1901 E St SE Washington D.C 20003 Resulting from this injury. And placed there into a contamination room at that facility I filed my inmate greivance procedures against this facility

3). 1901 E St SE Washington D.C 20003 I was transfered out of 1901 E St SE Washington D.C 20003 in March 2006 Federal removal to Bureau of Prisons My greivance responses from this facility

4). 1901 E St SE Washington D.C 20003 was misplaced by the United States Marshal's Services. Therefore I'm requesting that 1901 E St SE Washington D.C 20003 Treatment Facility to send me the

5). greivance responses that this facility has on file.

Also I'm requesting Complete Copies of my Medical Records resulting from this eye

6). injury as of March 2005

ThankYou Phillip J Cason
Phillip J Cason

FREEDOM OF INFORMATION "APPEAL LETTER"

FOI/PA Request No.________________ Date:__________

To: Office of information And Privacy 570 Flag Building Washington D.C. 20530

From: Phillip T. Cason
Reg. No. 10050-007 Unit A-1
BOX PMB 2000
USP Hazelton
Bruceton Mills, WV 26525

This is an "Administrative Appeal" under the Freedom of Information Act, Title 5 U.S.C. § 552(a)(6), and pursuant to 28 C.F.R. § 16.8.

On__________ I received a letter from __________ of your agency denying my request for__________

This reply indicated that an "appeal letter" could be sent to you. I am enclosing a copy of my exchange of correspondence with your agency so that you can see exactly what files I have requested and the insubstantial grounds on which my request has been denied.

You will note that your agency has withheld the [entire] or [nearly entire] documents that I requested. Since the FOIA provides that "any reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt,..." I believe that your agency has not complied with the FOIA. I believe that there must be additional segregable portions which do not fall within the FOIA exemptions and which must be released.

Your agency has used the__________ exemptions to withhold information. [describe specific arguments of exemptions claimed of items withheld from the documents you received.] [attach extra pages if needed]

If you choose to continue to withhold some of all of the material which was denied in my initial request to your agency, I ask that you send me an index of such material, [Vaughn Index, see Vaughn v. Rosen, 484 F.2d 820, (D.C. Cir. 1973) together with the justification for the denial of each item which is still withheld.

I expect a reply within the twenty working-day time limit pursuant to Title 5 U.S.C. § 552(6)(A)(ii). Please be advised that any refusal to comply with the FOI/PA requirements will lead to a lawsuit.

Sincerely,

Phillip T Cason
Signature of Requestor

00963894 3/18/06 RECORDS OFFICE

#27836 TO Whom May Concern:

During the Month of March 2005 I was admitted there between 4 to 5 days because of a Chemical Called (lime-away) that splashed into my left eye. At the time of this injury I was incarcerated at the D.C. Jail 1901 D St S.E. Washington D.C. May I receive copies of my Medical records thats on file there. The following has been signed by me, and are true

Thank You.

Phillip T. Cason

Reg NO: 10050-007

Date March 12, 2007

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DIEGO M. MORENO
United States Penitentiary Hazelton
P. O. Box 450
Bruceton Mills, West Virginia 26525
My Commission Expires Dec. 30, 2015

PAGE 1

© 2001 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

02 Greater Southeast Community Hospital Corporation I ☐ DC General

**EMERGENCY PHYSICIAN RECORD**

**Eye Problems**

Cason Phillip
3/18/05

TIME SEEN: 18:30 ROOM: #8 __EMS Arrival

HISTORIAN: ✓patient __paramedic __translator __other____

AGE 43y/o (M)/ F RACE____

__History limited by ____

**HPI** **chief complaint:** Eye pain

**duration / occurred:** X 5 days

**current and associated symptoms:** ✓pain __photophobia __matting __decrsd vision __itching __foreign body sensation __burning ✓redness __swelling of eyelid __diplopia

**location:** __RIGHT EYE ✓LEFT EYE

c/o ↑ pain & blurred vision

**severity:** __mild ✓moderate __severe____

Pain Scale: ( 1-10 ) 5

**apparent injury?** ✓no __yes __possibly

*How (context)?*

__foreign body / direct trauma____

*(activity)*

__chemical exposure____

*washed eye(s) at scene?* __YES __NO____
*volume:*____

__welding arc exposure / tanning booth____

__contact lenses soft / hard ____
*extended wear?* __YES __NO____

*Where Occurred?* __home __work __school Jail

☐ Agree w/ nurse's note for PFSH / ROS

**ROS:**
☒ ROS below otherwise negative
\fever \sore throat \cough

**PAST HISTORY:** ☐ Tetanus UTD

__prior eye injury __glaucoma __diabetes __wears contact lenses

Other____

H/o HIV

Meds- __none / see list____

Allergies- __NKDA / see list____

**PHYSICAL EXAM**

**CONSTITUTIONAL**

☑ Agree w/ vital signs Other____

__**Exam limited by** ____

Distress... ✓NAD __mild __moderate __severe____

☐ Examined with Slit Lamp ( R / L )

**Visual Acuity** __NOTED (see nursing assessment)____

**Eyelids** ✓PERRL __nml inspection __*everted for exam ( R / L )*

__see diagram ____
__post-surgical pupillary defect (R/L)____
__foreign body under eyelid ( R / L )____
✓edema ( R / L )____
__erythema ( R / L ) ____
__stye ( R / L ) ____

[illegible] lesion [illegible]

**Conjunctivae and Sclerae** __nml inspection

__see diagram ____
✓injected ( R (L) )____
__exudate ( R / L )____
__foreign material ( R / L ) ____
__subconjunctival hemorrhage ( R / L )____
__scleral icterus____

**Corneas** __nml inspection __*examined w/ fluoresceine (R / L)*

__see diagram ____
__foreign body ( R / L ) ____
__abrasion ( R / L )____
__fluoresceine dye uptake ( R / L )____

**EOM's** ✓intact

__palsy____

**Pupils** ✓normal accommodation

__irregular pupillary shape ( R / L )____
__abnormal pupillary size____
( unequal / meiotic / mydriatic )____
R- ____mm L-____mm____

**Anterior Chambers** ✓normal inspect.

__see diagram____
__hyphema ( R / L )____
__cell/flare ( R / L )____
__narrow angle ( R / L )____

**Posterior Segments** __normal fundiscopic ( R / L )

__papilledema ( R / L ) ____
__AV nicking ( R / L ) grade 1 2 3 4____
__exudate ( R / L ) ____
__hemorrhage(s) ( R / L ) ____
__retinal detachment____
__abnormally large optic cup ( R / L )____

pt. sent here from jail c̄ consult

PAGE 2

**Greater Southeast Community Hospital Corporation I**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# PATIENT DISCHARGE INSTRUCTIONS

753-A

MED

IMPRINTER

Diagnoses: Conjunctivitis Chemical

Discharge Date: 03/22/05

Pneumococcal Vaccine: ___ Given
Date: ______
Influenza Vaccine: ___ Given
Date: ______

**MEDICATIONS: Each medication, strength, route, frequency must be listed.**

| NAME OF MEDICATION | STRENGTH | ROUTE | FREQUENCY |
|---|---|---|---|
| Acyclovir | 400 mg | po | BID x 5days |
| Cipro Opthal drops | ii | gtts | in left eye BID |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DIET:** ☑ No Restrictions ☐ Other: ______

