PREVIOUS EDITION IS USABLE
AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

DATE

5/30/06
0845

CLINIC(S) ( ) Cardiac   ( ) Hypertension   ( ) Diabetes   ✓ In. Disease   ( ) Lipid

( ) Pulmonary   ( ) Endocrine   ( ) Neurology   ( ) Ortho   ( ) Mental

ALLERGIES- NKDA

SUBJECTIVE: (Chief Complaint) Chronic Care Evaluation.

OBJECTIVE: H- 5'6"  Wt- 142  B/P- 113/78  P- 80  RR- 16  Temp- 96.7  O2- 97%  Peak Flow-

Pain Level- 1 to 10= NONE

HEENT- WNL

Lungs- CTA          Heart- RRR no (M)

Abdomen- Soft, depressible, no organomegaly, + bowel Sounds X4)

Extremities- Symmetry, no deformity, no Edema, no Cyms.

Neuro- Alert, Certro - oriented by 3, nerve II to XII, intac

Recent Lab Results- Repeated AM 4-12-06 pending result.

X-ray-          EKG          Op/Opth. Eval-

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT USP/SCP Hazelton |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Cason Phillip.
100'50 - 007
5-26-1961

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

( 7 )

Diabetic foot
Screen Test Steps

Left Foot

Diabetic foot
Screen Test Steps

Right Foot

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|

ASSESSMENT(S) ① Hx of HIV #1 since 1993 under therapy

01.0939 PLAN— ① Ritonavir 100mg.
5 ī po bid × 180 days

01.0938 ② Indinavir 400 mg
ī ī ī po bid × 180 day

01.0937 ③ Lamivudine / zidovudine 150/300
5 ī po bid × 180 days

④ Tly PRN

⑤ Tly CCC 180 day

⑥ Instruction — Dietitian class

Pharmacy Chart Review
3 Prescriptions Filled

| Ord.Date 05/30/06 | CASON, PHILLIP 10050-007 | J. VAZQUEZ (13)Refills |
| Exp.Date 11/25/06 | TAKE ONE TABLET BY MOUTH TWICE DAILY | |
| Rx # 10937 | LAMIVUDINE / ZIDOVUDINE 150/300 MG TAB #0 | |
| Ord.Date 05/30/06 | CASON, PHILLIP 10050-007 | J. VAZQUEZ (13)Refills |
| Exp.Date 11/25/06 | TAKE TWO CAPSULES BY MOUTH TWICE DAILY WITH AN 8OZ GLASS OF WATER | |
| Rx # 10938 | INDINAVIR SULFATE 400 MG CAP #0 | |
| Ord.Date 05/30/06 | CASON, PHILLIP 10050-007 | J. VAZQUEZ (13)Refills |
| Exp.Date 11/25/06 | TAKE ONE CAPSULE BY MOUTH TWICE DAILY | |
| Rx # 10939 | RITONAVIR 100 MG CAP #0 | |

Shannon Cornell, PharmD
Chief Pharmacist
USP/SCP Hazelton

Patient Education-Test Results, Tx Plan, Side Effects, Complications, Lifestyle Change

JORGE S. VAZQUEZ, MD
USP/SCP HAZELTON

CASON, PHILLIP
10050-007
HAZELTON CAMP - A01-106U
05/30/2006

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 4/12/06 | Aroll dine. On HIV antiretrovirals. By history + on daily |
| 1000 | NNRTI c/o productive cough + night sweats x 2 weeks |
| | + cough noted during exam. Yesterday saw HIV social spec |
| | Also c/o dermatitis |
| 4/12/06 | Bactrim DS one by mouth daily x 31 days |
| 4/12/06 | HC 1% cream AAA twice daily x 4 weeks. Wean prn to D/C |
| 4/12/06 | Motrin 400 mg 1-2 tabs by mouth three x/day as needed HA/ |
| | fever x 31 days |
| 4/12/06 | Betadine scrub to warm H2O for foot soak x 30 min BID |
| | thru 4/28/06 |
| | Steri for foot lesion thru 4/28/06 |
| | Fl ___ + prn |

Carol Konchan
RN, MSN, FNP-C
USP/SCP Hazelton

Pharmacy Chart Review
4 Prescriptions Filled

*SCornell*
Shannon Cornell, PharmD
Chief Pharmacist
USP/SCP Hazelton

JORGE R. VAZQUEZ, MD
USP/SCP HAZELTON

| | | |
|---|---|---|
| Ord.Date 04/12/06 | CASON, PHILLIP 10050-007 | C. KONCHAN (0)Refills |
| Exp.Date 05/02/06 | TAKE ONE TABLET BY MOUTH EACH DAY | |
| Rx # 9226 | SULFAMETHOXAZOLE/TRIMETH 800MG/160MG TAB #21 | |
| Ord.Date 04/12/06 | CASON, PHILLIP 10050-007 | C. KONCHAN (0)Refills |
| Exp.Date 05/02/06 | T1-2 BY MOUTH THREE TIMES DAILY WITH FOOD AS NEEDED FOR PAIN | |
| Rx # 9228 | IBUPROFEN 400 MG TAB #63 | |

| | | |
|---|---|---|
| Ord.Date 04/12/06 | CASON, PHILLIP 10050-007 | C. KONCHAN (1)Refills |
| Exp.Date 05/09/06 | APPLY TO AFFECTED AREA(S) SPARINGLY TWICE DAILY FOR 28 DAYS | |
| Rx # 9227 | HYDROCORTISONE CREAM 30 GM 1% CRM #1 | |
| Ord.Date 04/12/06 | CASON, PHILLIP 10050-007 | C. KONCHAN (2)Refills |
| Exp.Date 04/28/06 | USE 2-4 TABLESPOONFULS IN WARM WATER, AND SOAK FOR FOOT FOR 20 MINTUES TWICE DAILY UNTIL 4/28/06 | |
| Rx # 9229 | POVIDINE IODINE SCRUB 7.5% ML #1 | |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

Cason, Phillip
10050-007

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP/SCP HAZELTON

(8)

PREVIOUS EDITIONS USABLE                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

4-4-06

1. *Norvir 100 mg* ī Twice a day for 90 days

2. *Crixivan 400mg* īī Capsules Twice daily for 90 days

3. *Combivir 150/300* ī Twice daily for 90 days

*(signature)* Ronald Whitener, MPA-S, PA-C
USP/SPC Hazelton

**HERMAN E. BRANSON, MD**
**CLINICAL DIRECTOR**
**USP/SCP HAZELTON**

| | CASON, PHILLIP | R. WHITENER |
|---|---|---|
| Ord.Date 04/06/06 | 10050-007 | (12)Refills |
| Exp.Date 07/04/06 | TAKE ONE CAPSULE BY MOUTH TWICE DAILY | |
| Rx # 8941 | RITONAVIR 100 MG CAP | #14 |

| | CASON, PHILLIP | R. WHITENER |
|---|---|---|
| Ord.Date 04/06/06 | 10050-007 | (12)Refills |
| Exp.Date 07/04/06 | TAKE TWO CAPSULES BY MOUTH TWICE DAILY | |
| Rx # 8942 | INDINAVIR SULFATE 400 MG CAP | #28 |

| | CASON, PHILLIP | R. WHITENER |
|---|---|---|
| Ord.Date 04/06/06 | 10050-007 | (12)Refills |
| Exp.Date 07/04/06 | TAKE ONE TABLET BY MOUTH TWICE DAILY | |
| Rx # 8943 | LAMIVUDINE / ZIDOVUDINE 150/300 MG TAB | #14 |

4/11/06   S: "I think my ⓇGgreat toe is infected."
O: I/m reports trimming lateral Ⓡgreat toe
ē razor blade yesterday. Visual exam reveals
mild inflammation ē sensitivity to touch.
A: Alteration in comfort 2° soft tissue injury
P: Tissue debrided to soft, pink area.
Bacitracin ointment applied and covered
ē Bandaid. O evidence of infection noted.
E: Instructed I/m not to cut toenail
with razor. Return to sick Call if needed.

