All

,
Fax:

## PHILLIP THOMAS CARSON                                          : 196242
Male  DOB:05/26/1961                    196242          Ins: CDF MMHS (747) Grp: INT

**08/30/2005 - Office Visit: meds renewal**
**Provider: Genet Desta - MD**
**Location of Care: Medical CTF**


COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 tab bid x 90 DAYS
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 tab po qd x 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 tab po qd x 900 days
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 2 PO BID X 90 DAYS
NORVIR CAP 100MG SG (RITONAVIR) 1 PO BID X 90 DAYS 90 DAYS


**Signed by Genet Desta - MD on 08/30/2005 at 10:35 AM**

---

**08/11/2005 - Lab Report: lab result**
**Provider: Mulugeta Akal - MD**
**Location of Care: Correctional Treatment Facility**


blood drawn on 8/2/05
H/H 12.8/38.7
WBC 5.3
HIV VL  LESS THAN 400
CD4 732  (34%)
CONFIRMATORY HIV SEROLOGY IS POSITIVE
CHEM 7  WNL

DEGREE OF CONTROL IS EXCELLENT
CONTINUE WITH SAME Rx

**Signed by Mulugeta Akal - MD on 08/11/2005 at 10:13 AM**

---

**08/02/2005 - Chronic Care Clinic: md ccc**
**Provider: Mulugeta Akal - MD**
**Location of Care: Correctional Treatment Facility**


CHRONIC CARE

Viral Infection (HIV)
Type of Visit: Physician
Follow-up Visit

All
,
Fax:

**PHILLIP THOMAS CARSON**                                                    : 196242
Male  DOB:05/26/1961                    196242            Ins: CDF MMHS (747) Grp: INT

Current Visit
CC (patient's words): cough
i think it is the air coditioner that cuases me to cough.
denies sob, fever, chest pain

Prior meds in CDF:
COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 tab bid x 90 DAYS
CRIXIVAN 400 MG CAPS (INDINAVIR SULFATE) 800 mg po q8h X 90
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 tab po qd x 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 tab po qd x 900 days

Other prior medicine: has been on current meds since 1996
admitted to have taken it on and off when he was on the streets but regularly when he is in jail
Adherence: takes all meds regularly
Details: ON AND OFF ON THE STREETS AND REGULARLY IN THE JAIL
Visual changes: no
Urination problems: no
SOB: no
Headaches: no
Dizziness: no
Night sweats/fevers: no
Chest pain: no
Cough: no
Active wounds: no
Rash: no
Weight gain: no
Weight loss: no
Weakness: no
GI complaints: no
Diarrhea: no
Details: VL PENDING
Details: CD4 PENDING

Vital Signs
Height: 66 inches
Weight: 146 pounds
Temperature(): 97.8 degrees F
Pulse: 72
Resp: 16
Blood pressure: 98/61 mm Hg


PHYSICAL EXAM
  Head: normal
  Mouth: normal
  Chest: normal
  Heart: normal
Extremities: normal
Lymphatics: normal
Neuro: normal

**PHILLIP THOMAS CARSON**                                                                      : 196242
Male  DOB:05/26/1961                              196242                  Ins: CDF MMHS (747) Grp: INT

Physician Assessment & Plan
Control: good
Reason for new problem: URI
Continue present management
Schedule a return visit
Meds: change meds (see below)

Diet: WILL CHANGE CRIXIVAN TO 800 MG BID WITH NORVIR BOOSTING
THE BENEFITS DISCUSSED AND SIDE EFFECTES ALSO DISCUSSED
HE AGREED TO TAKE AS RECOMMNEDED
WILL FU WITH THE RECENT LAB AND IF VL IS HIGH WILL REFER TO ID. HE HAS BEEN ON THE
SAME REGIMEN FOR OVER 8 YRS
CTM FR URI SYMPTOMS
CCC FU 3 MONTHS

Signed by Mulugeta Akal - MD on 08/02/2005 at 12:23 PM

---

**07/29/2005 - Office Visit: LAB ORDER**
**Provider: Mulugeta Akal - MD**
**Location of Care: Correctional Treatment Facility**

SCHEDULED FOR CCC AND HIV-1 RNA QUAN (PCR) [HIVR   8316]
HIV1, HIV ANTIGEN TEST [HIV1   1863]
T & B LYMPHOCYTES [ICCP    2076]
Chem-7 [CH7      2413]
CBC W/DIFF [ACBC    074]

Signed by Mulugeta Akal - MD on 07/29/2005 at 3:35 PM

---

**07/12/2005 - Sick Call: RN**
**Provider: Vera-Ellyn Short - RN**
**Location of Care: Correctional Treatment Facility**

IN GRAPHIC ARTS S/C PRN

Signed by Vera-Ellyn Short RN on 07/12/2005 at 3:25 PM

---

**07/11/2005 - Sick Call: RN**

## PHILLIP THOMAS CARSON

Male  DOB:05/26/1961                196242                : 196242
Ins: CDF MMHS (747) Grp: INT

Provider: Vera-Ellyn Short - RN
Location of Care: Correctional Treatment Facility

IN COURT TODAY WILLRESCHEDULE FOR S/C  7/12/05

Signed by Vera-Ellyn Short RN on 07/12/2005 at 8:46 AM

---

**07/03/2005 - Intake Processing: intake processing**
**Provider: Dianna Brock - RN**
**Location of Care: Correctional Treatment Facility**

inmate at ctf. axox3. vss. no c/o voiced during intake. f/u ccc in 14 days. cdf notify for med transfer.

Signed by Dianna Brock - RN on 07/03/2005 at 5:41 PM

---

**06/29/2005 - Office Visit: EYE**
**Provider: Marc Berry - MD**
**Location of Care: Central Dentention Facility**

H/O RETROVIRAL DISEASE. H/O ZOSTER OPHTHALMICUS OS.  RECENT TRAUMATIC IRITIS OD.
TREATED WITH PRED FORTE FOR F/U

OCMEDS NONE AT PRESENT

VA W/O OD 20/25
        OS 20/25

EXT/MOT WNL OU

SLE WNL OU  NO APD NOTED

ASS 1) TRAUMATIC IRITIS OD - RESOLVED
        2) H/O HZO OS
        3) PRESBYOPIA

REC 1) READERS + 1.25 GIVEN
        2) DILATE 6 MO/PRN

Signed by Marc Berry - MD on 06/29/2005 at 12:16 PM

All
,
Fax:

**PHILLIP THOMAS CARSON**                                                    : 196242
Male  DOB:05/26/1961                              196242                Ins: CDF MMHS (747) Grp: INT

**06/15/2005 - HIV Screening: Discharge Planning**
**Provider: Anita Graves Jackson**
**Location of Care: FAMILY MEDICAL**

Client was seen today for Discharge Planning Services. The client stated that he has a scheduled release
date of September 20th. 2005. The client stated thaat he is also scheduled to go to courton July 8th, 2005
for a new charge. Client state that he would like to rejoin the support male support group. Client's Case
Manager at FMCS will be notified.

**Signed by Anita Graves-Jackson on 06/15/2005 at 5:38 PM**

---

**06/13/2005 - Chronic Care Clinic: PA VIRAL**
**Provider: Kevin Sorem PA-C**
**Location of Care: NW2**

CHRONIC CARE

Viral Infection (HIV)
Type of Visit: Physician
Initial Visit

Historical Data
HIV+: yes
Years Infected: 12
Pneumovax Vaccine Yes
Date CD4: 05/10/2005
CD4 Result: 700
Viral Hospitalizations: no
Risk Factors: past multiple sexual partners, unsafe sex

Current Visit
CC (patient's words): NONE.
Prior meds in CDF:
COMBIVIR TAB (LAMIVUDINE-ZIDOVUDINE) ...1 bid x 90 days(priority)
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8HRS  X 90 days(priority)
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8H X 30 days
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 PO QD X 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 PO QD X 90 days
COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 tab bid x 30 days (priority)
CRIXIVAN 400 MG CAPS (INDINAVIR SULFATE) 800 mg po q8h X 30 days (priority)
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 tab po qd x 30 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 tab po qd x 30 days
VHC 2.25 LIQD (NUTRITIONAL SUPPLEMENTS) 1 po qhs x 30 days

**PHILLIP THOMAS CARSON**                                                  : 196242
Male  DOB:05/26/1961                196242              Ins: CDF MMHS (747) Grp: INT

Adherence: takes all meds regularly
Visual changes: no
Urination problems: no
SOB: no
Headaches: no
Dizziness: no
Night sweats/fevers: no
Chest pain: no
Active wounds: no
Rash: no
Weight gain: yes
Weight loss: no
Weakness: no
GI complaints: no
Diarrhea: no
Details: LAST VIRAL LOAD IN MAY WAS ABOUT 10,000
CD4: increase
Details: HE SAID HIS LAST CD4 IN MAY WAS 700

Vital Signs
Height: 66 inches
Weight: 143 pounds
Blood pressure: 96/60 mm Hg


PHYSICAL EXAM
  Head: normal
  Eyes: normal
  Ears: normal
  Nose: normal
  Mouth: normal
  Neck: normal
  Chest: normal
  Breasts: normal
  Heart: normal
  Abdomen: normal
Extremities: normal

Physician Assessment & Plan
Reason for new problem: UNKNOWN CD4 AND VIRAL LOAD

Diet: HIGH CALORIE DIET
CONTINUE SAME ART
CD4 AND VIRAL LOAD
PT EDUCATED
RTC 3 MO


**Signed by Sunday Nwosu on 06/13/2005 at 4:20 PM**
**Signed by Kevin Sorem PA-C on 06/14/2005 at 8:48 AM**

Case 1:06-cv-00446-RMC    Document 84-4    Filed 02/27/2008    Page 7 of 49

**All**
,
Fax:

*July 27, 2007*
Page 13
Chart Document

**PHILLIP THOMAS CARSON**                                                                   : 196242
Male  DOB:05/26/1961                     196242               Ins: CDF MMHS (747) Grp: INT

---

**06/03/2005 - External Correspondence: Medical Records Request**
**Provider: Patsy Olds - Med Rec Mgr**
**Location of Care: All**

Halfway House/Work Release Clearance form picked up by Deborah Smith from the Institutional Records Office.

**Signed by Patsy Olds - Med Rec Mgr on 06/03/2005 at 9:51 AM**

---

**06/02/2005 - Office Visit: hwh clearance**
**Provider: Gloria Fitzgerald - PA**
**Location of Care: SW1**

clearance form completed.

**Signed by Gloria Fitzgerald - PA on 06/02/2005 at 11:02 AM**

---

**05/25/2005 - Chronic Care Clinic: md**
**Provider: Sunday Nwosu**
**Location of Care: NW3**

CHRONIC CARE

Viral Infection (HIV)
Type of Visit: Physician
Initial Visit

Historical Data
HIV+: yes
Years Infected: 12
Last PMD Visit: 05/13/2005
Pneumovax Vaccine Yes
Date CD4: 05/09/2005
CD4 Result: 700
Historical details: received pneumovax in  2003

**All**

,
Fax:

**PHILLIP THOMAS CARSON**                                                    : 196242
Male  DOB:05/26/1961                        196242          Ins: CDF MMHS (747) Grp: INT

Viral Hospitalizations: no
Risk Factors: recent multiple sexual partners, past multiple sexual partners, unsafe sex
Details: no ivu
crack cocaine x 10-15 yrs

Current Visit
CC (patient's words): none
Prior meds in CDF:
COMBIVIR TAB (LAMIVUDINE-ZIDOVUDINE) ...1 bid x 90 days(priority)
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8HRS  X 90 days(priority)
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8H X 30 days
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 PO QD X 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 PO QD X 90 days
COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 tab bid x 30 days (priority)
CRIXIVAN 400 MG CAPS (INDINAVIR SULFATE) 800 mg po q8h X 30 days (priority)
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 tab po qd x 30 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 tab po qd x 30 days
VHC 2.25 LIQD (NUTRITIONAL SUPPLEMENTS) 1 po qhs x 30 days

Other prior medicine: as above
Adherence: takes all meds regularly
Visual changes: yes
Details: atimes blurry
Urination problems: no
SOB: no
Headaches: no
Night sweats/fevers: no
Chest pain: no
Cough: yes
Details: slight cough from cold
Active wounds: no
Rash: no
Weight loss: yes
Details: lost about 10lbs in 1 and half months
GI complaints: no
Diarrhea: no

Vital Signs
Height: 66 inches
Weight: 136 pounds
Pulse: 66
Resp: 18
Blood pressure: 110/60 mm Hg

  Head: normal
  Eyes: normal
  Fundiscopic: normal
  Ears: normal
  Nose: normal
  Mouth: normal
  Neck: normal
  Chest: normal

**PHILLIP THOMAS CARSON**                                                                    : 196242
Male  DOB:05/26/1961                          196242                    Ins: CDF MMHS (747) Grp: INT

Details Chest: lungs clear to a
Breasts: normal
Heart: normal
Details Heart: rsr
Abdomen: abnormal
Noted: surgical scars
Details Abdomen: nabs, nontender
Genitalia M: normal
Back: normal
Extremities: normal
Lymphatics: normal
Skin: normal
Neuro: normal
Details Neuro: a / o x3

Physician Assessment & Plan

Diet: high protein/ high cal diet
assessment :
hiv--- control assignment deferred pending cinfirmation of lab results
plan:
    continue current arv
    obtain current lab results from family medical
    patient education
    ccc in 3 months

2) patient intake rpr   1: 1 w/ fta-abs reactivty
   was rxed for syphilis in  the past ( 1993)
plan : no need to repeat rx  at this point
3) nascent uri symptoms
   rx: sudofed 60 mg potid x 3 days ( given )
       reg tylenol 2 tabs po q 6hrs  x 3 days ( given )


**Signed by Sunday Nwosu on 05/26/2005 at 9:09 PM**

_____


**05/24/2005 - Intake Processing: PPD Reading**
**Provider: Patricia M. Williams  RN**
**Location of Care: All**



RECORD OF PPD READING

PPD READ
TB-PPD: Done (05/22/2005 12:33:43 AM)
PPD RESULT: 0

**PHILLIP THOMAS CARSON** : 196242
Male  DOB:05/26/1961                    196242              Ins: CDF MMHS (747) Grp: INT

Signed by Patricia M. Williams  RN on 05/24/2005 at 5:18 PM

---

**05/24/2005 - HIV Screening: discharge planning**
**Provider: April Turner-Ringgold**
**Location of Care: FAMILY MEDICAL**

DP met with client in order to complete intake and discuss services. Client reported to be accessing services at Max Robinson for over nine months. Client reported to be on a writ from the feds and expect to return to the federal institution soon. Client refuse the male support group.

