Facility: **E2A (TE2A)**

Medication Administration Record

Month/Year: **03/2006**

| Order Date | Order Dat: **CARSON, PHILLIP T** |
|---|---|
| 01/30/06 | 196242 |
| 04/23/06 | DESTA |
| 74792 | Exp Date **TAKE ONE TABLET EACH DAY BY MOUTH** |
| RX # | |

Order Date **CARSON, PHILLIP T**
01/30/06   196242
04/23/06   DESTA
74822    Exp Date **VITAMIN C 500MG TAB    #7**
RX #    **TAKE ONE TABLET EACH DAY BY MOUTH**

**MULTIVITAMINS TAB    #7**

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Documentation Codes:  **H** - Hold    **R** - Refused    **DC** - Discontinued Order    **S** - Self Administered    **NS** - No Show    **O** - Other

DOB: **05/26/1961**    HT: **0' 0"**    WT: **0**    Allergies: **NKA**    Diagnosis: **NKD**

Unit: **E2A**

Pill Line#:    Pt. Name: **CARSON, PHILLIP T**    Registration #: **196242**    Physician: **DESTA**

Mo./Yr.:

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|------|------|-----------------------|-------|--------|---------------------|------|-------------------|

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|----------|----------------|-------|----------|----------------|-------|----------|----------------|-------|

PAGE: 1

Ex. (TE2A)

Facility:

Medication Administration Record

Month/Year: 03/2006

| Order Date 01/30/2006 | CARSON, PHILLIP T 196242 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX # 74823 | DESTA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 1 TABLET | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| TWICE DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Order Date 01/30/2006 | CARSON, PHILLIP T 196242 | |
| RX # 74824 | DESTA | |
| COMBIVIR 150/300MG TAB #14 | | |
| TAKE 2 CAPSULES | | |
| TWICE DAILY | | |

| Order Date 04/23/2006 | CARSON, PHILLIP T 196242 | |
| RX # 74824 | DESTA | |
| CRIXIVAN 400MG CAP #28 | | |
| TAKE 1 CAPSULE | | |
| TWICE DAILY | | |

| Order Date 04/23/2006 | CARSON, PHILLIP T 196242 | |
| RX # 74825 | DESTA | |
| NORVIR 100MG CAP #14 | | |

Codes: H - Hold    R - Refused    DC - Discontinued    S - Self Administered    NS - No Show    O - Other

Documentation Codes    H    R    DC

DOB: 05/26/1961    HT: 0' 0"    WT: 0

Unit: E2A

Pill Line#:    Pt. Name: CARSON, PHILLIP T    Allergies: NKA    Diagnosis: NKD

Registration #: 196242    Physician: DESTA

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| 5/3/06 | pm | ibu meds | po | chapped lips 4c | | 9p | |

Full Signature   Grace Poh   Title   RN

Initials   (signature)   Full Signature   Emanuel Ndo   Title   NPN

Initials   Full Signature   Title

BOP 31-DAY MAR

TRAK# WFPP02B

PAGE: 1

Facility: E2A (TE2A)

**Prescriptions**

| Order Date | 01/30/06 |
| Exp. Date 04/23/06 | CARSON, PHILLIP THOMAS DESTA |
| RX # 74792 | |

**TAKE ONE TABLET EACH DAY BY MOUTH**

| Order Date | 01/30/06 |
| Exp. Date 04/23/06 | CARSON, PHILLIP THOMAS DESTA |
| RX # 74822 | 196242 |

VITAMIN C 500MG TAB #7

**TAKE ONE TABLET EACH DAY BY MOUTH**

MULTIVITAMINS TAB #7

Medication Administration Record

Month/Year: 02/2006

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Mo./Yr.:

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

| Date | Hour | Medication and Dosage | Route | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Reason

Results or Response

Hour    Nurse's Signature

Initials    Full Signature    Title
Initials    Full Signature    Title
Initials    Full Signature    Title

BOP 31-DAY MA

TRAK# WFP002B

Blood Sugar

## Prescriptions

Ord Date 11/16/05
Exp Date 11/16/05   19624Z
Exp Date 01/31/06

CARSON, PHILLIP THOMAS

Rx # 67981

MULTIVITAMINS TAB

G. DESTA
(5)Refills

TAKE ONE TABLET EACH DAY BY
MOUTH

#14

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

## Medication Administration Record

Time: 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30

Month/Year

| Documentation Codes: | H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |

DOB:
HT:
Unit:
Pill Line #:        Pt. Name:

CARSON, PHILLIP THOMAS
19624Z
E2A - E2A/30
11/16/2005

Adm #:

Diagnosis:

Physician: G. DESTA

Facility **E2A** (TE2A)

