**DCDC_CDF - MMHS**
1901 D Street, S.E., Washington, DC, USA 20002
202-673-8445    Fax: 202-673-8010

*04/10/2005*
Page 1 of 1
Referral Form

# Referral Form

| Ordering Provider: | Gladwyn L. Murray MD | | Service Provider: | Dr._Chronic Care CDF_MMHS |
|---|---|---|---|---|
| Phone: | 202-673-8445 | | Phone: | 202-673-8445 |
| Fax: | 202-673-8010 | | Fax: | 202-673-8010 |

| Patient Name: | PHILLIP T CASON | DOB: | 5/26/1961 | Age: | 43 |
|---|---|---|---|---|---|
| Phone: | (H): 196242 | Sex: | M | SSN: | 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 |
| Resp. Provider: | | | | | |

| Primary Insurance | | Secondary Insurance | |
|---|---|---|---|
| Company: | CDF_MMHS | Company: | |
| Plan: | 747 | Plan: | |
| Group #: | INT | Group #: | |
| Policy #: | | Policy #: | |
| Insured Party: | | Insured Party: | |

| Code | Description | Diagnoses |
|---|---|---|
| CCC | CHRONIC CARE | |

| | | |
|---|---|---|
| Order Number: | 95382-5 | |
| Auth#: | | |
| Maximum Vists: | 1 | |
| Start Date: | 4/10/05  12:00:00AM | End Date:    04/24/2005 |
| Duration: | 2 Weeks | |
| Reason: | HIV Disease | |

Please evaluate. Thanks.

FORM NO. 2.311

# DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES TRANSPORTATION REQUEST

733A

Date 3/18/05

Memorandum To : Administrator ___Mr Figueira___

Subject         : Medical Transportation Request

It is recommended that the following inmate be transferred to :

☐ Infirmary
☐ D.C. Gen. Hospital
☑ Other     C S E

☐ Immediately
☐ Morning of _____ Date
☐ Afternoon of _____ Date

☐ By Ambulance
☐ By Bus
☑ By Special Conveyance

☐ Dialysis Treatment at_____
   for:
   at_____ (time) in the

☐ Consultation     ☐ X-Ray     ER

☐ Treatment (name of clinic)

and returned to ___82/CTF___ facility

NAME ___Cason  Phillip___ DCDC NO ___196242___ PF NO. _____

DOB ___5/26/1960___ SEX ___M___ SECURITY CUSTODY LEVEL :

MAX _____
MED _____
MIN _____
SPECIAL HANDLING _____

Requested by _____
MEDICAL OFFICER

Approved _____
        (TITLE)

☐ Medical Records Jacket Secured
☐ Record Office Notified

☐ Jail Infirmary Notified

☐ Consultation sheet in Record Jacket
☐ Complex infirmary Notified

cc:  Inmate Medical Jacket
     Infirmary File
     Transport Unit (2)
     Facility Control Center
     DOC-DCGH Appointment Coordinator



**Greater Southeast Comm___ty Hospital Corporation I**
1310 Southern Avenue, S.E.
Washington, D.C. 20032



# PATIENT DISCHARGE
# INSTRUCTIONS

**IMPRINTER**

Diagnoses: _Conjunctivitis (pinkeye)_

Pneumococcal Vaccine: ___ Given
Date: _____

Influenza Vaccine: ___ Given
Date: _____

Discharge Date: _03/22/05_

**MEDICATIONS:  Each medication, strength, route, frequency must be listed.**

| NAME OF MEDICATION | STRENGTH | ROUTE | FREQUENCY |
|---|---|---|---|
| Acyclovir | 400 mg | po | BID x 5 days |
| cipro optha drops | ii | gtts | in left eye BID |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**DIET:** ☑ No Restrictions   ☐ Other: _____

**ACTIVITY:** ☐ No limitations   ☑ Activity as comfort permits   Other: _____

**FOLLOW-UP:** Call Dr. _opthalmology clinic_ at _jail upon discharge_ to schedule an appointment within _1 wk_   Bring discharge instructions with you. **Call your doctor if you have medical problems that worry you.**
**IS PATIENT A SMOKER?** (Smoked within last year): ☐ YES   ☐ NO
Smoking Cessation Education given: ☐ YES   ☐ Refused      For Smoking Cessation classes call: **1-877-937-7848**

**SPECIAL INSTRUCTIONS / COMMENTS:** _Continue with antiviral meds_

**CHF PATIENTS:**
Fluid Restriction:  ☐ None   Other: _____
☐ Weigh yourself every day, write it down and take it with you to your follow-up appointment.
**CALL YOUR DOCTOR IF YOU HAVE:**
☐ Weight Gain of 2-4 lbs. over 2-3 days   ☐ Worsening shortness of breath or swelling   ☐ Temperature greater than _____
☐ Other: _____

Physician Signature: _____ PAC _____   Date/Time: _3/22/05_

**SOCIAL SERVICE / HOME HEALTH AGENCY**
Agency: _____   Person to Call: _____
Phone: _____

I understand the Discharge Instructions: _____
(Signature of Patient/Responsible Party)            (Date/Time)

Signature Health Care Personnel: _____   Date/Time: _____

GSCH Form 260  Rev 7/04      **WHITE-Medical Record      YELLOW-Patient      PINK-Physician**

Greater Southeast Community Hospital
1310 Southern Avenue S.E.
Washington, D.C.    20032

NAME: NOINFO,CASON PHILLIP    UNIT #: M00963894

ACCT #: V00000583451          ROOM: 733-A

ATTENDING: CHRIS J. ACKERMAN, MD    DOB:05/26/61

DICTATED BY: CHRIS J. ACKERMAN, MD

**TRANSFER SUMMARY FORM**
0322-0051

ADMIT DATE: 03/18/05    DISCHARGE DATE:

Patient Name: Philip Cason.

PRIMARY DIAGNOSES:  Conjunctivitis, viral versus chemical, and history
of HIV.

LABORATORY TESTS AND CONSULTATIONS:  WBC 6.9, hemoglobin 13.1,
hematocrit of 37.1, platelets of 334,000, neutrophils 47, lymphs 38,
monos 11, eosinophils 0.4, PT of 11.7, INR of 0.98, and PTT of 26.0.
Chemistry:  Sodium 135, potassium 4.0, chloride 101, CO2 of 30,
glucose 111, BUN 15, creatinine 0.7, albumin 3.3, total protein 8.3,
calcium 8.9, AST of 33, alkaline phosphatase 73, total bilirubin 0.8,
and ALT of 53.  C and S of the eye grew Staphylococcus.

HOSPITAL COURSE:  This is a 43-year-old male patient from the DC Jail,
who was admitted last week, complains of conjunctivitis of the left
eye.  The patient gave a history of spilling lime away accidentally
which smashed into his left eye.  He developed conjunctivitis with
some periorbital lesions.  So, the patient was admitted and placed
empirically on acyclovir and Cipro eye drops to which he responded
well.  The patient is also continued on Crixivan and Combivir.  By day
4, the patient responded well to treatment, conjunctivitis resolved,
and the external lesions have crusted.  The patient will be discharged
in a stable condition back to the jail.  He is to follow up with
ophthalmologist at the jail (_____). He will continue on
acyclovir 500 mg p.o. and also the Cipro eye drops 2 drops b.i.d. in
the left eye.  He will continue his antiviral regimen.  Again, the
patient is to follow up in the Eye Clinic at the DC Jail upon
discharge from the hospital.

Dictated by Anthony Hinkson, PA

_____

CHRIS J. ACKERMAN, MD

DICTATION DATE/TIME: 03/22/05 1030
TRANSCRIBED BY:  AVICIS TRANSCRIPT      DATE/TIME:  03/22/05 1300
OV ID NUMBER:  181838664743660929980

Run: 03/22/05-15:47 by MR.MS

TRANSFER SUMMARY - Additional copy / STATUS: Draft                Page 1 of 1

FORM NO. 2.311

**EPARTMENT OF CORRECTIONS**
**HEALTH SERVICES TRANSPORTATION REQUEST**

_NW¹-70_
_attn Dr NG. Aware_

Memorandum To :   Administrator _____*Corbett*_____        Date _3/15/05_

Subject          :   Medical Transportation Request

It is recommended that the following inmate be transferred to :

☐ _____ Infirmary          ☐ Immediately          ☐ By Ambulance

☐ D.C. Gen. Hospital        ☐ Morning of _____        ☐ By Bus
                                       Date

☒ Other _CTF_               ☐ Afternoon of _3/15/05_      ☒ By Special
                                       Date                   Conveyance

☐ Dialysis Treatment at _____

    for: _ASAP_    ☐ Consultation   ☐ X-Ray   ☐ Treatment — _Contact Koln_

    at _ASAP_    (time) in the _CTF Infirmary_    (name of clinic)

    and returned to _____ facility

| NAME | *Cason Phillip* | DCDC NO | *19 6 242* | PF NO. _____ |
|------|------|------|------|------|
| DOB _____ | SEX *M* | SECURITY CUSTODY LEVEL : | | MAX _____ |
| | | | | MED _____ |
| | | | | MIN _____ |
| | | | | SPECIAL HANDLING _____ |

Requested by _____
                              MEDICAL OFFICER

Approved _Capt H Br_
              (TITLE)

☐ Medical Records Jacket Secured      ☐ Consultation sheet in Record Jacket
☐ Record Office Notified              ☐ Jail Infirmary Notified      ☐ Complex infirmary Notified

cc:  Inmate Medical Jacket
     Infirmary File
     Transport Unit (2)
     Facility Control Center
     DOC-DCGH Appointment Coordinator

To Whom Concern:

MY name is Phillip J. Cason. I was once a resident their at the Shelter. During MY stay their I was seen by a doctor on a routine bases because of MY medical condiction. MY purpose for correspondence at this time, I'm requesting a complete copy of MY medical records to be sent at the address stated below, at the earliest convenience possible. The information thats been stated above are true. And have been signed by the writter below.