**ACTIVITY:** ☐ No limitations ☑ Activity as comfort permits Other: ______

**FOLLOW-UP:** Call Dr. Opthalmology clinic at jail upon discharge to schedule an appointment within 1 wk. Bring discharge instructions with you. **Call your doctor if you have medical problems that worry you.**
**IS PATIENT A SMOKER?** (Smoked within last year): ☑ YES ☐ NO
Smoking Cessation Education given: ☑ YES ☐ Refused For Smoking Cessation classes call: **1-877-937-7848**

**SPECIAL INSTRUCTIONS / COMMENTS:** Continue with antiviral meds

**CHF PATIENTS:**
Fluid Restriction: ☐ None Other: ______
☐ Weigh yourself every day, write it down and take it with you to your follow-up appointment.
**CALL YOUR DOCTOR IF YOU HAVE:**
☐ Weight Gain of 2-4 lbs. over 2-3 days ☐ Worsening shortness of breath or swelling ☐ Temperature greater than ______
☐ Other: ______

Physician Signature: [signature] PAC 2165 Date/Time: 3/22/05

**SOCIAL SERVICE / HOME HEALTH AGENCY**
Agency: ______ Person to Call: ______
Phone: ______

I understand the Discharge Instructions: P. Casor 3/22/05 1830
(Signature of Patient/Responsible Party) (Date/Time)

Signature Health Care Personnel: [signature] Date/Time: 3/22/05 1830

Greater Southeast Community Hospital
1310 Southern Avenue S.E.
Washington, D.C. 20032

NAME: NOINFO,CASON PHILLIP UNIT #: M00963894

ACCT #: V00000583451 ROOM: 733-A

ATTENDING: CHRIS J. ACKERMAN, MD DOB:05/26/61

DICTATED BY: CHRIS J. ACKERMAN, MD

ADMIT DATE: 03/18/05 DISCHARGE DATE:

TRANSFER SUMMARY FORM
0322-0051

Patient Name: Philip Cason.

PRIMARY DIAGNOSES: Conjunctivitis, viral versus chemical, and history of HIV.

LABORATORY TESTS AND CONSULTATIONS: WBC 6.9, hemoglobin 13.1, hematocrit of 37.1, platelets of 334,000, neutrophils 47, lymphs 38, monos 11, eosinophils 0.4, PT of 11.7, INR of 0.98, and PTT of 26.0. Chemistry: Sodium 135, potassium 4.0, chloride 101, CO2 of 30, glucose 111, BUN 15, creatinine 0.7, albumin 3.3, total protein 8.3, calcium 8.9, AST of 33, alkaline phosphatase 73, total bilirubin 0.8, and ALT of 53. C and S of the eye grew Staphylococcus.

HOSPITAL COURSE: This is a 43-year-old male patient from the DC Jail, who was admitted last week, complains of conjunctivitis of the left eye. The patient gave a history of spilling lime away accidentally which smashed into his left eye. He developed conjunctivitis with some periorbital lesions. So, the patient was admitted and placed empirically on acyclovir and Cipro eye drops to which he responded well. The patient is also continued on Crixivan and Combivir. By day 4, the patient responded well to treatment, conjunctivitis resolved, and the external lesions have crusted. The patient will be discharged in a stable condition back to the jail. He is to follow up with ophthalmologist at the jail (__________). He will continue on acyclovir 500 mg p.o. and also the Cipro eye drops 2 drops b.i.d. in the left eye. He will continue his antiviral regimen. Again, the patient is to follow up in the Eye Clinic at the DC Jail upon discharge from the hospital.

Dictated by Anthony Hinkson, PA

CHRIS J. ACKERMAN, MD

DICTATION DATE/TIME: 03/22/05 1030
TRANSCRIBED BY: AVICIS TRANSCRIPT DATE/TIME: 03/22/05 1300
OV ID NUMBER: 18183866474366092998O

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

3:00pm

NAME: Correction Rn A. MPD - Pre

GSCH Form 165-A Rev 9/03
WHITE-Medical Records
YELLOW-ED Administration
PINK-Physician Billing

# EMERGENCY DEPARTMENT
## Triage / Initial Assessment

MR #:

TRIAGE: ___ Core ___ After Chart ___ Fast Track
DISPOSITION: ___ ASAP ___ Routine ___ Adv. Triage

LAST NAME: No info CASSON FIRST NAME: Phillips MI: ___ SEX: M AGE: 43 DOB: 5/26/61

DATE: 3/18/05 ARRIVAL TIME: 1430 AM/PM TRIAGE TIME: 1430 AM/PM

**TRIAGE ASSESSMENT**

Chief Complaint/History Present Illness: (L) eye Redness, onset 4 days ago. pt sent from D.C. Jail

Information being given by: Transfer papers.

**TREATMENTS IN PROGRESS UPON ARRIVAL** (Please Check) ___ No treatments received prior to arrival in ED.

___ C-COLLAR ___ Towel Rolls ___ I.V. Fluids ___ ___ Oxygen
___ Backboard ___ Splint ___ Neb. treatment ___ Other ___

Current Medications: ___

Past Medical History: (+) VE), Herpes Zoster.

NKDA / Allergies: ___ Allergy bracelet placed on patient: ☐ Yes ☐ Not Needed

Due to the increase in domestic violence, we ask all adult patients: Have you ever been a victim of domestic violence? Yes ☐ No ☐
If yes, would you like some help? Yes ☐ No ☐

Social History: ___ Tobacco ___ ETOH ___ Substance Abuse ___ None Comments: ___
Family History: ___ Stroke ___ Heart Attack /Heart Disease ___ Diabetes ___ Cancer ___ Asthma ___ None
LMP: ___ Normal / Abnormal: (circle)
Tetanus: up to date, ___ >5 years ___ Unknown: ___ Primary Physician: ___
Triage VS: T/route 97.6 HR 80 RR 16 B/P 128/72 Pulse Ox: 98% Weight ___ kg/lbs
Impairments: ___ Visual ___ Hearing ___ Speech Triage Signature/Title: [signature]

**INITIAL TRIAGE ASSESSMENT** (please check)

**Mental Status:**
✓ Alert ×3
___ Oriented
___ Confused
___ Crying
___ Drowsy
___ Sleeping
___ Arousable
___ Unarousable
___ Unresponsive
___ Smiling/playful (peds)
___ Other ___

**Respiratory Status:**
✓ Clear
(R) Breath sounds (L)
___ Rales
___ Wheezing ___
___ Rhonchi
___ Diminished ___
___ Other ___
___ Nasal flaring
___ Retractions
___ Cough (productive**)
___ Cough non-productive
___ No deficit noted during Triage

**Cardiovascular Status:**
Color:
___ Normal
___ Pale
___ Cyanotic
___ Other
Temperature of skin:
✓ Warm
✓ Dry
___ Cool
___ Diaphoretic
___ Peripheral pulses present
___ Peripheral edema
Capillary refill:
___ <3 sec. ___ >3 sec.