**DAVID W. McROBIE, RN**
**USP/SCP HAZELTON**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

CASON, PHILLIP
10050-007
HAZELTON CAMP - A01-106U
04/06/2006

| REGISTER NO. | WARD NO. |
|---|---|

CASON
PHILLIP        10050-007
B/M/O/05-26-1961
HT/506  WT/135  HR/BK  EY/BN
CUSTODY/IN

4-4-06

ESSMENT/HISTORY                                PART

| | Register No: | Institution: USP Hazelton. |
|---|---|---|

**A.    INMATE NEEDS FOLLOW-UP FOR THE FOLLOWING:** *(Provider will review inmate responses and comment where necessary)*

| ISSUE OR CONDITION | COMMENTS   *(Indicate if urgent treatment is necessary)* |
|---|---|
| Infectious disease:     ☑ Yes   ☐ No     HIV ~ | Since 1993 |
| Draining skin lesions:   ☐ Yes   ☑ No | Last CD4  800; Viral < 400; |
| Signs of lice?          ☐ Yes   ☑ No | |
| Signs of scabies?       ☐ Yes   ☑ No | |
| ☑ Skin condition:  include trauma markings, bruises, jaundice, recent tattoos, needle marks, or other indications of drug use | |
| ☑ Drug/alcohol withdrawal | |
| ☑ Mental Health Issues     No suicide thoughts Ø | |
| ☑ Pain Management | |
| ☑ Physical disabilities/deformities | |
| ☑ Cardiovascular disease | |
| ☑ Diabetes | |
| ☑ Asthma | |
| ☑ Cancer | |
| ☑ Dental problems | |
| ☑ OB/Gyn | |
| ☐ Other:  NKDA | |

**B.    OTHER COMMENTS OR PHYSICAL FINDINGS:** *(Record vital signs if indicated)*

**C.    ☑ MEDICATION AND OTHER ORDERS WRITTEN ON SF-600 FORM**

**D.    ☐ INMATE ACKNOWLEDGEMENTS SIGNED**

**E.    ☐ INSTRUCTED INMATE HOW TO OBTAIN MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES**

DAVID W. MCBRIDE RN
USP/SCB HAZELTON

| Provider Signature: | Printed Name/Credentials: Ronald Whitener, MPA-S; PA-C USP/SPC Hazelton |
|---|---|
| Date:  4-4-06 | Time:  19:22 |

(This form may replicated via WP)                    This form replaces BP-S360 dtd MAY 94

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3/17/06 3A 09:23 | S: I have itching and dryness on my face O: no papule or pustule in open or closed comedone A: itching on face P: HC cream per OTC protocol |
|  | E. Pt. expresses good understanding of Dx & Tx None<----------PAIN---------->Severe maximum (0) 1 2 3 4 5 6 7 8 9 10 A. Khan, PA     FTC OKL |
| 3-23-06 3A 0920 | NO SHOW FOR SICK CALL M. Joelson, ARNP FTC Oklahoma City |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

Cason
Carson Phillip
10050-007
FTC OKL

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN



( 10)

# DIANAssociates

UNIVERSITY OF MARYLAND
RADIOLOGY REPORT

**PATIENT NAME:**     CASON PHILLIP==
**DATE OF BIRTH:**    19610101
**PATIENT NUMBER:**   10050-007
**REF. PHYSICIAN:**
**INSTITUTION NAME:** USP Hazelton
**EXAM DATE:**        20070514134511179164744
**EXAM TYPE:**        CHEST

**HISTORY and STUDY COMMENTS**
HIV ASYMPTOMATIC

JORGE S. VAZQUEZ MD

**FINDINGS AND CONCLUSION**
Negative except for:
Mild scarring RML

CDressel CDressel RT(R)(T)
5/24/07

# Walter Reed Army Medical Center

RADIOLOGY REPORT

United
States

PATIENT NAME        Cason Phillip
DATE OF BIRTH       1961-05-26
PATIENT NUMBER      10050-007
REFERRING PHYSICIAN
MODALITY TYPE       CR
INSTITUTION NAME    USP Hazelton
EXAM DATE           2006-04-25
EXAM TYPE           CHEST ROUTINE

**STUDY COMMENTS**
   +HIV

**HISTORY**
   COMMENTS:
   +HIV

**FINDINGS**


**CONCLUSION**
   No active or acute cardiopulmonary disease.


**AUTHOR**
Michael I Frew M.D., michael.frew@na.amedd.army.mil
Walter Reed Army Medical Center
2006/04/25.10:54:17


**DIGITAL SIGNATURE**
Signer name: Michael I Frew M.D.
Organization: Walter Reed Army Medical Center
Contact e-mail: michael.frew@na.amedd.army.mil
Signed: 2006/04/25.10:54:18

# Walter Reed Army Medical Center

RADIOLOGY REPORT

United States

| | |
|---|---|
| **PATIENT NAME** | Cason Phillip |
| **DATE OF BIRTH** | 0000-00-00 |
| **PATIENT NUMBER** | 10050007 |
| **REFERRING PHYSICIAN** | Goforth Thomas |
| **MODALITY TYPE** | DX |
| **INSTITUTION NAME** | The Federal Transfer Center OKC,OK |
| **EXAM DATE** | 2006-03-13 |
| **EXAM TYPE** | CHEST |

**STUDY COMMENTS**

   T.B. SCREENING

**HISTORY**

   T.B. SCREENING

**FINDINGS**

PA chest examination. No prior examinations for comparison. The mediastinal structures, the cardiac silhouette and pulmonary vascular markings are within normal limits. The hila and the bronchi demonstrate no evidence of abnormality and there is no effusion or consolidation.

CONCLUSION: NO ACUTE CARDIOPULMONARY ABNORMALITY.

**CONCLUSION**

**AUTHOR**
Norman S Rosenthal, MD, 202-782-6945
Walter Reed Army Medical Center
2006/03/14.08:59:34

FTC Oklahoma City, OK

**DIGITAL SIGNATURE**
Signer name: Norman S Rosenthal, MD
Organization: Walter Reed Army Medical Center
Contact phone: 202-782-6945
Signed: 2006/03/14.08:59:35

# Walter Reed Army Medical Center

RADIOLOGY REPORT

United States

| | |
|---|---|
| **PATIENT NAME** | Cason Phillip |
| **DATE OF BIRTH** | 0000-00-00 |
| **PATIENT NUMBER** | 10050007 |
| **REFERRING PHYSICIAN** | Goforth Thomas |
| **MODALITY TYPE** | DX |
| **INSTITUTION NAME** | The Federal Transfer Center OKC,OK |
| **EXAM DATE** | 2006-03-13 |
| **EXAM TYPE** | CHEST |

**STUDY COMMENTS**

   T.B. SCREENING

**HISTORY**

   T.B. SCREENING

**FINDINGS**

PA chest examination. No prior examinations for comparison. The mediastinal structures, the cardiac silhouette and pulmonary vascular markings are within normal limits. The hila and the bronchi demonstrate no evidence of abnormality and there is no effusion or consolidation.

CONCLUSION: NO ACUTE CARDIOPULMONARY ABNORMALITY.

**CONCLUSION**

**AUTHOR**

Norman S Rosenthal, MD, 202-782-6945
Walter Reed Army Medical Center
2006/03/14.08:59:34

L. Wiles, MD

MAR 1 4 2006

FTC Oklahoma City, OK

**DIGITAL SIGNATURE**

Signer name: Norman S Rosenthal, MD
Organization: Walter Reed Army Medical Center
Contact phone: 202-782-6945
Signed: 2006/03/14.08:59:35

(14)

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 1 of 2
Printed: 02/01/2007 @ 15:13

=================================================

FINAL REPORT
*** SENSITIVE - LIMITED OFFICIAL USE ***

=================================================

Name: CASON, PHILLIP                    Lab #: 010283              ID: 10050-007

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|

## HEMATOLOGY

| CBC w/DIFF | | | |
|------|--------|------|----------------------|
| WBC | 5.0 | | 4.0 - 11.0 10^3/uL |
| RBC | **3.23** | LO | 4.50 - 6.00 10^6/uL |
| Hemoglobin | **13.0** | LO | 13.5 - 18.0 g/dL |
| Hematocrit | 37.2 | LO | 40.0 - 52.0 % |
| MCV | **115.2** | HI | 80.0 - 100.0 fL |
| MCH | **40.2** | HI | 25.4 - 34.6 pg |
| MCHC | 34.9 | | 31.0 - 37.0 g/dL |
| RDW | 13.4 | | 11.0 - 15.0 % |
| Platelet Count | 291 | | 150 - 400 10^3/uL |
| MPV | 8.4 | | 7.0 - 11.0 fL |
| Neutrophils % | 51.1 | | 40.0 - 75.0 % |
| Lymphocytes % | 37.5 | | 15.0 - 45.0 % |
| Monocytes % | 8.6 | | 6.0 - 15.0 % |
| Eosinophils % | 2.4 | | 0.0 - 7.0 % |
| Basophils % | 0.4 | | 0.0 - 2.0 % |
| Neutrophils # | 2.5 | | 1.5 - 7.1 10^3/uL |
| Lymphocytes # | 1.9 | | 0.9 - 3.3 10^3/uL |
| Monocytes # | 0.4 | | 0.3 - 1.1 10^3/uL |
| Eosinophils # | 0.1 | | 0.0 - 0.7 10^3/uL |
| Basophils # | 0.0 | | 0.0 - 0.2 10^3/uL |