**Signed by April Turner-Ringgold on 05/24/2005 at 10:13 AM**

---

DP met with client in order to complete intake and discuss services. Client is currently accessing FMCS for services and plans to return once release. Dd retained signature for participation in the male support groups.

**Appended by April Turner-Ringgold on 05/24/2005 at 10:16 AM**

---

**05/22/2005 - Intake Vitals: intake vitals/ ppd**
**Provider: Janice Rawlings  RN**
**Location of Care: INTAKE MEDICAL**

Intake Processing_Vital Signs
Height: 66 inches
Weight: 126 pounds
Temperature(oral): 98.8 degrees F
Temperature site: oral
Pulse: 70
Respirations: 18
Blood pressure: 112/69 mm Hg

TUBERCULOSIS SCREENING
Reason for PPD: Intake
Previous Result: 0 (04/11/2005 6:10:08 PM)
TB_PPD: Done

ROUTINE INTAKE LABS
Blood Drawn: VDRL

**PHILLIP THOMAS CARSON**                                                                      : 196242
Male  DOB:05/26/1961                              196242                Ins: CDF MMHS (747) Grp: INT

---

**Signed by Janice Rawlings  RN on 05/22/2005 at 12:35 AM**

---

**05/22/2005 - Office Visit: mini-intk-med**
**Provider: Gladwyn L. Murray  MD**
**Location of Care: FAMILY MEDICAL**

Mini Review
Medications Crixivan 800 mg po q8h; Combivir 150 mg po bid
MVI Tabs
Vit C 500 mg po qd
Please refer to MH if mental status warrants or questions 1-4 are positive.
Dental Pain: None
Psych Care: No
Cough > 2wks: No
Night Sweats: No
Wt loss >10 lbs: No
Details:
CC: Patient has no complaints.
Known Allergies:
* NKA

General: well nourished, well developed, in no acute distress, alert, oriented
  Head: normal
  Eyes: abnormal
  Details Eyes: refractive error by hx
  Mouth: abnormal
  Details Mouth: missing teeth; partial denture - maxilla
  Chest: abnormal
  Details Chest: old scars (thoracotomy/thoracostomy, s/p stab wounds) - R. side of chest
Lungs: normal
  Heart: normal
  Abdomen: abnormal
  Details Abdomen: surgical scar
Extremities: normal
Skin: abnormal
Details Skin: old scars - face, chest, abdomen, UEs, & LEs; tattoos - L. ant. chest & R. arm
Neuro: normal

Assessment & Plan
Problem List:
HIV DISEASE (ICD-042)
* H/O STAB WOUND S/P OPERATION ON THE ABDOMEN AND CHEST

Active Meds:
COMBIVIR TAB (LAMIVUDINE-ZIDOVUDINE) ...1 bid x 90 days(priority)
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8HRS  X 90 days(priority)

## PHILLIP THOMAS CARSON
Male  DOB:05/26/1961                    196242                    Ins: CDF MMHS (747) Grp: INT                    : 196242

CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8H X 30 days
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 PO QD X 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 PO QD X 90 days

Assessment:
HIV Disease
Hx of Refractive Error
Plan:
See meds/ referral; SC prn

Diet: HC/HP w/ nightly snack x 90 days


**Signed by Gladwyn L. Murray  MD on 05/22/2005 at 4:27 AM**

---

**05/21/2005 - Imaging Report: CHEST PA; 6 MOS. REVIEW**
**Provider: Anthony Dukes**
**Location of Care: RADIOLOGY**


RADIOLOGY PROCESSING
*
X-ray Type: 6 month
X-ray Group: CXR
X-ray Ordered: CHEST PA
Date Requested: 05/21/2005
Technologist: A. Dukes

RADIOGRAPHIC REPORT
*
Findings: Other Findings
Other Findings: Date of Exam: 04/09/2005
Technologist: D. Rogers

RADIOGRAPHIC REPORT
*
Radiologist: Dr. T. Wilkins Davis
Report Date: 04/10/2005
Findings: Other Findings
Other Findings: CXR:
1. No evidence of active lung disease.
2. (R) basilar post-inflammatory changes.
3. Old (R) diaph. pleuritis.
4. Thickening of transverse fissure.
5. Mild elevation of (R) hemidiaph.
Report Status: Complete

**PHILLIP THOMAS CARSON**                                                                    : 196242
Male  DOB:05/26/1961                              196242              Ins: CDF MMHS (747) Grp: INT

---

**Signed by Anthony Dukes on 05/24/2005 at 9:31 AM**

---

**05/10/2005 - Office Visit: md sts f/u**
**Provider: Mohan R. Mambalam  MD**
**Location of Care: DCDC_CDF - MMHS**


lab dated  5/3/05

FTA-ABS POSITIVE
RPR= 1 :1
PAST H/O SY AND RX
NO LESIONS NOTED

**Signed by Mohan R. Mambalam  MD on 05/10/2005 at 12:45 PM**

---

**05/04/2005 - Office Visit: EYE**
**Provider: Marc Berry - MD**
**Location of Care: Central Dentention Facility**


43 YO BM H/O RETROVIRAL DISEASE.  RECENT PICTURE OF HERPES ZOSTER WITH MILD
OPHTHALMIC INVOLMENT.  RECENT H/O TRAUMA OD FOR EVAL.  C/O PAIN WITH LIGHT

VA W/O OD 20/40+2
          OS 20/25

EXT/MOT WNL OU

SLE 2+ AC CELL OD.  2+ BULBAR CONJ INJECTION OD.

ASS 1) TRAUMATIC IRITIS OD

REC 1) PREDFORTE OD QID
     2) F/U 1 WK


**Signed by Marc Berry - MD on 05/04/2005 at 12:49 PM**

---

**05/03/2005 - Intake Mini: pa**
**Provider: Gloria Fitzgerald - PA**

**All**

,

Fax:

**PHILLIP THOMAS CARSON**                                                      : 196242
Male  DOB:05/26/1961                  196242          Ins: CDF MMHS (747) Grp: INT

**Location of Care: SW1**

Reason For Mini Intake
Computer Intake: Confirmed. < 6 mos.
Inmate Chart: Not Available

Mini Review
**H/O Psych. hosp. and or outpat. MH Rx** NO
**H/O suicide attempts:** No
**H/O suicidal ideation:** No
**Current sucidal ideation:** No
**Drug or alcohol dependence:** No
**1. Oriented x 4:** Yes
**2. Mood & affect WNL:** Yes
**3. Endorses suicidal ideation:** No
**4. Endorses homocidal ideation:** No
**6. Currently under influence of drugs/alcohol:** No
Please refer to MH if mental status warrants or questions 1-4 are positive.
**Referred to MH:** No
Dental Pain: None
Psych Care: No
Cough > 2wks: No
Night Sweats: No
Wt loss >10 lbs: No
Details: h/o hiv dz since 93, on combivir & crixivan, last took meds 2-3 days ago.  also gives h/o having
been punched in rt eye about 2 wks ago, with eye pain, blurred vision & tearing.  denies any eye pain or
blurred vision now.
Known Allergies:
* NKA

General: well nourished, well developed, in no acute distress
  Head: normal
  Eyes: abnormal
  Details Eyes: ciliary bodies are present around the iris,  perrl,  vision  20/70 in both eyes
  Details Fundiscopy: not seen
  Ears: normal
  Nose: normal
  Mouth: abnormal
  Details Mouth: upper dentures
  Neck: normal
  Chest: abnormal
  Details Chest: old scars - h/o stab wound
tattoo
  Heart: normal
  Abdomen: normal
Details Rectal: deferred
Genitalia M: normal
Back: normal
Extremities: abnormal

All
,
Fax:

## PHILLIP THOMAS CARSON
Male  DOB:05/26/1961                           196242            Ins: CDF MMHS (747) Grp: INT                : 196242

Details Ext: tattoo on rt arm
Lymphatics: normal
Skin: normal
Neuro: normal

Assessment & Plan
Plan
Problem List:
HIV DISEASE (ICD-042)
* H/O STAB WOUND S/P OPERATION ON THE ABDOMEN AND CHEST

Active Meds:
COMBIVIR TAB (LAMIVUDINE-ZIDOVUDINE) ...1 bid x 90 days(priority)
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8HRS  X 90 days(priority)
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8H X 30 D
COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 TAB PO BID X 30 D
VHC 2.25 LIQD (NUTRITIONAL SUPPLEMENTS) 1 CAN PO QD X 30 D
MULTIVITAMIN TAB (MULTIPLE VITAMIN) 1 PO QD X 30 D
VITAMIN C 500 MG TAB (ASCORBIC ACID) 1 PO QD X 30 D

Assessment: r/o rt eye uveitis
hiv dz - appears stable
Plan: ophthalmology referral next clinic day
pt had ccc 2-05
sc f/u


This document requires a Co-Signature
This Intake was performed by: gfitzgerald pac


**Signed by Malek Malekghasemi  MD on 05/05/2005 at 2:52 PM**
**Signed by Gloria Fitzgerald - PA on 05/05/2005 at 6:03 PM**

_____


**05/03/2005 - Intake Vitals: Intk. vitals / ppd / lab**
**Provider: Jewel Kendall - RN**
**Location of Care: INTAKE MEDICAL**


ssssssssss
Intake Processing_Vital Signs
Height: 66 inches
Weight: 137 pounds
Temperature(oral): 97.5 degrees F
Temperature site: oral
Pulse: 67
Respirations: 20
Blood pressure: 99/59 mm Hg

**All**

Fax:

| PHILLIP THOMAS CARSON | | : 196242 |
|---|---|---|
| Male DOB:05/26/1961 | 196242 | Ins: CDF MMHS (747) Grp: INT |

TUBERCULOSIS SCREENING
Reason for PPD: Intake
Previous Result: 0 (04/11/2005 6:10:08 PM)
TB_PPD: Not Done


Reason For PPD Not Done:

Details: PPd done < 30 days.

ROUTINE INTAKE LABS
Blood Drawn
Blood Drawn: VDRL
Blod drawn by lab tech.


**Signed by Jewel Kendall - RN on 05/03/2005 at 5:51 AM**

---

**04/26/2005 - External Correspondence: Medical Records Request**
**Provider: Patsy Olds - Med Rec Mgr**
**Location of Care: All**


Family and Medical Counseling Service, Inc request has been processed and given to Ms. Turner Case Manager. Authorization has been filed in chart.

**Signed by Patsy Olds - Med Rec Mgr on 04/26/2005 at 6:05 PM**

---

**04/20/2005 - Office Visit: RPR F/U.**
**Provider: Malek Malekghasemi  MD**
**Location of Care: All**


RPR =>1:1+ Reactive FTA on 4/10/2005.
Pt is NOC, results faxed to DOH.

**Signed by Malek Malekghasemi  MD on 04/20/2005 at 11:23 AM**

---

**04/11/2005 - Intake Processing: PPD Reading**
**Provider: Alma Thomas - LPN**
**Location of Care: All**

---

**PHILLIP THOMAS CARSON**                                                    : 196242
Male  DOB:05/26/1961                          196242          Ins: CDF MMHS (747) Grp: INT

---

RECORD OF PPD READING

PPD READ
TB-PPD: Done (04/10/2005 12:04:19 AM)
PPD RESULT: 0
Provider: 12051

RECORD OF PPD READING

PPD READ
TB-PPD: Done (04/10/2005 12:04:19 AM)
PPD RESULT: 0
Provider: 12051

**Signed by Alma Thomas - LPN on 04/11/2005 at 6:10 PM**

---

**04/11/2005 - HIV Screening: Discharge Planning**
**Provider: Anita Graves Jackson**
**Location of Care: FAMILY MEDICAL**

Client  was seen by this DP for Discharge Planning Services  offered by FMCS,   The client stated that he
was released on Friday and  was rearrested on Sunday. The client stated that he still intends to
follow/through with services at FMCS in the Community Client signed a release of information so that
clients needs can ne addressed if necessary.