Medication Administration Record

Month/Year: **02/2006**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Order Date **01/30/06** CARSON, PHILLIP THOMAS
Exp Date **196242**     DESTA
RX # **74823**

COMBIVIR-150/300MG TAB #14
CARSON, PHILLIP THOMAS
DESTA
**196242**
**TAKE 1 TABLET**
**TWICE DAILY**

Order Date **01/30/06** CARSON, PHILLIP THOMAS
Exp Date **196242**     DESTA
RX # **74824**

CRIXIVAN-400MG CAP #28
**TAKE 2 CAPSULES**
**TWICE DAILY**

Order Date **01/30/06** CARSON, PHILLIP THOMAS
Exp Date **196242**     DESTA
RX # **74825**

NORVIR 100MG CAP #14
**TAKE 1 CAPSULE**
**TWICE DAILY**

Documentation Codes:   H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

Pt. Name **CARSON, PHILLIP THOMAS**

DOB **05/26/1961**   Ht **6' 0"**   Wt **0**

Unit **E2A/30**

Pill Line #:

Allergies **NKA**    Diagnosis **NKD**

Registration #: **196242**    Physician **DESTA**

Mo/Yr.:

| | Temperature | Pulse Rate | Respiration | Blood Pressure | Blood Sugar |
|---|---|---|---|---|---|

| Date | Hour | Medication and Dosage | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Route  Reason  Results or Response  Hour  Nurse's Signature

Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title

BOP 31-DAY MAR            TRAK# WFPP02B

Facility: **E2A (TE2A)**

## Medication Administration Record

Month/Year: **01/2006**

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Order Date 11/04/05  196242
Exp. Date 11/06/05  CARSON, PHILLIP THOMAS  DESTA
RX # 67000
**VITAMIN C 500MG TAB    #14**
**TAKE ONE TABLET EACH DAY BY MOUTH**

Order Date 01/13/06  196242
Exp. Date 01/31/06  CARSON, PHILLIP THOMAS  DESTA
RX # 67981
**MULTIVITAMINS  TAB    #14**
**TAKE ONE TABLET EACH DAY BY MOUTH**

Ord. Date 01/30/06  196242  CARSON, PHILLIP THOMAS  DESTA
Exp. Date 04/23/06
RX # 74792
**VITAMIN C 500MG TAB    #7**
**TAKE ONE TABLET EACH DAY BY MOUTH**

Order Date  196242
Exp. Date 04/23/06  CARSON, PHILLIP THOMAS  DESTA
RX # 74822
**MULTIVITAMINS TAB    #7**

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Injection Codes:    H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other
H-I-0-0-    W/T: 0

DOB: 05/26/1961
Unit: **E2A**
Pill Line#:

Pt. Name: **CARSON, PHILLIP THOMAS**

Registration #: **196242**

Allergies: **NKA**    Diagnosis: **NKD**

Physician: **DESTA**

Mo./Yr.

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Initials | Full Signature | Title

Initials | Full Signature | Title

Initials | Full Signature | Title

BOP 31-DAY MAR

TRAK# WFPP02B

Facility: E2n (TE2A)

## Medication Administration Record

Month/Year: 2005

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date: 08/30/05 CARSON, PHILLIP THOMAS 196244 DESTA<br>Exp. Date: 11/27/05<br>RX #: 59770<br>NORVIR 100MG CAP #14<br>TAKE 1 CAPSULE X 90 DAYS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date: 08/30/05 CARSON, PHILLIP THOMAS 196242 DESTA<br>Exp. Date: 11/27/05<br>RX #: 71<br>CRIXIVAN 400MG CAP #28<br>TAKE 2 CAPSULE TWICE DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date: 09/02/05 CARSON, PHILLIP THOMAS 196242 DESTA<br>Exp. Date: 11/30/05<br>RX #: 61389<br>COMBIVIR 150/300MG TAB #14<br>TAKE 1 TABLET BY MOUTH TWICE DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date:<br>Exp. Date:<br>RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date:<br>Exp. Date:<br>RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date:<br>Exp. Date:<br>RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date:<br>Exp. Date:<br>RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date:<br>Exp. Date:<br>RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Documentation Codes:  H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

DOB: 05/26/1961    HT: 6'0"    WT: 0    Allergies: NKA    Diagnosis: NKD

Unit: E2A/09    Pill Line#:    Pt. Name: CARSON, PHILLIP THOMAS    Registration #: 196242    Physician: DESTA

| Mo/Yr: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

Initials / Full Signature / Title

BOP 31-DAY M

TRAK# W-FP02B

Facility: E2B (TE2B)

Medication Administration Record

Month/Year: 12/2005

| Order Date: 11/04/05 | 196242 | CARSON, PHILLIP THOMAS DESTA |
| Exp Date: 02/01/06 | | |
| RX #: 67000 | | |