Thank You

Date 5-8-07

Phillip & Cason

Respectfully Submitted
Phillip & Cason
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV
26525

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DIEGO M. MORENO
United States Penitentiary Hazelton
P.O. Box 450
Bruceton Mills, West Virginia 26525
My Commission Expires Dec. 30, 2015



**UNITY** HEALTH CARE
*We treat you well*

[ ] Mail          [ ] Pick Up by _____.

# AUTHORIZATION TO RELEASE MEDICAL RECORDS
**PLEASE READ THIS FORM CAREFULLY AND FILL IT OUT COMPLETELY**

1.  **I AUTHORIZE:**                          2.  **TO RELEASE TO:**

*FAX NO.# 202.508.0525*                    *Phillip Cason*
Name of sending facility/provider             Name of receiving facility/provider
**Unity Health Care, Inc.**
**Federal City Shelter Clinic-CCNV**       *USP Hazelton P.O. Box 2000*
Street Address  **425-2nd Street N.W.**    Street Address
**Washington, D.C. 20001**                 *Bruceton Mills, WN 26525*
**Voice: 202-508-0500**                    City                State, Zip
City     **Fax:202-508-0525**Zip           City        State      Zip

3.  **INFORMATION TO BE RELEASED:** (Check as applicable)

[X] Copy of entire medical record for last two years    [ ] Immunization only
    (includes immunizations)
[ ] Information described in Attached Form               [ ] Other:_____

4.  ┌─────────────────────────────────────────────────────────────────────────┐
    │ **SPECIFIC AUTHORIZATION:** (check boxes that apply and sign)            │
    │ By signing below, you are authorizing Unity Health Care to release information regarding: │
    │ [ ] Release partial medical record to include only:_____     │
    │ Please **EXCLUDE** information regarding: [ ] alcohol use [ ] drug use [ ] mental health [ ] dental [ ] sexual transmitted diseases │
    │ [ ] HIV [ ] AIDS [ ] AIDS Related Complex (ARC) [ ] psychiatric. *Phillip & Cason* │
    │ Signature of Patient or Personal Representative                          │
    └─────────────────────────────────────────────────────────────────────────┘

5.  **RECORDS FROM THE PERIOD:** _____/_____/_____ TO _____/_____/_____

6.  **PURPOSE OF DIDSCLOSURE:** (check one only)

[ ] Continued Care       [ ] Insurance Purposes          [ ] Legal
[✓] Personal             [ ] Workman's Compensation Claim [ ] Other:_____

7.  I further understand that this authorization can be revoked at any time except to the extent that disclosure made in good faith has already occurred in reliance on it. I understand that I may refuse to sign this authorization and that Unity cannot condition my treatment upon this release. This authorization will expire within one (1) year unless specified below.

8.  Specification of a date, event, or condition upon which this authorization expires:_____

9.  Unity, its employees and officers and attending physician are released from legal responsibility or liability for the release of the above information to the extent indicated and authorized herein. Please note such information may be re-released without Unity's knowledge or authorization.

10. I understand that a reasonable fee may be charged for duplication of records.

11. The unauthorized disclosure of mental health information violates the provision of the District of Columbia Mental Health Information Act of 1978 (§§ 7-1201.01 to 7-1207.02). All patients have the right to inspect their mental health information. Disclosure of mental health information may be made pursuant to a valid authorization by the client or as provided in Titles III or IV of the Act. The act provides for civil damages and criminal penalties for violation.

*PHILIP CASON*                          X *5/26/61*  *(304)379-7000*
Patient Name (Print)                    D.O.B.        Daytime phone #

*USP Hazelton Po Box 2000*              *5.15.07*
Present Mailing Address                  Date

*Bruceton Mills, WN 26525*              X *Phillip & Cason*
City      State      Zip                 Patient Signature/ Personal Representative Signature

**FILE ORIGINAL IN CHART**

(1)

| DATE | INITIAL V.S.: BP _____ T _____ P _____ R _____ Ht _____ Wt _____ |
|------|-------------------------------------------------------------------------------|

9/15/99   (cont)

Plan: 1. ✓ Stools for O&P, C.Diff, viral load.
refused by pt as he's going to get his care at
Whitman Walker

2. SSI form filled.

3. To MD ē his MD at Whitman Walker to
get further evaluation of diarrhea & chr. cough &
his regular HIV care

4. Crixivan 800mg po TID  ⎫
5. Combivir 1 po BID     ⎭ Scripts given

[signature] MD   Noted [signature] L. Neff LPN
                          9-15-99

Name  Cason, Phillip
DOB 5.26.61          Pt. # _____          Site CCNV

(2)

**Unity Health Care, Inc.**

| DATE | INITIAL | V.S.: B.P. | 10/78 | T. 98.9 | P. 92 | R. 18 | Ht. | Wt. | 140 |
|------|---------|-----------|-------|---------|-------|-------|-----|-----|-----|

3/24/99
5 pm — pt in for Rx refill all meds — CBC

Lost all his meds; hasn't been
following up with one MD; stressed importance
of f/u c̄ one MD, stopped all meds together
by:

    ① Crixivan 800mg po TID
    ② Combivir 1 pb BID — refills
    ③ Bemosa plus 1 po q d

RCC 3 wks for f/u

9.15.99
5:07pm — Bp 100/72  T 98.2  P 72  R 18  H 5'6"  Wt 139 lbs

Pt requesting paperwork to be completed
Lost to f/u; claims was incarcerated.
David is going to get pt at Whitman walker
clinic... Is having diarrhea x 1 wk; and has lost
tone w/ also c̄ cough. 4 800; had a ppd
as per him at DCCM which was ⊖.
O/E: nasal congestion ⊕
    Throat wnl
    chest: CTA
    abd: NT ⊕ H&H
    Imp: 1. H/U
       2. Chr. diarrhea

HEALTH EDUCATION (annual): Nutrition, Weight reduction, Exercise, Tobacco use, Immunizations, Dental care, Drug/alcohol use, Safety (auto), Safe sex practices, Stress, Family planning

Name: Casey Phillip
DOB: 5/26/68  Pt. #_____  Site: FC8

(3)

**Unity Health Care, Inc.**

| DATE | INITIAL V.S.: B.P. 102/70    T. 98.6    P. 80    R. 18    Ht. 5'6"    Wt. 142 lbs |
|------|------|

3,15,99
902AM — Pt requesting meds refill —, RMoon, RMA

S- Feel well — no new problems. Applying for
work in construction.

O- Well-looking young man.
    Lab 3/2/99
        CD4 - 876
        Viral load < 400
        lytes, G, LFT's - all WNL
A   HIV - controlled on meds.
P.
    1)  MVT -    ↑ po qd  (30) y↑
    2)  Crixivan  400m    Ⅱ po tid  (180) y↑ (q 8 hr)
    3)  Combivir          ↑    po qd
    3)  Epivir      150 y    ↑  po BID  (28) y↑
    4)  Retrovir    300 mg    ↑  po BID  100mg #84 y↑

    [ ADAP approval pending ]        A Dundival

3/19/99  ADAP Confirmed and Active  Exp. 11/30/99 — SMarshal, RN    MD

HEALTH EDUCATION (annual): Nutrition, Weight reduction, Exercise, Tobacco use, Immunizations, Dental care, Drug/alcohol use, Safety (auto), Safe sex practices, Stress, Family planning

Name  Cason, Phillip
DOB  5, 26, 61      Pt. #_____    Site  FCS

(4)

Unity Health Care, Inc.

| DATE | INITIAL V.S.: B.P. | P. 84 | R. 18 | Ht. | Wt. 147 |
|------|---------|---------|---------|---------|---------|

3/3/99  R etc for Refill all med. _____

S   Patient taking COMBIVIR BID and
Crixivan TID. Good PO (16 oz × 8)
Takes crixivan prior to meals
Given medicines by LORTON (2/10/99 release)

h/o STS PCN '93 PCN 1M × 10 days
Last CD4 ~600 ⊕ 1/99 per pt
CXR 1/99 ⊖ per pt PPD ⊖ 7/98 per pt
Clean + Sober