**GI Status:**
✓ Soft/Nontender
___ Distended/tender
Bowel sounds
___ Present/absent
___ Vomiting/diarrhea
___ G tube
___ Stoma
___ Other
___ No deficit noted

**Musculo-skeletal Status:**
Location:
___ Pain ___ (0-10) Inten.
___ Skin broken
___ Swelling
___ Discolored
___ Distal pulses present
___ Deformity
___ Other ___
___ No deficit noted during Triage

PAIN 0 2 4 6 8 10

**GU/GYN**
___ Vaginal bleeding ___ Foley
___ Freq./Burning ___ No deficit noted
___ Discharge ___ Other ___

Signature/Title: [signature] Time: ___

**NURSING TREATMENT IN TRIAGE (Please Check)**

___ Tylenol Dose and Route ___ Init. ___
___ Sling/Sprint
___ Ice ___ Orthostatics ___
___ Pedialyte
___ Wound Care
___ Accucheck
___ Visual Acuity
___ Pregnancy Test: Positive/Negative
___ Cup given in triage
___ Urine Dip: ___
___ Advised Patient / Family Member to reamin/NPO

**TRIAGE REASSESSMENT**

**Patient Reassessment:** Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
Pain: ___ Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
RN Signature: ___ MD Signature: ___

**Patient Reassessment:** Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
Pain: ___ Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
RN Signature: ___ MD Signature: ___



# GREATER SOUTHEAST COMMUNITY HOSPITAL

WASHINGTON, D.C.

REGISTRATION

**PATIENT**

| ACCOUNT NO. | ADMISSION DATE/TIME | DATE OF BIRTH | AGE | SEX | RACE | M.S. | SERVICE | STATION | ROOM NO. | ACC. | STATUS | INIT | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V00000583451 | 03/18/05 2042 | 05/26/61 | 43 | M | | | MED | 7SEC | 733/A | SP | IN | ADM.AA | M00096369 |

PATIENT NAME AND ADDRESS
NOINFO,CASON PHILLIP
1901 E ST SE DEPT OF CORRECTIO
WASHINGTON, DC 20003

SOC-SEC-NO. 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
TELEPHONE NO. (202)547-7822

PATIENT EMPLOYER
UNEMPLOYED
NONE
NONE,DC

TELEPHONE NO.

**GUAR**

GUARANTOR NAME AND ADDRESS
NOINFO,CASON PHILLIP
1901 E ST SE DEPT OF CORRECTIO
WASHINGTON,DC 20003

SOC-SEC-NO. 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
TELEPHONE NO. (202)547-7822
RELATION SELF

GUARANTOR EMPLOYER
UNEMPLOYED
NONE,NONE,DC
NONE,DC

TELEPHONE NO.
OCCUPATION NONE

**REL**

RELATIVE 1
MARTIN,GLORIA OTHER RELATIVE
(202)397-2156

FINANCIAL CLASS
DC DEPT OF CORRECTIONS

**INSURANCE**

INSURANCE 1
DC DEPT CORRECTIONS/ G
196242

INSURANCE 2

INSURANCE 3

**MISC**

DIAGNOSIS / COMPLAINT
053.20 HERPES ZOSTER OF EYELID

ACCIDENT WK. REL
DATE ONSET 03/18/05 1200 (DATE / TIME)

ADM. TYPE / SOURCE 1 / LAW

RELIGION NON

ADMITTING DOCTOR ACKERMAN,CHRIS J. MD

ATTENDING PHYSICIAN ACKERMAN,CHRIS J. MD

LAST VISIT DATE

DISCHARGE DATE 3/22/05

REASON FOR VISIT
CHEMICAL BURN LT EYE

▼ THE FOLLOWING DATA **MUST** BE COMPLETED AT TIME OF DISCHARGE ▼

FOR MED. REC. USE ONLY CODE NUMBER

PRINCIPAL DIAGNOSES: (The reason, after study, to be chiefly responsible for occasioning admission)

OTHER DIAGNOSES: (Include ALL conditions which coexisted on admission or developed subsequently affecting treatment received and / or length of stay.)

OPERATIONS AND SPECIAL DIAGNOSTIC PROCEDURES:

[signature] 4/10/05

[signature] 3/11/05

DISCHARGE STATUS:

Date | Time

☐ Home ☐ Home Health ☐ Autopsy ☐ AMA ☐ In Op. Room ☐ Other Hospital ☐ Expired ☐ Anesthesia ☐ Skilled Nursing Facility ☐ Intermediate Care Facility ☐ Coroner's Case ☐ Other Facility ☐ Post Op.

OTHER ATTENDING M.D.

CONSULTING M.D.'s

SUMMARY DICTATED
date initials

I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures performed are accurate and complete t the best of my knowledge.

DATE

SIGNATURE OF ATTENDING PHYSICIAN M.D.

MEDICAL RECORDS COPY



Greater Southeast Community Hospital
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# Emergency Department Progress Notes

NOINFO,CASON PHILLIP
M00963894 V00000583451
05/26/61 43 M B
Phys: MCCATTY,SANDRA L. MD
DOS: 03/18/05

IMPRINTER

**IV**
Time 2305
Site Lt Hand
Catheter size #20
By [signature]

**IV**
Time ______
Site ______
Catheter size ______
By ______

☐ Seizure Precautions
☐ Cardiac Monitor @ ______

NG Tube ______
Time ______
By ______

Foley ______
Time ______
By ______

Accucheck # ______
Time ______
By ______

Accucheck # ______
Time ______
By ______

Accucheck # ______
Time ______
By ______

VITAL SIGNS

| Date/Time | Pain (0 - 10) | Temp. | Pulse | Resp | BP | FI02 | Pulse Ox | Initial |
|---|---|---|---|---|---|---|---|---|
| 3-18-05 2040 | 5/10 | 98 | 76 | 18 | 114/77 | RA | 96% | ml |
| 3-18-05 2155 | | 98 | 74 | 18 | 114/72 | RA | 96% | ml |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

VITAL SIGNS

| Date/Time | Pain (0 - 10) | Temp. | Pulse | Resp | BP | FI02 | Pulse Ox | Initial |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

INTAKE/IV FLUIDS

| TIME STARTED | TYPE /VOLUME/RATE | SIG. | DATE/TIME INFUSED | SIG. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OUTPUT

| TIME | TYPE | AMOUNT | SIG. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ED MEDICATIONS

| Date/Time | Medication | Amount | Route/Site | By |
|---|---|---|---|---|
| 3-18-05 | Percocet | i | PO | [signature] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EMERGENCY REGISTRATION

# GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I

WASHINGTON, D.C.

MEDICAL RECORDS COPY

## CONDITIONS OF ADMISSION TO EMERGENCY DEPARTMENT OR HOSPITAL

**1. MEDICAL CONSENT:** I hereby voluntarily consent to such diagnostic procedures and hospital care and to such therapeutic treatment by doctors of the medical sta Greater Southeast Community Hospital which, in their judgment, becomes necessary while I am an Emergency Department patient or an inpatient in said hospital. I acknowl that the medical care received in the Emergency Department is limited solely to emergency treatment. I understand that it will be necessary to select another physician make immediate arrangements with that physician for a complete diagnosis and/or continuation of treatment upon discharge from the Emergency Department or admis as an inpatient. I am aware that the practice of medicine and surgery is not an exact science and acknowledge that no guarantees have been made to me as to the re of treatments or examination in the hospital. I hereby authorize Greater Southeast Community Hospital Corporation I to retain, preserve for scientific and teaching purpc or dispose of at their convenience, any specimens or tissue taken from my body during my hospitalization.

**2. RELEASE OF RESPONSIBILITY:** I understand that if I leave the Emergency Department without consent of the emergency service physician and or fail to carry instructions for follow-up care, I do so at my own responsibility and I release this hospital and the emergency service physicians from any resultant liability.