USP/SCP HAZELTON

Joyce Royse, MLT (ASCP)
Medical Laboratory Technician
USP/SCP HAZELTON  2-5-07

Legend
High = HI    Low = LO    Critical = CR    Abnormal = AB

ID: 10050-007
Name: CASON, PHILLIP
Ordered By: Vazquez
Collected: 02/01/07 @ 14:00

DOB: 05/26/1961   Age: 45yr   Sex: M
Lab Accn: 010283

Reviewed _____

Location: USP Hazelton

( 15 )

Flow Cytometry Lab. (113)
VA North Texas Health Care System
4500 S. Lancaster RD., Dallas, Texas 75216
Phone: 214-857-0308

*Cason, Phillip*

## CD4/CD8 Lymphocyte Immunophenotyping

| FACILITY: | HA1 | SPEC NUMBER:<br>F00064799 | REGISTER:<br>10050-007 |
|-----------|-----|---------------------------|------------------------|

| | | |
|---|---|---|
| SAMPLE DATE: | 1/31/2007 | |
| RECEIPT DATE: | 2/1/2007 | |

| CD4(%): | 31 | CD4 T-Lymphocytes (Cells/uL): | 434 |
|---------|----|-------------------------------|-----|
| CD8(%): | 49 | CD8 T-Lymphocytes (Cells/uL): | 677 |

CD4/CD8 RATIO:    0.63

Reference Range:
CD4(%): 31-60
CD8(%): 13-41
CD4 T-Lymphocytes (Cells/uL): 410-1590
CD8 T-Lymphocytes (Cells/uL): 190-1140

JORGE S. VAZQUEZ, MD
USP/SCP HAZELTON

Joyce Royse, MLT (ASCP)
Medical Laboratory Technician
USP/SCP HAZELTON 2-13-07

Robert M. Genta, M.D.,  Laboratory Director

2/2/2007

(16)

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 2 of 2
Printed: 02/01/2007 @ 15:13

FINAL REPORT
*** SENSITIVE - LIMITED OFFICIAL USE ***

Name: CASON, PHILLIP               Lab #: 010283          ID: 10050-007

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|

## CHEMISTRY

Comp Met Pnl -CO

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|
| Glucose | 139 | HI | 70 - 109 mg/dL |
| Sodium | 137 | | 136 - 145 mmol/L |
| Potassium | 4.2 | | 3.5 - 5.1 mmol/L |
| Chloride | 102 | | 98 - 107 mmol/L |
| BUN | 14 | | 7 - 26 mg/dL |
| Creatinine | 1.4 | HI | 0.6 - 1.3 mg/dl |
| Calcium | 9.2 | | 8.4 - 10.2 mg/dl |
| Cholesterol | 181 | | 0 - 200 mg/dl |
| Total Protein | 7.9 | | 6.4 - 8.3 g/dL |
| Albumin | 3.4 | LO | 3.5 - 5.0 g/dL |
| AST | 30 | | 5 - 34 u/l |
| ALT | 33 | | 0 - 55 U/L |
| ALKP | 98 | | 40 - 150 U/L |
| Total Bilirubin | 2.4 | HI | 0.2 - 1.2 mg/dL |

JORGE S. VAZQUEZ, MD
USP/SCP HAZELTON

Joyce Royse, MLT (ASCP)
Medical Laboratory Technician
USP/SCP HAZELTON  2-5-07

Legend
High = HI    Low = LO    Critical = CR    Abnormal = AB

ID: 10050-007
Name: CASON, PHILLIP
Ordered By: Vazquez
Collected: 01/31/07@ 14:00

DOB: 05/26/1961  Age: 45yr   Sex: M
 Lab Accn: 010283

Reviewed_____

Location: USP Hazelton

( 17)

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 1 of 2
Printed: 06/29/2006 @ 09:13

## FINAL REPORT
### *** SENSITIVE - LIMITED OFFICIAL USE ***

Name: CASON, PHILLIP                Lab #: 060246                ID: 10050-007

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|

## CHEMISTRY

COMPREHENSIVE ME
LIPID PROFILE

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|
| Glucose | 105.0 | | 75.0 - 109.0 mg/dL |
| Sodium | 146.0 | HI | 138.0 - 145.0 mmol/L |
| POTASSIUM | 4.40 | | 3.70 - 4.90 mmol/L |
| Chloride | 110.0 | HI | 99.0 - 107.0 mmol/L |
| Urea Nitrogen | 20.0 | HI | 7.0 - 19.0 mg/dL |
| CREATININE | 1.10 | | 0.70 - 1.40 mg/dL |
| Calcium | 9.60 | | 8.50 - 10.50 mg/dL |
| Cholesterol | 241 | HI | 0 - 200 mg/dL |
| Triglycerides | 226.0 | HI | 0.0 - 150.0 mg/dL |
| HDL Cholesterol | 52.0 | | 40.0 - 100.0 mg/dL |
| LDL Cholesterol | 143.8 | HI | 0.0 - 130.0 mg/dL |
| Total Protein | 8.40 | HI | 6.30 - 8.20 g/dL |
| Albumin | 3.70 | | 3.50 - 4.60 g/dL |
| AST(SGOT) | 33 | | 14 - 59 U/L |
| ALT(SGPT) | 43 | | 9 - 72 U/L |
| ALKALINE PHOS | 106 | | 38 - 126 U/L |
| TOTAL BILIRUBIN | 1.00 | | 0.20 - 1.30 mg/dL |

## HEMATOLOGY

CBC w/DIFF

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|
| WBC | 4.4 | | 4.0 - 11.0 10^3/uL |
| RBC | 3.42 | LO | 4.50 - 6.00 10^6/uL |
| Hemoglobin | 13.6 | | 13.5 - 18.0 g/dL |
| Hematocrit | 39.3 | LO | 40.0 - 52.0 % |
| MCV | 114.7 | HI | 80.0 - 100.0 fL |
| MCH | 39.6 | HI | 25.4 - 34.6 pg |
| MCHC | 34.6 | | 31.0 - 37.0 g/dL |
| RDW | 14.0 | | 11.0 - 15.0 % |
| Platelet Count | 340 | | 150 - 400 10^3/uL |
| MPV | 8.0 | | 7.0 - 11.0 fL |
| Neutrophils % | 40.8 | | 40.0 - 75.0 % |
| Lymphocytes % | 45.5 | HI | 15.0 - 45.0 % |
| Monocytes % | 11.4 | | 6.0 - 15.0 % |
| Eosinophils % | 1.7 | | 0.0 - 7.0 % |
| Basophils % | 0.6 | | 0.0 - 2.0 % |
| Neutrophils # | 1.8 | | 1.5 - 7.1 10^3/uL |

*logged 7-3-06*

Legend
High = HI    Low = LO    Critical = CR    Abnormal = AB

HERMAN B. BRANSON, MD
CLINICAL DIRECTOR
USP/SCP HAZELTON

ID: 10050-007
Name: CASON, PHILLIP
Ordered By: KONCHAN
Collected: 06/05/06 @ 09:50

DOB: 05/26/1961    Age: 45yr    Sex: M
Lab Accn: 060246

Location: HAZ

Reviewed_____

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 2 of 2
Printed: 06/29/2006 @ 09:13

FINAL REPORT
*** SENSITIVE - LIMITED OFFICIAL USE ***

Name: CASON, PHILLIP                Lab #: 060246              ID: 10050-007

| Test | | Result | Flag | Reference Range/Units |
|------|--|--------|------|----------------------|