**Signed by Anita Graves-Jackson on 04/14/2005 at 5:01 PM**

---

**04/10/2005 - Office Visit: mini-intk-med**
**Provider: Gladwyn L. Murray  MD**
**Location of Care: All**

Mini Review
Medications Combivir; Crixivan; Vit C; MVI Tabs
Please refer to MH if mental status warrants or questions 1-4 are positive.
Dental Pain: None
Psych Care: No
Cough > 2wks: No
Night Sweats: No
Wt loss >10 lbs: No
Details:

**All**

, 
Fax:

**PHILLIP THOMAS CARSON**                                                    : 196242
Male  DOB:05/26/1961                        196242                Ins: CDF MMHS (747) Grp: INT

CC: Patient has no complaints.
Known Allergies:
* NKA

General: well nourished, well developed, in no acute distress, alert, oriented
  Head: normal
  Eyes: abnormal
  Details Eyes: refractive error by hx
  Mouth: abnormal
  Details Mouth: missing teeth; partial denture - maxilla
  Chest: abnormal
  Details Chest: old scars - L. chest wall (ant. & posterolateral areas)
Lungs: normal
  Heart: normal
  Abdomen: abnormal
  Noted: surgical scars
Back: normal
Extremities: normal
Lymphatics: normal
Skin: abnormal
Details Skin: old scars - face, chest, UEs, & LEs; tattoos - L. ant. chest & R. arm
Neuro: normal

Assessment & Plan
Problem List:
HIV DISEASE (ICD-042)
* H/O STAB WOUND S/P OPERATION ON THE ABDOMEN AND CHEST

Active Meds:
COMBIVIR TAB (LAMIVUDINE-ZIDOVUDINE) ...1 bid x 90 days(priority)
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8HRS  X 90 days(priority)
MULTIVITAMIN TAB (MULTIPLE VITAMIN) ..1 qd x 90 days
VITAMIN C 500 MG TAB (ASCORBIC ACID) ..qd x 90 days
* POLYTRIM OPTHALMIC 1 GTT OS QID X 30
* DC ALL PREVIOUS ORDERS OF MEDICATIONS
COMBIVIR 150-300 MG TABS (LAMIVUDINE-ZIDOVUDINE) 1 po bid x 30 days (Priority)
* CRIXIVAN 80 MG PO TID X 30 DAYS(PRIORITY)
* VHC 1 CAN PO QD X 30 DAYS

Assessment:
HIV Disease
H/O Refractive Error
Plan:
See Meds/ Referral; SC prn

**Signed by Gladwyn L. Murray  MD on 04/10/2005 at 8:07 AM**

---

**04/10/2005 - Intake Vitals: vs ppd lab**

**PHILLIP THOMAS CARSON**                                                    : 196242
Male  DOB:05/26/1961                    196242              Ins: CDF MMHS (747) Grp: INT

**Provider: Stacy Barnes LPN**
**Location of Care: INTAKE MEDICAL**

ROUTINE INTAKE LABS
Blood Drawn
Blood Drawn: VDRL

Intake Processing_Vital Signs
Height: 65 inches
Weight: 139 pounds
Temperature(oral): 97.2 degrees F
Temperature site: oral
Pulse: 74
Respirations: 18
Blood pressure: 101/64 mm Hg
Provider Number: 7111

TUBERCULOSIS SCREENING
Reason for PPD: Intake
Previous Result: 0 (01/10/2005 1:36:38 PM)
TB_PPD: Done

ppd planted on 4/9/05 before midnight

**Signed by Stacy Barnes LPN on 04/10/2005 at 12:04 AM**

---

**04/09/2005 - Imaging Report: CHEST PA**
**Provider: T. Wilkins Davis  MD**
**Location of Care: RADIOLOGY**

RADIOLOGY PROCESSING
*
X-ray Type: Intake
X-ray Group: CXR
X-ray Ordered: CHEST PA
Date Requested: 04/09/2005
Exam Status: Complete
Date of Exam: 04/09/2005
Technologist: D. Rogers

RADIOGRAPHIC REPORT
*
Radiologist: Dr. T. Wilkins Davis
Report Date: 04/10/2005

All

,
Fax:

**PHILLIP THOMAS CARSON**                                                    : 196242
Male  DOB:05/26/1961                          196242               Ins: CDF MMHS (747) Grp: INT

Findings: Other Findings
Other Findings: CXR:
1. No evidence of active lung disease.
2. (R) basilar post-inflammatory changes.
3. Old (R) diaph. pleuritis.
4. Thickening of transverse fissure.
5. Mild elevation of (R) hemidiaph.
Report Status: Complete

**Signed by T. Wilkins Davis  MD on 04/14/2005 at 10:29 AM**

**03/23/2005 - Office Visit: Hospital return**
**Provider: Phick Ng MD**
**Location of Care: Correctional Treatment Facility**

Hospital return FOR TREATMENT OF LEFT EYE HERPES ZOSTER INFECTION VS chemical
conjuctivitisa and was treated with acyclovir and cipro eye drops..C and s of left eye grew Stap.
Said he felt better and has no pain in the eye now.
Left eye swelling resolved and no discharge. Left zygoma area hypopigmented area.
Ass: resolved left eye herpes zoster infection vs chemical conjunctivitis
     hiv disease
P: to complete 7 days treatment of acyclovir
   continue with hiv medications
   ophthalmology fu.
   discharge to cdf where he came from after ophthalmologic  evaluation.

**Signed by Phick Ng MD on 03/23/2005 at 12:17 PM**

**03/23/2005 - Nursing Note**
**Provider: Deborah Stevens - LPN**
**Location of Care: Correctional Treatment Facility**

RE ADMISSION NOTE:

Pt. returned to medical 82 unit at approx 10:40p.m. from GSEH, in stable condition.
v/s 107/76,97p,r20. t97.1  Pt. was ambulating w/o diffilculty, to continue on medication
prescribed, to follow up with Dr. NG in the am, no distress at this time. Placed in single
cell.

**Signed by Deborah Stevens - LPN on 03/23/2005 at 4:38 AM**

All
,
Fax:

**PHILLIP THOMAS CARSON**                                    : 196242
Male  DOB:05/26/1961                196242        Ins: CDF MMHS (747) Grp: INT

**03/18/2005 - Sick Call**
**Provider: Phick Ng MD**
**Location of Care: Correctional Treatment Facility**

ROUTINE SICK CALL
Plan
CC & HPI: my eyes are still hurting and is blurring and light is bothering me

Vital Signs
Temperature(): 98 degrees F
Pulse: 78
Respirations: 18
Blood pressure: 128/80 mm Hg
General: well developed, in no acute distress, alert, oriented
Eyes: abnormal
Details: left eye conjunctival injection
pupil 3 mm reactive to light .
no nystagmus
both eye lids slight edema and
dry vesicles in the lateral side of face
Chest: normal
Heart: normal

Assessment: Left facial /eye herpes zoster
HIV  disease
Plan: will send to gse for evaluation  because of pain,blurred vision and ? photophobia.

**Signed by Phick Ng MD on 03/18/2005 at 4:07 PM**

**03/17/2005 - Sick Call**
**Provider: Phick Ng MD**
**Location of Care: Correctional Treatment Facility**

Intake note:
43 yr old with hx of HIV + transferred to 82 for herpes infection of his left eye.
He said his left eye was splashed with limeaway on 3/11/05 when he worked in the kitchen.He washed his
eyes with water and no discomfort then. He said he started experiencing swelling and pain in the left
eye on 3/13/05 and was given some triple antibiotic ointment. He was then seen by Dr Berry and made the
assessment to r/o herpes zoster with conjuntivitis.
He said his eyes are still hurting but has no diplopia or photophobia or blurred vision.He is applied cold
towel to the left eye periodically.
He is not receiving his ensure and HPHC diet and medications yet.
No hx of allergy.

All

,
Fax:

## PHILLIP THOMAS CARSON                                                        : 196242
Male  DOB:05/26/1961                    196242                Ins: CDF MMHS (747) Grp: INT

O: T: 98 BP 124/78 P 78 RR 18
   HEENT: NT NC eyes both pupils are 3 mm and equally reactive to light. left eye conjuntival injection
          with periorbital erythema and lid some edema. No diplopia. No nystagmus.
   Neck left side one small mobile node
   Heart: rrr s1,s2 normal
   Chest clear
   ABDOMEN NABS SOFT NO TENDERNESS
   MS; NO EDEMA
A: left eye/face r/o herpes zoster
   hx of hiv disease
P: Acyclovir
   polytrim eyedrops
   continue with combivir and crixivan
   reorder hphc diet with snack
   vhc reordered and given 1 st can stat

**Signed by Phick Ng MD on 03/18/2005 at 1:08 PM**

left zygoma area dry crusted area.

**Appended by Phick Ng MD on 03/23/2005 at 12:19 PM**

**03/17/2005 - Nursing Note**
**Provider: Martha Brown LPN**
**Location of Care: Correctional Treatment Facility**

ALERT AND ORIENTATED X3. VS 111/73 81 96.8 20 NOTED LEFT EYE SWOLLEN AND SLIGHT RED
COMPLAINED OF PAIN WHEN RUB EYE. WAS SEEN BY DR. NG .SMALL BREAKS IN SKIN AROUND
EYES.WILL CONTINUE TREATMENT UNTIL CONDITION ISRULED OUT.

**Signed by Martha Brown LPN on 03/17/2005 at 1:41 PM**

**03/16/2005 - Office Visit: intake note**
**Provider: Phick Ng MD**
**Location of Care: Correctional Treatment Facility**

Intake note:
all transfer medications ordered.

**Signed by Phick Ng MD on 03/17/2005 at 1:38 PM**

All
,
Fax:

**PHILLIP THOMAS CARSON**                                                    : 196242
Male  DOB:05/26/1961                    196242              Ins: CDF MMHS (747) Grp: INT

---

**03/16/2005 - Office Visit**
**Provider: Marc Berry - MD**
**Location of Care: Central Dentention Facility**


POLYTRIM OPTHALMIC ORDERED


**Signed by Marc Berry - MD on 03/16/2005 at 1:47 PM**

---

**03/15/2005 - Nursing Note**
**Provider: Alexander Ebiringa - LPN**
**Location of Care: Correctional Treatment Facility**


Brought to med 82 for admission.  No acute distress noted.  Redness of os noted.  Inmate said he was
washing dishes in the kitchen and had accident with the splashing of soapy liquid into his eyes.  Was
referred to med for housing and for treatment of possible shingles.  Dr ng previously aware per Dr Nwosu.
Inmate housed in the contact isolation room.  Care plan to continue.


**Signed by Alexander Ebiringa - LPN on 03/15/2005 at 11:18 PM**

VS  t96.9,  80,  18,  130/80.  Remains in stable condition.


**Appended by Alexander Ebiringa - LPN on 03/15/2005 at 11:24 PM**

---

**03/15/2005 - Office Visit: EYE**
**Provider: Marc Berry - MD**
**Location of Care: Central Dentention Facility**


43 YO BM FOR EYE EVAL.  4 DAY H/O ERUPTION OF VESICULAR LESIONS TO PERIORBITA OS.
DENIES TRAUMA OR CONTACT.  H/O RETROVIRAL DISEASE

VA W/O OS 20/25

EXT/MOT MILD LAGOPHTHALMOS OS

SLE WNL OD.  OS - STRINGY DISCHARGE OF THE CONJUNCTIVA OS

ASS 1) R/O HERPES ZOSTER
        - PT WITH MILD LAGOPHTHALMOS AND CONJUNCTIVITIS OS

**PHILLIP THOMAS CARSON**                                                          : 196242
Male  DOB:05/26/1961                          196242                    Ins: CDF MMHS (747) Grp: INT

REC 1) ACYCLOVIR AS PER INTERNAL MED RECOMMENDATION
    2) CIPROFLOXACIN OS QID
    3) F/U 1 WK

**Signed by Marc Berry - MD on 03/15/2005 at 12:58 PM**

---

**03/15/2005 - HIV Screening: discharge planning**
**Provider: April Turner-Ringgold**
**Location of Care: FAMILY MEDICAL**

DP met with client in order to address an call slip request. Client informed DP of expected release date of
April 2005.  DPP has already put completed for client. DP informed client again of discharge planning
process once transitioned back into the community.

**Signed by April Turner-Ringgold on 03/15/2005 at 12:14 PM**

---

**03/15/2005 - Urgent Care: md**
**Provider: Sunday Nwosu**
**Location of Care: Urgent Care**

REASON FOR ENCOUNTER
Emergency: No
Referral: From Sick Call
Nursing Triage: Yes
Time Of Contact: 1200
CC & HPI: blisters on the face involving the lower left palpebra and extendig to left lower jaw area.x 4days
hx of hiv
Past Medical History
HIV DISEASE (ICD-042), * H/O STAB WOUND S/P OPERATION ON THE ABDOMEN AND CHEST.
Current Medication/s
COMBIVIR TAB ...1 bid x 90 days, CRIXIVAN CAP 400MG 800 MG PO Q8HRS  X 90 days,
MULTIVITAMIN TAB ..1 qd x 90 days, VITAMIN C 500 MG TAB ..qd x 90 days, RESOURCE DRINK 1
can q d x 30 days.