TAKE ONE TABLET EACH DAY BY MOUTH

VITAMIN C 500MG TAB    #14

| Order Date: 11/16/05 | 196242 | CARSON, PHILLIP THOMAS DESTA |
| Exp Date: 01/23/06 | | |
| RX #: 7981 | | |

TAKE ONE TABLET EACH DAY BY MOUTH

MULTIVITAMINS TAB    #14

Order Date:
Exp Date:
RX #:

Order Date:
Exp Date:
RX #:

Order Date:
Exp Date:
RX #:

Order Date:
Exp Date:
RX #:

Order Date:
Exp Date:
RX #:

Order Date:
Exp Date:
RX #:

Documentation Codes:
H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

Pill Line#:

Unit: E2B-24A

Pt. Name: CARSON, PHILLIP THOMAS

DOB: 05/26/1961    HT: 0' 0"    WT: 0

Allergies: NKA

Registration #: 196242

Diagnosis: NKD

Physician: DESTA

Mo/Yr:
Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature

Initials | Full Signature | Title

Initials | Full Signature | Title

Initials | Full Signature | Title

Initials | Full Signature | Title

Facility: E2B (TE2B)

## Medication Administration Record

Month/Year: 1~.2005

| Order Date/CARSON, PHILLIP THOMAS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**66928**
Order Date/CARSON, PHILLIP THOMAS
11/03/05    196242
Exp. Date    DESTA
01/31/06
RX #
COMBIVIR 150/300MG TAB    #14
TAKE 1 TABLET TWICE
DAILY BY MOUTH

**66929**
Order Date/CARSON, PHILLIP THOMAS
11/03/05    196242
Exp. Date    DESTA
01/31/06
RX #
CRIXIVAN 400MG CAP    #28
TAKE TWO CAPSULE
TWICE DAILY BY MOUTH

**66930**
Order Date/CARSON, PHILLIP THOMAS
11/03/05    196242
Exp. Date    DESTA
01/31/06
RX #
NORVIR 100MG CAP    #14
TAKE 1 CAPSULE TWICE
DAILY BY MOUTH

Documentation Codes:    H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

DOB 05/26/1961    HT: 0' 0"    WT: 0    Allergies: NKA    Diagnosis:

Unit: E2B-24A

Pill Line#:    Pt. Name: CARSON, PHILLIP THOMAS    Registration #: 196242    Physician: DESTA

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|------|------|-----------------------|-------|--------|---------------------|------|-------------------|

MO/YR:
Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|----------|----------------|-------|----------|----------------|-------|----------|----------------|-------|
| LD | Grace JDh | LPN | | | | CJ | _(signature)_ | |

BOP 31-DAY M

TRAK# WFPP02B

Facility:

Prescriptions

CARSON, PHILIP THOMAS
E2A — E2A)
196242

| | Time | 1 | 2 | 3 | 4 | 6 | 7 | 8 | 10 | 12 | 14 | 16 | 17 | 18 | 19 | 20 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Order Date 11/04/05
Exp. Date 02/01/06
196242
TAKE ONE TABLET EACH DAY BY MOUTH
DESTA

RX # 67000
Order Date 11/16/05
Exp. Date 196242
CARSON, PHILIP THOMAS
DESTA
VITAMIN C 500MG TAB    #14
TAKE ONE TABLET EACH DAY BY MOUTH

RX # 87981
Order Date 01/31/06
Exp. Date
der Date
MULTIVITAMINS TAB    #14

RX #
Exp. Date
der Date

RX #
Exp. Date
Order Date

RX #
Exp. Date
Order Date

RX #
Exp. Date
Order Date

Medication Administration Record

Month/Year

Documentation Codes:    H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

DOB: 05/26/1961    HT: 0'0"    WT: 0    Allergies: NKA    Diagnosis: KD
Unit:
Pill Line: 0930

Pt. Name: CARSON, PHILIP THOMAS    Registration #: 196242    Physician: DESTA

1/18/05
This inmate was not on this unit at time of delivery. Of

Facility: **E2A (1E2A)**

**Medication Administration Record**

**Month/Year 01/2006**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RX # 66928
Order Date: 11/03/05 — CARSON, PHILLIP THOMAS 196242 — DESTA
Exp. Date: 01/31/06
**COMBIVIR 150/300MG TAB #14**
**TAKE 1 TABLET TWICE DAILY BY MOUTH**

RX # 66929
Order Date: 11/03/05 — CARSON, PHILLIP THOMAS 196242 — DESTA
Exp. Date: 01/31/06
**CRIXIVAN 400MG CAP #28**
**TAKE TWO CAPSULE TWICE DAILY BY MOUTH**