O   NAD

HEENT PMs clear clear O/ pharn
THORAX        CTA
ABD       Soft     NT     ⊖ HSM

A/P   HIV

MVI ī PO qd #30

√ CBC, SFS, nut panel, viral load
Combivir = { lamivudine, AZT }
Understands to stopp all if needs to stop one
Lamivudine 150 mg q 12° #60 (30) yr
Zidovudine 300 mg q 12° #60 (8N) yr
Crixivan 800 mg q 8° #90 (8H) yr
3/1/99 → Apply for ADAP RTC 2 wks ___ MD

**HEALTH EDUCATION (annual):** Nutrition, Weight reduction, Exercise, Tobacco use, Immunizations, Dental care, Drug/alcohol use, Safety (auto), Safe sex practices, Stress, Family planning

| Name | Jason Phillips |
|------|------|
| DOB | 5/26/61 | Pt. # | | Site | 4C3 |

(5)

PROGRESS NOTES

| DATE | INITIAL V.S.: B.P. 110/80   T. 98³   P. 80   R. 18   HT. 5'6"   WT. 135 lbs |
|------|------|
| 7.8.98 5:24pm | Pt requesting medication refill, Pt states ran out today → This AM. ↳ Rx their pma |

Med Refill

(MR)  ✓W/H 300 ① Epivir 150mg po BID
      ✓W/H 200 ② AZT 300mg po BID / 1 mth supply
      ✓W/H 31 ③ MVI 1 Po bd
                 VCBC, LFT, Cd4, viral load
                 [signature]

Name CASON, PHILLIP
DOB 5.26.61          Pt.#          Site CCNV

(6)

FOR
HEALTH CARE FOR THE HOMELESS PROJECT, INC.
PROGRESS NOTES

| DATE | INITIAL V.S.: B.P. 98/68   T. 97.³   P. 76   R. 18 |
|------|------|
| 5.30.98 9:20am | Pt stated want to see Dr C nobody else _____ R.Pheor |
| | Der f rgdl y meds A D O D still nother |
| | Pt feelin well T Cx |
| | 4 Hep B ⊕        ⊖ PPD Hep C ⊖        HJ V⊖ ⊕ PPR - Rx 1993 (Jail)    U |
| | P. Lab - CBC - CP4 - chem viral load RPR - |
| | √WH A22 300 b•d √WH Spirir 150 b•d √WH30 Mr 2 - L2 day te c T Aro 2 weeks To Jun Carem → A DAD ⊘ |

Name  Cason, Phillip
DOB 5.26.61          Pt.# _____  Site ___

(7)

HEALTH CARE FOR THE HOMELESS PROJECT, INC.
PROGRESS NOTES

c̄ clothes

| DATE | INITIAL V.S.: B.P. 98/68  T. 97.³  P. 76  R. 18  HT. 5'6  WT. 130/b |
|------|--------------------------------------------------------------------|

5.30.98
9:20am
Pt stated want to see Dr Goetcheus and nobody else ————— RSheow RMA

Dear ? ryll y mess
A D (OD) still rather

Pt feeling well c̄ Cx

Hep B (+)                    (PPD 3-97)
Hep C (-)                    HIV (+)  CD4 - 254   |6/98
(+) RPR - Rx 1993 (Jail)     Viral Load < 400 |

P Lab - CBC - CD4 — Chem B (comp metabolic)
                    Viral Load
              RPR -
√ WH  AZT 300 b.d
√ WH  Epivir 150 b-d
√ WH 30  M×3 - L 7 day
        rec c̄ the 2 weeks
        To Jun Canson → A D (OD)
                    (0)

Name  Cason, Phillip
DOB 5.26.61          Pt.#          Site  CCNV

(8)

HEALTH CARE FOR THE HOMELESS PROJECT, INC.
PROGRESS NOTES

| DATE | INITIAL V.S.: B.P. _____ T. _____ P. _____ R. _____ HT. _____ WT. _____ |
|------|--------------------------------------------------------------------------------------|
| 4/1/98 | Here to see Jim Canary for ADAP Spoke c̄ Mr Cason the seriousness of disease and importance of being faithful taking his medicine and also consistent in his care, Smtanl rec |
| | Needs Blood work. CBC, Chem 6, 12, Amylase, RPR, CD4 viral load |
| 4/7/98 | B/P 110/70  T 98.1°F  P 82  R 18  wt PT in for med. refill. Zparni. DmA. Has AZT; wants more from filled, awaiting cD4 count results, so that to see if he qualifies for disability or not; no h/o AIDS defining illness Rx: ① Epivir 150 mg po BID — (b) lsw ② Explained to pt that he needs to f/o with one MD on a regular basis except for emergency; want to f/u c̄ Dr. Goetcheus. Appt April 18  7⁴⁵ for Dr Goetcheus |
| 4/16/98 | Ran out of AZT. Given AZT 100 mg iii ℞ #164 To Return to Clinic. Sat 18 for f/u with Dr. Goetcheus  Smtanl, rec |
| 4.18.98 | PT here for f/u app't c̄ DR. Goetcheus. BP 90/60  T 96.7°F  P 70  R 20  HT 5'6"  WT 129  T. Murphy, RMA here f med refill → Epivir —  6-26  495  CD4  -  1996 - 479  O/A HIV ⊕  3-97 - 328  Viral load ℞ 480  4-3-98 - 254  asymptomatic  viral load < 400  h/o Rx RRR — 1993  c̄ PCN Jim.  P- Rec viral load - 6-98  also complete Lab + CD4 -  SSI fan filled out  AZT 300 b.d  Epivir 150 D. |

Name Cason, Phillip
DOB 5-26-61    Pt.#_____    Site CCNV

(9)

HEALTH CARE FOR THE HOMELESS PROJECT, INC.
PROGRESS NOTES

| DATE | INITIAL V.S.: B.P. _____ T. _____ P. _____ R. _____ HT. _____ WT. _____ |
|------|-----------------------------------------------------------------------------------|
| 5-20-99 9:12 AM | Pt was called, No response. _____ C. Mundy RMA. |
| 5-28-98 2:40pm | B/p 98/60 T 97.9° P 84    R  18         WH 124 lbs |
| | PT is here for med refill. Zplonwi RMA |
| | S/ Needs AZT and DDI - out x 4 days. |
| | Also requests MVI. |
| | Asks re. startup new HIV med. |
| | O/ Note from Dr. Paul 4/7/98 requesty that pt see one MD |
| | Consistently - this is to be Dr. Goettkeurs. |
| | A/① HIV⊕ viral load <400 CD4 254. |
| | P/① refill meds: AZT 300 mg BID |
| |                     Epivir 150 mg BID |
| |                     MVI  Tab |
| | ② Discussed c pt importance of f/u c regular MD— to see |
| | Dr. Goettkeurs @ next available apt. |
| | Conduct RN |
| | Wm. Harper MD |
| | ADAP form filled out by J Canary + Dr Harper. |
| | Pt will come Sat am to clinic. !   S Paul M |

Name  Cason, Phillip
DOB  5-28-61          Pt.#_____  Site  CCNV

(10)

Health Care for the Homeless Project, Inc.

| DATE | INITIAL V.S. | B.P. 90/00 | T. 97.7° | P. 82 | R. 16 | Ht. 5'6" | Wt. 134 |
|------|-------------|-----------|----------|-------|--------|----------|---------|

3.21.98  NKMA: PT requests medication refill ʒ Azt and Epivir. T. Ruegls

Saturday    H2O = (+)

Here for refill of meds —

pt states was on protease inhib
— past when jail but
states (CD4↓ c protein(?))

AAOV ⊕

P̄ _ Azt  300 b.d  NOT AVAILABLE
— Epivir 150 b.d  √WH 60
— applyin / ADAP c̄ Jan Canorry ___ p̄ʷ
— RTW Dr. Paul M·W Eve ( pt wd Rtn )
— MV2 1 q day √WH 30
— Plan lab —

| 3/28/98 | B/P 100/60 | T 97.8°F | P 76 | R 18 | wt 132 lbs |
|---------|-----------|----------|------|------|-----------|

Sat  PT is requesting for med. refill. Zparvi RMA

Here f Azt Epivir —
pt did tot Reap appt ō D Paul nor Jan
                                         Canary
o — Pneuto
Hₐₒ umt
ROS ⊖

AAOC (?) CD4

P̄: Azt - 200  t.d √WH  To Jan Carran - ADAP —
    Epivir 150 b.d .   To D Paul M/W eve → lab
                                          ⊕

Name CASON, PHILLIP
DOB 5.26.61                          Pt #                                         (11)

| DATE | INITIAL V.S. B.P. 130/12 | T 98 | P. 86 | R. | Ht. | Wt. 141 |
|------|------|------|------|------|------|------|

1-28-98  C/o spitting up blood — S. Shipp

C/o coughing up a clot of blood yesterday
feels SOB × 2 days.

wants to be admitted to the infirmary.

Says 3/ fever:

O/E   HEENT: Benign          1/2 PPD
                                     denies using cocaine

Chest: CTA

dx: ? Hemoptysis. etiology ??