**3. PERSONAL VALUABLES:** I agree that the hospital shall not be liable for the loss of or damage to any money, jewelry, glasses, dentures, documents or other articl unusual value or small size, unless placed in the safe, and shall not be liable for loss of or damage to any other personal property unless deposited with the hospita safekeeping. The hospital maintains a safe for the safekeeping of money and valuables.

**4. RELEASE OF INFORMATION:** I authorize and consent to the release of information, from medical records in accordance with the policy of the hospital, as requeste my insurance company or other reimbursing agency, or otherwise for purposes of billing. As required by any Federal, State or local law or regulation or as needed for qu assurance or utilization review activities of the hospital and I further expressly authorize the release of photocopies of any portion of my medical record to the compa any processing my workers' compensation claim. Written communication, reports or other data prepared by the Utilization Review Committee concerning treatment rece by me during this admission may be released to my medical carrier. I authorize release of medical records to other health care institutions who are involved in providin continuing health care. In addition, I agree to the release of my medical information for hospital approved research.

**5. ACQUISITION OF INFORMATION:** I am aware that the hospital conducts a follow-up program and follow-up studies on patients after they have been discharged the hospital. I am aware that the purpose of this program and these studies is to follow-up on the patient's recuperation and recovery from the disease for which he or was treated, and to monitor the course of the disease itself. To enable the hospital to conduct this follow-up study, I authorize any physician, hospital or health care instit which renders treatment or health care to me, to release to the Greater Southeast Community Hospital Corporation I information concerning me from their medical rec

**6. ASSIGNMENT OF INSURANCE OR PAYOR BENEFITS:** I recognize I am primarily liable for payment for services rendered, however, in the event I am entitled to me care benefits of any type whatsoever, I hereby assign those benefits to the hospital and any of its contracted health care providers, including but not limited to those physic or physician groups providing anesthesia, cardiology, emergency, intensive care rehabilitation, neonatal, neurology, pathology, pulmonary medicine and radiology serv I authorize the hospital and the appropriate health care providers to apply for benefits on my behalf for services rendered during this admission or visit. I authorize any h or medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the ber payable for related services. I certify that the insurance or other coverage benefit information supplied by me is correct, in accordance with applicable hospital, provid insurance policies or agreements. Should my account be referred to any attorney for collection I agree to pay reasonable attorney fees and collection expenses.

**7. PERMISSION FOR PAYMENT OF HOSPITAL AND MEDICAL INSURANCE BENEFITS TO HOSPITAL:** request payment or authorized benefits be made in my b directly to the hospital.

**8. STATEMENT TO PERMIT PAYMENT OF MEDICARE BENEFITS TO PROVIDER, PHYSICIANS AND PATIENT:** I certify that the information given by me in app for payment under Title XVII by the Social Security Administration or its intermediaries or carriers for this or a related medical claim, is correct, and I authorize the rel of all necessary information to those agencies just named, as well as to any Professional Review Organization I request that payment of authorized benefits be made o behalf. I assign the benefits payable for physician services to the physician or organization furnishing the service in the alternative, I authorize such physician or organiz to submit a claim to Medicare for payment on my behalf.

**9. PAYMENT OF HOSPITAL BILL:** I guarantee payment of all charges incurred for services rendered by Greater Southeast Community Hospital Corporation I for the pa named on this page, less any amounts paid by any third party payer. The amount due shall be paid in full at the time of discharge. In the event of a prolonged Hospitaliza I understand that Greater Southeast Community Hospital Corporation I reserves the right to present me with periodic interim bills that will be due upon receipt.

**10. WASHINGTON REGIONAL TRANSPLANT CONSORTIUM:** Federal law requires that Greater Southeast Hospital Corporation I report information about individuals die or whose death is imminent to the Washington Regional Transplant Consortium.

**I CERTIFY THAT I HAVE READ THIS FORM AND THAT I UNDERSTAND ITS CONTENTS:**

PATIENT'S/RESPONSIBLE PARTY SIGNATURE: [signature]

DATE: 3/18/05 WITNESS: [signature] RELATIONSHIP: [handwritten, illegible]

| ACCOUNT NO. | ADMISSION DATE/TIME | DATE OF BIRTH | AGE | SEX | RACE | M.S. | LOCATION | STATUS | INIT | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| V00000583451 | 03/18/05 1438 | 05/26/61 | 43 | M | B | S | ERG | ER | ADM.KT | M00963894 |

**PATIENT**

PATIENT NAME AND ADDRESS: NOINFO,CASON PHILLIP / 1901 E ST SE DEPT OF CORRECTIO / WASHINGTON, DC 20003

SOC-SEC-NO.: 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

TELEPHONE NO.: (202)547-7822

PATIENT EMPLOYER: UNEMPLOYED / NONE / NONE,DC

TELEPHONE NO.:

**GUAR**

GUARANTOR NAME AND ADDRESS: NOINFO,CASON PHILLIP / 1901 E ST SE DEPT OF CORRECTIO / WASHINGTON,DC 20003

SOC-SEC-NO.: 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

TELEPHONE NO.: (202)547-7822

RELATION: SELF

GUARANTOR EMPLOYER: UNEMPLOYED / NONE,NONE,DC / NONE,DC

TELEPHONE NO.:

OCCUPATION: NONE

**REL**

RELATIVE 1: MARTIN,GLORIA (202)397-2156 OR

**INSURANCE**

INSURANCE 1: DC DEPT CORRECTIONS/ G 106242

FINANCIAL CLASS: DC DEPT OF CORRECTIONS

INSURANCE 2: Trip Ticket Attached and Fi[le]

INSURANCE 3:

**MIS**

| DIAGNOSIS / COMPLAINT | ACCIDENT WK. REL | DATE / TIME | ADM. TYPE / SOURCE | ARRIV. MODE | RELIGION |
|---|---|---|---|---|---|
| DATE ONSET | | 03/18/05 1200 | 1 LA | DEPT OF CORRECT | NO |

FAMILY PHYSICIAN:

ER PHYSICIAN: MCCATTY,SANDRA L. MD

LAST VISIT DATE:

DEPOSIT AMOUNT:

RECEIPT #

Cason Phillip
3/18/05

**RIGHT EYE:**

A=abrasion
D=dye uptake (fluoresceine)
FB=foreign body
SCH=subconjunctival hem.

**LEFT EYE:**

A=abrasion
D=dye uptake (fluoresceine)
FB=foreign body
SCH=subconjunctival hem.

**ENT**
__nml inspectn
__pharynx nml
__TM erythema / dullness ( R / L )
__obscured by cerumen (R/L)
__pharyngeal erythema / tonsillar exudate

**RESPIRATORY**
✓ no distress
✓ lungs clear
__wheezing
__rales

**GI / ABDOMEN**
__non-tender
✓ no organomegaly
__tenderness / guarding

**PSYCH**
✓ mood/affect nml
__depressed affect
__anxious

☐ EMTALA EMC present ☐ EMTALA EMC absent

**XRAYS:** *facial series orbit Waters view #of views*
__no fracture
__sinuses appear nml
__fracture
__sinus air-fluid level
__sinus opacification
__maxillary sinus "tear drop sign"
__soft-tissue swelling

PRIOR XRAY- __unchngd __unavail. __changed:
☐ interp contemporaneously by me ☐ discussed w/ Radiologist
☐ interp by Radiologist ☐ personally reviewed by me

Eye - 02

**PROCEDURES:**

*local anesthesia:* ☐ Tetracaine / Topical Anesthetic

*foreign body removal:*
☐ with cotton-tipped swab. ☐ with needle / burr drill
☐ with irrigation ☐
☐ Morgan lens
☐ cornea curettaged with corneal burr after removal of foreign body, because of residual material.