## HEMATOLOGY

| Lymphocytes # | | 2.0 | | 0.9 - 3.3 10^3/uL |
| Monocytes # | | 0.5 | | 0.3 - 1.1 10^3/uL |
| Eosinophils # | | 0.1 | | 0.0 - 0.7 10^3/uL |
| Basophils # | | 0.0 | | 0.0 - 0.2 10^3/uL |

## SEROLOGY

| Hep B Surf AG | | Positive | | Negative |
| Hep B Surf AB | | Negative | | Negative |
| Hepatitis C | aa | Negative | | Negative |
| RPR | | Reactive | | Nonreactive |
| TPPA | | Positive | | Negative |
| RPR titer | | 1:1 | | |

## REFERENCE TESTING

| MISC REFERENCE | | Sent to VAMC | | |
| | | See separate reference lab report | | |
| Test Name | bb | | | |

aa  Reactive Results Need To Be Confirmed
bb  Toxoplasma/HAV IgG

Legend

High = HI   Low = LO   Critical = CR   Abnormal = AB

HERMAN E. BRANSON, MD
CLINICAL DIRECTOR
USP/SCP HAZELTON

ID: 10050-007
Name: CASON, PHILLIP
Ordered By: KONCHAN
Collected: 06/05/06@ 09:50

DOB: 05/26/1961  Age: 45yr   Sex: M
Lab Accn: 060246

Location: HAZ

Reviewed_____

HAZ—

CLINICAL LABORATORY REPORT                              page 1

Printed at:
DURHAM VAMC (558)
508 Fulton Street DURHAM, NC 27705
                      10050-007
CASON, PHILLIP                          Report date: Jun 27, 2006@16:28
    SSN: B10-05-0007    SEX: M   DOB: May 26, 1961    LOC: BFMC

        Provider: VAMD, VAMD
        Specimen: SERUM
Accession [UID]: SE 0606 265 [1761570265]

                      Specimen Collection Date: Jun 05, 2006@09:50
    Test name         Result    units    Ref.   range   Site Code
    HAV-IGG           NEG                                 [558]
Comment: 060246
=================================================================================
    KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

logged
7-3-06

CASON, PHILLIP                    B10-05-0007  Jun 27, 2006@16:28

                                        HERMAN E. BRANSON, MD
                                        CLINICAL DIRECTOR
                                        USP/SCP HAZELTON

                                                              (20)

Flow Cytometry Lab. (113)
VA North Texas Health Care System
4500 S. Lancaster RD., Dallas, Texas 75216
Phone: 214-857-0308

*Cason, Phillip*

CD4/CD8 Lymphocyte Immunophenotyping

FACILITY:  HAI          SPEC NUMBER:          REGISTER:
                        F00050650             10050-007

SAMPLE DATE:      6/5/2006
RECEIPT DATE:     6/6/2006

CD4(%):    29      CD4 T-Lymphocytes (Cells/uL):    578
CD8(%):    48      CD8 T-Lymphocytes (Cells/uL):    984

CD4/CD8 RATIO:    0.6

Reference Range:
CD4(%): 31-60
CD8(%): 13-41
CD4 T-Lymphocytes (Cells/uL): 410-1590
CD8 T-Lymphocytes (Cells/uL): 190-1140

Robin H. Amirkhan, M.D., Acting Laboratory Director

JUN 16 2006
HERMAN E. BRANSON, MD
CLINICAL DIRECTOR
USP/SCP HAZELTON

6/6/2006

(21)

#A2

CLINICAL LABORATORY REPORT                    page 1

Printed at:
DURHAM VAMC (558)
508 Fulton Street DURHAM, NC 27705

                                    Report date: Jun 12, 2006@11:01
CASON,PHILLIP
    SSN: B10-05-0007    SEX: M    DOB: May 26, 1961    LOC: BFMC
           B050-007
      Provider: VAMD,VAMD
      Specimen: SERUM
Accession [UID]: SE 0606 265 [1761570265]

                    Specimen Collection Date: Jun 05, 2006@09:50
    Test name              Result    units      Ref.   range   Site Code
    TOXOPLASMA IgG TITER      NEG     IU/mL     <2.000 - >2.949  [558]
      Eval: Positive: greater than or equal to  6 IU/mL
      Eval: Negative: less than  6 IU/mL                         [558]
    TOXOPLASMA IgM TITER      NEG     titer
Comment: 060246
=================================================================================== =========
    KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

logged
6-14-06

                                    JORGE S. VAZQUEZ, MD
                                    USP/SCP HAZELTON

                                                                        122

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 1 of 1
Printed: 06/07/2006 @ 14:40

INTERIM REPORT
*** SENSITIVE - LIMITED OFFICIAL USE ***

Name: CASON, PHILLIP                Lab #: 060246                ID: 10050-007

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|

## SEROLOGY

| | | | |
|------|--------|------|-----------------------|
| RPR | Reactive | | Nonreactive |
| TPPA | Pending | | Negative |

JORGE S. VAZQUEZ, MD
USP/SCP HAZELTON

Legend
High = HI    Low = LO    Critical = CR    Abnormal = AB

ID: 10050-007
Name: CASON, PHILLIP
Ordered By: KONCHAN
Collected: 06/05/06 @ 09:50

DOB: 05/26/1961   Age: 45yr   Sex: M
Lab Accn: 060246

Location: HAZ

Reviewed_____

(23)



Quest Diagnostics
11636 Administration
St. Louis, MO 63146
314-567-3905
800-669-7525

Clinical Laboratory Report          PAGE# [ 1 ]

**Complete Report**

| CASON, P10050-007 | 06/26/2002 | 10:10am | 07/10/2002 | 07/12/2002 |
|---|---|---|---|---|
| Patient Name | Date Drawn | Time Drawn | Date Received | Date of Report |

| M | 05/26/1961 | 41 | ST JOHNS REGIONAL HEALTH CTR | | 272900 |
|---|---|---|---|---|---|
| Sex | D.O.B. | Age | 1235 E CHEROKEE | Hospital/ID # | Account Number |

12763338
Patient I.D.

SPRINGFIELD, MO 65802

SS #          SL682970X
Specimen Number

ANSELMO
Ordering Physician

REQ#: B12059  054628A

02 177 2512   WARD OTV #3519
Comments

Patient Home#  Patient Work#

| Test Name | Results | Units | Reference Range | Site |
|---|---|---|---|---|
| * 555 HEPATITIS BE ANTIGEN | REACTIVE | | NON-REACTIVE | SL |
| 556 HEPATITIS BE ANTIBODY | NON-REACTIVE | | NON-REACTIVE | SL |

COMMENTS:   02 177 2512   WARD OTV  3519

Performing Laboratory Site Legend...

SL
QUEST DIAGNOSTICS-ST. LOUIS
11636 ADMINISTRATION
ST. LOUIS, MO  63146

*** END OF REPORT ***

W. Anselmo, M.L.P.  8/31/02
Patient Not in FCI-OTV

SENSITIVE L.O.U.

P. Williams, M.D.
Clinical Director

SENSITIVE LIMITED OFFICIAL USE

(24)

| Legend | ↑ High | ↓ Low | * Abnormal | C Corrected | I Incomplete | P Preliminary |
|---|---|---|---|---|---|---|

Eyeglass Prescription    *Crump Phillip*
*10050-007*

| TRAY NO. | ARRIVAL DATE | | PRESCRIPTION NO. |
|---|---|---|---|
| | | | |

**INSTITUTION:**

**CITY**

**STATE**                                    ZIP

**LENSES**

**EXTRA**

**FRAME OR MTG**

**MISC**

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT | |
|---|---|---|---|---|---|---|---|---|
| DISTANCE | R | +150 | | | | | | SV |
| | L | +175 | | | | | | plastic |

| | | | SEGMENT INSTRUCTIONS | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|---|
| | | | HEIGHT | WIDTH | INSET | DIST. | NEAR |
| ADD | R | | R | | R | | 59 |
| | L | | L | | R | | |

| SEG. STYLE | ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|---|
| | 22 | | 22 | 22-24 | 22-25 | | 22  28  45 <br> 25  35 | |

| FRAME OR SHAPE | | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|---|
| 73/74 | | | 48 | 20 | 140 |