PERTINENT PHYSICAL EXAMINATION
General: well nourished, well developed, in no acute distress
Eyes: abnormal

All
,
Fax:

## PHILLIP THOMAS CARSON                                                    : 196242
Male  DOB:05/26/1961                    196242              Ins: CDF MMHS (747) Grp: INT

Details: perrla
blisters left lower palpebra


ASSESSMENT
Assessment: shingles
hiv disese

PLAN
Plan: contact isolation at ctf  dr. ng notified/ accepted patient
acyclovir 800mg x5x/day x 7 dys
clamine lotion topically bid x 7 days,
motrin 800mg po bid  with meals  x 7 days
Disposition: Transfer to CTF
ACYCLOVIR 800 MG TABS (ACYCLOVIR) 800mg po 5x/ day x 7 days
MOTRIN 800 MG TABS (IBUPROFEN) 800mg po bid with meals  prn pain x 7 days
* CALAMINE LOTION apply to affected  area of the skin bid x 7 days
BENADRYL 25 MG CAPS (DIPHENHYDRAMINE HCL) 50 mg po qhs prn itching x 7 days



**Signed by Sunday Nwosu on 03/15/2005 at 1:29 PM**

---

**03/14/2005 - Sick Call: PA**
**Provider: Kevin Sorem PA-C**
**Location of Care: NW1**


Pt came to me in the corridor and said that he did not get his crixivan and combivir this am.
I said I would check with the nurse to see if as he said that it was not in his pharmacy box.
Pt said he would be leaving April 7 th and wondered how many days he would be getting medication when
he leaves and would like to see the family medical people in the jail  to arrange for his medical care on the
outside.  Will flag them today.
Pharmacy says they are working on getting Combivir.

**Signed by Sunday Nwosu on 03/15/2005 at 9:16 AM**
**Signed by Kevin Sorem PA-C on 03/15/2005 at 9:29 AM**

---

**03/11/2005 - Rx Refill: pa**
**Provider: Kevin Sorem PA-C**
**Location of Care: NW1**


will refill resource for one more month.   pt is 5 ft 6 inches and only weights 137 lbs.

**PHILLIP THOMAS CARSON**                                                          : 196242
Male  DOB:05/26/1961                      196242              Ins: CDF MMHS (747) Grp: INT

---

Signed by Mulugeta Akal - MD on 03/11/2005 at 3:12 PM
Signed by Kevin Sorem PA-C on 03/11/2005 at 3:20 PM

---

**02/23/2005 - Office Visit: Rx Refill**
**Provider: Charlie Davis - PA**
**Location of Care: SE2**


COMBIVIR TAB (LAMIVUDINE-ZIDOVUDINE) ...1 bid x 90 days
CRIXIVAN CAP 400MG (INDINAVIR SULFATE) 800 MG PO Q8HRS  X 90 days


**Signed by Fozia Abdulwahabe - MD on 02/23/2005 at 11:35 AM**
**Signed by Charlie Davis - PA on 02/23/2005 at 9:36 PM**

---

Nichols Institute, Chantilly

PATIENT INFORMATION
**CARSON,PHILLIP**

REPORT STATUS   **Final**

DOB:                    Age: NP
GENDER: M

ORDERING PHYSICIAN
**DESTA**

SPECIMEN INFORMATION
SPECIMEN:     57646918
REQUISITION:  0004261
LAB REF NO:   235210004261

ID: 196242

CLIENT INFORMATION
23521
CORRECTIONAL TREATMENT
FACILITY (CTF)
1901 E STREET SE
WASHINGTON, DC 20003

COLLECTED:  02/02/2006   00:00
RECEIVED:   02/03/2006   05:24
REPORTED:   02/04/2006   19:38

COMMENTS:   =.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC WITH DIFFERENTIAL | | | | AMI |
| CBC WITH DIFFERENTIAL | | | | |
| RBC VALUES | | | | |
| ERYTHROCYTE COUNT | | 3.27 L | 4.00-5.60 x10E12/L | |
| HEMOGLOBIN | 12.9 | | 12.4-17.2 g/dL | |
| HEMATOCRIT | 38.0 | | 37.0-50.0 % | |
| MCV | | 116.2 H | 81.0-98.0 fL | |
| MCH | | 39.4 H | 23.0-34.6 pg | |
| MCHC | 33.9 | | 31.0-37.0 % | |
| RDW | 13.6 | | 11.0-15.5 % | |
| WBC TOTAL AND DIFF | | | | |
| WBC TOTAL | 4.90 | | 4.00-10.60 x10E9/L | |
| WBC PERCENT COUNTS | | | | |
| NEUTROPHILS | | 39.1 L | 50.0-75.0 % | |
| LYMPHOCYTES | | 50.4 H | 20.0-45.0 % | |
| MONOCYTES | 8.8 | | 0.0-12.0 % | |
| EOSINOPHILS | 1.4 | | 0.0-5.0 % | |
| BASOPHILS | 0.3 | | 0.0-3.0 % | |
| WBC DIFF ABSOLUTES | | | | |
| NEUTROPHILS | 1.90 | | 1.80-7.00 x10E9/L | |
| LYMPHOCYTES | 2.50 | | 1.00-4.00 x10E9/L | |
| MONOCYTES | 0.40 | | 0.10-0.80 x10E9/L | |
| EOSINOPHILS | 0.10 | | 0.00-0.40 x10E9/L | |
| ADDITIONAL FINDINGS | | | | |
| PLATELET COUNT | 312 | | 140-440 x10E9/L | |
| LYMPHOCYTE SUBSET PANEL 5 | | | | AMI |
| LYMPHOCYTE SUBSET PANEL 5 | | | | |
| LYMPHOCYTES, ABSOLUTE | 2880 | | 850-3900 /uL | |
| T-LYMPHOCYTE SUBSETS | | | | |
| CD4, ABSOLUTE | 888 | | 490-1740 /uL | |
| CD4 PERCENTAGE | 31 | | 30-61 % | |
| HIV-1 RNA QN PCR | | | | AMI |
| HIV-1 RNA QN PCR | | | | |
| COPIES/ML | <400 | | <400 copies/mL | |

CARSON, PHILLIP - 57646918

Page 1 - Continued on Page 2

PATIENT INFORMATION
**CARSON,PHILLIP**

REPORT STATUS  **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**DESTA**

REPORTED:    02/04/2006    19:38

DOB:                        Age: NP
GENDER: M
ID: 196242

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HIV-1 RNA QN PCR (Continued) | | | | |
| LOG COPIES/ML | <2.60 | | <2.60 log cps/mL | |

Changes in HIV-1 RNA three times or greater (Log10
Greater than 0.5) may be significant.

This test was performed using the Amplicor HIV-1
Monitor test kit, v 1.5 (Roche Diagnostics Inc.).

PLEASE NOTE This information has been disclosed
to you from records whose confidentiality may be
protected by state law.  If your state requires
such protection, then the state law prohibits you
from making any further disclosure of the
information without the specific written consent
of the person to whom it pertains, or as otherwise
permitted by law.  A general authorization for the
release of medical or other information is NOT
sufficient for this purpose.
□

-------------------------------------------------------------------------------------

**Performing Laboratory Information:**

AMD   QUEST DIAGNOSTICS INCORPORATED NICHOLS INSTITUTE 14225 NEWBROOK DR CHANTILLY VA  20151
       Laboratory Director: NATHAN SHERMAN, MD

PATIENT INFORMATION
**CARSON,PHILLIP**

REPORT STATUS  **Final**

Nichols Institute, Chantilly

DOB:                    Age: NP
GENDER: M

ORDERING PHYSICIAN
**DESTA**

SPECIMEN INFORMATION
SPECIMEN:     56915367
REQUISITION:  0002605
LAB REF NO:   235210002605

ID: 196242

CLIENT INFORMATION
23521
CORRECTIONAL TREATMENT
FACILITY (CTF)
1901 E STREET SE
WASHINGTON, DC 20003

COLLECTED:  11/03/2005    00:00
RECEIVED:   11/04/2005    06:27
REPORTED:   11/08/2005    12:54

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC WITH DIFFERENTIAL |  |  |  | AMI |
|   CBC WITH DIFFERENTIAL |  |  |  |  |
|   RBC VALUES |  |  |  |  |
|   ERYTHROCYTE COUNT |  | 3.42 L | 4.00-5.60 x10E12/L |  |
|   HEMOGLOBIN | 13.3 |  | 12.4-17.2 g/dL |  |
|   HEMATOCRIT | 40.6 |  | 37.0-50.0 % |  |
|   MCV |  | 118.7 H | 81.0-98.0 fL |  |
|   MCH |  | 38.9 H | 23.0-34.6 pg |  |
|   MCHC | 32.8 |  | 31.0-37.0 % |  |
|   RDW | 14.7 |  | 11.0-15.5 % |  |
|   WBC TOTAL AND DIFF |  |  |  |  |
|   WBC TOTAL | 4.70 |  | 4.00-10.60 x10E9/L |  |
|   WBC PERCENT COUNTS |  |  |  |  |
|   NEUTROPHILS |  | 41.9 L | 50.0-75.0 % |  |
|   LYMPHOCYTES |  | 45.4 H | 20.0-45.0 % |  |
|   MONOCYTES | 10.6 |  | 0.0-12.0 % |  |
|   EOSINOPHILS | 1.8 |  | 0.0-5.0 % |  |
|   BASOPHILS | 0.3 |  | 0.0-3.0 % |  |
|   WBC DIFF ABSOLUTES |  |  |  |  |
|   NEUTROPHILS | 1.90 |  | 1.80-7.00 x10E9/L |  |
|   LYMPHOCYTES | 2.10 |  | 1.00-4.00 x10E9/L |  |
|   MONOCYTES | 0.50 |  | 0.10-0.80 x10E9/L |  |
|   EOSINOPHILS | 0.10 |  | 0.00-0.40 x10E9/L |  |
|   ADDITIONAL FINDINGS |  |  |  |  |
|   PLATELET COUNT | 281 |  | 140-440 x10E9/L |  |
| LYMPHOCYTE SUBSET PANEL 5 |  |  |  | AMI |
|   LYMPHOCYTE SUBSET PANEL 5 |  |  |  |  |
|   LYMPHOCYTES, ABSOLUTE | 2030 |  | 850-3900 /uL |  |
|   T-LYMPHOCYTE SUBSETS |  |  |  |  |
|   CD4, ABSOLUTE | 665 |  | 490-1740 /uL |  |
|   CD4 PERCENTAGE | 33 |  | 30-61 % |  |
| HIV-1 RNA QN PCR |  |  |  | AMI |
|   HIV-1 RNA QN PCR |  |  |  |  |

Please note:  =.

| | | | | |
|---|---|---|---|---|
| COPIES/ML |  | 540 H | <400 copies/mL |  |

uest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics  ©Quest Diagnostics Incorporated. All rights reserved. QD20301-NONSTD. Revised 1/04. SC3K -131573

PATIENT INFORMATION
**CARSON, PHILLIP**

REPORT STATUS  **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**DESTA**

REPORTED:    11/08/2005    12:54

DOB:
GENDER: M                Age: NP
ID: 196242

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| HIV-1 RNA QN PCR (Continued) | | | | |
| LOG COPIES/ML | | 2.73 H | <2.60 log cps/mL | |

Changes in HIV-1 RNA three times or greater (Log10
Greater than 0.5) may be significant.
This test was performed using the Amplicor HIV-1
Monitor test kit, v 1.5 (Roche Diagnostics Inc.).
PLEASE NOTE This information has been disclosed
to you from records whose confidentiality may be
protected by state law.  If your state requires
such protection, then the state law prohibits you
from making any further disclosure of the
information without the specific written consent
of the person to whom it pertains, or as otherwise
permitted by law.  A general authorization for the
release of medical or other information is NOT
sufficient for this purpose.□

-----------------------------------------------------------------------

**Performing Laboratory Information:**

AMD   QUEST DIAGNOSTICS INCORPORATED NICHOLS INSTITUTE 14225 NEWBROOK DR CHANTILLY VA  20151
      Laboratory Director: NATHAN SHERMAN, MD

Quest Diagnostics Nichols Instit
14225 Newbrook Drive  P.O.Box 10841 Chantilly, VA 20153-0841
703-802-6900

**DC DETENTION FACILITY**                                    STANDARD LAB REPORT
**1901 D STREET S.E.  WASINGTON, DC  20003-**

| | |
|---|---|
| Client ID: | 31369 |
| Patient: | CARSON, PHILLIP |
| Physician: | SOREM PA-C |
| Patient ID: | 196242 |
| SSN: | - - |
| Accession #: | 55751031/0 |
| Status: | *** FINAL REPORT *** |