RX # 66930
Order Date: 11/03/05 — CARSON, PHILLIP THOMAS 196242 — DESTA
Exp. Date: 01/31/06
**NORVIR 100MG CAP #14**
**TAKE 1 CAPSULE TWICE DAILY BY MOUTH**

Documentation Codes:   H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

DOB: 05/26/1961
Unit: E2A
Pill Line #:

Pt. Name: **CARSON, PHILLIP THOMAS**    Allergies: **NKA**    Registration #: **196242**    Diagnosis: **NKD**    Physician: **DESTA**

| Mo./Yr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | | | | | Route | Reason | | | | | | | Results or Response | | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| LW | Grace Doh | LPN | SS | Salamatu Sesay | LPN | HD | *(illegible)* Doyle | LPN |
| SJ | Sylvia Diala | LPN | TsS | *(illegible)* | LPN | MS | *(illegible)* | LPN |
| NG | No name | LPN | A | *(illegible) Mills* | RN | | | |

Facility: E2x (TE2A)

**Medication Administration Record**

Month/Year: 1 J05

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date GARSON, PHILLIP THOMAS DESTA 08/30/05 196242 11/21/05 NORVIR 100MG CAP RX # 59770 #14 TAKE 1 CAPSULE TWICE DAILY X 90 DAYS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp Date GARSON, PHILLIP THOMAS DESTA 08/30/05 196242 11/27/05 NORVIR 100MG CAP RX # 59771 #14 TAKE 2 CAPSULE TWICE DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date GARSON, PHILLIP THOMAS DESTA 09/02/05 196242 11/30/05 CRIXIVAN 400MG CAP RX # 61389 #28 TAKE 1 TABLET TWICE DAILY BY MOUTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date CARSON, PHILLIP THOMAS G. DESTA 11/03/05 196242 (12)Refills Exp Date 01/31/06 COMBIVIR 150/300MG TAB RX # 66930 #14 TAKE 1 CAPSULE TWICE DAILY BY MOUTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date CARSON, PHILLIP THOMAS 11/03/05 196242 (12)Refills Exp Date 01/31/06 TAKE TWO CAPSULE TWICE DAILY BY MOUTH RX # 66929 CRIXIVAN 400MG CAP #28 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 11/03/05 196242 (12)Refills Exp Date 01/31/06 TWICE TABLET TWICE DAILY By RX # 66928 COMBIVIR 150/300MG TAB #14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Documentation Codes:   H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

DOC: 02678961

Unit: TE2A/30

Pill Line#:

Pt. Name: CARSON, PHILLIP THOMAS

HT: 0"   WT: 0

Allergies: NKA

NKD

Diagnosis:

Registration #: 196242

Physician: DESTA

| Mo/Yr: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| GD | Grille Dih | LPN | | | | | | |
| JG | Jghua | LPN | | | | | | |

BOP 31-DAY

**Facility:E2A (TE2A)**

**Medication Administration Record**

**Month/Year:** 05-∞05

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/11/05 Order Date, 196242 CARSON, PHILLIP THOMAS NWOSU 09/10/05 Exp. Date, RX # **COMBIVIR 150/300MG-TAB #14 TAKE 1 TABLET TWICE DAILY BY MOUTH** | SA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 55720 Order Date CARSON, PHILLIP THOMAS DESTA 11/27/05 Exp. Date, RX # 196242 **TAKE 1 CAPSULE TWICE DAILY X 90 DAYS** | | | | 0/c | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 55770 Order Date CARSON, PHILLIP THOMAS DESTA 11/27/05 Exp. Date, RX # 196242 **NORVIR-100MG-CAP #14 TAKE 2 CAPSULE TWICE DAILY** | SA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 55771 Order Date CARSON, PHILLIP THOMAS DESTA 08/30/05 Exp. Date, RX # 196242 **CRIXIVAN 400MG-CAP #28 TAKE 2 CAPSULE TWICE** | SA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

(handwritten notes in prescription area: "Combivir 150-300mg 1 tab P.O BID" ; "Combivir 150-300mg 1 tab P.O BID x 90 days" ; "11/08/05")

| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Documentation Codes:** H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

DOB:05/26/1961   HT-0' 0"   WT: 0   Allergies:NKA   Diagnosis:NKD

Unit:E2A/09

Pill Line#:

Pt. Name: CARSON, PHILLIP THOMAS   Registration #: 196242   Physician: DESTA

Mo/Yr:

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature | Title |
|---|---|---|---|---|---|---|---|---|

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| *(handwritten)* Grace Doh *(signature)* | | LPN | *(handwritten initials)* | *(signature)* Emmanuel Ade | LPN | | | |