Rx:   ① Admit to infirmary —
      ② C× R × 2 views

plat

2-2-98  Request meds papers to filled out by
Doctor — S. Shipp

Lives in infirmary

| AZT 200 TID |
| Epivir 150 BID |
| MVI ī gil |

No: 1) Δ AZT 300 g BID

2) Stressed compliance

3) Filled out Meds form

[signature]

2/5/98  Put out of Infirmary for violating curfew

CASON

ame CASON  PHILLIP

HEALTH CARE FOR THE HOMELESS PROJECT, INC.

PROGRESS NOTES

| DATE | INITIAL V.S.: B.P. 120/80  T. 98°  P. 88  R. 18  HT. 5/6  WT. 140 lbs |
|------|---|
| 1/26/98 | Pt. was at Lorton since 6/97; returned today for F/u treatment. |
| | S: Pt is requesting refill for Lamivudine/Zidovudine [STC][AZT] |
| | 150/300, 1 tab bid. He is feeling well c̄ ∅ complaints |
| | He is hoping to start a construction job on Tues AM 1/21/98 |
| A: AZT 300 BID | SH: ⊕ EtOH 2 T/m pas wk   living c̄ friend |
| Epivir 150 BID | ⊕ crack } |
| | O HEENT - ∅ mucositis; ∅ conjuctival injection; ∅ jaundice |
| | Chest - CTA Ⓑ ∅ wheeze ∅ rhonchi ∅ rales |
| | CVS - ⊕ S₁ ⊕ S₂ ∅ M, R, G |
| | Abd - ⊕ BS, scaphoid abd |
| | |
| | A/P 36 y.o. ♂ c̄ HIV ⁺⊕ Hep B recently released from Lorton where |
| | he stopped taking Crixivan on his own b/c he felt it |
| | was not helping him. He continues to take |
| | lamivudine + zidovudine. Dr. Enlow discussed |
| | at length need to terminate use of crack + EtOH |
| | as well as need to discuss desire to terminate |
| | meds c̄ a dr. before doing so. Also discussed |
| | need to keep all appts + taking meds as prescribed |
| | - RTC in 1 mo - will repeat labs at that time |
| | - Retrovir 300 mg bid ⎫ given |
| | - Epivir 150 mg bid ⎬ |
| | - MVI 1 tab qd ⎭ |
| | Suzanne Brixey |
| | CC.T? |

| Name | Caron, Philip |
|------|---|
| DOB | 5.26.61   Pt.# _____ Site FC? |

(13)

## PROBLEM LIST

| Date | Chronic Problems |
|------|------------------|
| | H Infection 1996 |
| | ETOH abuse |
| | Substance abuse |
| | Hepatitis B |
| | |
| | |
| | |
| | |
| | |
| | |

Allergies *nka*

| Substance | Reaction |
|-----------|----------|
| | |
| | |
| | |
| | |

| Date | Surgery |
|------|---------|
| | |
| | |

| Date | Hospitalization/Injury |
|------|------------------------|
| 4/97 | Stab wound ® chest/arm |

ADAP Pics 0526611 Exp 11/99

## MEDICATION LIST    (0 = start    -> = continue    X = stop)

| Medication/Dose/Schedule | 2/8 | 1998 3/3 | 3/15 | 4/24 | 5/24 | Date | | | | | | |
|--------------------------|-----|----------|------|------|------|------|---|---|---|---|---|---|
| 1998 (cont) | | | | | | | | | | | | |
| AZT 300 mg bid | -> | (awaiting ADAP) | -> 3rd fill | -> | | | | | | | | |
| Epivir 150 mg bid | -> | | -> | -> | -> | | | | | | | |
| MVI qd | -> | | 0 -> | -> | | | | | | | | |
| Crixivan 800 mg tid | | | 0 -> | -> | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

UNITY HEALTH CARE, INC                    **HIV CLINIC FLOW SHEET**

| NAME CASON, Phillip | DOB 5-26-61 |
|---|---|
| SITE FCS | HOSPITAL LINK |
| CASE MANAGER Jan Canary SW | |

**ANNUAL UPDATES**

| | DATE | | | | | | | DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toxo. | | | | | | | Eye Ref | | | | | | | |
| Hep B | + | | | | | | Pneunovax | 4/97 | | | | | | |
| Flu Vax | 10/96 | | | | | | Other | | | | | | | |

**UPDATES**

| | DATE | WEIGHT | CD4 | H/H | RPR | PPD | CXR | PAP | VIRAL LOAD |
|---|---|---|---|---|---|---|---|---|---|
| 1998 | 4/1 | | 254 | 13.9/40.6 | 1:1 | | | | <400 |
| | 5/28 | 134 | | | | | | | |
| | 7/8 | 135 | | | | | | | |
| 1999 | 3/3 | | 396 | 14.4/43.4 | NR | | | | <400 |
| | 3/15 | 142 | | | | | | | |
| | 3/24 | 144 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

( 15 )

HEALTH CARE FOR THE HOMELESS PROJECT, INC.    **HIV CLINIC FLOW SHEET - No. 2**

| NAME | CASON, Phillip | DOB | 5-26-61 |
|------|----------------|-----|---------|

## UPDATES

1998 —

| DATE | WEIGHT | CD₄ | CD₄% | H/H | RPR | PPD | CXR | PAP | VIRAL LOAD | | |
|------|--------|-----|------|-----|-----|-----|-----|-----|-----------|--|--|
| 1/28/98 | 141 | | | | | | | | | | |
| 3/21/98 | 184 | | | | | | | | | | |
| 4/1/98 | | 254 | 30.5 | | 1:1 | | | | <400 | | |
| 5/28 | 134 | | | | | | | | | | |
| 7/8 | 135 | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## CHRONIC MEDICATIONS

(O = start   -> = continue   X = stop)

| 1998 Medication/Dose/Schedule | 1 26.2 | 2 21 | 3/ | 3 28 | 4 7 | 4 DMS 16 | 4 18 | 5 20 | 5 30 | 7 18 | | |
|-------------------------------|--------|------|----|----|----|------|------|------|------|------|--|--|
| AZT 300mg bid | → | → | → | | → | | | → | → | → | | |
| Epivir 150mg bid | → | → | | → | | → | | → | → | → | | |
| MVI qd | → | → | | | | | | → | → | → | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

(16)

HEALTH CARE FOR THE HOMELESS PROJECT, INC.                    HIV CLINIC FLOW SHEET – No. 2

| NAME | CASON, Phillip | | DOB | 5-20-61 |
|------|----------------|--|-----|---------|

## UPDATES      CD4%      H&H/wt obs.

| DATES | CD4 | LYMPH % | WEIGHT | H/H | NEUTRO. | CREAT. | LFTs | PAP | RPR | PLATELETES | | |
|-------|-----|---------|--------|-----|---------|--------|------|-----|-----|------------|--|--|
| 6/18/96 | 495 | 30 | 139 | 13.3/41.5 | 2.162 | | | | 1:1 | 222 | | |
| 10/8/96 | 479 | | 128 | 13.5/?4 | | | | | | 279 | | |
| 3/10/97 | 378 | 39.2 | 135 | 14.2/42.7 14.7/42.7 | | | | | | | | |

## CHRONIC MEDICATIONS
### MEDICATION/STRENGTH/SCHEDULE          0 = START   → = CONTINUE   X = DISCONTINUE

VISIT/REFILL DATES

| | 1996 | 6/11 | 6/27 | 7/9 | 8/? | 8/29 | 9/5 | 9/16 | 9/8 |
|--|------|------|------|-----|-----|------|-----|------|-----|
| AZT 200mg tid | | 0 | → | → | → | | → | → | → |
| MVI qd | | 0 | → | → | → | | → | → | |
| Vit C 500mg qd | | 0 | → | → | → | | → | | |
| DDI 200mg bid | | 0 | → | → | → | | → | → | → |
| Bactrim @ MWF | | | | | 0 | | | | |
| Mylanta # 1BS | | | | | | 0 | | | |
| Zantac 150mg bid | | | | | | 0 | | | |

| | 1996 (cont) | 10/22 | 11/11 | 12/2 | | | | | |
|--|-------------|-------|-------|------|--|--|--|--|--|
| AZT 200mg tid | | → | → | → | | | | | |
| DDI 200mg bid | | → | → | X | | | | | |
| MVI qd | | → | → | → | | | | | |
| DDI 125mg | | | | 0 | | | | | |

| | 1997 | 1/27 | 5/22 | Was on Rotan 6/97 – 12/97 | | | | | |
|--|------|------|------|---------------------------|--|--|--|--|--|
| DDI 125mg bid | | → | → | | | | | | |
| AZT 200mg tid | | → | → | | | | | | |
| MVI qd | | | | | | | | | |