Remaining material after foreign body removal?
NO DEBRIS RUST-RING

*irrigation:* R / L eye(s) irrigated with ____cc nml saline / RL

*other:*

*intraoccular pressure:* RIGHT EYE- ________ mm
LEFT EYE- ________ mm

**EMERGENCY DEPARTMENT COURSE:**

griped scabbed lesion

__Rx given
__Discussed with Dr.________ Time____
*patient will be seen in: office / ED / hospital*

## CLINICAL IMPRESSION: #1 V ⊕

| | | | |
|---|---|---|---|
| Acute Eye Pain | R / L EYE | Acute Iritis | R / L EYE |
| Decreased Vision | R / L EYE | Glaucoma acute | R / L EYE |
| Corneal Abrasion | R / L EYE | Conjunctivitis chemical allergic infectious | R / L EYE |
| Corneal Ulcer | R / L EYE | Corneal Injury From Contact Lens | R / L EYE |
| Foreign Body *removed resolved w/ residual material* | R / L EYE | Ultraviolet Keratitis | R / L EYE |

Herpes Zoster ophthalmicus (L) eye

Follow up with Dr.

**DISPOSITION-** ☑ discharged ☐ admitted ☐ transferred
**Time** 1915 ☐ placed in obs. *(See obs template)* ☐ Left AMA
**CONDITION-** ☐ unchanged ☐ improved ☐ stable

*ARNP / PA* [signature] #2161

*PHYSICIAN-* [signature] MD *Time* 1905 3/18/05

*PHYSICIAN-* *Time*

☐ T Complete ☐ T Sheet Add On ☐ Other

NOINFO,CASON PHILLIP
M00963894 V000005834511
05/26/61 43 M B
Phys: MCCATTY,SANDRA L. MD
DOS: 03/18/05

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

Pat
Uni.

## DISCHARGE ASSESSMENT

**Living Arrangements Prior to Visit:** ❑ Private Home ❑ Nursing Home ❑ Homeless ❑ Group Home ❑ Other ________

## CURRENT STATUS:

❑ Independent ❑ Ambulatory ❑ Ambulates w/Assist. ❑ Assistance Required ❑ Dependent ❑ Confined to Chair
❑ Confined to Bed ❑ Other: ________

Explain/Comments: ________

## ASSESSMENT / IDENTIFIED NEEDS:

1) ❑ No Problems Noted / No Further Intervention Required
2) ❑ Home Health Care
3) ❑ Placement/Shelter
4) ❑ High Risk Mother/Child
5) ❑ Counseling
6) ❑ Dur. Med. Equip./Supplies
7) ❑ Maltreatment Issues
8) ❑ Substance Abuse
9) ❑ Education/Teaching
10) ❑ Prescription(s)
11) ❑ Transportation
12) ❑ Clothing
13) ❑ Diabetic Consult Entered: ❑ Yes ❑ No
14) ❑ Other: ________

## PLAN: To be completed by Care Management

1) ❑ Counseling 2) ❑ Home Health Care (specify agency) ________
3) ❑ Facilitate Placement (specify) ________ 4) ❑ Community Referrals (specify) ________
5) ❑ Order D.M.E. (specify agency) ________ 6) ❑ Other: ________

Comments: ________

Discussed with ________
Patient or Responsible Party

who is aware of and in agreement with the above discharge plan.

Signature ________ Title ________ Date ________

## DISPOSITION DOCUMENTATION

Admitted Time: ________
Time Report Called: ________
Time Transported to Floor: ________
IV/O2/Monitor/NGT N/A ________

Discharge to: Home/SNF/Other: ________
IV/Saline Lock d/c'd: Yes ___ No ___ N/A ___
Accompanied by: ________
Mode: Ambulatory / W/C / Stretcher
Rx given with explanation: Yes ___ No ___ N/A ___
Meds dispensed by MD: Yes ___ No ___ N/A ___

VS: T ________ P ________ R ________ B/P ________
Pain: ______ / 10 Pulse Ox ________ FHT ________
Patient / Significant Other / Caregiver Verbalizes understanding Discharge instruction & Follow-up.
Interpreter: Yes ____ N/A ____
Condition on Discharge ________
Splint application: CMS intact Yes ____ N/A ____
Approved/Viewed by MD/PA: Yes ______ N/A ____
Crutch/cane walking w/return demonstration: Yes ____ N/A ____
Informed consent immunization administration: Yes ___ Lot # ____ N/A ___

Signature: ________ Date: ________ Time: ________

GSCH Form 165-B Rev.6/04

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

NOINFO,CARSON PHILLIP
M00963894 V00000583451
05/26/61 43 M B
Phys: MCCATTY,SANDRA L. MD
DOS: 03/18/05

| DATE/TIME | NURSING PROGRESS NOTES |
| --- | --- |
| 3-18-05 2028 | This 43 yr old B/m admits to being HIV(+) and now has rash around L/t eye with [illegible] No [illegible] Stable. This pt. is alert and [illegible] times 3. Pt. [illegible] Present [illegible] [illegible] ate [illegible] + drink [illegible] |
| 3-19-05 2150 | Pt. is admitted to hosp [illegible] [illegible] Ophthalmic of [illegible] eye [illegible] [illegible] [illegible] and [illegible] [illegible] |
| 3-18-05 2208 | This pt. has now been [illegible], [illegible] orders for in house [illegible] |
| 3-18-05 2305 | Report given to charge Nurse [illegible]. Pt. [illegible] has a [illegible] and CBC, Chem 12 and pt, PTT done. [illegible] |



**Greater Southeast Community Hospital Corporation I**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# PATIENT PROGRESS NOTES
# – PHYSICIAN –

CASON PHILLIP 733-
CHRIS
MED
AAS
Imprinter

| Date & Time | ALL NOTES MUST BE ACCOMPANIED BY SIGNATURE AND PROFESSIONAL DESIGNATION |
|---|---|
| 03/ | 18/05 |
| O/E | |
| | Alert / Oriented |
| | Mild Distress |
| | Bp 130/75 mmHg Pulse 87/m |
| | Resp. 18/m Temp. 98.6 F |
| | HEENT |
| | PERRLA / |
| | ⊖ Nerves ⊖ lymphadenopathy |
| Date & Time | Ⓛ Eye |
| | Lower Eye Lip swelling c/w Herpes. |
| | Vesicle on Ⓛ temporal side Ophthalmicus |
| | Resp. System CTA |
| | Cardiovascular System $S_1$ ⊕ $S_2$ ⊕ |
| | $S_3$ ⊖ $S_4$ ⊖ |
| | GI System Soft / |
| | Non tender |
| | BS ⊕ / No Organomegaly. |
| | |
| Date & Time | Imp. |
| | Ⓟ |
| | Adm. ... |
| | ① HIV |
| | Vesicle Ⓛ Eye c/w Herpes Opthalmicus. |
| | Swelling |
| | ① Conjunctivitis |
| | [signature] |
| | |
| | |