Mail to:
**Federal Prison Industries**
**Box 100**
**Butner, N.C. 27509**

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY

_____    1/31/2007
SIGNATURE                    DATE
USP LVN

⊕ PRINTED ON RECYCLED PAPER    BP-357(60)
MAY 1984

(25)



| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 4/12/06 |
|---|---|---|

1. LAST NAME - FIRST NAME - MIDDLE NAME: Cosson, Phillip
2. IDENTIFICATION NUMBER: 10050-007
3. GRADE AND COMPONENT OR POSITION:

4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code):
5. EMERGENCY CONTACT (Name and address of contact):

6. DATE OF BIRTH: 5/26/61
7. AGE: 44
8. SEX: ☐ FEMALE ☒ MALE
9. RELATIONSHIP OF CONTACT:

10. PLACE OF BIRTH: Washington, DC
11. RACE: ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

12a. AGENCY:
12b. ORGANIZATION UNIT:
13. TOTAL YEARS GOVERNMENT SERVICE: a. MILITARY: / b. CIVILIAN:

14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS: USP Hazelton

15. RATING OR SPECIALTY OF EXAMINER:

16. PURPOSE OF EXAMINATION: A+O

## 17. CLINICAL EVALUATION

| NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL | NOT-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK, AND SCALP | | NE | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS - GENERAL (INTERNAL CANALS) | | ✓ | P. TESTICULAR | |
| | (Auditory acuity under items 39 and 40) | | NE | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | C. DRUMS (Perforation) | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | D. NOSE | ✓ | ✓ | S. G-U SYSTEM | |
| ✓ | E. SINUSES | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | F. MOUTH AND THROAT | | ✓ | U. FEET | |
| ✓ | G. EYES - GENERAL (Visual acuity and refraction under items 36, 37, and 38) | | | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | X |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | I. PUPILS (Equality and reaction) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | X |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | | Y. SKIN, LYMPHATICS | X |
| ✓ | K. LUNGS AND CHEST | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | NE | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | NE | BB. BREASTS | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | NE | CC. PELVIC (Females only) | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary.)

X - tattoo - ® arm + chest

Y - raised, hyperpigmented, pruritic areas on ℗ lower leg, arms, stomach

V- ℗ great toe - ⊕ erythema. Small amt purulent drainage lateral nail fold.

## 18. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| R I G H T | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

## 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|---|
| 5'6" | 140 | Black | Brown | ☐ SLENDER | ☐ MEDIUM | ☐ HEAVY | ☐ OBESE | | 99² |

**26. BLOOD PRESSURE** (Arm at heart level)

| A. SITTING | SYS 120 | B. RECUM-BENT | SYS. | C. STANDING (5 mins.) | SYS. | **27. PULSE** (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DIAS 80 | | DIAS. | | DIAS. | A. SITTING 67 | B. RECUMBENT | C. STANDING (3 mins) | D. AFTER EXERCISE | E. 2 MINS. AFTER |

**28. DISTANT VISION** / **29. REFRACTION** / **30. NEAR VISION**

| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | 30. NEAR VISION | |
|---|---|---|---|---|---|---|---|
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY |

**31. HETEROPHORIA** (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | NL RG | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION |
|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT / LEFT |

**39. HEARING** / **40. AUDIOMETER** / **41. PSYCHOLOGICAL AND PSYCHOMOTOR** (Tests used and score)

| | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV /15 SV /15 | | RIGHT | | | | | | | | |
| NL conversation | | | | | | | | | | |
| LEFT WV /15 SV /15 | | LEFT | | | | | | | | |

**42. NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

PMH - HIV - antiretrovirals + dx 1993

PSH - stab L chest - 1998

Meds - Ritonavir, Indinavir, Lamivudine/Zidovudine

Allergies NKDA

ID - Hep ⊖   TB ⊖   STD Syphillis + GC 1980's

FH:   DM ⊖   HTN mother   CAD ⊖   CA ⊖

(Use additional sheets if necessary)

**43. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers)

HIV ⊕

**44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** (Specify)

CMP, Lipids, CBC, CD4/CD8, viral load, HIV RNA PCR, RPR, CXR
Optometry consult, toxo IgG, CMV IgG, Hep A IgG, Hep B sAg sAb, Hep C,

| 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |

**46. EXAMINEE** (Check)

| A. | ☒ IS QUALIFIED FOR | Reg housing + Reg duty |
|---|---|---|
| B. | ☐ IS NOT QUALIFIED FOR | |

**45B. PHYSICAL CATEGORY**

Care level = 1

| A | B | C | E |
|---|---|---|---|

**47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Carol Konchan RN, MSN, FNP-C USP/SCP Hazleton | CKonchan CRNP |

| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| JORGE | ML |

| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
|---|---|

| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |
|---|---|

STANDARD FORM 88 (Rev. 10-94) BACK

HEALTH CARE PROVIDER: Please complete the following   **PART 2**

| | Register No: | Institution: |
|---|---|---|
| CASON<br>PHILLIP          10050-007<br>B/M/O/05-26-1961<br>HT/506   WT/135   HR/BK   EY/BN<br>CUSTODY/IN | | FTC-OKL |

## A. INMATE NEEDS FOLLOW-UP FOR THE FOLLOWING: (Provider will review inmate responses and comment where necessary)

| ISSUE OR CONDITION | COMMENTS   (Indicate if urgent treatment is necessary) |
|---|---|
| Infectious disease: ☐ Yes ☐ No<br>Draining skin lesions: ☐ Yes ☐ No<br>Signs of lice? ☐ Yes ☐ No<br>Signs of scabies? ☐ Yes ☐ No | |
| ☐ Skin condition: include trauma markings, bruises, jaundice, recent tattoos, needle marks, or other indications of drug use | |
| ☐ Drug/alcohol withdrawal | |
| ☐ Mental Health Issues | |
| ☐ Pain Management | |
| ☐ Physical disabilities/deformities | |
| ☐ Cardiovascular disease | |
| ☐ Diabetes | |
| ☐ Asthma | |
| ☐ Cancer | |
| ☐ Dental problems | |
| ☐ OB/Gyn | |
| ☐ Other: _____ | |

## B. OTHER COMMENTS OR PHYSICAL FINDINGS: (Record vital signs if indicated)

|  | Yes | No |
|---|---|---|
| Meds | | |
| Hot Meds | | |
| Meds Issued | | |
| Dose Given | | |

Medication Allergies: (NKA)
Current Medical Status: No complaints / Complaint of
TB Symptoms: (NONE), Cough, Hemoptysis, Night Sweats, Wt. Loss

☐ **MEDICATION AND OTHER ORDERS WRITTEN ON SF-600 FORM**    *Medical record not available for review*

☐ **MEDICATION CONSENT FORMS SIGNED**    *Medical record not available for review*

☐ **INSTRUCTED INMATE HOW TO OBTAIN MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES**

| Provider Signature: | Printed Name/Credentials: |
|---|---|
| | **M. Coover, Paramedic**<br>**FTC Oklahoma City, OK** |
| Date: March 13 2006 | Time: 0010 |

This form may replicated via WP)    This form replaces BP-S360 dtd MAY 94

(28)

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate Name: | Register No: | Institution: |
|---|---|---|

| Inmate Received From:   ☐ Court    ☐ Jail    ☐ Self-surrender    ☐ Other_____ |
|---|

INMATE : PLEASE COMPLETE ITEMS 1-14.  For non-English speaking, template provided in: ☐ Spanish  ☐ Other_____

**1. MEDICATIONS:**  Please list all current medications, doses, and date/time last taken:

| |
|---|
| |
| |
| |
| |
| |

**2. ALLERGIES:**  Please check any allergies you have had.

| ☐ Medications: | |
|---|---|
| ☐ Foods (list): | ☐ Other: |

**3. MEDICAL ILLNESSES:** Please check any conditions you currently have or have had in the past.

| ☐ Heart attack/disease | ☐ Blood clot | ☐ Angina | ☐ Diabetes | ☐ Sickle cell disease |
|---|---|---|---|---|
| ☐ Lung disease | ☐ Asthma | ☐ Stroke | ☐ High blood pressure | ☐ Seizures/Epilepsy |
| ☐ Cancer  Type:_____  When:____ | | ☐Other_____ | | |