Req. #:  64811
Sex: **M**
Age: **44**
Date of Birth: **05/26/1961**
Sample ID: 64811
Sample Data: 64811
Room/Bed:

Specimen Collection: **6/14/05  10:51 am**
Received at Lab: **6/15/05  1:15 am**
Reported: **6/15/05  4:17 pm**

Report Information:

Remarks:

| *** TEST *** | RESULT | REFERENCE RANGE | UNITS | ORDER STATUS |
|---|---|---|---|---|
| **8360X - LYMPHOCYTE SUBSET PANEL 5** | | | | |
| LYMPHOCYTE SUBSET PANEL 5 | | | | Final Result |
| LYMPHOCYTES, ABSOLUTE | 2223 | 850-3900 | /uL | |
| T-LYMPHOCYTE SUBSETS | | | | |
| CD4, ABSOLUTE | 660 | 490-1740 | /uL | |
| CD4 PERCENTAGE | 30 | 30-61 | % | |
| **83163 - HIV-1 RNA QN PCR** | | | | |
| HIV-1 RNA QN PCR | | | | Final Result |
| COPIES/ML | **1689 H** | <400 | copies/mL | |
| LOG COPIES/ML | **3.23 H** | <2.60 | log cps/mL | |

Changes in HIV-1 RNA three times or greater (Log10
Greater than 0.5) may be significant.
This test was performed using the Amplicor HIV-1
Monitor test kit, v 1.5 (Roche Diagnostics Inc.).
PLEASE NOTE This information has been disclosed
to you from records whose confidentiality may be
protected by state law.  If your state requires
such protection, then the state law prohibits you
from making any further disclosure of the
information without the specific written consent
of the person to whom it pertains, or as otherwise
permitted by law.  A general authorization for the
release of medical or other information is NOT
sufficient for this purpose.
Please do not freeze Becton Dickinson (BD) PPT(TM)
tubes that are used for HIV-1 viral load samples.
After centrifugation, transfer the plasma from the PPT
tube to a separate plastic screw-cap vial and ship
frozen.  BD has determined (4/01/05 communication)
that HIV-1 viral loads may be elevated in some samples
when the plasma is frozen in PPT tubes.  Contact your
laboratory with any questions.

Age and sex dependent reference ranges are printed when
available if age  and sex are designated.  Otherwise, adult
values are given.

**NATHAN SHERMAN, MD**
**DIRECTOR OF LABORATORIES**

June 16, 2005  8:22:57AM

PAGE 1 of 1

PATIENT INFORMATION
**CARSON,PHILLIP**

REPORT STATUS  **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**AKAL**

DOB:                Age: NP
GENDER: M

SPECIMEN INFORMATION
SPECIMEN:    56139642/0
REQUISITION: 0000693
LAB REF NO:  235210000693

ID: 196242

CLIENT INFORMATION
23521
CORRECTIONAL TREATMENT
FACILITY (CTF)
1901 E STREET SE
WASHINGTON, DC 20003

COLLECTED:  08/02/2005    00:00
RECEIVED:   08/03/2005    06:03
REPORTED:   08/09/2005    17:01

COMMENTS:   N

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC WITH DIFFERENTIAL | | | | AMI |
| CBC WITH DIFFERENTIAL | | | | |
| RBC VALUES | | | | |
| ERYTHROCYTE COUNT | | 3.30 L | 4.00-5.60 x10E12/L | |
| HEMOGLOBIN | 12.8 | | 12.4-17.2 g/dL | |
| HEMATOCRIT | 38.7 | | 37.0-50.0 % | |
| MCV | | 117.3 H | 81.0-98.0 fL | |
| MCH | | 38.8 H | 23.0-34.6 pg | |
| MCHC | 33.1 | | 31.0-37.0 % | |
| RDW | | 17.8 H | 11.0-15.5 % | |
| WBC TOTAL AND DIFF | | | | |
| WBC TOTAL | 5.30 | | 4.00-10.60 x10E9/L | |
| WBC PERCENT COUNTS | | | | |
| NEUTROPHILS | | 47.9 L | 50.0-75.0 % | |
| LYMPHOCYTES | 39.7 | | 20.0-45.0 % | |
| MONOCYTES | 10.3 | | 0.0-12.0 % | |
| EOSINOPHILS | 1.8 | | 0.0-5.0 % | |
| BASOPHILS | 0.3 | | 0.0-3.0 % | |
| WBC DIFF ABSOLUTES | | | | |
| NEUTROPHILS | 2.54 | | 1.80-7.00 x10E9/L | |
| LYMPHOCYTES | 2.10 | | 1.00-4.00 x10E9/L | |
| MONOCYTES | 0.55 | | 0.10-0.80 x10E9/L | |
| EOSINOPHILS | 0.10 | | 0.00-0.40 x10E9/L | |
| BASOPHILS | 0.02 | | 0.00-0.36 x10E9/L | |
| ADDITIONAL FINDINGS | | | | |
| PLATELET COUNT | 338 | | 140-440 x10E9/L | |
| ANISOCYTOSIS | SLIGHT | | | |
| MACROCYTOSIS | | MARKED | | |
| BASIC METABOLIC PANEL - 1999 | | | | AMI |
| BASIC METABOLIC PANEL - 1999 | | | | |
| GLUCOSE | 81 | | 65-99 mg/dL | |
| UREA NITROGEN (BUN) | 11 | | 5-27 mg/dL | |
| CREATININE | 0.9 | | 0.4-1.4 mg/dL | |
| SODIUM | 138 | | 133-145 mmol/L | |
| POTASSIUM | 3.6 | | 3.2-5.7 mmol/L | |
| CHLORIDE | 101 | | 96-112 mmol/L | |
| CARBON DIOXIDE | 22 | | 20-30 mmol/L | |
| LYMPHOCYTE SUBSET PANEL 5 | | | | AMI |
| LYMPHOCYTE SUBSET PANEL 5 | | | | |
| LYMPHOCYTES, ABSOLUTE | 2179 | | 850-3900 /uL | |
| T-LYMPHOCYTE SUBSETS | | | | |

CARSON,PHILLIP - 56139642/0

Page 1 - Continued on Page 2

PATIENT INFORMATION
**CARSON,PHILLIP**

REPORT STATUS **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**AKAL**

DOB:                Age: NP
GENDER: M

REPORTED:    08/09/2005    17:01

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| LYMPHOCYTE SUBSET PANEL 5 (Continued) | | | | |
| CD4, ABSOLUTE | 732 | | 490-1740 /uL | |
| CD4 PERCENTAGE | 34 | | 30-61 % | |
| HIV-1 SEROLOGY | | | | |
| HIV-1 SEROLOGY | | | | AMI |
| HIV-1 ANTIBODIES, ELISA | | REACTIVE | | |

REFERENCE VALUE:  A result of NONREACTIVE indicates
that no antibodies to HIV-1 were detected.  Reactive
samples have been tested in triplicate by ELISA
before being reported.
PLEASE NOTE This information has been disclosed
to you from records whose confidentiality may be
protected by state law.  If your state requires
such protection, then the state law prohibits you
from making any further disclosure of the
information without the specific written consent
of the person to whom it pertains, or as otherwise
permitted by law.  A general authorization for the
release of medical or other information is NOT
sufficient for this purpose.
Please note:  N

HIV 1 Antibodies Western Blot has been added.

| HIV-1 ANTIBODIES, WESTERN BLOT | | | | AMI |
|---|---|---|---|---|
| HIV-1 ANTIBODIES, WESTERN BLOT | | | | |
| HIV-1 ANTIBODIES, WESTERN BLOT | | | | |
| HIV-1 AB, WESTERN BLOT | | Positive | | |

A positive result should be interpreted with clinical
findings; if inconsistent, a repeat sample is
suggested.

| Interpretation | Pattern  (APHL/CDC Criteria) |
|---|---|
| POSITIVE | Requires reactivity to two of the following three bands (gp160/gp120 are regarded as one entity).  Classification of a band as reactive, or present, requires that the intensity is equal to or greater than a threshold which is determined from the weak positive control. |

| Gene | Reactive Band |
|---|---|
| gag | p24 |
| env | gp160/gp120 OR gp41 |

| INDETERMINATE | Any bands observed, regardless of intensity, but the pattern does not meet the criteria for POSITIVE |
|---|---|
| NEGATIVE | No bands observed |

GENERAL NOTES:
1. An INDETERMINATE result should not be considered
   positive or negative. The evaluation of this result

CARSON,PHILLIP - 56139642/0

PATIENT INFORMATION
**CARSON,PHILLIP**

REPORT STATUS  **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**AKAL**

DOB:              Age: NP
GENDER: M

REPORTED:    08/09/2005    17:01

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

HIV-1 ANTIBODIES, WESTERN BLOT (Continued)
   HIV-1 AB, WESTERN BLOT (Continued)

should be based on thorough clinical and historical
considerations, and subsequent serologic testing by
Western Blot, over a 3-6 month period, to monitor the
development of the immune response to other HIV-1
proteins. According to the Centers for Disease
Control (MMWR vol. 38 suppl. 7, 1989) "a person whose
Western Blot results continue to be consistently
indeterminate for at least 6 months - in the absence
of any known risk factors, clinical symptoms, or
other findings - may be considered to be negative
for antibodies to HIV-1."

2.  A NEGATIVE result in an individual with a history
of high risk activities should be repeated at 6
months, and probably again one year after those
activities have been stopped.

3.  A POSITIVE result should be interpreted in context
with clinical findings and a history of risk factors.
If these findings are inconsistent with the test
results, it is recommended that a second specimen be
submitted for testing before diagnosing an HIV-1
infection.

PLEASE NOTE This information has been disclosed
to you from records whose confidentiality may be
protected by state law.  If your state requires
such protection, then the state law prohibits you
from making any further disclosure of the
information without the specific written consent
of the person to whom it pertains, or as otherwise
permitted by law.  A general authorization for the
release of medical or other information is NOT
sufficient for this purpose.

HIV-1 RNA QN PCR
   HIV-1 RNA QN PCR

AME

   COPIES/ML

Please note:  =.
<400

<400 copies/mL

PATIENT INFORMATION
**CARSON, PHILLIP**

REPORT STATUS    **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**AKAL**

REPORTED:    08/09/2005    17:01

DOB:
GENDER: M

Age: NP

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| HIV-1 RNA QN PCR (Continued) LOG COPIES/ML | <2.60 | | <2.60 log cps/mL | |

Changes in HIV-1 RNA three times or greater (Log10
Greater than 0.5) may be significant.
This test was performed using the Amplicor HIV-1
Monitor test kit, v 1.5 (Roche Diagnostics Inc.).
PLEASE NOTE This information has been disclosed
to you from records whose confidentiality may be
protected by state law.  If your state requires
such protection, then the state law prohibits you
from making any further disclosure of the
information without the specific written consent
of the person to whom it pertains, or as otherwise
permitted by law.  A general authorization for the
release of medical or other information is NOT
sufficient for this purpose.
Please do not freeze Becton Dickinson (BD) PPT(TM)
tubes that are used for HIV-1 viral load samples.
After centrifugation, transfer the plasma from the PPT
tube to a separate plastic screw-cap vial and ship
frozen.  BD has determined (4/01/05 communication)
that HIV-1 viral loads may be elevated in some samples
when the plasma is frozen in PPT tubes.  Contact your
laboratory with any questions.□

-------------------------------------------------------------------------------

**Performing Laboratory Information:**

AMD    QUEST DIAGNOSTICS INCORPORATED NICHOLS INSTITUTE 14225 NEWBROOK DR CHANTILLY VA  20151
       Laboratory Director: NATHAN SHERMAN, MD

CARSON, PHILLIP – 56139642/0

Page 4 – End of Report

# PhenoSENSE GT™
### REPLICATE CAPACITY™
**COMBINATION HIV DRUG RESISTANCE ASSAY**



**ViroLogic Inc.**
Clinical Reference Laboratory
Patrick Joseph, MD, Medical Director
345 Oyster Point Boulevard
South San Francisco, CA 94080
Tel:(800) 777-0177 - Fax:(650) 615-0177