Facility: _____

## E-A (TE2A)

**Medication Administration Record**

Month/Year: 3/2005

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date 07/11/05 Exp. Date 09/10/05 RX # 55719 CARSON, PHILLIP THOMAS 196242 NWOSU **EVERY 8 HOURS** | 6A 2P 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 07/11/05 Exp. Date 09/10/05 RX # 55720 CARSON, PHILLIP THOMAS 196242 NWOSU CRIXIVAN 400MG CAP #42 **TAKE 3 CAPSULES BY MOUTH** | 6A 2P 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 07/11/05 Exp. Date 09/10/05 RX # 55720 COMBIVIR 150/300MG TAB #14 **TAKE 1 TABLET BY MOUTH** | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 2/2/05 Exp. Date 10/3/05 RX # | Norvir 100mg 1 P.O BID × q10 days | SA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date 10/3/05 RX # | Crixivan 2cap 400mg. 2 P.O BID × q10days | hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date Exp. Date RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Documentation Codes:  **H** - Hold   **R** - Refused   **DC** - Discontinued Order   **S** - Self Administered   **NS** - No Show   **O** - Other

DOB: 05/20/1961   HT: 0' 0"   WT: 0

Unit: E2A09

Pill Line#: _____

Pt. Name: CARSON, PHILLIP THOMAS   Registration #: 196242

Allergies: NKA   Diagnosis: NKD   Physician: NWOSU

| Mo/Yr: | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| GD | Grace Doh | LPN | | | | | | |
| P5 | Rebel Scoene | fr | | | | | | |
| W | Chuvène Offer | LPN | | | | | | |

Facility: CRF

Prescriptions

Month/Year:

Medication Administration Record

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Order Date: 2/22/05
Exp. Date: 01/25/31
RX#: NHC 2-25

Order/Date
Exp. Date
RX#

Order Date
Exp. Date
RX#

Order Date
Exp. Date
RX#

Order Date
Exp. Date
RX#

Order Date
Exp. Date
RX#

**Medication Codes:**
H - Hold
R - Refused
DC - Discontinued Order
S - Self Administered
NS - No Show
O - Other

Documentation Codes:

DOB:

HT:

WT:

Allergies:

Diagnosis:

Pill Line#:

Pt. Name: Carson, Phillip Thomas

Registration #: 196242

Physician:

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| 5/2/05 | 2pm | 3pm meds | PO | @ Court | not given | | *[signature]* |

| Initials | Full Signature | Title |
|---|---|---|
| *[initials]* | *[signature]* | RN |
| OB | mossly | RN |

| Initials | Full Signature | Title |
|---|---|---|
| AN | *[signature]* | |

| Initials | Full Signature | Title |
|---|---|---|
| OB | James Rawlings | RN |

Facility: NW3 (DNW3)

## Prescriptions

Medication Administration Record

Month/Year: Nov. 2005

**141089**
Order Date: 05/03/05  CARSON, PHILLIP THOMAS
Exp. Date: 05/03/05  196242  MALEK
RX #: 07/31/05
**CRIXIVAN 400MG CAP #42**
EVERY 8 CAPSULES

**1090**
Order Date: 07/31/05  CARSON, PHILLIP THOMAS
Exp. Date:  196242  MALEK
RX #: COMBIVIR 150/300MG TAB #14
TAKE 1 TABLET DAILY BY
MOUTH

Order Date: 08/13/05  CARSON, PHILLIP THOMAS  S. NWOSU
Exp. Date: 196242  (12)Refills
RX #: 147639  CRIXIVAN 400MG CAP #42
TAKE 2 CAPSULES EVERY 8 HOURS

Order Date: 08/13/05  CARSON, PHILLIP THOMAS  S. NWOSU
Exp. Date: 09/10/05  196242  (12)Refills
RX #: .38  COMBIVIR 150/300MG TAB #14
TAKE 1 TABLET TWICE DAILY BY
MOUTH

Order Date:
Exp. Date:
RX #:

Order Date:
Exp. Date:
RX #:

Order Date:
Exp. Date:
RX #:

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

Hold    Allergies: NKA    Diagnosis: NKD

CARSON, PHILLIP THOMAS    Registration #: 196242    Physician: MALEK

| Mo./Yr.: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Facility:** CCA/CTF

**Medication Administration Record**

**Month/Year:** 07-05

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date / Exp. Date / RX# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Documentation Codes: **H** - Hold    **R** - Refused    **DC** - Discontinued Order    **S** - Self Administered    **NS** - No Show    **O** - Other

**Pill Line#:** _____

**DOB:** 5/30/61    **HT.** 66    **WT.** 143

**Name:** CARSON PHILLIP

**Allergies:** NKDA

**Registration #:** 196-242

**Diagnosis:** HIV B

**Physician:** DR. DOSTA

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

Month: ___

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

(Columns numbered 1 through 31)