HEALTH CARE FOR THE HOMELESS PROJECT, INC.                    **HIV CLINIC FLOW SHEET – No. 1**

| NAME CASON, Phillip | DOB 5-20-61 |
|---|---|
| SHELTER | BED NO. |
| CASE MANAGER | HOSPITAL LINK |

## MEDICAL PROBLEMS

| DATE DIAGNOSED 6/19/96 | ALLERGIES nka | PNEUMOVAX April 97 (uwe in carceri) |
|---|---|---|

| DATE | CHRONIC PROBLEM LIST | DATE | HOSPITALIZATIONS/SURGERIES/INJURIES |
|---|---|---|---|
| | H Infection | 4/26-5/17 | Stab Wound to R chest HHH |
| | ETOH abuse | | |
| | Substance abuse | | |
| | Hep B | | |
| | STS '93 PcN IMx10day | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## ANNUAL UPDATES

| | DATE | | | DATE | |
|---|---|---|---|---|---|
| CXR | | | Dental | | |
| Toxo. | 3-14-97 | | Eye Ref. | | |
| Hep B | 3-14-97 HBSA | | Colpo | | |
| FluVax | 10-22-96 | | Other | | |
| PPD | | | Anergy Panel | | |

(18)

**Health Care for the Homeless** Project, Inc.
1234 Massachusetts Ave., N.W. Suite C-1009
Washington, D.C. 20005

Phone (202) 628-5660

Fol. # _____
Site _____ *CCNV*

MEDICAL HISTORY

Name *Phillip* (First) *C* (M.I.) *Cason* (Last)    Age _____  B.D. *5-26-81*

## PAST MEDICAL HISTORY

### Major Medical Illnesses

| Date | Hospital | Type |
|------|----------|------|
| *1997* | *LORTON* | *HIV (+)* |

### Surgical Procedures

| Date | Hospital | Operation |
|------|----------|-----------|
| | *none* | |

### Serious Accident or Injuries

| Date | Hospital | Type of Injury |
|------|----------|----------------|
| | *none* | |

### Other Hospitalizations

| Date | Hospital | Purpose |
|------|----------|---------|
| | *none* | |

### Allergies    Type of Reaction
*NKDA*

### Present Medications


| Recent Examinations & Tests | Date | Location | Results |
|-----------------------------|------|----------|---------|
| Physical Exam | *2/96* | *LORTON* | *NL* |
| Pap Smear | | | |
| P.P.D. Skin Test | *2/96* | *LORTON* | *NL* |
| Chest X-ray | | | |
| Tetanus Booster | | | |

FAMILY HISTORY (Hypertension, heart disease, CVA, Cancer, Depression, Alcohol, Diabetes)

| Relative | Alive/Death | Illness |
|----------|-------------|---------|
| | | |
| | | |

SOCIAL HISTORY/HABITS    Type    Amount    # of Years

| | Type | Amount | # of Years |
|------|------|--------|------------|
| Alcohol | | | |
| Street Drugs | | | |
| Cigarettes | | | |

(19)

THE GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER

| | | |
|---|---|---|
| ) KARCHER, MD, LAB DIRECTOR (42814) | DIVISION OF CLINICAL PATHOLOGY | NAME: CASON, PHILLIP |
| CHEMISTRY (42814) | WASHINGTON, D.C. | MED REC #: (8401)0-3052491 |
| ) DEPAIMA, MD, DIV DIRECTOR (42777) | 994-2712 | REGISTERED: 03MAR99 LOCATION: HCHF |
| HEMATOLOGY (42777) | | DATE OF BIRTH: 26MAY61  SEX: MALE |
| J KEISER, MD, PhD, MICROBIOLOGY (42719) | | PHYSICIAN: LEHMAN |
| 4 SIMPSON, MD, BLOOD BANK (43386) | CUMULATIVE LAB REPORT | REQ. PHYSICIAN:LEHMAN |
| ) NADEL, DIR, LAB SERVICES (42682) | ACCOUNT#: 101189611 | PRINTED: 23MAR99  TIME: 1400 |

```
****************************************************************************
*THIS REPORT CONSISTS OF PRIVILIGED AND CONFIDENTIAL INFORMATION. IF YOU HAVE RECEIVED THIS IN ERROR, *
*IMMEDIATELY CALL 202-994-2359, INFORM WHOEVER ANSWERS, AND DESTROY THE DOCUMENT(S). YOU ARE HEREBY  *
*NOTIFIED THAT ANY FORM OF DISCLOSURE OF THIS COPIED INFORMATION IS STRICTLY PROHIBITED.             *
****************************************************************************
```

---

## GENERAL HEMATOLOGY

---

*** CELL COUNTS ***

| | TEST: | WBC | RBC | HEMOGLOBIN | HEMATOCRIT | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|---|---|---|---|---|
| | REF RANGE: | 4.80-10.80 | 4.70-6.10 | 14.0-18.0 | 42.0-52.0 | 80.0-100.0 | 25.4-34.6 | 33.0-37.0 | 11.5-14.5 |
| | UNITS: | X10 3 | X10 6 | g/dL | % | fL | pg | g/dL | % |
| WED 03MAR99 1100 | | 5.18 | 3.65 L | 14.4 | 43.4 | 118.9 C | 39.5 H | 33.2 | 15.1 H |

| | TEST: | HDW | PLATELET | MPV |
|---|---|---|---|---|
| | REF RANGE: | 2.20-3.20 | 130-400 | 7.2-11.1 |
| | UNITS: | g/dL | X10 3 | fL |
| WED 03MAR99 1100 | | 2.43 | 222 | 8.3 |

*** DIFFERENTIAL, PERCENT ***

---

| | TEST: | NEUTROPHIL | LYMPHOCYTE | MONOCYTE | EOSINOPHIL | BASOPHIL | LG UNSTAIN CELL |
|---|---|---|---|---|---|---|---|
| | REF RANGE: | 40-65 | 21-44 | 0-7 | 0-5 | 0-2 | 0-4 |
| | UNITS: | % | % | % | % | % | % |
| WED 03MAR99 1100 | | 60 f | 25 | 8 H | 3 | 1 | 4 |

*** DIFFERENTIAL, ABSOLUTE ***

---

| | TEST: | ABS NEUTROPHIL | ABS LYMPHOCYTE | ABS MONOCYTE | ABS EOSINOPHIL | ABS BASOPHIL | ABS LG UNSTAIN |
|---|---|---|---|---|---|---|---|
| | REF RANGE: | 1.80-7.00 | 1.00-4.80 | 0.00-0.80 | 0.00-0.65 | 0.00-0.20 | 0.00-0.40 |
| | UNITS: | X10 3 | X10 3 | X10 3 | X10 3 | X10 3 | X10 3 |
| WED 03MAR99 1100 | | 3.11 | 1.30 | 0.41 | 0.16 | 0.05 | 0.21 |

---

## BLOOD CHEMISTRY

---

*** CHEMISTRY 6 ***

| | TEST: | NA | K | CL | BUN | CREATININE |
|---|---|---|---|---|---|---|
| | REF RANGE: | 135-145 | 3.5-5.0 | 95-105 | 10-20 | 0.8-1.5 |
| | UNITS: | mmol/L | mmol/L | mmol/L | mg/dL | mg/dL |
| WED 03MAR99 1100 | | 137 | 4.3 | 102 | 11 | 0.7 L |

3/25/99 (initials)

Footnotes

L = Low, H = High, C = Critical, f = Footnote

NEUTROPHIL    NORMAL RED CELL APPEARANCE IS INDICATED IF NO RED CELL MORPHOLOGY
              IS REPORTED.

PATIENT: CASON, PHILLIP                                    LOCATION: HCHF  D/C DATE: 03/03/99  PAGE:  1

```
D KARCHER, MD, LAB DIRECTOR (42814,        DIVISION OF CLINICAL PATHOLOGY      PATIENT: CASON, PHILLIP
           CHEMISTRY (42814)                       WASHINGTON, D.C.            MED REC #: (8401)0-3052491
L DEPALMA, MD, DIV DIRECTOR (42777)                   994-2712                REGISTERED: 03MAR99 LOCATION: HCHF
           HEMATOLOGY (42777)                                                 DATE OF BIRTH: 26MAY61  SEX: MALE
J KEISER, MD, PhD, MICROBIOLOGY (42719)                                       PHYSICIAN: LEHMAN
M SIMPSON, MD, BLOOD BANK (43386)                  ADDENDUM LAB REPORT        REQ. PHYSICIAN: LEHMAN
D NADEL, DIR, LAB SERVICES (42682)                                           PRINTED: 12MAR99  TIME: 0010
```

-----------------------------------------------------------------------------------------------------------

## SEROLOGY

-----------------------------------------------------------------------------------------------------------

-------------------------------------------------***  OTHER TESTS ***-------------------------------------------------

```
            TEST:     HIV
WED 03MAR99 1100    RPT REAC *f
```

COPY of
Addendum Report on your
recently discharged hospital patien
original report alrea... sent to

**Footnotes**

* = Abnormal, f = Footnote

HIV            THE HIV ASSAY USES AN ELISA TEST FOR THE DETECTION OF ANTIBODY TO HIV TYPES
               1 AND 2. A CUTOFF VALUE IS ESTABLISHED FOR EACH RUN. IF THE INITIAL TEST
               RESULT IS EQUAL TO OR GREATER THAN THE CUTOFF, THE ORIGINAL SAMPLE IS
               RETESTED IN DUPLICATE. IF BOTH RETEST VALUES ARE LESS THAN THE CUTOFF, THE
               SAMPLE IS CONSIDERED NON-REACTIVE FOR HIV ANTIBODIES. IF ONE OR BOTH RETEST
               VALUES IS EQUAL TO OR GREATER THAN THE CUTOFF, THE SAMPLE IS CONSIDERED
               REPEATEDLY REACTIVE FOR HIV ANTIBODIES. REPEATEDLY REACTIVE HIV ELISA
               RESULTS ARE CONFIRMED BY WESTERN BLOT. THE TEST IS *NOT* DIAGNOSTIC FOR
               ACQUIRED IMMUNODEFICIENCY SYNDROME (AIDS). AS WITH ANY SEROLOGIC TEST THERE
               MAY BE SOME FALSE-POSITIVE RESULTS. SINCE ANTIBODY MAY NOT BE PRODUCED FOR
               SEVERAL MONTHS AFTER INFECTION, A NEGATIVE HIV ANTIBODY TEST DOES NOT
               TOTALLY RULE OUT THE POSSIBILITY OF INFECTION.