GSCH FORM 124 REVISED 4/00



Greater Southeast Community Hospital Corporation I
1310 Southern Avenue, S.E.
Washington, D.C. 20032

NOINFO,CASON PHILLIP
M00963894 V00000583451
05/26/61 43 M B
Phys: MCCATTY,SANDRA L. MD
DOS: 03/18/05

Imprinter

# PATIENT PROGRESS NOTES
## – PHYSICIAN –

H+P

| Date & Time | ALL NOTES MUST BE ACCOMPANIED BY SIGNATURE AND PROFESSIONAL DESIGNATION |
|---|---|
| 03/18/05 | |
| | (L) Eye pain x 5 days |
| | |
| | 43 yrs. old. AAMale |
| | H/O HIV +ve / Admitted H/O. Exposure to [illegible] |
| | And followed by swelling up & got pain of |
| | (L) Eye |
| | Patient seen by Ophthalmologist and |
| | impression R/O Herpes Zoster |
| Date & Time | R/O Conjunctivitis. |
| | Admitting Increase pain / photophobia |
| | & also redness of Eye (L). No fever / no chills. |
| | No cough / no discharge (purulent) of (L) Eye. |
| | |
| | PMH |
| (I) | HIV +ve |
| (II) | H/O. Herpes Zoster. |
| | NKDA. |
| | |
| Date & Time | MEDICATION |
| | None |
| | H/O. Smoking |
| | H/O. Drug |
| | H/O. ETOH. |
| | Multiple Sexual Partner. |
| | |
| | [signatures] |

GSCH FORM 124 REVISED 4/00



Greater Southeast Community Hospital Corporation I
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# EMERGENCY DEPARTMENT PHYSICIAN ORDER FORM

ED Bed#: 8 at 1804

IMPRINTER

| MD INT | MD OT | STAFF INT | TIME | INITIAL ORDERS (PLEASE CIRCLE) | | |
|---|---|---|---|---|---|---|
| | | | | CCU Work-up EKG | Theophylline Tegretol Dilantin Phenobarbitol | O2 via ___ lpm ABG's on ___ lpm |
| | | | | CBC c̄ diff. PT / PTT | U/A () Dip Urine Toxicity BHCG Urine | Continuous Neb Albuterol / Atrovent x ___ mins |
| | | | | Chem 7 Chem 12 | Culture: Blood Urine Rapid Strep Sputum Wound Cervical | Monitor Heplock Pulse Ox Accucheck |
| | | | | CK Troponin Myoglobin | GYN: Cervical C&S Wet Prep Transgrow Chlamydia | IV ___ @ ___ ml/hr |
| | | | | Amylase / Lipase Magnesium ETOH Digoxin | PCXR Head CT Obst Series CXR Pelvic US C-Spine | Old Chart Called @: ___ |

| MD INT | MD OT | ADDITIONAL TREATMENT | STAFF INT / TIME | MD INT | MD OT | ADDITIONAL TREATMENT | STAFF INT / TIME |
|---|---|---|---|---|---|---|---|
| KN | | Admit to Dr. Ackerman | | | | | |
| 18 20 | N | percocet i tab PO | 2035 | | | | |

| INITIALS | SIGNATURE/TITLE | DATE/TIME | INITIALS | SIGNATURE/TITLE | DATE/TIME |
|---|---|---|---|---|---|
| M | [illegible signature] | 3/18/05 2025 | | | |

Physician Signature (s): [signature] Date/Time: 3/18/05 2100

GSCH Form 1028 Rev 9/04 WHITE-Medical Record YELLOW-ED Physicians PINK-Patient Accounts GOLD- ED File Copy

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

******************************************************************************************

# PATHOLOGY LABORATORY CUMULATIVE REPORT

******************************************************************************************

LOCATION
7 SECURE

PATIENT: NOINFO,CASON PHILLIP
REG DR: ACKERMAN,CHRIS J. MD
ACCT #: V00000583451
AGE/SX: 43/M
STATUS: ADM IN
LOC: 7SEC
ROOM: 733
BED: A
U #: M00963894
REG: 03/18/05
DIS:

******************************************************************************************

HEMATOLOGY / COAGULATION

******************************************************************************************

---CBC/PLATELET---

| Date | Time | WBC (4.0-11.5) K/CUMM | RBC (4.30-5.70) M/CUMM | HGB (12.6-17.3) GM/DL | HCT (38.0-52.0) % | MCV (85-97) FL | MCH (27.0-31.0) PG | MCHC (32.0-36.0) % |
|---|---|---|---|---|---|---|---|---|
| MAR 18 | 2325 | 6.9 | 3.28 L | 13.1 | 37.1 L | 113 H | 39.9 H | 35.3 |

| Date | Time | RDW (11.5-14.5) % | MPV (7.4-10.4) FL | PLTCNT (150-450) K/CUMM |
|---|---|---|---|---|
| MAR 18 | 2325 | 19.6 H | 7.0 L | 334 |

---5 CELL DIFFERENTIAL---

| Date | Time | C-NEUTRO (38.0-78.0) % | C-LYMPH (15.0-50.0) % | C-MONO (1.0-11.4) % | C-EOSIN (0.0-10.0) % | C-BASO (0.0-3.0) % | AB-NEUTRO (1.5-9.0) K/CUMM | AB-LYMP (0.6-5.8) K/CUMM |
|---|---|---|---|---|---|---|---|---|
| MAR 18 | 2325 | 47.7 | 38.1 | 11.8 H | 2.0 | 0.4 | 3.3 | 2.6 |

| Date | Time | AB-MONO (0.0-1.3) K/CUMM | AB-EOSIN (0.0-1.2) K/CUMM | AB-BASO (0.0-0.4) K/CUMM |
|---|---|---|---|---|
| MAR 18 | 2325 | 0.8 | 0.1 | 0.0 |

---ROUTINE COAGULATION---

| Date | Time | PT (12.1-14.3) SECS | INR | PTT (21.2-35.5) SECS |
|---|---|---|---|---|
| MAR 18 | 2325 | 11.7 L | 0.98(a) | 26.0 |

NOTES: (a) RECOMMENDED INR THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT THERAPY (2.0 - 3.0) MECHANICAL PROSTHETIC VALVES HIGH RISK (2.5 - 3.5)

** CONTINUED ON NEXT PAGE **

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

****************************************************************************************************

# PATHOLOGY LABORATORY CUMULATIVE REPORT

****************************************************************************************************

LOCATION
7 SECURE

| PATIENT: NOINFO,CASON PHILLIP | ACCT #: V00000583451 | LOC: 7SEC | U #: M00963894 |
|---|---|---|---|
| | AGE/SX: 43/M | ROOM: 733 | REG: 03/18/05 |
| REG DR: ACKERMAN,CHRIS J. MD | STATUS: ADM IN | BED: A | DIS: |

****************************************************************************************************
CHEMISTRY
****************************************************************************************************