**4. INFECTIOUS DISEASE:** Please check any conditions you currently have or have had in the past.

| ☐ Positive TB skin test | ☐ Tuberculosis  ☐ Cough up blood  ☐ Persistent cough - how long?_____  ☐ Night sweats | | |
|---|---|---|---|
| ☐ Chickenpox or shingles | ☐ Gonorrhea | ☐ Chlamydia | ☐ Do you currently have a rash, open sore or wound? Where:_____ |
| ☐ HIV (how long)_____ | ☐ Hepatitis (Type):____ | ☐ Herpes | ☐ Blood transfusion  When:_____ |
| ☐ Recent travel outside US: When:_____ Where:_____ | ☐ Syphilis ☐ Treated?  When:_____ Where:_____ | | Why:_____ |
| Are you at risk for HIV and/or hepatitis due to sharing needles, high-risk sex or tattooing? ☐ Yes  ☐ No  ☐ Don't know (If you do not know, please discuss any concerns with a health care provider and request testing if appropriate) | | | |

**5. NERVOUS CONDITIONS:** Please check any conditions you currently have or have had in the past.

| Have you ever had a mental illness? ☐ No   ☐ Yes   Specify: | | |
|---|---|---|
| ☐ Suicidal thoughts When:_____ | ☐ Head injury When:_____ How:_____ | ☐ Loss of Consciousness When:_____ How:_____ |
| ☐ Suicide Attempt    When:_____    How:_____ | | |

**6. DRUGS AND ALCOHOL:** Are you now using, or have you in the past used any of the following:

| SUBSTANCE | HOW USED (Needle, Smoked, Snorted, Pills | DATE OF LAST USE |
|---|---|---|
| ☐ Tranquilizers (Valium, Xanax, etc) | | |
| ☐ Opiates (Heroin, Methadone, Oxycontin, Vicodin, other) | | |
| ☐ Barbituates (phenobarbital, Seconal, other) | | |

| | | | |
|---|---|---|---|
| □ LSD/Hallucinogens/PCP | NO | | |
| □ Marijuana | NO | | |
| □ Other | NO | | |

**Alcohol History:** Please complete the following:

| Type used: (beer, wine, vodka, etc.) | How often: (daily, weekly) | Usual Amount | Date of last drink |
|---|---|---|---|
| All | daily | UNKnown | May - 2005 |

Have you ever had, or are you now having, any withdrawal symptoms when you have stopped using drugs or alcohol:   ☑ No    □ Yes
If yes, please describe:_____

**Do you use:**

| | | | |
|---|---|---|---|
| Tobacco: ☑ Yes   □ No | How much? pak richy  Pack/Day | How long? 25 | Years |

## 7. PAIN ASSESSMENT:

Do you currently suffer from any painful condition? ☑ No    □ Yes - Location:_____

## 8. DENTAL: Do you currently have any of the following:

□ Pain in teeth or mouth NO    □ Swelling in mouth, jaws, or neck NO    □ Dental emergency which you feel must be addressed immediately NO

## 9. HISTORY OF ABUSE: Please complete the following: if applicable:        □ Not applicable

| TYPE OF ABUSE | WHAT AGE(s) OR WHEN |
|---|---|
| □ Physical | |
| □ Emotional | NO |
| □ Sexual | |

## 10. FEMALE HEALTH: Women please complete the following:

| | | |
|---|---|---|
| Date of last menstrual period: _____  # of Pregnancies: _____ | Are you pregnant now?: □ Yes  □ No  □ Don't know | |
| Date of last pap smear: _____  Results: □ Normal  □ Abnormal  □ Don't know | Have you ever had any of the following? (If yes, what year?) | |
| Date of last mammogram: _____Results:    □ Normal  □ Abnormal  □ Don't know | | |
| Type of Birth Control: □ Birth Control Pills  □ IUD  □ Diaphragm  □ None  □ Other:_____ | □ Abnormal Pap _____  □ Breast Biopsy _____ | |
| Are you taking hormones for menopause or after hysterectomy?  □ Yes      □ No | Check vaccinations you have had:  □ Measles  □ Mumps  □ Rubella | □ Hysterectomy _____ |

## 11. ALL INMATES - Please describe any other medical or mental health concerns you have:

| |
|---|
| |
| |
| |
| |
| |
| |

## 12. DIET:

| □ Diabetic | □ Low salt | □ Low fat | □ Vegetarian | □ Other_____ |
|---|---|---|---|---|
| Current weight: | | Usual weight: | | |

## 13. IMMUNIZATIONS: Have you received any of the following vaccinations:

| □ Tetanus (when):_____ | □ Hepatitis A | □ Hepatitis B | □ Pneumonia ["Pneumovax"] (when):_____ |
|---|---|---|---|

I have answered all questions truthfully and to the best of my ability.

| Inmate Signature: *T. Cason* | Date: 3 - 13 - 06 |
|---|---|

BP-S354.060  **INTAKE SCREENING (MEDICAL)**   CDFRM
NOV 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| | | |

| Inmate's Name | Register Number |
|---|---|
| | |

**M E D I C A L    C L E A R A N C E**

1. BP-149(60) reviewed? ☐ yes; ☐ no (Explain)


2. General Population Housing Approved? ☐ yes; ☐ no (Specify limitation or need)


3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)


4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)


5. Disabilities?  ☑ yes   ☐ no  (If yes, enter code(s) into MDS)
                              Code(s)


6. Remarks:


| Medical Staff Signature | Date | Time |
|---|---|---|
| | | 1930 |

Medical Staff Title
Ronald Whitener, MPA-S; PA-C
USP/SPC Hazelton

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

(30)

BP-S20.060  PATIENT PROBLEM LIST  CDFRM
AUG 86
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISON

| | PROBLEM LIST | | |
|---|---|---|---|
| DATE NOTED | SIGNIFICANT DIAGNOSIS | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
| | | Star (L) chest | 1992 |
| | HIV, Since 1993 | | |
| 4/23/47 | HIV @ 1953 | | |

ADVERSE / ALLERGIC
REACTIONS
(No Known Drug Allergies)
        NKDA

CASON
  PHILLIP        10050-007
B/M/O/05-26-1961
HT/506  WT/135  HR/BK  EY/BN
CUSTODY/IN

( 31 )

BP-S619.060   IMMUNIZATION RECORD   CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| Transfer Form |    |       |           |      |             |                      | 5-22-05 | Ø |         |
| 5/17/06 | AVENTIS | C2244AA3 | 11/07 | ⓁFA | 0.1cc/ID | Mark Kellar, RN; RRT USP/SCP Hazelton | 5/19/06 | Ø mm | Mark Kellar, RN; USP/SCP Hazelton |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |
|            |       |       |           |      |             |                      |           |              |         |

Patient Identification
(Name, Reg #)                                    (This form may be replicated via WP)

Cason, Phillip
10050-007
In

(32)

USP/SCP HAZELTON

BP-S710.060  CLINICAL DENTAL RECORDS CDFRM
MAR 86
U.S. DEPARTMENT OF JUSTICE                    CENTRAL BUREAU OF PRISONS

Examination: ☑ Screening  ☐ Comprehensive  ☐ Periodic

Occlusion  CL I

**Oral Hygiene**
Good    Fair    Poor

**CPITN**
| | 0 | 0 | 0 |
| | 1 | 1 | 0 |

**Head & Neck/Soft Tissue**
WNL

**Additional Findings**
D: 2
M: 4
F: 0

Examiner Signature          Date  11 April 06

RIGHT  1  2  ③  4  5  6  7  8  9  10 11 12 13  14 15 16  LEFT
       32 ㉛ 30 29 28 27 26 25 24 23 22 21 20 19  18  17

Treatment Completed

**Recommended Treatment Plan**

☑ Radiographs
Bitewings + Pano

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction
☒ Periodontal Evaluation  ⓪ Ⓘ III

☐ Oral Surgical Procedures

☐ Endodontic

☑ Restorative
3, 31

RIGHT  1  2  3  4  5  6  7  8  9  10 11 12 13  14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19  18  17

Patient Name    Number    Sex: Ⓜ  F    Age:

Cason, Phillip
10050 - 007

☐ Prosthodontic Evaluation

Daniel J. Hickey, D.M.D.  Dentist Signature          Date
Chief Dental Officer                              11 April 06