**Family & Medical Counseling Service**
2041 Martin Luther King Jr. Ave., SE
Suite 105
Washington, DC 20020
USA

Client: 02255          Project: 00073
Phone: (202)889-7900    Fax: (202)610-3095

*196242*

| Patient Name:<br>PHILLIP CASON | DOB<br>05/26/1961 | Patient ID<br>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 *678* | Gender<br>M | ViroLogic Accession #<br>05-119429 |
|---|---|---|---|---|
| Date Collected<br>04/25/2005 00:01:00 | Date Received<br>04/28/2005 09:58:00 | Date Reported<br>05/14/2005 10:38:25 | Mode<br>F,M | Report Status<br>**FINAL** |
| Referring Physician | | | Reference Lab ID | |
| Comments | | | HIV-1 Subtype§: **B** | |

| DRUG | | PHENOSENSE™ SUSCEPTIBILITY | | Evidence of Drug Sensitivity? | | | NET ASSESSMENT | |
|---|---|---|---|---|---|---|---|---|
| Generic<br>Name | Brand<br>Name | Fold<br>Change | Drug Susceptibility (Increasing ← 1 ... 10 ... 100 ... 1000 → Decreasing) | Drug | Pheno<br>Sense | Gene<br>Seq | | |
| **NRTI** | | | | | | | | |
| Abacavir | Ziagen | 2.31 | | ABC | Y | N | Sensitive | (16) |
| Didanosine | Videx * | 1.16 | | ddI | Y | Y | Sensitive | |
| Emtricitabine | Emtriva§ | >MAX | | FTC | N | N | Reduced Susc. | |
| Lamivudine | Epivir | >MAX | | 3TC | N | N | Reduced Susc. | |
| Stavudine | Zerit | 0.86 | | d4T | Y | Y | Sensitive | (3) |
| Zidovudine | Retrovir | 0.58 | | ZDV | Y | N | Sensitive | (3) |
| Tenofovir | Viread * | 0.39 | | TFV | Y | Y | Sensitive | (3) |
| **NRTI Mutations** | | **D67N, M184V, T215C, K219Q** | | | | | | |

| **NNRTI** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Delavirdine | Rescriptor | 0.30 | | DLV | Y | Y | Sensitive | (13) |
| Efavirenz | Sustiva | 0.17 | | EFV | Y | Y | Sensitive | (13) |
| Nevirapine | Viramune | 0.21 | | NVP | Y | Y | Sensitive | (13) |
| **NNRTI Mutations** | | **none** | | | | | | |

| **PI** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Atazanavir | Reyataz | 0.89 | | ATV | Y | Y | Sensitive | |
| Fosamprenavir | Lexiva | 0.68 | | AMP | Y | Y | Sensitive | |
| Indinavir | Crixivan | 0.69 | | IDV | Y | Y | Sensitive | |
| | Crixivan / r‡ | | | IDV/r | Y | Y | Sensitive | |
| Lopinavir | Kaletra | 0.79 | | LPV/r | Y | Y | Sensitive | |
| Nelfinavir | Viracept | 0.90 | | NFV | Y | Y | Sensitive | |
| Ritonavir | Norvir | 0.85 | | RTV | Y | Y | Sensitive | |
| Saquinavir | Fortovase | 0.68 | | SQV | Y | Y | Sensitive | |
| **PI Mutations** | | **G16E, V77I** | | | | | | |

| **EI** | | | |
|---|---|---|---|
| Enfuvirtide | Fuzeon | Susceptibility testing for Enfuvirtide requires a separate assay. | |



* Clinical trial data have shown intermediate virologic responses in some patients up to a 2.2-fold change in susceptibility for ddI and up to 4-fold for TFV.

- Clinical Cutoff
- Biological/Assay Cutoff
- Hypersusceptibility Cutoff
- Sensitive
- Reduced Susceptibility
- Y Evidence of Drug Sensitivity
- N Evidence of Reduced Drug Susceptibility

| **RC** | Virus Replication Capacity = 60%<br><br>(Range 38%-95%) | | Replication capacity (RC) indicates the ability of the virus to replicate in the absence of drug. Range represents 95% confidence interval around RC measurement. 100%=median RC of wild-type viruses. |
|---|---|---|---|
| | | 0   50   100   150   200 | |



# PhenoSense GT™
**COMBINATION HIV DRUG RESISTANCE ASSAY**

**ViroLogic Inc.**
Clinical Reference Laboratory
Patrick Joseph, MD, Medical Director
345 Oyster Point Boulevard
South San Francisco, CA 94080
Tel:(800) 777-0177 - Fax:(650) 615-0177

**Family & Medical Counseling Service**
2041 Martin Luther King Jr. Ave., SE
Suite 105
Washington, DC 20020
USA

Client: 02255          Project: 00073
Phone: (202)889-7900    Fax: (202)610-3095

| Patient Name: **PHILLIP CASON** | Date Collected: 04/25/2005 00:01:00 | ViroLogic Acc#: **05-119429** |

## Mutations Detected

**RT:** V35R, V60I, K64R, D67N, R83K, Q102K, K104N, D123E, C162Y, M184V, G196E, T215C, D218E, K219Q, R277K, V292I, V293I, E297K

**PR:** G16E, H69Q, V77I

## Important Definitions

**Clinical Cutoffs:** defined as the drug susceptibility level at which a patient's probability of treatment failure with a particular drug significantly increases.
**IC50:** concentration of drug required to inhibit viral replication by 50%.
**Fold Change** = $\dfrac{IC50\ patient}{IC50\ reference}$
**Mixtures** are indicated by amino acids separated by a slash.



### Drug-specific Fold Change Limits

| Drugs | ABC | ddI | FTC | 3TC | d4T | ZDV | TFV | DLV | EFV | NVP | ATV | AMP | IDV | IDV/r | LPV/r | NFV | RTV | SQV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RS Cutoff** | 4.5† | 1.3† | 3.5 | 3.5† | 1.7† | 1.9 | 1.4† | 2.5 | 2.5 | 2.5 | 2.3 | 2 | 2.1 | 10† | 10† | 2.5 | 2.5 | 1.7 |
| **HS Cutoff** | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |

### Patient-specific Results

| | ABC | ddI | FTC | 3TC | d4T | ZDV | TFV | DLV | EFV | NVP | ATV | AMP | IDV | IDV/r | LPV/r | NFV | RTV | SQV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IC50 (µM)** | 3.87 | 7.46 | >100 | >300 | 0.58 | 0.17 | 0.342 | 0.0081 | 0.0003 | 0.021 | 0.0013 | 0.0077 | 0.0053 | 0.0053 | 0.003 | 0.0063 | 0.0112 | 0.0019 |
| **FC** | 2.31 | 1.16 | >MAX | >MAX | 0.86 | 0.58 | 0.39 | 0.30 | 0.17 | 0.21 | 0.89 | 0.68 | 0.69 | 0.69 | 0.79 | 0.90 | 0.85 | 0.68 |

RS: Reduced Susceptibility, HS: Hypersusceptibility, FC: Fold Change, †Clinical Cutoff

§ For more information about FTC cutoff and HIV-1 subtype, please visit www.ViroLogicHIV.com.
† Clinical cutoff and genotypic interpretation algorithm derived from studies using IDV 800mg + RTV 200mg Q12h.
**Phenotype/Genotype Comments** (clinical significance may vary)
  3 - **IC50 reduced:** Phenotypic measurement reflects possible enhanced susceptibility due to M184I or V.
  13 - **NNRTI resistance** may confer increased NNRTI susceptibility or hypersusceptibility (HS).
  16 - **Unexplained discordance:** Genotypic correlates of susceptibility not accounted for by current rules.

PhenoSense GT is a proprietary assay that combines the technology of PhenoSense HIV and GeneSeq HIV with expert interpretation. PhenoSense GT is validated for specimens with HIV-1 viral loads at or above 500 copies/mL and should be interpreted only on such specimens. These results have been provided from confidential records and may not be disclosed to unauthorized persons without patient consent. This test meets the standards for performance characteristics and all other quality control and assurance requirements established by the Clinical Laboratory Improvement Act.



# PhenoSense GT™
## COMBINATION HIV DRUG RESISTANCE ASSAY

**ViroLogic Inc.**
Clinical Reference Laboratory
Patrick Joseph, MD, Medical Director
345 Oyster Point Boulevard
South San Francisco, CA 94080
Tel:(800) 777-0177 - Fax:(650) 615-0177

**Family & Medical Counseling Service**
2041 Martin Luther King Jr. Ave., SE
Suite 105
Washington, DC 20020
USA

Client: 02255
Phone: (202)889-7900

Project: 00073
Fax: (202)610-3095

---

Patient Name: **PHILLIP CASON**   |   Date Collected: **04/25/2005 00:01:00**   |   ViroLogic Acc#: **05-119429**

---

## Mutations Detected

**RT:** V35R, V60I, K64R, D67N, R83K, Q102K, K104N, D123E, C162Y, M184V, G196E, T215C, D218E, K219Q, R277K, V292I, V293I, E297K

**PR:** G16E, H69Q, V77I

## Important Definitions

**Clinical Cutoffs:** defined as the drug susceptibility level at which a patient's probability of treatment failure with a particular drug significantly increases.
**IC50:** concentration of drug required to inhibit viral replication by 50%.

Fold Change = $\dfrac{IC50\ patient}{IC50\ reference}$

**Mixtures** are indicated by amino acids separated by a slash.



### Drug-specific Fold Change Limits

| Drugs | ABC | ddI | FTC | 3TC | d4T | ZDV | TFV | DLV | EFV | NVP | ATV | AMP | IDV | IDV/r | LPV/r | NFV | RTV | SQV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RS Cutoff** | 4.5† | 1.3† | 3.5 | 3.5† | 1.7† | 1.9 | 1.4† | 2.5 | 2.5 | 2.5 | 2.3 | 2 | 2.1 | 10† | 10† | 2.5 | 2.5 | 1.7 |
| **HS Cutoff** | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |

### Patient-specific Results

| | ABC | ddI | FTC | 3TC | d4T | ZDV | TFV | DLV | EFV | NVP | ATV | AMP | IDV | IDV/r | LPV/r | NFV | RTV | SQV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IC50 (μM)** | 3.87 | 7.46 | >100 | >300 | 0.58 | 0.017 | 0.342 | 0.0081 | 0.0003 | 0.021 | 0.0013 | 0.0077 | 0.0053 | 0.0053 | 0.003 | 0.0063 | 0.0112 | 0.0019 |
| **FC** | 2.31 | 1.16 | >MAX | >MAX | 0.86 | 0.58 | 0.39 | 0.30 | 0.17 | 0.21 | 0.89 | 0.68 | 0.69 | 0.69 | 0.79 | 0.90 | 0.85 | 0.68 |

RS: Reduced Susceptibility, HS: Hypersusceptibility, FC: Fold Change, *Clinical Cutoff

§ For more information about FTC cutoff and HIV-1 subtype, please visit www.ViroLogicHIV.com.
† Clinical cutoff and genotypic interpretation algorithm derived from studies using IDV 800mg + RTV 200mg Q12h.
**Phenotype/Genotype Comments** (clinical significance may vary)
   3 - **IC50 reduced:** Phenotypic measurement reflects possible enhanced susceptibility due to M184I or V.
   13 - **NNRTI HS:** NRTI resistance may confer increased NNRTI susceptibility or hypersusceptibility (HS).
   16 - **Unexplained discordance:** Genotypic correlates of susceptibility not accounted for by current rules.

PhenoSense GT is a proprietary assay that combines the technology of PhenoSense HIV and GeneSeq HIV with expert interpretation. PhenoSense GT is validated for specimens with HIV-1 viral loads at or above 500 copies/mL and should be interpreted only on such specimens. These results have been provided from confidential records and may not be disclosed to unauthorized persons without patient consent. This test meets the standards for performance characteristics and all other quality control and assurance requirements established by the Clinical Laboratory Improvement Act.





# PhenoSENSE GT™
## COMBINATION HIV DRUG RESISTANCE ASSAY

**Family & Medical Counseling Service**
2041 Martin Luther King Jr. Ave., SE
Suite 105
Washington, DC 20020
USA

## ViroLogic Inc.
**Clinical Reference Laboratory**
Patrick Joseph, MD, Medical Director
345 Oyster Point Boulevard
South San Francisco, CA 94080
Tel:(800) 777-0177 - Fax:(650) 615-0177

Client: 02255
Phone: (202)889-7900

Project: 00073
Fax: (202)610-3095

| | | |
|---|---|---|
| Gender | ViroLogic Accession # | |
| M | 05-119429 | |
| Mode | Report Status | |
| F,M | FINAL | |
| Reference Lab ID | | |

Patient Name:
**PHILLIP CASON**

Date Collected
**04/25/2005 00:01:00**

Referring Physician

DOB
05/26/1961

Date Received
04/28/2005 09:58:00

Patient ID
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

Date Reported
05/14/2005 10:38:25

HIV-1 Subtype§: **B**

Comments

| DRUG | | | PHENOSENSE™ SUSCEPTIBILITY | Evidence of Drug Sensitivity ? | NET ASSESSMENT | | |
|---|---|---|---|---|---|---|---|
| Generic Name | Brand Name | Fold Change | Increasing ← Drug Susceptibility → Decreasing | Drug | Pheno Sense | Gene Seq | |

### NRTI

| Generic Name | Brand Name | Fold Change | Drug | Pheno Sense | Gene Seq | |
|---|---|---|---|---|---|---|
| Abacavir | Ziagen | 2.31 | ABC | Y | N | Sensitive (16) |
| Didanosine | Videx * | 1.16 | ddI | Y | Y | Sensitive |
| Emtricitabine | Emtriva§ | >MAX | FTC | N | N | Reduced Susc. |
| Lamivudine | Epivir | >MAX | 3TC | N | N | Reduced Susc. |
| Stavudine | Zerit | 0.86 | d4T | Y | Y | Sensitive (3) |
| Zidovudine | Retrovir | 0.58 | ZDV | Y | N | Sensitive (3) |
| Tenofovir | Viread * | 0.39 | TFV | Y | N | Sensitive (3) |

**NRTI Mutations**   D67N, M184V, T215C, K219Q

### NNRTI

| Generic Name | Brand Name | Fold Change | Drug | Pheno Sense | Gene Seq | |
|---|---|---|---|---|---|---|
| Delavirdine | Rescriptor | 0.30 | DLV | Y | Y | Sensitive (13) |
| Efavirenz | Sustiva | 0.17 | EFV | Y | Y | Sensitive (13) |
| Nevirapine | Viramune | 0.21 | NVP | Y | Y | Sensitive (13) |

**NNRTI Mutations**   none

### PI

| Generic Name | Brand Name | Fold Change | Drug | Pheno Sense | Gene Seq | |
|---|---|---|---|---|---|---|
| Atazanavir | Reyataz | 0.89 | ATV | Y | Y | Sensitive |
| Fosamprenavir | Lexiva | 0.68 | AMP | Y | Y | Sensitive |
| Indinavir | Crixivan | 0.69 | IDV | Y | Y | Sensitive |
| | Crixivan / r* | | IDV/r | Y | Y | Sensitive |
| Lopinavir | Kaletra | 0.79 | LPV/r | Y | Y | Sensitive |
| Nelfinavir | Viracept | 0.90 | NFV | Y | Y | Sensitive |
| Ritonavir | Norvir | 0.85 | RTV | Y | Y | Sensitive |
| Saquinavir | Fortovase | 0.68 | SQV | Y | Y | Sensitive |

**PI Mutations**   G16E, V77I



### H

| | | |
|---|---|---|
| Enfuvirtide | Fuzeon | Susceptibility testing for Enfuvirtide requires a separate assay. |

Susceptibility testing for Enfuvirtide requires a separate assay.