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| *(illegible handwriting)* | *(illegible signatures)* | | | | | | | |

Facility: NW2 (DNW2)

## Prescriptions

**147638**
Order Date: CARSON, PHILLIP THOMAS  196242  NWOSU
Exp. Date: 06/13/05
RX #: 09/10/05
TAKE 1 TABLET BY MOUTH
COMBIVIR-150/300MG-TAB #14

**147638**
Order Date: CARSON, PHILLIP THOMAS  196242  NWOSU
Exp. Date: 06/13/05
RX #: 09/10/05
TAKE 1 TABLET BY MOUTH

**147639**
Order Date: CARSON, PHILLIP THOMAS  196242  NWOSU
Exp. Date: 09/10/05
RX #:
CRIXIVAN-400MG-CAP #42
TAKE 3 CAPSULES EVERY 8 HOURS

## Medication Administration Record

Month/Year: 07/2005

Documentation Codes:  H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

DOB: 05/26/1961
Ht: 5' 0"
Wt: 0
Allergies: NKA
Diagnosis: NKD

Unit: NW2 05

Pt. Name: CARSON, PHILLIP THOMAS
Registration #: 196242
Physician: NWOSU
Pill Line #:

| Mo/Yr: | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| | | CN LPN | | | | | | |
| | | w | | | | | | |

Rel 5/04/05

## Prescriptions / Medication Administration Record

Month/Year:

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CRIXIVAN 400MG CAP**
CARSON, PHILLIP THOMAS   M. MALEK
198242   (12)Refills   #42
TAKE 2 CAPSULES EVERY 8 HOURS

**COMBIVIR 150/300MG TAB**   #14
CARSON, PHILLIP THOMAS   M. MALEK
198242   (12)Refills
TAKE 1 TABLET TWICE DAILY BY
MOUTH

Ord.Date 05/03/05   Rx# 1089   Exp.Date 07/31/05
Ord.Date 05/03/05   Rx# 198242   Exp.Date 07/31/05

DOE: CARSON, PHILLIP THOMAS
19622 - NE3 55
NE3 - NE3 55
05/04/2005

Documentation Codes:  H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

HT:   WT:   Allergies:   Diagnosis:   Registration #:   Physician:

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

Initials — Full Signature — Title

Initials — Full Signature — Title

Initials — Full Signature — Title

**Facility:** CTC

## Medication Administration Record

**Month/Year:** 3/05

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date 3-23-05<br>Exp. Date<br>RX# | ACyclovir<br>400mg. PO<br>BID x 5days | 9am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 3-23-05<br>Exp. Date<br>RX# | CIPRO OPHM<br>DROPS TT IN<br>LEFT EYE BS | 9am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 3-23-05<br>Exp. Date<br>RX# | Combivir 150/300<br>Tabs i PO bid<br>x 30 days | 9am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 3-23-05<br>Exp. Date<br>RX# | Clarinix 80 ml<br>PO TID x30 days | 6A<br>6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 3-23-05<br>Exp. Date<br>RX# | ACyclovir<br>800 mg PO 5<br>Times a day<br>x 5 days | 6A<br>9A<br>12<br>5P<br>9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 3-23-05<br>Exp. Date<br>RX# | Cipro Ophthal.<br>eye drops TT<br>gtts in L eye<br>bid x 5 days | 9A<br>9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date<br>Exp. Date<br>RX# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Documentation Codes:** **H** - Hold    **R** - Refused    **DC** - Discontinued Order    **S** - Self Administered    **NS** - No Show    **O** - Other

| Pill Line#: | DOB: 5/24/61 | Pt. Name: ASIU DHILIP | HT: | WT: | Allergies: | Registration #: 196-794 | Diagnosis: HIV, Herpes | Physician: DR NG |
|---|---|---|---|---|---|---|---|---|

| Mo/Yr: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Initials | Full Signature | Title |
|---|---|---|
| | | |

| Initials | Full Signature | Title |
|---|---|---|
| | | |

| Initials | Full Signature | Tit. |
|---|---|---|
| | | |

Facility: _____

**Medication Administration Record**

Month/Year: _____

Prescriptions

| Order Date / Exp. Date / RX# | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Order Date / Exp. Date / RX#

Order Date / Exp. Date / RX#

Order Date / Exp. Date / RX#

Order Date / Exp. Date / RX#

Order Date / Exp. Date / RX#

Order Date / Exp. Date / RX#

**Documentation Codes:**  **H** - Hold    **R** - Refused    **DC** - Discontinued Order    **S** - Self Administered    **NS** - No Show    **O** - Other

DOB: _____  HT: _____  WT: _____  Allergies: _____  Diagnosis: _____

Pill Line#: _____  Pt. Name: _____  Registration #: _____  Physician: _____

| Mo/Yr.: | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Initials | Full Signature | Title |
|---|---|---|
| | | |
| | | |
| | | |

This page is a Medication Administration Record form, rotated, with handwritten entries that are largely illegible.