   PATIENT: CASON, PHILLIP              ***END OF CHART***     LOCATION: HCHF  D/C DATE: 03/03/99  PAGE:  1
```

D KARCHER, MD, LAB DIRECTOR (42814)     DIVISION OF CLINICAL PATHOLOGY     PATIENT: CASON, PHILLIP
         CHEMISTRY (42814)                        WASHINGTON, D.C.           MED REC #: (8401)0-3052491
L DEPALMA, MD, DIV DIRECTOR (42777)              994-2712                   REGISTERED: 03MAR99 LOCATION: HCHF
         HEMATOLOGY (42777)                                                 DATE OF BIRTH: 26MAY61  SEX: MALE
J KEISER, MD, PhD, MICROBIOLOGY (42719)                                     PHYSICIAN: LEHMAN
M SIMPSON, MD, BLOOD BANK (43386)                ADDENDUM LAB REPORT        REQ. PHYSICIAN: LEHMAN
D NADEL, DIR, LAB SERVICES (42682)                                          PRINTED: 10MAR99  TIME: 0052

--------------------------------------------------------------------------------

### SEROLOGY

--------------------------------------------------------------------------------

------------------------------------*** REFERENCE TESTS ***------------------------------------

|  | TEST: | WB HIV-1 AB @ | P17 @ | P24 @ | P31 @ | GP41 @ | P51 @ |
|---|---|---|---|---|---|---|---|
|  | REF RANGE: | see fn | see fn | see fn | see fn | see fn | see fn |
| WED 03MAR99 1100 |  | POSITIVE f | REACTIVE f | REACTIVE f | REACTIVE f | REACTIVE f | REACTIVE f |

|  | TEST: | P55 AG @ | GP120/160 @ | P66 @ | NON-VIRAL BAND @ |
|---|---|---|---|---|---|
|  | REF RANGE: | see fn | see fn | see fn | see fn |
| WED 03MAR99 1100 |  | REACTIVE f | REACTIVE f | REACTIVE f | * f |

**Footnotes**

f    Footnote

@ - WB HIV-1 AB, P17, P24, P31, GP41, P51, P55 AG, GP120/160, P66, NON-VIRAL BAND Performed at  NICHOLS INSTITUTE REFERENCE

| | | | | |
|---|---|---|---|---|
| WB HIV-1 AB.... | 03MAR99 | 1100 | Range: | F |
| P17.......... | 03MAR99 | 1100 | Range: | F |
| P24.......... | 03MAR99 | 1100 | Range: | F |
| P31.......... | 03MAR99 | 1100 | Range: | F |
| GP41.......... | 03MAR99 | 1100 | Range: | F |
| P51.......... | 03MAR99 | 1100 | Range: | F |
| P__ AG........ | 03MAR99 | 1100 | Range: | F |
| G._0/160...... | 03MAR99 | 1100 | Range: | F |
| P66.......... | 03MAR99 | 1100 | Range: | F |
| NON-VIRAL BAND. | 03MAR99 | 1100 | Range: | F |

COPY of
Addendum Report on you
recently discharged hospital patient.
Original report already sent to
Medical Records.

A repeatedly reactive HIV antibody EIA test with a positive HIV-1 western blot
indicates the presence of antibodies to HIV. If suspicion of HIV-2 infection,
based on epidemiologic risk factors, is high, additional testing for HIV-2
is indicated for purposes of epidemiology.

Retesting with a second specimen should be considered for persons with
positive results by HIV-1 western blot if this is a first time positive.

Specimens are considered negative for HIV-1 antibodies if no bands are
detected.  Specimens are considered positive for HIV-1 antibodies if any
two of the following bands are reactive: p24, gp41 and gp120/160.  All
other banding patterns are considered indeterminate.

If these results are not consistent with the clinical picture, repeat
testing of a freshly drawn sample to confirm the results is strongly
recommended.

PATIENT:  CASON, PHILLIP           ***END OF CHART***   LOCATION: HCHF  D/C DATE: 03/03/99  PAGE:  1

22

D KARCHER, MD, LAB DIRECTOR (42814)          DIVISION OF CLINICAL PATHOLOGY        **PATIENT:** CASON, PHILLIP
     CHEMISTRY (42814)                          WASHINGTON, D.C.                 MED REC #: (8401)0-3052491
L DEPALMA, MD, DIV DIRECTOR (42777)                  994-2712                     REGISTERED: 03MAR99 LOCATION: HCHF
     HEMATOLOGY (42777)                                                          DATE OF BIRTH: 26MAY61  SEX: MALE
J KEISER, MD, PhD, MICROBIOLOGY (42719)                                           PHYSICIAN: LEHMAN
M SIMPSON, MD, BLOOD BANK (43386)              FINAL LABORATORY REPORT            REQ. PHYSICIAN: LEHMAN
D NADEL, DIR, LAB SERVICES (42682)                                               PRINTED: 06MAR99 TIME: 0112

-------------------------------------------------------------------------------------------------

### SEROLOGY

-------------------------------------------------------------------------------------------------

----------------------------------------------*** OTHER TESTS ***-----------------------------------

    TEST:  HIV RNA PCR    CD4 396
WED 03MAR99 1100      <400 f

**Footnotes**

f = Footnote

HIV RNA PCR.... 03MAR99  1100 HIV-1 RNA IS LESS THAN 400 COPIES/ML, THE LOWER LIMIT OF DETECTION FOR THIS
          ASSAY.

HIV RNA PCR    THE DETERMINATION OF HIV-1 RNA LEVELS MAY BE HELPFUL IN ASSESSMENT OF
          RESPONSE TO ANTI-RETROVIRAL THERAPY, IN DETERMINATION OF PROGNOSIS PRIOR TO
          THE INITIATION OF THERAPY, AND IN MONITORING THE PROGRESSION OF INFECTION.
          ANY CHANGE IN HIV-1 RNA LEVEL MAY BE DUE TO THE EXPECTED VARIATION BETWEEN
          ASSAYS OR TO TRUE FLUCTUATIONS IN VIRAL RNA LEVEL, AND MUST BE INTERPRETED
          TOGETHER WITH ALL LABORATORY AND CLINICAL INFORMATION. THIS TEST IS INTENDED
          FOR USE ONLY IN INDIVIDUALS WITH DOCUMENTED HIV-1 INFECTION. TEST RESULTS
          SHOULD NOT BE USED FOR DIAGNOSIS OF HIV-1 INFECTION.
    PATIENT: CASON, PHILLIP              ***END OF CHART***      LOCATION: HCHF  D/C DATE: 03/03/99  PAGE:  1

(23)

```
                        GEORGE WASHINGTON UNIVERSITY MEDICAL
D KARCHER, MD, LAB DIRECTOR (42815       DIVISION OF CLINICAL PATHOLOGY    PATIENT: CASON, PHILLIP
      CHEMISTRY (42814)                        WASHINGTON, D.C.            MED REC #: (8401)0-3052491
L DEPALMA, MD, DIV DIRECTOR (42777)               994-2712                REGISTERED: 03MAR99 LOCATION: HCHF
      HEMATOLOGY (42777)                                                  DATE OF BIRTH: 26MAY61  SEX: MALE
J KEISER, MD, PhD, MICROBIOLOGY (42719)                                   PHYSICIAN: LEHMAN
M SIMPSON, MD, BLOOD BANK (43386)            ADDENDUM LAB REPORT          REQ. PHYSICIAN: LEHMAN
D NADEL, DIR, LAB SERVICES (42682)                                       PRINTED: 05MAR99  TIME: 0025
```

---

### CLINICAL IMMUNOLOGY

---

------------------------------***  HELPER/SUPPRESSOR T CELL STUDIES  ***------------------------------

| | TEST: | CD3(T3%) ABS | CD3(T3%) | CD4(T4%) ABS | CD4(T4%) | CD8(T8%) ABS | CD8(T8%) |
|---|---|---|---|---|---|---|---|
| | REF RANGE: | 1026-1804 | 67.1-80.5 | 624-1134 | 38.9-53.1 | 282-662 | 17.7-31.3 |
| | UNITS: | per uL | % | per uL | % | per uL | % |
| WED 03MAR99 1100 | | 1017 Lf | 78.5 f | 399 Lf | 20.6 Lf | 581 f | 44.9 Hf |

---

### SEROLOGY

---

------------------------------***  SYPHILIS SEROLOGY  ***------------------------------