------------------------ROUTINE CHEMISTRY------------------------

| Date | Time | SODIUM (134-143) MMOL/L | POTASSIUM (3.4-4.9) MMOL/L | CHLORIDE (98-107) MMOL/L | CO2 (22-32) MMOL/L | GLUCOSE (65-99) MG/DL | BUN (8-23) MG/DL | CREATININE (0.7-1.2) MG/DL |
|---|---|---|---|---|---|---|---|---|
| MAR 18 | 2325 | 135 | 4.0 | 101 | 30 | 111 H | 15 | 0.7 |

| Date | Time | ALBUMIN (3.4-4.7) G/DL | TOT PROTEIN (5.8-8.0) G/DL | CALCIUM (8.7-10.1) MG/DL | AST (SGOT) (16-41) IU/L | ALK PHOS (32-91) IU/L | TOT BILI (0.3-1.3) MG/DL | ALT (SGPT) (12-59) IU/L |
|---|---|---|---|---|---|---|---|---|
| MAR 18 | 2325 | 3.3 L | 8.3 H | 8.9 | 33 | 73 | 0.8 | 53 |

Patient: NOINFO,CASON PHILLIP Age/Sex: 43/M Acct#V00000583451 Unit#M00963894

CHART DATE: 03/22/05

** CONTINUED ON NEXT PAGE **

1009

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) Medical | DATE: 5-21-07 |
| FROM: Phillip Cason | REGISTER NO.: 10050-007 |
| WORK ASSIGNMENT: Compond | UNIT: A-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Requesting a "Complete Copy of Medical records"

Again Requesting a "Complete Copy of Medical records".

Thank You
Phillip J Cason

(Do not write below this line)

DISPOSITION:

**Per BOP policy your medical record is to be reviewed prior to releasing copies to you. When the medical record review is complete you will be placed on call-out to pick up your copies.**

| Signature Staff Member | Date |
|---|---|
| Christina Gladwin, RHIT<br>Medical Records Technician<br>USP/SCP Hazelton | 5/23/07 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5-14-2007 | Administrative Note: Inmate received the below |
| 0800 | requested copies today. Cindy Ammons, CPC; CCP Medical Records Tech. USP/SCP Hazelton |
| Monday | |

Administrative Note: The following records were released to the inmate per their written request:

___ Progress Notes (SF 600)
2 Inpatient Progress Notes
___ Doctor orders/___ Nursing Notes
___ Federal Prisoner in Transit Sheets (BP 149)
1 Laboratory Results
___ Immunization Sheets (SF 601)
1 Report of Medical Examination
___ Intake Screening/Physical/Med History
___ Injury Reports
___ Medical Report of Duty Status
___ Medical Treatment Refusal Form
___ Miscellaneous Forms ___________

___ EKG's
3 X-Ray Reports
___ Medication Sheets
___ Problem List
2 Consultations
___ Outpatient Reports
___ Flow Sheets
___ Civilian Records
___ Dental Records
1 Cop-Out Forms
___ A & O Forms

10 Total Pages Released

The Following items were withheld: Any HIV related items

If you wish copies of these documents, please make your request to Central Office, Office of General Counsel, Freedom of Information (FOI) Section, 320 First Street, N.W., HOLC Bldg, Room 714, Washington, D.C. 20534. A copy ofhis form must accompany your request.

Staff Member Signature Cindy J. Ammons, HIT

Cindy Ammons, CPC; CCP
Medical Records Tech.
USP/SCP Hazelton

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Cason, Phillip DOB: 5-26-1961

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SSN 7546-00-634-4176

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 04/23/07 0630 | ## CHRONIC CARE PATIENT EVALUATION |

☐ HYPERTENSION  ☐ CARDIAC  ☐ DIABETES MELLITUS  ☐ PULMONARY  ☐ TOBACCO USE HPL

☐ GASTROINTESTINAL  ☐ INFECTIOUS DISEASE  ☐ HEPATITIS C  ☐ B ☐ ____  ☐ HIV/AIDS PPG

☐ GENERAL  ☐ NEUROLOGY  ☐ ORTH/RHEUM  ☐ MENTAL HEALTH        HIV @ 1993

ALLERGIES: _devils_                                        PPD @ 12-24 / 0-1-9-16

SUBJECTIVE This 2 o.o.le pt u07y/o c̄ HIV @ He is feeling well
No Jaundice, No dark urine; No fatigue; No loss weight
diured night sweats hematuresis; and General malaise
and sometime cought no fever

OBJECTIVE  Alert, or. x3

| | | |
|---|---|---|
| TEMPERATURE | R: 18    86.9 | CBC 5·0 > 13.0 < 291 / 372  04/01/07 |
| WEIGHT 141 | O2 SAT: 98 | CMP 137 / 102 / 14 / 139   4.2   29   1.4 |
| BP/PULSE  115/77   80 | | HgA1C |
| HEENT  PERRLA / EOMI   F/E No Exudate  No Hemorrhaged | | LIPIDS  AST = 30   ALT = 33   Total Bili = 2.4 |
| CAROTIDS  No bruits | | UA |
| HEART Regular Rhythm ; No Murmurs | | EKG |
| LUNGS  CTA | | CXR  4-28/06  Neg |
| ABDOMEN  Soft ; no masses palpable ; No bruits | | |
| EXTREMITIES/FOOT EXAM  No Deformation ; No ulcer | | |

ASSESSMENT: _Neuro: No acute defect_
_CN II - XII normal._

CARSON phillip
10050-007
5-26-61    45y/o

**USP HAZELTON**

RECORDS MAINTAINED AT ▶

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 04/23/07 | - HIV ⊕ |
| 0230 | - Prophylaxis treatment of PEP |
| | Plan: |
| | Oral Instruction given and understood |
| | - Exercise Instruction given and understood |
| | - Medication Instruction given and understood; regarding analgesic side effects |
| | - He was encouraged do not share personal effects. |
| | - Lamivudine/zidovudine 150/300mg take 1 tablet by mouth twice a day //180 days |
| | - Indinavir tab (400mg) take 1 tablet by mouth daily/180 days |
| | - Ritonavir tab 100mg) take 1 tablet by mouth twice a days //180 days |
| | - clarithromycin tab 500mg take 1 tablet by mouth twice a days x 10 days # 20 tabs |
| | - Biaxin tab 500mg take 1 tablet by mouth twice a days x 10 days # 20 tabs |
| | CBC; CMP; CTR; lipid panel; liver panel |
| | [signature] |

Pharmacy Chart Review / Prescriptions Filled

Same med

4

USP/SCP/SFF Hazelton

STANDARD FORM 600 (REV. 6-97) BACK

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 04/23/07 | — H I V ⊕ |
| 0230 | — Prophylaxis treatment of pep |

Plan:

Diet Instruction given and understood

— Exercises Instruction given and understood

— Medication Instruction given and understood; regarding anl/seg side effects

— He was encouraged do not share personal efects.