133/

USP/SCP HAZELTON

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|-----------|---|--------------------------------|
| 11 April 06 1300 | | A & O Dental Screening Examination<br>Health history updated and reviewed.<br><br>—Ø— Head & neck<br>—Ø— Intra-oral<br><br>CPITN; DMF; Oral hygiene instructions (oral, written).<br>Treatment needs addressed; dental clinic policies explained; advised cop-out for placement on dental clinic treatment list.<br><br>Daniel J. Hickey, DMD<br>Chief Dental Officer |

## ADMINISTRATIVE NOTE

| | | |
|---|---|---|
| Aug 9, 06 1200 | | No show for prophy call out. will need to submit another cop out to be added to list.<br><br>Tricia D. Kenney, RDH<br>Dental Hygienist<br>USP/SCP Hazelton |
| Oct 4, 06 0815 | | New Health History completed _____<br>Health History was reviewed and is neg ___ pos ___ for change.<br>Pain assessment is _____<br>X-rays taken: None / Pan / BW's / PA# _____<br>Calculus detection: Supraging UR / UA / UL / LR / LA / LL<br>  Subging UR / UA / UL / LR / LA / LL<br>Bleeding Present: Mild / Moderate / Severe<br>Generalized gross debridement w/ ultrasonic scaler _____<br>Fine scaling _____ Curottage _____ Polish ___ Floss _____<br>OHI: Oral _____ Written _____ NV 1 yr recall / other _____<br>Dental patient education given and understood.<br><br>Tricia D. Kenney, RDH<br>Dental Hygienist<br>USP/SCP Hazelton<br><br>Advised I/m to report to sick call if any problems arise. NV: Comp exam. |

Cason, Phillip
10050-007

USP/SCP HAZELTON

BP-S767.060    DENTAL/MEDICAL HEALTH HISTORY    CDFRM
MAY 03
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Language template provided in Spanish, English, or _____

| | | | |
|---|---|---|---|
| 1. Are you currently taking any medication? If so, what? _Enalapril ; Naltrexone ; Zyrtec_ | ✓ | YES | NO |
| 2. Are you allergic to or have you had a reaction to any medication or drug? If so, what? _____ | | YES | ✓ NO |
| 3. Have you been under the care of a physician during the past two years? If so, why? _____ | ✓ | YES | NO |
| 4. Have you been hospitalized in the past two years? If so, why? _____ | | YES | ✓ NO |
| 5. Do you have or have you ever had a heart murmur or been treated for a heart condition? | | YES | ✓ NO |
| 6. Have you ever been treated for a tumor, growth, or cancer? | | YES | ✓ NO |
| 7. Have you ever had excessive or prolonged bleeding as a result of a medical condition or medication (ex. hemophilia or blood thinners)? | | YES | ✓ NO |
| 8. Do you have a latex allergy? | | YES | ✓ NO |
| 9. Do you currently use tobacco products? | | YES | ✓ NO |
| 10. WOMEN ONLY: Are you pregnant? | | YES | NO |

Check any of the following that you have had:

| | | |
|---|---|---|
| ___ Congenital heart defects | ___ Arthritis | ___ Epilepsy or seizures |
| ___ Heart attack or heart problems | ___ Artificial heart valve | ___ Diabetes |
| ___ Stroke | ___ Hepatitis (□A □B □C) | ✓ AIDS or HIV infection |
| ___ Rheumatic fever | ___ Any type of transplant | ___ Emphysema |
| ___ Mitral Valve Prolapse | ___ Steroid treatment | ___ Tuberculosis (TB) |
| ___ Anemia (blood problems) | ___ Sickle Cell Anemia | ___ Psychiatric treatment |
| ___ Thyroid problems | ___ Angina | ___ Artificial joint |
| ___ Chronic bronchitis | ___ High blood pressure | ___ Radiation therapy |
| ___ STD (syphilis, gonorrhea, herpes) | ___ Heart pacemaker | ___ Asthma |
| ___ Angio edema | ___ Glucose - 6-phosphate dehydrogenase deficiency | |

Do you have any disease, condition, or problem not listed? _____
Check any of the following that you have had or applies to you:

| | | |
|---|---|---|
| ___ Sensitive teeth | ___ Unusual sounds while eating | ___ Burning tongue |
| ___ Bleeding gums | ___ Snoring | ___ Bad breath |
| ___ Food impaction | ___ Blisters on lips or mouth | ___ Decayed teeth |
| ___ Pain around ear | ___ Clenching or grinding | ___ Loose teeth |
| ___ Tooth ache | ___ Swelling or lumps in mouth/throat | ___ Wear dentures |
| ___ Wear partial dentures | | |

Daniel J. Hickey, D.M.D.
Chief Dental Officer
USP/SCP Hazelton

| | | |
|---|---|---|
| Printed Name: Cason, Phillip | Signature: _____ | |
| Reg. No.: 10050-007 | Institution: USP / SCP Hazelton | |
| | Updated: _____ | |

(34)

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS — TREATMENT — REMARKS | SIGNATURE |
| 1000 1-19-06 | S. this tooth needs pullin, PT 9 | |
| | O. gross bone loss #14 | |
| | A. X-ray #14, Ext #14 | |
| | P. consent signed, MHx, 2 carp 2% lido epi 1:100,000 | |
| | ext #14 Rx motrin 800 mg i q 8 hr prn x 5 dys pt | |
| | told of other needed ext's. Post-op ins given and | CDR Alan C. Peterson, DMD Chief Dental Officer USP Atlanta |
| | understood | |

*(Continued On Reverse Side)*

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)*

Derby, Marion

REGISTER NO.
101163-007

WARD NO.

DENTAL TREATMENT RECORD
HSA - 237(4-95)

U.S.P. ATLANTA                    (35)



# W SHINGTON LAWYERS' COMMITTEE
# FOR CIVIL RIGHTS & URBAN AFFAIRS

September 21, 2007

**LEGAL MAIL**
**SPECIAL MAIL: DO NOT OPEN EXCEPT IN PRESENCE OF INMATE**
Mr. Phillip Cason
Reg. No. 10050-007
USP Hazelton
PO Box 2000
Bruceton Mills, WV 26525

Dear Mr. Cason,

     Enclosed please find the medical records that we requested in your case. I apologize that they took so long to get to you. The process with DC can be very slow. You may wish to keep these documents private as they do contain your private health information. I wish you the best on your case.

Sincerely,

Ivy A. Lange
Staff Attorney

Enclosure: medical records

## PHILLIP THOMAS CARSON
Male  DOB:05/26/1961                    196242              : 196242
Ins: CDF MMHS (747) Grp: INT

## Patient Information

| | | | |
|---|---|---|---|
| **Name:** | PHILLIP THOMAS CARSON | **Home Phone:** | 196242 |
| **Address:** | 425 2ND STREET NW | **Office Phone:** | |
| | 4536 QUARLES ST-NW | | |
| | WASHINGTON, DC   USA | | |
| **Patient ID:** | 8334-0134001 | **Fax:** | |
| **Birth Date:** | 05/26/1961 | **Status:** | Inactive |
| **Gender:** | Male | **Marital Status:** | |
| **Contact By:** | | **Race:** | Black |
| **Soc Sec No:** | 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 | **Language:** | |
| **Resp Prov:** | | **Unit/Cell:** | |
| **Referred by:** | | **Emp. Status:** | |
| **Email:** | | **Sens Chart:** | No |
| **Home LOC:** | All | **DCDC:** | 196242 |

## Problems
HIV DISEASE (ICD-042)
* H/O STAB WOUND S/P OPERATION ON THE ABDOMEN AND CHEST

## Medications

## Directives

## Allergies
* NKA

## Services Due

**PHILLIP THOMAS CARSON**        : 196242
Male  DOB:05/26/1961       196242      Ins: CDF MMHS (747) Grp: INT

**08/04/2006 - External Correspondence: Medical Records Request**
**Provider: Patsy Olds - Med Rec Mgr**
**Location of Care: All**

Request from Mr. Carson has been processed and forwarded to S. Obebe, F.O.I.A./ Privacy Officer for billing

**Signed by Patsy Olds - Med Rec Mgr on 08/04/2006 at 11:42 AM**

---

**05/18/2006 - External Correspondence: Medical Records Request**
**Provider: Patsy Olds - Med Rec Mgr**
**Location of Care: All**

Request from Paralegal Michael N. Giardina has been processed and forwarded to S. Obebe, F.O.I. A./ Privacy Officer for billing.  Authorization has been filed in the chart.