* Clinical trial data have shown intermediate virologic responses in some patients up to a 2.2-fold change in susceptibility for ddI and up to 4-fold for TFV.

* Clinical trial data have shown intermediate virologic responses in some patients up to a 2.2-fold change in susceptibility for ddI and up to 4-fold for TFV.

Clinical Cutoff          Hypersusceptibility Cutoff          Sensitive          Y  Evidence of Drug Sensitivity
Biological/Assay Cutoff                                      Reduced Susceptibility   N  Evidence of Reduced Drug Susceptibility

### RC

**Virus Replication Capacity = 60%**

**(Range 38%-95%)**

0    50    100    150    200

Replication capacity (RC) indicates the ability of the virus to replicate in the absence of drug. Range represents 95% confidence interval around RC measurement. 100%=median RC of wild-type viruses.

# LabCorp
Laboratory Corporation of America

**Serial Monitoring Report**

1912 Alexander Drive, Research Triangle Park, NC 27709    (919) 361-7700                    Report Date: 04/28/2005

**Patient**

| | | | |
|---|---|---|---|
| Name: | CASON, PHILLIP | Date of Birth: | 05/26/61 |
| Patient ID: | 6768 | Sex: | M |
| SSN: | | | |

**Account**

FAMILY & MEDICAL COUNSELING
SERVICE, INC.
2041 MLK JR. AVE. SE, #M2
WASHINGTON DC 20020-
Branch:          VAB11

**Specimen**

| | | |
|---|---|---|
| Number: | 115-318-5203-0 | LLS Acc #: |
| Date: | 04/25/2005 | |
| Patient Age: | 43 Years/10 Months | |

| | | | |
|---|---|---|---|
| Account #: | 08556115 | Phone: | 202-889-7900 |
| Physician: | | | |



○ HIV-1 RNA, Qn
copies/ml

**Recent Result History**

| | Reference Range | | | |
|---|---|---|---|---|
| | Low | High | 10/15/04 | 04/25/05 |
| ○ HIV-1 RNA, Qn copies/ml | N/A | N/A | 9,071 | 609 |

**Relevant Notes**

○ * = Greater than or equal to a 5 fold change from the previous value.

Myla Lai-Goldman, MD, Medical Director
Hawazin Faruki, DrPH, Vice President, Operations
Joe Sebastian, PhD, Director, Infectious Disease

This document contains private and confidential health information protected by state and federal law.
This report is a compilation of previously reported tests and is provided to assist in the interpretation of test results and to aid prognosis.

| Order Stat. ' al | | ACCOUNT |
|---|---|---|
| 115-318-5..-0 | | 08556115 |

| PATIENT NAME | | | |
|---|---|---|---|
| CASON,PHILLIP | | | |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 6768 | 5/26/1961 | 43 / 10 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 202-397-2156 | |

**Family**

**Service, Inc.**

**2041 Mlk Jr. Ave. Se, #M2**

**Washington,          DC  20020-0000**

| REFERRING PHYSICIAN | |
|---|---|
| JENKINS V | |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 11077705711 | 4/25/2005 | 16:04 |

| RECEIVED | REPORTED | |
|---|---|---|
| 4/26/2005 | 4/28/2005 | 2:22 |

YT/FRWH                    FASTING: N

---

**TESTS ORDERED: Lymphocyte Act. Profile, Comp. Metabolic Panel (14), RNA, PCR, Quant, Hepatitis Panel (4), RPR**

| Result Name | Normal | Abnormal | Reference Range | Lab |
|---|---|---|---|---|
| Hep B Core Ab, IgM | Negative | | Negative | AV |
| HCV Ab, Confirm by RIBA | | 0.2 | 0.0 - 0.9 | AV |

If HCV result is 0.0 - 0.9 the interpretation is:
Negative
Not infected with HCV, unless recent infection is suspected or other
evidence exists to indicate HCV infection.


If HCV result is >3.7 the interpretation is:
Positive
Indicates past or present HCV infection; Immnoblot testing not per-
formed. Samples with high S/CO ratios (>3.7) confirm positive (95%),
but <5 out of 100 might represent false-positives.  PCR testing can
be requested if indicated.  Qualitative HCV RNA testing will differ-
entiate active from resolved infection.

HCV results between 1.0 and 3.7 will reflex to RIBA.

---

| | Reactive | Non Reactive | | |
|---|---|---|---|---|
| RPR | | | | AV |

| | | Abnormal | | |
|---|---|---|---|---|
| RPR, Quant. | | 1:1 H | Non Rea=<1:1 | AV |

---

LAB: AV LabCorp Herndon                    DIRECTOR: DAVID HARRER S MD
13900 Park Center Road, Herndon,  VA 20171-0000

---

LAB: BN LabCorp Burlington                 DIRECTOR: Frank Hancock   MD
1447 York Court, Burlington,  NC 27215-2230

---

LAB: RN LabCorp Raritan                    DIRECTOR: Irene Isaac V MD
69 First Avenue, Raritan,  NJ 08869-0000

END OF REPORT                              - 3 -

| Order Stat. | | al |
|---|---|---|
| **ACCESSI**<br>115-318-5205-0 | | **ACCOUNT #**<br>08556115 |

| PATIENT NAME |
|---|
| **CASON,PHILLIP** |

| PATIENT ID #<br>6768 | D.O.B.<br>5/26/1961 | AGE<br>43 / 10 | GENDER<br>M |
|---|---|---|---|

| PATIENT PHONE #<br>202-397-2156 | CHART # |
|---|---|

| REFERRING PHYSICIAN |
|---|
| JENKINS V |

| LAB ORDER #<br>CD- 11077705711 | DRAWN<br>4/25/2005 | 16:04 |
|---|---|---|
| RECEIVED<br>4/26/2005 | REPORTED<br>4/28/2005 | 2:22 |

**Family**
**Service, Inc.**
**2041 Mlk Jr. Ave. Se, #M2**
**Washington,**          **DC  20020-0000**

YT/FRWH                    FASTING: N

**TESTS ORDERED:** Lymphocyte Act. Profile, Comp. Metabolic Panel (14), RNA, PCR, Quant, Hepatitis Panel (4), RPR

| Result Name | Normal | Abnormal | Reference Range | | Lab |
|---|---|---|---|---|---|
| 2+ Macrocytes | | | | | |
| Comp. Metabolic Panel (14) | | | | | |
| Glucose, Serum | 98 | | 65 - 99 | mg/dL | AV |
| BUN | 11 | | 5 - 26 | mg/dL | AV |
| Creatinine, Serum | 0.7 | | 0.5 - 1.5 | mg/dL | AV |
| BUN/Creatinine Ratio | 16 | | 8 - 27 | | |
| Sodium, Serum | 137 | | 135 - 148 | mmol/L | AV |
| Potassium, Serum | 4.0 | | 3.5 - 5.5 | mmol/L | AV |
| Chloride, Serum | 105 | | 96 - 109 | mmol/L | AV |
| Carbon Dioxide, Total | 24 | | 20 - 32 | mmol/L | AV |
| Calcium, Serum | 9.1 | | 8.5 - 10.6 | mg/dL | AV |
| Protein, Total, Serum | 8.2 | | 6.0 - 8.5 | g/dL | AV |
| Albumin, Serum | 4.0 | | 3.5 - 5.5 | g/dL | AV |
| Globulin, Total | 4.2 | | 1.5 - 4.5 | g/dL | |
| A/G Ratio | | 1.0 L | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.4 | | 0.1 - 1.2 | mg/dL | AV |
| Alkaline Phosphatase, Serum | 96 | | 25 - 150 | IU/L | AV |
| AST (SGOT) | 40 | | 0 - 40 | IU/L | AV |
| ALT (SGPT) | 32 | | 0 - 40 | IU/L | AV |
| RNA, PCR, Quant | | | | | |
| HIV-1 RNA by PCR, Qn | 609 | | | copies/mL | RN |

The result given above is the number of copies of HIV-1 RNA per 1 mL
of plasma (Viral Load).  Changes of five-fold or more in viral load
are significant with regard to predicting disease progression and
monitoring efficacy of antiviral therapy.

| log10 HIV-1 RNA | 2.784 | | | log10copies/mL | |
|---|---|---|---|---|---|

The result given above is the number of copies of HIV-1 RNA per 1 mL
of plasma (Viral Load).  Changes of five-fold or more in viral load
are significant with regard to predicting disease progression and
monitoring efficacy of antiviral therapy.

| Hepatitis Panel (4) | | | | | |
|---|---|---|---|---|---|
| Hep A Ab, IgM | Negative | | Negative | | AV |
| HBsAg Screen | Confirm. indicated | | Negative | | AV |
| HBsAg Confirmation | | Positive | | | AV |

CONTINUED...                    -2-

# Laboratory Corporation o America

Order Status: nal

| ACCESSI | | ACCOUNT # |
|---|---|---|
| 115-318-5203-0 | | 08556115 |

**PATIENT NAME**

CASON, PHILLIP

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 6768 | 5/26/1961 | 43 / 10 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 202-397-2156 | |

REFERRING PHYSICIAN

JENKINS V

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 11077705711 | 4/25/2005 | 16:04 |
| RECEIVED | REPORTED | |
| 4/26/2005 | 4/28/2005 | 2:22 |

| Family | |
|---|---|
| Service, Inc. | |
| 2041 Mlk Jr. Ave. Se, #M2 | |
| Washington, | DC 20020-0000 |

| YT/FRWH | FASTING: N |
|---|---|

**TESTS ORDERED:** Lymphocyte Act. Profile, Comp. Metabolic Panel (14), RNA, PCR, Quant, Hepatitis Panel (4), RPR

| Result Name | Normal | Abnormal | Reference Range | Lab |
|---|---|---|---|---|
| Lymphocyte Act. Profile | | | | |
| Absolute CD 3 | 1360 | | 622 - 2402 /uL | |
| % CD 3 Pos. Lymph. | 80.0 | | 57.5 - 86.2 % | BN |
| Absolute CD 4 Helper | 493 | | 359 - 1519 /uL | |
| % CD 4 Pos. Lymph. | | 29.0 L | 30.8 - 58.5 % | BN |
| Absolute CD 8 (Supp) | 833 | | 109 - 897 /uL | |
| % CD 8 Pos. Lymph. | | 49.0 H | 12.0 - 35.5 % | BN |
| % CD3+CD25+ Lymphs | | 2.00 L | 4.93 - 25.85 % | BN |
| Abs.CD3+CD25+ Lymphs | | 34 L | 79 - 535 /uL | |
| Immunophenotyping markers are for investigational use only. | | | | |
| % CD8+CD57+ Lymphs | | 16.0 H | 0.0 - 11.3 % | BN |
| Abs.CD8+CD57+ Lymphs | | 272 H | 0 - 254 /uL | |
| Immunophenotyping markers are for investigational use only. | | | | |
| CD4/CD8 Ratio | | 0.59 L | 0.92 - 3.72 | |
| White Blood Cell (WBC) Count | 4.7 | | 4.0 - 10.5 x10E3/uL | AV |
| Red Blood Cell (RBC) Count | | 3.74 L | 4.10 - 5.60 x10E6/uL | AV |
| Hemoglobin | 14.7 | | 12.5 - 17.0 g/dL | AV |
| Hematocrit | 42.7 | | 36.0 - 50.0 % | AV |
| MCV | | 114 H | 80 - 98 fL | AV |
| MCH | | 39.3 H | 27.0 - 34.0 pg | AV |
| MCHC | 34.4 | | 32.0 - 36.0 g/dL | AV |
| RDW | 13.3 | | 11.7 - 15.0 % | AV |
| Platelets | 277 | | 140 - 415 x10E3/uL | AV |
| Neutrophils | 51 | | 40 - 74 % | AV |
| Lymphs | 37 | | 14 - 46 % | AV |
| Monocytes | 8 | | 4 - 13 % | AV |
| Eos | 3 | | 0 - 7 % | AV |
| Basos | 1 | | 0 - 3 % | AV |
| Neutrophils (Absolute) | 2.4 | | 1.8 - 7.8 x10E3/uL | AV |
| Lymphs (Absolute) | 1.7 | | 0.7 - 4.5 x10E3/uL | AV |
| Monocytes(Absolute) | 0.4 | | 0.1 - 1.0 x10E3/uL | AV |
| Eos (Absolute) | 0.1 | | 0.0 - 0.4 x10E3/uL | AV |
| Baso (Absolute) | 0.0 | | 0.0 - 0.2 x10E3/uL | AV |
| Hematology Comments: | Note: | | | AV |
| 2+ Anisocytosis | | | | |

CONTINUED...