**Facility:** _____

**Prescriptions** / **Medication Administration Record** / **Month/Year:** _____

Handwritten prescription entries (Order Date / Exp. Date / RX#) are present but illegible.

**Documentation Codes:** H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

**Pill Line#:** _____   **Pt. Name:** _____   **Registration #:** _____

**DOB:** _____   **HT:** _____   **WT:** _____   **Allergies:** _____   **Diagnosis:** _____   **Physician:** _____

Mo/Yr:
Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| Initials | Full Signature | Title |
|---|---|---|
| | *[signature]* | CPN |
| RS | Salaveta Sereny | Lpn |
| | | |

**Facility:** Prescriptions

**Medication Administration Record**

**Month/Year:** 2005

| Prescription entries |
|---|
| Order Date 3/23/05 — VHC i cap PO QD x30 days |
| Exp. Date 11/24/05 |
| Order Date 11/24/05 — Vitamin C 500mg PO QD x 90 days |
| Order Date 11/24/05 — MVI i PO QD x 90 days |

Documentation Codes:
**H** - Hold   **R** - Refused   **DC** - Discontinued Order   **S** - Self Administered   **NS** - No Show   **O** - Other

DOB: 5-26-61
Allergies:
Diagnosis: Hi Whpls.

Registration #: 196 292

Dr. Name: Carson, Phillip

| Mo/Yr: | | | |
|---|---|---|---|
| Temperature | | | |
| Pulse Rate | | | |
| Respiration | | | |
| Blood Pressure | | | |
| Blood Sugar | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

| Initials | Full Signature | Title |
|---|---|---|

| Initials | Full Signature | Title |
|---|---|---|

| Initials | Full Signature | Title |
|---|---|---|

Facility: CCA/CTF

Medication Administration Record

Month/Year: March 05

3/16/05 COMBIVIR TAB 9A
T BID X 90 days
(Priority) 9p

3/16/05 POLYTRIM OPTHALMIC 6D
1 GTT OS QID 12N
X 30 DAYS 6P

3/16/05 CRIXIVAN CAP 12MN
400mg 800mg PO 20 6A
@ 8HRS X 90 DAYS
(Priority) 10P

3/16/05 MULTIVITAMIN TAB 9A
T QD X 90 DAYS

3/16/05 VITAMIN C 500mg
TAB QD X 90 DAYS 9A

PHILLIP T CASON   198242   P. NG

5/28/05

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| 2/19/03 | 6A | all communes | 6A | not reserved from pharm not other | | 6A | J Borgia |

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| JB | J Borgia RN | | | | | | | |

BOP 31-DAY MAE

TRAK# WFPP02B

Facility: CCA / CTF

Medication Administration Record

Month/Year: March '05

3/16/05 Resource drink 9A°

3/16/05 1 can 2d
X 30 days

3/16/05 Motrin 800 mg The
tabs 800mg P.O tut
BID c meals prn The
Pain x 7 days The

3/16/05 ACYCLOVIR 800mg ta
TABS 800mg P.O 94
5 times a day 50
x 7 days

3/16/05 COLAMINE LOTION
apply to affected
area of the skin
BID x 7 days.

3/16/05 BENADRYL 25mg 9p
CAPS 50mg PO OHS
PRN ITCHING x 7 DAYS

05/28/61

PAH LLIP T CASON  196242  P. NG

| Temperature | | | | | | | | | |
| Pulse Rate | | | | | | | | | |
| Respiration | | | | | | | | | |
| Blood Pressure | | | | | | | | | |
| Blood Sugar | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| 3/1/06 | 96 | all la meds | PO | not receiving from pharmacy not column | | 9p | |

| Initials | Full Signature | Title |
|---|---|---|
| | | |

| Initials | Full Signature | Title |
|---|---|---|
| | g Burd. M D | |

| Initials | Full Signature | Title |
|---|---|---|
| | | |

BOP 31-DAY MAR

TRAK# WFPP028

**Facility:**

**Prescriptions**

**Medication Administration Record**

**Month/Year:**

| | Ord. Date | Exp. Date | RX# |
|---|---|---|---|
| | 04/09/05 | 05/06/05 | 137887 |

Ord. Date 04/09/05
Exp. Date 05/06/05
Rx # 137886

CRIXIVAN 400MG CAP
CARSON, PHILLIP THOMAS   G. MURRAY
196242                  (3)Refills
TAKE 2 CAPSULES EVERY 8 HOURS   #42