```
              TEST:  RPR QUAL
         REF RANGE:  NONREACT
WED 03MAR99 1100     NONREACT
```

---

### PENDING ORDERS

---

```
ORDER: HIV-1/HIV-2 ANTIBODY SCREEN    COLLECTED: 03/03/99  ACCESSION #: 99-062-0778
ORDER: HIV-1 RNA VIRAL LOAD QUANT     COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
```

3/10/99

**Footnotes**

L = Low, H = High, f = Footnote

```
CD3(T3%) ABS    NOTE REVISED REFERENCE RANGE AS OF NOVEMBER 9, 1998.
CD3(T3%)        NOTE REVISED REFERENCE RANGE AS OF NOVEMBER 9, 1998.
CD4(T4%) ABS    NOTE REVISED REFERENCE RANGE AS OF NOVEMBER 9, 1998.
CD4(T4%)        NOTE REVISED REFERENCE RANGE AS OF NOVEMBER 9, 1998.
C  8%) ABS      NOTE REVISED REFERENCE RANGE AS OF NOVEMBER 9, 1998.
CD8(T8%)        NOTE REVISED REFERENCE RANGE AS OF NOVEMBER 9, 1998.
```

   PATIENT: CASON, PHILLIP              ***END OF CHART***     LOCATION: HCHF  D/C DATE: 03/03/99  PAGE:  1

```
.D KARCHER, MD, LAB DIRECTOR (42814)      DIVISION OF CLINICAL PATHOLOGY    PATIENT: CASON, PHILLIP
         CHEMISTRY (42814)                      WASHINGTON, D.C.            MED REC #: (8401)0-3052491
L DEPALMA, MD, DIV DIRECTOR (42777)               994-2712                 REGISTERED: 03MAR99 LOCATION: HCHF
         HEMATOLOGY (42777)                                                DATE OF BIRTH: 26MAY61  SEX: MALE
J KEISER, MD, PhD, MICROBIOLOGY (42719)                                    PHYSICIAN: LEHMAN
M SIMPSON, MD, BLOOD BANK (43386)               FINAL LABORATORY REPORT    REQ. PHYSICIAN: LEHMAN
D NADEL, DIR, LAB SERVICES (42682)                                         PRINTED: 04MAR99  TIME: 0007
```

---

## BLOOD CHEMISTRY

---
----------------------------------------------*** CHEMISTRY 6 ***--------------------------------------------

|  | TEST: | NA | K | CL | BUN | CREATININE |
|---|---|---|---|---|---|---|
| REF RANGE: | | 135-145 | 3.5-5.0 | 95-105 | 10-20 | 0.8-1.5 |
| UNITS: | | mmol/L | mmol/L | mmol/L | mg/dL | mg/dL |
| WED 03MAR99 1100 | | 137 | 4.3 | 102 | 11 | 0.? L |

----------------------------------------------*** CARDIAC ENZYMES ***----------------------------------------

|  | TEST: | AST |
|---|---|---|
| REF RANGE: | | 10-45 |
| UNITS: | | U/L |
| WED 03MAR99 1100 | | 45 |

----------------------------------------------*** OTHER ENZYMES ***------------------------------------------

|  | TEST: | ALKPHOS |
|---|---|---|
| REF RANGE: | | 40-125 |
| UNITS: | | U/L |
| WED 03MAR99 1100 | | 81 |

----------------------------------------------*** OTHER TESTS ***--------------------------------------------

|  | TEST: | GLUCOSE S | CA | TOT BILIRUBIN | PROTEIN | ALBUMIN |
|---|---|---|---|---|---|---|
| REF RANGE: | | 75-110 | 8.5-10.5 | 0.2-1.3 | 6.0-8.0 | 3.5-5.0 |
| UNITS: | | mg/dL | mg/dL | mg/dL | g/dL | g/dL |
| WED 03MAR99 1100 | | 88 | 9.4 | 1.1 f | 8.? H | 4.1 |

---

## PENDING ORDERS

---