— Lamivudine/zidovudine 150/300mg take 1 tablet by mouth twice a day /180 days

— Indinivir tab (400mg) take 1 tablet by mouth daily/180 day

— Ritonavir tab 100mg) take 1 tablet by mouth twice a day /180 days

— clarithromycin tab 500mg take 1 tablet by mouth twice a day × 10 days # 20 tb

— Biaxin tab 500mg take 1 tablet by mouth twice a day × 10 days # 20 tb

CBC, comp; CXR, lipid panel, liver panel

USP/SCP/SFF Hazelton

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 04-09-07 error ckg 4/9/07 ~~0930~~ 1230 | Admin Note: Prescription eyeglasses, gov't issue, were given to patient today. ckgladwin<br>Christina Gladwin, RHIT<br>Medical Records Technician<br>USP/SCP Hazelton |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP/SCP/SFF Hazelton | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

Cason, Phillip 10050-007

CHRONOLOGICAL RECORD OF MEDICAL CARE

Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

(3)

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11/9/06 | CLINIC(S) ( ) Cardiac ( ) Hypertension ( ) Diabetes (✓) In. Disease ( ) Lipid |
| 0830 | ( ) Gastro ( ) Pulmonary ( ) Endocrines ( ) Neurology ( ) Ortho ( ) Mental ( ) GEN |
| | ALLERGIES- NKDA |
| | SUBJECTIVE: (Chief Complaint) Chronic Care Clinic - Caught - |
| | Headache. |
| | OBJECTIVE: H- Wt-144 B/P-126/90 P-72 RR-16 Temp-97.6 O2S-97% Peak Flow- |
| | Pain Level- 1 to 10= none |
| | HEENT- Normocephalic - PERRLA - WNL - WNL - no lesion |
| | Lungs- Clear to Auscultation Heart- RRR |
| | Abdomen- Flat - Soft, depressible, no organomegaly |
| | Extremities- Symmetric, no deformity, no Edema no Cyanosis |
| | Neuro- alert - active - oriented by 3 |
| | Recent Lab Results- 6-5-06 CD4-578 CD8-984 |
| | Viral load <50 |
| | X-ray- ——— EKG ——— Op/Opth. Eval- |
| | Ans — |

Diabetic foot Screen Test Steps

Left Foot

Diabetic foot Screen Test Steps

Right Foot

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT USP/SCP Hazelton |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

CASON Phillip
10050-007
5-26-61

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Ord.Date 11/09/06 CASON, PHILLIP J. VAZQUEZ (0)Refills
10050-007
Exp.Date 11/18/06 TAKE ONE TABLET BY MOUTH TWICE DAILY WITH FOOD AS NEEDED FOR PAIN
Rx # 17375 IBUPROFEN 800 MG TAB #20

Ord.Date 11/09/06 CASON, PHILLIP J. VAZQUEZ (0)Refills
10050-007
Exp.Date 11/18/06 TAKE ONE TABLET BY MOUTH TWICE DAILY UNTIL ALL GONE
Rx # 17376 CLARITHROMYCIN 500 MG TAB #20

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11/9/06 Cont. | ASSESSMENT(S) - (1) Immunocompromised |
| | (2) Cough |
| | (3) Headache |
| | PLAN- |
| | (1) Motrin 800mg |
| | ī po bid x 10 day #20 |
| | (2) Biaxin 500mg |
| | ī po bid x 10 day #20 |
| | (3) Ritonavir 100mg |
| | ī cap twice a day x 180 days |
| | (4) Indinavir Sulfate 400mg |
| | īī Tab twice a day x 180 days |
| Shannon Cornell, PharmD Chief Pharmacist USP/SCP Hazelton | (5) Lamivudine/Zidovudine 150/300mg |
| | ī tab Twice a day x 180 day |
| | (6) f/u PRN |
| | (7) f/u CCC |
| | (8) Instruction - Orientation day |
| (9) | Patient Education-Test Results, Tx Plan, Side Effects, Complications, Lifestyle Change |
| | JORGE S. VAZQUEZ, MD USP/SCP HAZELTON |

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11/6/06 | CLINIC(S) ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) In. Disease ( ) Lipid |
| 1430 | ( ) Gastro ( ) Pulmonary ( ) Endocrines ( ) Neurology ( ) Ortho ( ) Mental ( ) GEN |
| | ALLERGIES- |
| | SUBJECTIVE: (Chief Complaint) |
| | OBJECTIVE: H- Wt- B/P- P- RR- Temp- O2%- Peak Flow- |
| | Pain Level- 1 to 10= |
| | HEENT- No Show for |
| | Lungs- Heart- Chronic Care Evaluation |
| | Abdomen- |
| | Extremities- JORGE S. VAZQUEZ, MD USP/SCP HAZELTON 11/6/06 |
| | Neuro- |
| | Recent Lab Results- Plan - Re Schedule |
| | X-ray- EKG Op/Opth. Eval- |

Diabetic foot Screen Test Steps

10 2 3 1 4 5 6 7 8 9 Left Foot

Diabetic foot Screen Test Steps

2 10 3 1 6 5 4 7 8 9 Right Foot

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT USP/SCP Hazelton |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Cason Philip
10050-007
5/26/61

REGISTER NO. | WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

PREVIOUS EDITION USABLE AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

INMATE REQUEST FOR TRIAGE

INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY

Today's date: 9 13 06 Your age: ______ Work Assignment: ______ Unit: ______

SUBJECTIVE (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Complaint (Queja), What is your main problem (cual es su problema principal?):

9/13/06 1005 — (L) great toe ingrown nail

History of medical problems (historial de problemas medicos):

[ ] none (nada) [ ] high blood pressure (presion alta)

[ ] heart problems (problemas de corazon) [ ] asthma (asma)

[ ] seizures (convulsiones) [ ] diabetes (diabetes)

[ ] allergies (alergias): [ ] other

History of mental health problems (historial de problemas mentales): [ ] yes [ ] no

How long have you had this problem (durante cuanto tiempo ha tenido este problema)?

[ ] Days (Dias): _____ [ ] Months (Meses): _____ Years (Anos): _____

List the medications you are taking (que medicinas esta tomando):

Inmate signature:

INMATE DO NOT WRITE ON THE BACK OF THIS FORM

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP/SCP HAZELTON HEALTH SERVICES UNIT SKY VIEW DRIVE HAZELTON, WV 26525 | | | |
| | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

Cason, Phillip
10050-007

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | OBJECTIVE: Temperature: 98.2 Pulse: 68 Respiration: |
| | Weight: 142 Oxygen Saturation: Blood Pressure: 107/80 |
| | If diabetic, blood sugar via fingerstick: mg/dl (normal range 70 -- 120 mg/dl; 1 hour post prandial <180; |
| | 2 hour post prandial <150 mg/dl) A+O x 3 NAD. |
| | (L) great toe: swelling along lateral nail fold c̄ dried purulent drainage. Mod swelling. TTP locally; minimal erythema |
| | ASSESSMENT: paronychia (L) great toe |
| Ord.Date 09/13/06 Exp.Date 09/22/06 Rx # 15186 | CASON, PHILLIP 10050-007 TAKE ONE TABLET BY MOUTH EVERY SIX HOURS UNTIL ALL GONE DICLOXACILLIN 500 MG CAP #40 — C. KONCHAN (0)Refills — Pharmacy Chart Review Prescriptions Filled |
| | [signature] Shannon Conlon, PharmD Chief Pharmacist USP/SCP Hazelton |
| | PLAN: [ ] This information will be referred to the primary care physician. |
| | [ ] After discussion with the inmate, no appointment for this complaint is necessary at this time. |
| | [X] The inmate was educated to return to sick-call whenever needed. Nonresolution of symptoms |
| | [ ] Other: |
| | ~~Betadine scrub to warm water for soaking feet twice daily x 7 days~~ ERROR cuc 9/13/06 Basins not available. |
| | Dicloxacillin 500 mg by mouth every 6° x 10 days |
| | [signature] JORGE S. VAZQUEZ, MD USP/SCP HAZELTON |
| | EDUCATION: |

STANDARD FORM 600 (REV. 6-97) BACK