**Signed by Patsy Olds - Med Rec Mgr on 05/18/2006 at 7:47 PM**

---

**03/10/2006 - Office Visit: Fed transfer**
**Provider: Genet Desta - MD**
**Location of Care: Medical CTF**

Cleared

**Signed by Genet Desta - MD on 03/10/2006 at 8:53 AM**

---

**02/23/2006 - Sick Call**
**Provider: Gladwyn L. Murray  MD**
**Location of Care: Medical CTF**

ROUTINE SICK CALL
CC & HPI: Patient c/o redness of R. eye as a result of accidentally sticking his fingernail in it while washing his face 2 days ago. He gives hx of refractive error but denies eye pain, any change in prior visual acuity or any other sxs.

Vital Signs
Temperature(oral): 97.2 degrees F
Pulse: 68

All
,
Fax:

## PHILLIP THOMAS CARSON
Male  DOB:05/26/1961                    196242                    : 196242
Ins: CDF MMHS (747) Grp: INT

Respirations: 20
Blood pressure: 94/64 mm Hg
General: well nourished, well developed, in no acute distress, alert, oriented
Eyes: abnormal
Details: R. eye - subconjunctival hemorrhage (temporal field); refractive error OU by hx
Fundi: normal

Assessment:
Subconjunctival Hemorrhage OD, S/P Blunt Trauma
Hx of Refractive Error OU
Plan:
Ophthalmology Clinic f/u on Monday, March 6, 2006

Note: Patient education done.

**Signed by Gladwyn L. Murray  MD on 02/23/2006 at 2:21 PM**

---

**02/21/2006 - Nursing Note: NURSING OBSERVATION**
**Provider: Margo Weaver**
**Location of Care: All**

NURSING OBSERVATION
PATIENT STAES HE STUCK HIMSELF IN THE EYE WHILE WSHING HIS FACE AND MADE "EYE
BLEED".THE EYE WAS WASHED OUT WITH STERILE WATER AND COLD COMPRESS WAS
APPLIED.V/S 97.8-80-18. B/P120/70.PA FLAGGED TO REFER TO OPTHAMALOGY.

**Signed by Margo Weaver on 02/21/2006 at 10:58 PM**

THE PATIENT HAS INJURY TO (R)EYE LOWER (R)CORNER OF THE SCLERA;RED BOOLD SPOT.

**Appended by Margo Weaver on 02/21/2006 at 11:03 PM**

---

**02/11/2006 - Lab Report**
**Provider: Genet Desta - MD**
**Location of Care: Medical CTF**

lab done 2/2/06
CD4 888  31%
VL  < 400  Log < 2.60

All

,

Fax:

## PHILLIP THOMAS CARSON

Male  DOB:05/26/1961                    196242              : 196242
                                                            Ins: CDF MMHS (747) Grp: INT

HIV control good
ccc as schedule

**Signed by Genet Desta - MD on 02/11/2006 at 10:51 AM**

---

**02/02/2006 - Chronic Care Clinic: viral md**
**Provider: Genet Desta - MD**
**Location of Care: Medical CTF**

CHRONIC CARE

Viral Infection (HIV)
Type of Visit: Physician
Follow-up Visit

Current Visit
CC (patient's words): none
Prior meds in CDF:
COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 tab bid x 90 DAYS
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 tab po qd x 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 tab po qd x 900 days
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 2 PO BID X 90 DAYS
NORVIR CAP 100MG SG (RITONAVIR) 1 PO BID X 90 DAYS 90 DAYS

Adherence: takes all meds regularly
Visual changes: yes
Details: has glasses
Urination problems: no
SOB: no
Headaches: no
Dizziness: no
Night sweats/fevers: no
Chest pain: no
Cough: no
Active wounds: no
Weight gain: no
Weight loss: yes
Weakness: no
GI complaints: no
Diarrhea: no

Vital Signs
Weight: 145 pounds
Temperature(): 97.8 degrees F
Pulse: 64

All
,
Fax:

**PHILLIP THOMAS CARSON**                                                : 196242
Male  DOB:05/26/1961                    196242                 Ins: CDF MMHS (747) Grp: INT

Resp: 18
Blood pressure: 103/66 mm Hg

PHYSICAL EXAM
  Mouth: normal
  Chest: normal
  Heart: normal
  Abdomen: normal
Skin: abnormal
Noted: dry, ashy

Physician Assessment & Plan
Control: good
Reason for new problem: HIV+
Continue present management
Schedule a return visit

Diet: high C & High P
CBC W/DIFF [ACBC    074]
LYMPHOCYTE MARKERS (CD4) [2068]
T & B LYMPHOCYTES [ICCP    2076]
ccc 90 days


**Signed by Genet Desta - MD on 02/02/2006 at 12:10 PM**

---

**01/24/2006 - Office Visit: meds renewal**
**Provider: Genet Desta - MD**
**Location of Care: Medical CTF**


COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 tab bid x 90 DAYS
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 tab po qd x 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 tab po qd x 900 days
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 2 PO BID X 90 DAYS
NORVIR CAP 100MG SG (RITONAVIR) 1 PO BID X 90 DAYS 90 DAYS


**Signed by Genet Desta - MD on 01/24/2006 at 1:36 PM**

---

**11/25/2005 - Office Visit: lab result**
**Provider: Genet Desta - MD**
**Location of Care: Medical CTF**


lab result done11/3/05

**PHILLIP THOMAS CARSON**                                              : 196242
Male  DOB:05/26/1961                    196242        Ins: CDF MMHS (747) Grp: INT

CD4  665  33%
VL   540  log 2.73
continue same meds
ccc as scheduled

**Signed by Genet Desta - MD on 11/25/2005 at 2:22 PM**

---

**11/03/2005 - Nursing Note: FLU VACCINE**
**Provider: Grace Emeruem - RN**
**Location of Care: Correctional Treatment Facility**

T 98.6,FLU VACCINE  O.5ML GIVEN IM TO RT DELTOID MUSCLE.
NO ADVERSE REACTION.LOT # U1804AA WITH EXP DATE JUNE
30TH 2006.

**Signed by Grace Emeruem - RN on 11/03/2005 at 3:28 PM**

---

**11/03/2005 - Chronic Care Clinic: viral md**
**Provider: Genet Desta - MD**
**Location of Care: Medical CTF**

CHRONIC CARE

Viral Infection (HIV)
Type of Visit: Physician
Follow-up Visit

Current Visit
CC (patient's words): none
Prior meds in CDF:
COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 tab bid x 90 DAYS
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 tab po qd x 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 tab po qd x 900 days
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 2 PO BID X 90 DAYS
NORVIR CAP 100MG SG (RITONAVIR) 1 PO BID X 90 DAYS 90 DAYS

Adherence: takes all meds regularly
Visual changes: yes
Details: has reading glasses
Urination problems: no
SOB: no

**PHILLIP THOMAS CARSON**                                                         : 196242
Male  DOB:05/26/1961                          196242                    Ins: CDF MMHS (747) Grp: INT

Headaches: no
Dizziness: no
Night sweats/fevers: no
Chest pain: no
Cough: no
Active wounds: no
Rash: no
Weight gain: yes
Weight loss: no
Weakness: no
GI complaints: no
Diarrhea: no
Viral load: low
CD4: increase

Vital Signs
Weight: 149 pounds
Temperature(): 98.1 degrees F
Pulse: 65
Resp: 16
Blood pressure: 107/66 mm Hg


PHYSICAL EXAM
  Mouth: normal
  Neck: normal
  Chest: normal
  Heart: normal
  Abdomen: normal
Extremities: normal

Physician Assessment & Plan
Control: good
Reason for new problem: HIV+
Continue present management
Schedule a return visit

Diet: high cal & high protein
CBC W/DIFF [ACBC    074]
HIV-1 RNA QUAN (PCR) [HIVR    8316]
T & B LYMPHOCYTES [ICCP    2076]
COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 tab bid x 90 DAYS
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 tab po qd x 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 tab po qd x 900 days
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 2 PO BID X 90 DAYS
NORVIR CAP 100MG SG (RITONAVIR) 1 PO BID X 90 DAYS 90 DAYS
ccc 90 days


**Signed by Genet Desta - MD on 11/03/2005 at 1:29 PM**