- 1 -

# Quest Diagnostics Nichols Instit

## 14225 Newbrook Drive  P.O.Box 10841 Chantilly, VA 20153-0841
## 703-802-6900

**INTAKE**
**1901 D STREET S.E.  WASHINGTON, DC  20003-**

STANDARD LAB REPORT

| | | |
|---|---|---|
| Client ID: | **32543** | |
| Patient: | **CARSON, PHILLIP** | |
| Physician: | **FITZGERALD PAC** | |
| Patient ID: | **196242** | |
| SSN: | **- -** | |
| Accession #: | **55575692/0** | |
| Status: | *** **FINAL REPORT** *** | |

Req. #: **63646**
Sex: **M**
Age: **43**
Date of Birth: **05/26/1961**
Sample ID: **63646**
Sample Data: **63646**
Room/Bed:

Specimen Collection: **5/21/05  11:46 pm**
Received at Lab: **5/22/05   3:24 am**
Reported: **5/23/05  8:11 pm**

Report Information:

Remarks:                                                    *NW-3 #46*

| *** TEST *** | RESULT | REFERENCE RANGE | UNITS | ORDER STATUS |
|---|---|---|---|---|
| **0622 - FTA-ABS** | | | | |
| FTA-ABS | **Reactive *** | | | Final Result |
| | Reference value: | Nonreactive | | |
| **23772 - RPR, PROGRESSIVE** | | | | |
| RPR, PROGRESSIVE | | | | Final Result |
| RPR | **Reactive 1:1 *** | | | |
| | Reference value: | Nonreactive | | |
| PROGRESSIVE FTA-ABS | Has been added | | | |

*Patient seen tried TX (1993) + we did RPR need to repeat RPR at this point DOH*

---

Age and sex dependent reference ranges are printed when available if age and sex are designated. Otherwise, adult values are given.

**NATHAN SHERMAN, MD**
**DIRECTOR OF LABORATORIES**

May 23, 2005  9:39:50PM

PAGE 1 of 1

Quest Diagnostics Nichols Institute
**14225 Ne  brook Drive  P.O.Box 10841 Chantil  , VA 20153-0841**
**703-802-6900**

**INTAKE**                                                    STANDARD LAB REPORT
**1901 D STREET S.E.  WASHINGTON, DC  20003-**

| | |
|---|---|
| Client ID:   **32543** | |
| Patient:   **CARSON, PHILLIP** | |
| Physician:   **FITZGERALD PAC** | |
| Patient ID:   **196242** | |
| SSN:   **- -** | |
| Accession #:  **55420776/0** | |
| Status:   **\*\*\* FINAL REPORT \*\*\*** | |

Req. #:  **62558**
Sex:  **M**
Age:  **43**
Date of Birth:  **05/26/1961**
Sample ID:  **62558**
Sample Data:  **62558**
Room/Bed:

Specimen Collection:  **5/3/05   1:42 am**
Received at Lab:  **5/3/05   7:21 am**
Reported:  **5/4/05   9:20 am**

Report Information:       *NE3 #55*

Remarks:

| \*\*\* TEST \*\*\* | RESULT | REFERENCE RANGE | UNITS | ORDER STATUS |
|---|---|---|---|---|
| **0622 - FTA-ABS** | | | | |
| FTA-ABS | **Reactive \*** | | | Final Result |
| Reference value: | Nonreactive | | | |
| **23772 - RPR, PROGRESSIVE** | | | | |
| RPR, PROGRESSIVE | | | | Final Result |
| RPR | **Reactive 1:1 \*** | | | |
| Reference value: | Nonreactive | | | |
| PROGRESSIVE FTA-ABS | Has been added | | | |

Age and sex dependent reference ranges are printed when
available if age  and sex are designated.  Otherwise, adult
values are given.

**NATHAN SHERMAN, MD**
**DIRECTOR OF LABORATORIES**

May 04, 2005   1:25:05PM

PAGE 1 of 1

Quest Diagnostics Nichols Instit

**14225 Newbrook Drive  P.O.Box 10841 Chantilly, VA 20153-0841**

**703-802-6900**

**INTAKE**                                                                                          STANDARD LAB REPORT

**1901 D STREET S.E.  WASHINGTON, DC  20003-**

| | |
|---|---|
| Client ID: | **32543** |
| Patient: | **CARSON, PHILLIP** |
| Physician: | **FITZGERALD PAC** |
| Patient ID: | **196242** |
| SSN: | **- -** |
| Accession #: | **55239334/0** |
| Status: | *** FINAL REPORT *** |

Req. #: **61253**

Sex: **M**

Age: **43**

Date of Birth: **05/26/1961**

Sample ID: **61253**

Sample Data: **61253**

Room/Bed:

Report Information:

Specimen Collection: **4/10/05  12:03 am**

Received at Lab: **4/10/05  2:42 am**

Reported: **4/11/05  4:26 pm**

Remarks:

| *** TEST *** | RESULT | REFERENCE RANGE | UNITS | ORDER STATUS |
|---|---|---|---|---|
| **0622 - FTA-ABS** | | | | |
| FTA-ABS | **Reactive *** | | | Final Result |
| Reference value: | Nonreactive | | | |
| **23772 - RPR, PROGRESSIVE** | | | | |
| RPR, PROGRESSIVE | | | | Final Result |
| RPR | **Reactive 1:1 *** | | | |
| Reference value: | Nonreactive | | | |
| PROGRESSIVE FTA-ABS | Has been added | | | |

*Refered 4/13/05*

---

Age and sex dependent reference ranges are printed when
available if age  and sex are designated.  Otherwise, adult
values are given.

**NATHAN SHERMAN, MD**
**DIRECTOR OF LABORATORIES**

April 11, 2005  5:37:52PM

PAGE 1 of 1

DOCTOR'S ORDERS

THE DOCTOR SHALL RECORD DATE, TIME AND SIGN EACH SET OF ORDERS. IF PROBLEM ORIENTED MEDICAL RECORD SYSTEM IS USED, WRITE PROBLEM NUMBER IN COLUMN INDICATED BY ARROW BELOW.

| PATIENT IDENTIFICATION | DATE OF ORDER 3/15/05 | TIME OF ORDER 1 pm HOURS | LIST TIME ORDER NOTED AND SIGN |
|---|---|---|---|
| NAME CASON Phillip<br>DOB<br>DCDC# 196-242 | Transfer to CTF-level 82<br>Contact Isolation<br>Dx - Shingles<br>- HIV Disease<br>Cat: Contact Isolation<br>DIET High Calor / high Prote- | | |

| PATIENT IDENTIFICATION | DATE OF ORDER 3/15/05 | TIME OF ORDER 1 pm HOURS | MDSW |
|---|---|---|---|
| NAME Cason Phillip<br>DOB<br>DCDC# 196-242 | Meds —<br>Acyclovir 800mg po 5x/day x 7 days<br>Calamine lotion topically to<br>affected areas skin BID x 7 days<br>Motrin 800 po BID with<br>meals (prn pain) x 7 days<br>MDSW | | |

| PATIENT IDENTIFICATION | DATE OF ORDER | TIME OF ORDER HOURS | |
|---|---|---|---|
| NAME CASON Phillip<br>DOB<br>DCDC# 196 242 | Combivir Tabs po BID x 90 day<br>Crixivan 800mg po q8h x 90 days<br>VHC Tabs po qd x 90 days<br>MVI Tabs po qd x 90 day<br>Vit C 500mg po qd x 90 day<br>Dr NG Aware of patient / accepted.<br>MDSW | | |

| PATIENT IDENTIFICATION | DATE OF ORDER 3/15/05 | TIME OF ORDER 1 pm HOURS | |
|---|---|---|---|
| NAME CASon Phillip<br>DOB<br>DCDC# 196-242 | Benadryl 50mg po qhs<br>MDSW<br>noted (short ...)<br>An 3/15/05 11pm | | |

IDPS 1844     "USE BALL POINT PEN—PRESS FIRMLY ! NO CARBON PAPER REQUIRED"

DOCTOR'S ORDERS

THE DOCTOR SHALL RECORD DATE, TIME AND SIGN EACH SET OF ORDERS. IF PROBLEM ORIENTED MEDICAL RECORD SYSTEM IS USED, WRITE PROBLEM NUMBER IN COLUMN INDICATED BY ARROW BELOW.

| PATIENT IDENTIFICATION | | | DATE OF ORDER | TIME OF ORDER | LIST TIME ORDER NOTED AND SIGN |
|---|---|---|---|---|---|
| NAME _Phillip Carson_ DOB DCDC # _196-242_ | | | 7/26/02 _____ HOURS | | |
| | | | Pt needs a lower bunk x 90 days. thanks KK Strembor | | |
| NURSING UNIT _BE3_ | ROOM NO. _10_ | BED NO. | | | |

| PATIENT IDENTIFICATION | | | DATE OF ORDER | TIME OF ORDER | |
|---|---|---|---|---|---|
| NAME _Carson, Phillip_ DOB _5/26/61_ DCDC # _196242_ | | | 7/3/03 | 9³⁰ Am HOURS | |
| | | 1 | Combivir ī td po Bid x 90d | | WT |
| | | 2 | Crixivar 400mg ī td po q 8° x 90d | | |
| | | 3 | MVI ī td po QD | | 90 days |
| | | 4 | Vit c 500 mg ī td po QD | | |
| | | 5 | Nystatin ī Con Bid x 90d Marka | | |
| NURSING UNIT | ROOM NO. | BED NO. | | | |

| PATIENT IDENTIFICATION | | | DATE OF ORDER | TIME OF ORDER | |
|---|---|---|---|---|---|
| NAME _Carson Phillip_ DOB _5/26/61_ DCDC # _196242_ | | | 7/3/03 | 9⁴⁰ Am HOURS | |
| | | | CBC Chem 187 UA CD4, VL | | Done 7/3/03 |
| | | | Mahk | | |
| NURSING UNIT | ROOM NO. | BED NO. | | | |

| PATIENT IDENTIFICATION | | | DATE OF ORDER | TIME OF ORDER | |
|---|---|---|---|---|---|
| NAME _Carson, Phillip_ DOB DCDC # _196 242_ | | | 7/24/03 | _____ HOURS | |
| | | | Hep. profile (Hep A, B, C) Noted 7/24/03 | | |
| NURSING UNIT | ROOM NO. | BED NO. | | | |

"USE BALL POINT PEN—PRESS FIRMLY I NO CARBON PAPER REQUIRED"

DOCTOR'S ORDERS

THE DOCTOR SHALL RECORD DATE, TIME AND SIGN EACH SET OF ORDERS.  IF PROBLEM ORIENTED MEDICAL RECORD
SYSTEM IS USED, WRITE PROBLEM NUMBER IN COLUMN INDICATED BY ARROW BELOW.

| PATIENT IDENTIFICATION | | | DATE OF ORDER | TIME OF ORDER | HOURS | LIST TIME ORDER NOTED AND SIGN |
|---|---|---|---|---|---|---|
| NAME *Cason Phillip.*  DOB  DCDC # *196242* | | | 3.15.05 - 120 PM |  |  |  |
|  | | | ① Polytrim ophthalm. |  |  |  |
|  | | | 1 gtt OS QID X 30 |  |  |  |
|  | | |  | ASAP |  |  |
| NURSING UNIT | ROOM NO. | BED NO. |  |  |  |  |

DOCTOR'S ORDERS

THE DOCTOR SHALL RECORD DATE, TIME AND SIGN EACH SET OF ORDERS.  IF PROBLEM ORIENTED MEDICAL RECORD
SYSTEM IS USED, WRITE PROBLEM NUMBER IN COLUMN INDICATED BY ARROW BELOW.

| PATIENT IDENTIFICATION | | | DATE OF ORDER | TIME OF ORDER | HOURS | LIST TIME ORDER NOTED AND SIGN |
|---|---|---|---|---|---|---|
| NAME *Cason Phillip*  DOB  DCDC # *196242* | | | 5.4.05 - 1240 PM |  |  |  |
|  | | | Pred Forte 1% |  |  |  |
|  | | | 1 gtt OD QID X 30 |  |  |  |
| NURSING UNIT | ROOM NO. | BED NO. |  |  |  |  |

PATIENT IDENTIFICATION