COMBIVIR 150/300MG TAB
CARSON, PHILLIP THOMAS   G. MURRAY
196242                  (3)Refills
TAKE 1 TABLET 2 TIMES DAILY   #14

Order Date
Exp. Date
RX#

Order Date
Exp. Date
RX#

Order Date
Exp. Date
RX#

Order Date
Exp. Date
RX#

Order Date
Exp. Date
RX#

**Documentation Codes:**
CARSON, PHILLIP THOMAS
196242
NE1 - NE1 19
04/11/2005

DOB:

Pill I inaɛt:          Dt 1

Time columns: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

**DC** - Discontinued Order   **S** - Self Administered   **NS** - No Show   **O** - Other

Allergies:     Diagnosis:

Registration #:     Physician:

This is a medical chart/medication administration record form, displayed rotated 90 degrees. The form contains the following structure:

| Mo./Yr.: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Column day headers: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Column headers for medication section: Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature

Signature legend section:

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| MH | Monica Hanft | L.PN | | | | | | |

**Facility:**

**Medication Administration Record**

**Month/Year:**

| Prescriptions | Time |
|---|---|

Order Date 1/15/01
Exp. Date 1/15/01
RX#
VIT C 500mg po qd x 90 days

Order Date 6/16/05
Exp. Date
RX#
VIT C T ccn po qd x 90 days

Order Date 3/15/01
Exp. Date
RX#
Benadryl 50 MS po qhs x ? days

Order Date -17-05
Exp. Date -17-05
RX#
Poly-Vitamin 1 tab bid x 30 days

**Documentation Codes:**
H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

**Pill Line#:**

**DOB:** 5-26-69    **HT:**    **WT:**

**Pt. Name:** CASON, Phillip

**Registration #:** 166242

**Allergies:**

**Diagnosis:**

**Physician:**

Mo/Yr:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Initials | Full Signature | Title |
|---|---|---|
| | | |
| | | |

| Initials | Full Signature | Title |
|---|---|---|
| | | |
| | | |

| Initials | Full Signature | Title |
|---|---|---|
| | | |
| | | |

**Medication Administration Record**

Month/Year: March 2005

Facility: _____

| Prescriptions | Time | 2 | 3 | 4 | 5 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date 3/15/05 Exp. Date 6/16/05 RX# — Acyclovir 800 mg po 5x/day x 7 days | 6a | | | | | | | | | | | | | | | | | |
| | 10a | | | | | | | | | | ✓ | | | | | | | |
| | 2p | | | | | | | | | | ✓ | | | | | | | |
| | 6p | | | | | | | | | | ✓ | | | | | | | |
| | 10p | | | | | | | | | | ✓ | | | | | | | |
| Order Date Exp. Date RX# — ✗ | | | | | | | | | | | | | | | | | | |
| Order Date 3/15/05 Exp. Date 6/16/05 RX# — Calamine lotion apply topically to affected skin BD | 6p | | | | | | | | | | | | | | | | | |
| Order Date 3/15/05 Exp. Date 6/16/05 RX# — Motrin 800 mg po BID c meals prn pain x7 days | 9p | | | | | | | | | | | | | | | | | |
| Order Date 3/15/05 Exp. Date 6/16/05 RX# — Combivir 1 tab po BID x 90 days | 6a | | | ✓ | | ✓ | ✓ | | | | ✓ | mg | | | | | SN | |
| | 9p | | | | | | | | | | ✓ | mg | | | | | SN | |
| Order Date 6/16/05 Exp. Date RX# — Crixivan 600mg po q8h x 90 days | 2p | | | | | | | | | | ✓ | mg | | | | | SN | |
| | 10p | | | | | | | | | | ✓ | mg | | | | | SN | |
| Order Date 6/16/05 Exp. Date RX# — Motrin 1 tab po q6h x 90 days | 6a | | | | | | | | | | ✓ | mg | | | | | SN | |

Documentation Codes:   H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O - Other

DOB: 3-20-64    HT: _____    WT: _____    Allergies: NSA    Diagnosis: _____

Pill Line#: _____

Pt. Name: Carson Phillip    Registration #: 196347    Physician: _____

| Mo/Yr.: | | Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | |
| Pulse Rate | | | | | | | | | |
| Respiration | | | | | | | | | |
| Blood Pressure | | | | | | | | | |
| Blood Sugar | | | | | | | | | |

Column days: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 22 24 26 28 30

| Initials | Full Signature | Title |
|---|---|---|
| MK | Margaret Miller | RN |
| SC | Salamate Smig | FPC |
| Dr | Xandan Imbula | CM |

| Initials | Full Signature | Title |
|---|---|---|

| Initials | Full Signature | Title |
|---|---|---|