```
ORDER: HIV-1/HIV-2 ANTIBODY SCREEN    COLLECTED: 03/03/99  ACCESSION #: 99-062-0778
ORDER: CD4(T4%)                       COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
ORDER: CD8(T8%)                       COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
ORDER: CD4(T4%) ABSOLUTE              COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
ORDER: CD8(T8%) ABSOLUTE              COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
ORDER: CD3(T3%)                       COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
ORDER: CD3(T3%) ABSOLUTE              COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
ORDER: CD4/CD8 & CBC/DIFF             COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
ORDER: HIV-1 RNA VIRAL LOAD QUANT     COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
ORDER: RPR QUALITATIVE                COLLECTED: 03/03/99  ACCESSION #: 99-062-0777
```

**Footnotes**

L = Low, H = High, f = Footnote

TOT BILIRUBIN   ANY DISCREPANCY BETWEEN TOTAL BILIRUBIN AND THE SUM OF CONJUGATED AND
                UNCONJUGATED BILIRUBIN IS DUE TO THE UNMEASURED DELTA BILIRUBIN. DELTA
                BILIRUBIN IS PRESENT IN MINIMAL CONCENTRATIONS IN NORMAL SERUM BUT
                INCREASES WHEN CONJUGATED BILIRUBIN EXCRETION IS IMPAIRED.

    PATIENT: CASON, PHILLIP              ***END OF CHART***    LOCATION: HCHF  D/C DATE: 03/03/99  PAGE:  1

(25)

HEALTH CARE FOR THE HOMELESS PROJECT, INC.
## HIV COUNSELING AND TESTING WORKSHEET

*(Complete for all patients who re ceive counseling)*

DATE OF VISIT _3 - 3 - 99_    SITE _C C N V_    STAFF _Cathy_

NAME _PHILLIP T CASON_    DOB _5 - 26 - 61_    SEX _M_

### RACE

| | | |
|---|---|---|
| ✓ | African American | |
| | White | |
| | Cuban | Puerto Rican |
| | Mexican | Other Hispanic |
| | Native American/Alaskan | |
| | Unknown | |
| | Other | |

### RISK GROUPS *(select one)*

| | |
|---|---|
| | homo/bisexual |
| | homosexual IVDU |
| | heterosexual IVDU |
| X | heterosexual not IVDU |
| | blood/blood products |
| X | crack use/sex for crack |
| | other/undetermined |

Referred by HIV+ person because of exposure    ☐ No    ☐ Yes

### PRE-TEST COUNSELING

☑ Counseling for HIV Testing          ☑ Test Done by HCHP
☐ Refused Testing                      ☐ Test Done by Another Provider

### PATIENT CONSENT

I have voluntarily agreed to have an HIV test. I understand that a positive result means that I am infected with HIV, the virus that causes AIDS. I understand that a negative test result means that there is no evidence of HIV infection at the current time.

I understand the virus can take up to six months to appear in the blood and that I should have another HIV test in six months if I have a negative result.

I have been told that this test is confidential and that the results cannot be released to anyone without my signed consent.

_Phillip T Cason_                    _3 - 3 - 99_
Signature                              Date

### TEST RESULTS

☐ negative          ☑ positive          ☐ inconclusive

(26)

D KARCHER, MD, DIRECTOR (42814)          DIVISION OF CLINICAL PATHOLOGY        ATT
M SIMPSON, MD, BLOOD BANK(43386)              WASHINGTON, D.C.                  ME
M WERNER, MD, CHEMISTRY(42730)                   994-2712                      RE
L DEPALMA, MD, HEMATOLOGY(42777)                                               DA
  DETRICK, PhD, IMMUNOLOGY(42797)                                              PH
J KEISER, MD, PhD, MICROBIOLOGY(42719)    FINAL LABORATORY REPORT              RE
J SALATA, LAB ADMINISTRATOR(42682)                                            PR

---

## GENERAL HEMATOLOGY

---

-----------------------------------------------*** CELL COUNTS ***---------------.

| | TEST: | WBC | RBC | HEMOGLOBIN | HEMATOCRIT | MCV |
|---|---|---|---|---|---|---|
| | REF RANGE: | 4.80-10.80 | 4.70-6.10 | 14.0-18.0 | 42.0-52.0 | 80.0-100.0 |
| | UNITS: | X10 3 | X10 6 | g/dL | % | fL |
| WED 01APR98 1120 | | 4.?? L | 3.?? L | 13.? L | 40.? L | 106.? H |

| | TEST: | HDW | PLATELET | MPV |
|---|---|---|---|---|
| | REF RANGE: | 2.20-3.20 | 130-400 | 7.2-11.1 |
| | UNITS: | g/dL | X10 3 | fL |
| WED 01APR98 1120 | | 2.38 | 223 | 8.1 |

-------------------------------------------*** DIFFERENTIAL, PERCENT ***-------------

| | TEST: | NEUTROPHIL | LYMPHOCYTE | MONOCYTE | EOSINOPHIL | BASOPHIL | L |
|---|---|---|---|---|---|---|---|
| | REF RANGE: | 40-65 | 21-44 | 0-7 | 0-5 | 0-2 | |
| | UNITS: | % | % | % | % | % | |
| WED 01APR98 1120 | | 48 f | 36 | 8 H | 3 | 1 | |

-------------------------------------------*** DIFFERENTIAL, ABSOLUTE ***-------------

| | TEST: | ABS NEUTROPHIL | ABS LYMPHOCYTE | ABS MONOCYTE | ABS EOSINOPHIL |
|---|---|---|---|---|---|
| | REF RANGE: | 1.80-7.00 | 1.00-4.80 | 0.00-0.80 | 0.00-0.65 |
| | UNITS: | X10 3 | X10 3 | X10 3 | X10 3 |
| WED 01APR98 1120 | | 1.? L | 1.? L | 0.18 | 0.07 |

---

## BLOOD CHEMISTRY

---

-----------------------------------------*** OTHER ENZYMES ***---------------

| | TEST: | AMYLASE |
|---|---|---|
| | REF RANGE: | 109 |
| | UNITS: | U/L |
| WED 01APR98 1120 | | 91 |

?? = Low, H = High, f = Footnote
?UTROPHIL      NORMAL RED CELL APPEARANCE IS INDICATED IF NO RED CELL MORPHOLOGY
              IS REPORTED.

PATIENT: CASON, PHILLIP                    LOCATION: HCHF

D KARCHER, MD, DIRECTOR (42814)
M SIMPSON, MD, BLOOD BANK (43386)
M WERNER, MD, CHEMISTRY (42730)
L DEPALMA, MD, HEMATOLOGY (42777)
DETRICK, PhD, IMMUNOLOGY (42797)
J KEISER, MD, PhD, MICROBIOLOGY (42719)
J SALATA, LAB ADMINISTRATOR (42682)

T FORGE WASHINGTON UNIVERSITY MEDICAL C
DIVISION OF CLINICAL PATHOLOGY
WASHINGTON, D.C.
994-2712

FINAL LABORATORY REPORT

PATIENT: CASON, PHILLIP

MED REC #: (8401) 9-0115124
REGISTERED: 01APR98 LOCATION : HCHF
DATE OF BIRTH: 26MAY61 SEX: MALE
PHYSICIAN: PAUL
REQ. PHYSICIAN: PAUL
PRINTED: 02APR98  TIME: 0216

---

## GENERAL HEMATOLOGY

---

### *** CELL COUNTS ***

| TEST: | WBC | RBC | HEMOGLOBIN | HEMATOCRIT | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|---|---|---|---|
| REF RANGE: | 4.80-10.80 | 4.70-6.10 | 14.0-18.0 | 42.0-52.0 | 80.0-100.0 | 25.4-34.6 | 33.0-37.0 | 11.5-14.5 |
| UNITS: | X10 3 | X10 6 | g/dL | % | fL | pg | g/dL | % |
| WED 01APR98 1120 | 2.31 L | 3.85 L | 12.0 L | 40.4 L | 105.2 H | 36.4 H | 34.2 | 14.2 |

| TEST: | HDW | PLATELET | MPV |
|---|---|---|---|
| REF RANGE: | 2.20-3.20 | 130-400 | 7.2-11.1 |
| UNITS: | g/dL | X10 3 | fL |
| WED 01APR98 1120 | 2.38 | 223 | 8.1 |

### *** DIFFERENTIAL, PERCENT ***

| TEST: | NEUTROPHIL | LYMPHOCYTE | MONOCYTE | EOSINOPHIL | BASOPHIL | LG UNSTAIN CELL |
|---|---|---|---|---|---|---|
| REF RANGE: | 40-65 | 21-44 | 0-7 | 0-5 | 0-2 | 0-4 |
| UNITS: | % | % | % | % | % | % |
| WED 01APR98 1120 | 48 f | 36 | 8 H | 3 | 1 | 4 |

### *** DIFFERENTIAL, ABSOLUTE ***

| TEST: | ABS NEUTROPHIL | ABS LYMPHOCYTE | ABS MONOCYTE | ABS EOSINOPHIL | ABS BASOPHIL | ABS LG UNSTAIN |
|---|---|---|---|---|---|---|
| REF RANGE: | 1.80-7.00 | 1.00-4.80 | 0.00-0.80 | 0.00-0.65 | 0.00-0.20 | 0.00-0.40 |
| UNITS: | X10 3 | X10 3 | X10 3 | X10 3 | X10 3 | X10 3 |
| WED 01APR98 1120 | 1.11 L | 0.82 L | 0.18 | 0.07 | 0.02 | 0.09 |

---

## BLOOD CHEMISTRY

---

### *** OTHER ENZYMES ***

| TEST: | AMYLASE |
|---|---|
| REF RANGE: | 109 |
| UNITS: | U/L |
| WED 01APR98 1120 | 91 |

4/6/98

---

L = Low, H = High, f = Footnote

NEUTROPHIL      NORMAL RED CELL APPEARANCE IS INDICATED IF NO RED CELL MORPHOLOGY
                IS REPORTED.

PATIENT: CASON, PHILLIP                    LOCATION: HCHF              D/C DATE: 04/01/98  PAGE:  1

(28)

D KARCHER, MD, DIRECTOR (42814)
M SIMPSON, MD, BLOOD BANK(43386)
M WERNER, MD, CHEMISTRY(42730)
L DEPALMA, MD, HEMATOLOGY(42777)
J DETRICK, PhD, IMMUNOLOGY(42797)
J KEISER, MD, PhD, MICROBIOLOGY(42719)
J SALATA, LAB ADMINISTRATOR(42682)

DIVISION OF CLINICAL PATHOLOGY
WASHINGTON, D.C.
994-2712



FINAL LABORATORY REPORT

PATIENT: CASON, PHILLIP
MED REC #: (8401)9-0115124
REGISTERED: 01APR98 LOCATION : HCHF
DATE OF BIRTH: 26MAY61   SEX: MALE
PHYSICIAN: PAUL
REQ. PHYSICIAN: PAUL
PRINTED: 02APR98  TIME: 0216

---

### PENDING ORDERS

---

| | | |
|---|---|---|
| ORDER: CD4(T4%) | COLLECTED: 04/01/98 | ACCESSION #: 98-091-0658 |
| ORDER: CD8(T8%) | COLLECTED: 04/01/98 | ACCESSION #: 98-091-0658 |
| ORDER: CD4(T4%) ABSOLUTE | COLLECTED: 04/01/98 | ACCESSION #: 98-091-0658 |
| ORDER: CD8(T8%) ABSOLUTE | COLLECTED: 04/01/98 | ACCESSION #: 98-091-0658 |
| ORDER: CD3(T3%) | COLLECTED: 04/01/98 | ACCESSION #: 98-091-0658 |
| ORDER: CD3(T3%) ABSOLUTE | COLLECTED: 04/01/98 | ACCESSION #: 98-091-0658 |
| ORDER: CD4/CD8 & CBC/DIFF | COLLECTED: 04/01/98 | ACCESSION #: 98-091-0658 |
| ORDER: HIV-1 RNA PCR QUANTITATIVE | COLLECTED: 04/01/98 | ACCESSION #: 98-091-0653 |
| ORDER: RPR QUALITATIVE | COLLECTED: 04/01/98 | ACCESSION #: 98-091-0635 |

(29)

D KARCHER, MD, DIRECTOR (42814)
M SIMPSON, MD, BLOOD BANK (43386)
M WERNER, MD, CHEMISTRY (42730)
L DEPALMA, MD, HEMATOLOGY (42777)
J DETRICK, PhD, IMMUNOLOGY (42797)
J KEISER, MD, PhD, MICROBIOLOGY (42719)
J SALATA, LAB ADMINISTRATOR (42682)

DIVISION OF CLINICAL PATHOLOGY
WASHINGTON, D.C.
994-2712


ADDENDUM LAB REPORT

PATIENT: CASON, PHILLIP
MED REC #: (8401)9-0115124
REGISTERED: 01APR98 LOCATION: HCHF
DATE OF BIRTH: 26MAY61   SEX: MALE
PHYSICIAN: PAUL
REQ. PHYSICIAN: PAUL
PRINTED: 08APR98  TIME: 0239

-------------------------------------------------------------------------------

### SEROLOGY

-------------------------------------------------------------------------------

------------------------------***SYPHILIS SEROLOGY ***------------------------------

| | |
|---|---|
| TEST: | TREPO-MHA |
| REF RANGE: | NONREACT |
| WED 01APR98 1120 | 4+ REAC  * |

4/14/98

---

* = Abnormal

PATIENT:  CASON, PHILLIP               ***END OF CHART***     LOCATION: HCHF  D/C DATE: 04/01/98  PAGE:  1

(30)