D KARCHER, MD, DIRECTOR (42814)                  DIVISION OF CLINICAL PATHOLOGY          PATIENT: CASON, PHILLIP
M SIMPSON, MD, BLOOD BANK (43386)                        WASHINGTON, D.C.                MED REC #: (8401)9-0115124
M WERNER, MD, CHEMISTRY (42730)                             994-2712                     REGISTERED: 01APR98 LOCATION : HCHF
L DEPALMA, MD, HEMATOLOGY (42777)                                                        DATE OF BIRTH: 26MAY61  SEX: MALE
J DETRICK, PhD, IMMUNOLOGY (42797)                                                       PHYSICIAN: PAUL
J KEISER, MD, PhD, MICROBIOLOGY (42719)            FINAL LABORATORY REPORT               REQ. PHYSICIAN: PAUL
J SALATA, LAB ADMINISTRATOR (42682)                                                      PRINTED: 04APR98  TIME: 0451

---------------------------------------------------------------------------------------------------------------

                                              **SEROLOGY**

---------------------------------------------------------------------------------------------------------------

------------------------------------------*** OTHER TESTS ***---------------------------------------------------

            TEST:   HIV RNA PCR
WED 01APR98 1120     <400 f

CHART COPY
DO NOT DESTROY

Footnotes
f = Footnote
HIV RNA PCR.... 01APR98  1120 HIV-1 RNA IS LESS THAN 400 COPIES/ML, THE LOWER LIMIT OF DETECTION FOR THIS
                              ASSAY.

HIV RNA PCR     THE DETERMINATION OF HIV-1 RNA LEVELS MAY BE HELPFUL IN ASSESSMENT OF
                RESPONSE TO ANTI-RETROVIRAL THERAPY, IN DETERMINATION OF PROGNOSIS PRIOR TO
                THE INITIATION OF THERAPY, AND IN MONITORING THE PROGRESSION OF INFECTION.
                ANY CHANGE IN HIV-1 RNA LEVEL MAY BE DUE TO THE EXPECTED VARIATION BETWEEN
                ASSAYS OR TO TRUE FLUCTUATIONS IN VIRAL RNA LEVEL, AND MUST BE INTERPRETED
                TOGETHER WITH ALL LABORATORY AND CLINICAL INFORMATION. THIS TEST IS INTENDED
                FOR USE ONLY IN INDIVIDUALS WITH DOCUMENTED HIV-1 INFECTION. TEST RESULTS
                SHOULD NOT BE USED FOR DIAGNOSIS OF HIV-1 INFECTION.
   PATIENT: CASON, PHILLIP              ***END OF CHART***      LOCATION: HCHF  D/C DATE: 04/01/98  PAGE:  1

D KARCHER, MD, DIRECTOR (42814)
M SIMPSON, MD, BLOOD BANK (43386)
M WERNER, MD, CHEMISTRY (42730)
L DEPALMA, MD, HEMATOLOGY (42777)
3 DETRICK, PhD, IMMUNOLOGY (42797)
J KEISER, MD, PhD, MICROBIOLOGY (42719)
J SALATA, LAB ADMINISTRATOR (42682)

GEORGE WASHINGTON UNIVERSITY HOSPITAL
DIVISION OF CLINICAL PATHOLOGY
WASHINGTON, D.C.
994-2712

ADDENDUM LAB REPORT

ATIENT: CASON, PHILLIP
MED REC #: (8401)9-0115124
REGISTERED: 01APR98 LOCATION : HCHF
DATE OF BIRTH: 26MAY61   SEX: MALE
PHYSICIAN: PAUL
REQ. PHYSICIAN: PAUL
PRINTED: 03APR98 TIME: 0211

---

## CLINICAL IMMUNOLOGY

---

### *** HELPER/SUPPRESSOR T CELL STUDIES ***

| TEST: | CD3(T3%) ABS | CD3(T3%) | CD4(T4%) ABS | CD4(T4%) | CD8(T8%) ABS | CD8(T8%) |
|---|---|---|---|---|---|---|
| REF RANGE: | 1040-1822 | 68.0-81.4 | 656-1190 | 41.0-55.8 | 332-746 | 21.0-35.2 |
| UNITS: | per uL | % | per uL | % | per uL | % |
| WED 01APR98 1120 | 6** Lf | 93.6 Hf | 254 Lf | 40.5 Lf | 419 f | 50.4 Hf |

---

## SEROLOGY

---

### *** SYPHILIS SEROLOGY ***

| TEST: | RPR QUAL | RPR QUAN |
|---|---|---|
| REF RANGE: | NONREACT | NONREACT |
| UNITS: | | TITER |
| WED 01APR98 1120 | REACTIVE *f | 1:1 * |

4/8/98

Footnotes
L = Low, H = High, * = Abnormal, f = Footnote

D3(T3%) ABS    DUE TO A CHANGE IN METHODOLOGY AS OF 7/7/97, THE REFERENCE RANGE HAS BEEN
               REVISED.
D3(T3%)        DUE TO A CHANGE IN METHODOLOGY AS OF 7/7/97, THE REFERENCE RANGE HAS BEEN
               REVISED.
PR QUAL....... 01APR98  1120 LAB HAS REPORTED THIS POSITIVE RESULT TO 'DC STD' CONTROL PROGRAM.
               PHYSICIAN/OTHER CARE PROVIDER IS REQUIRED TO MAKE REPORT TO 'DC STD'
               CONTROL PROGRAM WITHIN 48 HOURS AFTER DIAGNOSIS OR APPEARANCE OF SYMPTOMS.
D4(T4%) ABS    DUE TO A CHANGE IN METHODOLOGY AS OF 7/7/97, THE REFERENCE RANGE HAS BEEN
               REVISED.
D4(T4%)        DUE TO A CHANGE IN METHODOLOGY AS OF 7/7/97, THE REFERENCE RANGE HAS BEEN
               REVISED.
    %) ABS     DUE TO A CHANGE IN METHODOLOGY AS OF 7/7/97, THE REFERENCE RANGE HAS BEEN
               REVISED.
D8(T8%)        DUE TO A CHANGE IN METHODOLOGY AS OF 7/7/97, THE REFERENCE RANGE HAS BEEN
               REVISED.

PATIENT:  CASON, PHILLIP                    LOCATION: HCHF          D/C DATE: 04/01/98  PAGE:  1

(32)

GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER

D KARCHER, MD, DIRECTOR (42814)
M SIMPSON, MD, BLOOD BANK (43386)
M WERNER, MD, CHEMISTRY (42730)
L DEPALMA, MD, HEMATOLOGY (42777)
3 DETRICK, PhD, IMMUNOLOGY (42797)
J KEISER, MD, PhD, MICROBIOLOGY (42719)
J SALATA, LAB ADMINISTRATOR (42682)

DIVISION OF CLINICAL PATHOLOGY
WASHINGTON, D.C.
994-2712

ADDENDUM LAB REPORT

PATIENT: CASON, PHILLIP
MED REC #: (8401)9-0115124
REGISTERED: 01APR98 LOCATION: HCHF
DATE OF BIRTH: 26MAY61  SEX: MALE
PHYSICIAN: PAUL
REQ. PHYSICIAN: PAUL
PRINTED: 03APR98  TIME: 0211

------------------------------------------------------------------------------------------

### PENDING ORDERS

------------------------------------------------------------------------------------------

ORDER: HIV-1 RNA PCR QUANTITATIVE    COLLECTED: 04/01/98  ACCESSION #: 98-091-0653
ORDER: TREPONEMA PALLIDUM MHA        COLLECTED: 04/01/98  ACCESSION #: 98-091-0635

4/8/98

PATIENT:  CASON, PHILLIP          ***END OF CHART***    LOCATION: HCHF  D/C DATE: 04/01/98  PAGE:   2

(33)

Health Care for the Homeless Project
1717 Columbia Road, N.W.
Washington, D.C. 20009
(202) 328-1100

Date _____
Site _____
Pt. # _____
PF # _____

## MEDICAL
## PROGRESS NOTES

Name _Philip Cason_  Age _29_  B.D. _5 __ 61_
(First)      (M.I.)      (Last)

| DATE | INITIAL V.S.: B.P._100/68_ T._97-8_ P. _60_ R. _16_ Ht. _56"_ Wt.___ | U | A | D | M | Avoid ER | Avoid Inpt. |
|---|---|---|---|---|---|---|---|
| 6-11-90 | S) Pt. came in c̄ a c/o having V.D. Condition has been existing for about a wk. | | | | | | |
| | S.  X / wk    st alrey | | | | | | |
| | No external lesions on penis. | | | | | | |
| | Hx G.C. previously. | | | | | | |
| | O. Ext genitalia. | | | | | | |
| | Circ ♂ | | | | | | |
| | No discharge, even c̄ milking urethra. | | | | | | |
| | A. Urethritis - (by hx.) - no purulent discharge. | | | | | | |
| | Possible chlamydia | | | | | | |
| | P. Tetracyc. 500 g po qid x 10 days. | | | | | | |
| | RTC if problem persists - do culture. | | | | | | |
| | D. Birdwell | | | | | | |
| 6-13-90 | c/o his meds being stolen on Monday (TCN 500 mg) out of his locker, had to work yesterday so he couldn't get back until today.    D. Hayesham | BP | | | | P | |
| | | R | | | | | T 98.5 |
| | Refill above Prescription - | | | | | | wt. 127¾ |
| | give Doxycycline 100 BID #19 mo | | | | | | |
| | R JON | | | | | | |
| | Whitney - Pa | | | | | | |

U=Uncooperative   A=Under influence of alcohol   D=Under influence of drugs   M=Has serious mental or emotional problem

(34)

Health Care for the Homeless Project
1717 Columbia Road, N.W.
Washington, D.C. 20009
(202) 328-1100

Date 8-1-89
Site CUM
Pt. # 1057
PF #

### MEDICAL
### PROGRESS NOTES

Name _Phillip_ _T_ _Cason_    Age 28  B.D. 5-36-61
    (First)      (M.I.)      (Last)

| DATE | INITIAL V.S.: B.P. 118/72  T. 97.1  P. 60  R. 18    Ht.____  Wt.____ | U | A | D | M | Avoid ER | Avoid Inpt. |
|------|------|---|---|---|---|---|---|
| 8-1-89 | S- Pt Came in for P.E. | | | | | | |
| | pt needed ANU PE for some sort | | | | | | |
| | of housing placement. | | | | | | |
| | PE med form filled out — stamped | | | | | | |
| | wayne lewis, PAc | | | | | | |
| | D. Walton N | | | | | | |

U = Uncooperative   A = Under influence of alcohol   D = Under influence of drugs   M = Has serious mental or emotional problem

(35)

DIAGNOSTIC LABORATORY ASSOC.
11420 ROCKVILLE PIKE - ROCKVILLE, MD 2085_ - (301)230-7521

```
PATIENT NAME: CASON, PHILLIP              ACCOUNT #:        052661B
DOCTOR:     HCH/F-ENELOW                  DATE/TIME COLL: 10-MAR-97   03:10 PM
D/A DATE:   A 10-MAR-97                    DATE RECEIVED:  10-MAR-97
LOC: PLA   SEX: M    AGE: 035 Y           DATE/TIME REP:  12-MAR-97   09:15 AM
SPECIMEN ID: 87116
```

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
|-----------|--------|----------|-----------------|

**HEMATOLOGY**

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
|-----------|--------|----------|-----------------|
| RBC | | 4.13 L | 4.5-6.0 X10^6 |
| HGB | 14.2 | | 13.0-16.8 GM/DL |
| HEMATOCRIT | 42.7 | | 40.0-54.0 % |
| MCV | | 103.0 H | 77-98 MMM3 |
| MCH | | 34.4 H | 24.6-32.5 MMG |
| MCHC | 33.2 | | 32.2-35.25 G/DL |
| RDW | 14.1 | | 11.6-14.7 % |
| PLATELET COUNT | 195 | | 140-400 X10^3 |
| WBC | 5.3 | | 4.0-10.2 X10^3 |
| NEUTROPHILS | 67.4 | | 50-70 % |
| LYMPH | 21.6 | | 20-40 % |
| TOTAL LYMPH COUNT | | 1130 L | 1800-4200 CELLS/UL |
| MONOS | 7.7 | | 4-13.0 % |
| EOS | 3.0 | | 0-6 % |
| BASOS | 0.3 | | 0-2 % |
| CD4 LYMPHOCYTES | | 378. L | 500-1200 CELLS/UL |
| CD4 LYMPHOCYTE % | 33.2 | | 29.6-63.4 % |
| CD3 LYMPHOCYTE % | 82.6 | | 58.3-92.6 % |

---

T & B LYMPHOCYTES      (SEE BELOW)
CD4 PROFILE

| | ABSOLUTE COUNT | PERCENT | EXPECTED % |
|---|---|---|---|
| T4 HELPER CELLS (CD4) | 378. L CELLS/UL | 33.2* | 29.6 - 63.4 |
| MATURE T CELLS (CD3) | 941.* CELLS/UL | 82.6* | 58.3 - 92.6 |

Coulter Clones TM FDA approved antibodies: CD3/B4 & CD3/T8.
Data obtained from non FDA approved antibodies is for investigational use
only.

Pathologist:  JAMES SUNDEEN,MD

---

HCH-CARDOZO
HEALTH CENTER
3020 14TH STREET, NW
WASHINGTON, DC  20009

**RECEIVED** MAR 1 2 1997

*** CASON, PHILLIP,12-MAR-97  AT  09:15 ***                    FINAL

PROVIDENCE LABORATORY ASSOCIATES, 14705 Rock Ville Pike, RockVille, MD 20852

| PATIENT | | SEX | AGE/DOB | ACCOUNT | ID | RECEIVED | REPORTED |
|---------|--|-----|---------|---------|-----|----------|----------|
| CASON, PHILLIP | | M | 035 Y | 86344 | 86344 | 08-OCT-96 | 10-OCT-96 |

PHYSICIAN: HCH//F GOETCHEUS          COLLECTION: 10-08-96  3:15

| | TEST NAME | RESULT | NORMAL VALUE |
|--|-----------|--------|--------------|
| | ========= | ====== | ============ |

### *** HEMATOLOGY ***

| | TEST NAME | RESULT | NORMAL VALUE |
|--|-----------|--------|--------------|
| | WBC | 5.7 | 4.0-10.2 X10^3 |
| LO | RBC | 3.40 | 4.5-6.0 X10^6 |
| | HGB | 13.0 ✓ | 13.0-16.8 GM/DL |
| LO | HCT | 37.4 ✓ | 40.0-54.0 % |
| HI | MCV | 110.1 | 77-98 MMM3 |
| HI | MCH | 38.2 | 24.6-32.5 MMG |
| | MCHC | 34.7 | 32.2-35.25 G/DL |
| | RDW | 12.9 | 11.6-14.7 % |
| | PLATELET COUNT | 279 ✓ | 140-400 X10^3 |
| | LYMPH | 31.0 | 20-40 % |
| | MONOS | 10.0 | 4-13.0 % |
| | GRANULOCYTES | 53.0 | 50-70 % |
| | BASOS | 0.8 | 0-2 % |
| | EOS | 5.2 | 0-6 % |
| LO | TOTAL LYMPH COUNT | 1767. | 1800-4200 CELLS/UL |

---------------------------------------------------------------------

T & B LYMPHOCYTES      (SEE BELOW)
CD4 PROFILE

| | ABSOLUTE COUNT | | PERCENT | EXPECTED % |
|--|----------------|--|---------|------------|
| T4 HELPER CELLS (CD4) | 479.* | CELLS/UL | 26.4 | 29.6 - 63.4 |
| MATURE T CELLS (CD3) | 1469. | CELLS/UL | 81.0* | 58.3 - 92.6 |

Coulter Clones TM FDA approved antibodies: CD3/B4 & CD3/T8.
Data obtained from non FDA approved antibodies is for investigational use
only.

Pathologist:  JAMES SUNDEEN,MD

---------------------------------------------------------------------



HCH-CARDOZO
HEALTH CENTER
3020 14TH STREET, NW
WASHINGTON, DC  20009

*** CASON, PHILLIP,10-OCT-96  AT  09:19 ***          FINAL  PG 1

(37)

```
PATIENT                    SEX AGE/DOB   ACCOUNT      ID    RECEIVED    REPORTED
CASON, PHILLIP              M  035 Y     86344      86344  08-OCT-96   10-OCT-96
        PHYSICIAN: HCH//F GOETCHEUS                       COLLECTION: 10-08-96  3:15

        TEST NAME              RESULT                            NORMAL VALUE
        =========             ======                            ============

                   *** SPECIAL CHEMISTRY ***
LO   CD4 LYMPHOCYTES      √479.                          500-1200 cells/uL
     CD3 SURFACE MARKER    1469.
     CD14 SURFACE MARKER   1.00
     CD45 SURFACE MARKER   97.4
```



          HCH-CARDOZO
          HEALTH CENTER
          3020 14TH STREET, NW
          WASHINGTON, DC  20009

*** CASON, PHILLIP,10-OCT-96  AT  09:19 ***                FINAL  PG 2

(38)

GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER



| D. KARCHER, MD, DIRECTOR (42814) | DIVISION OF CLINICAL PATHOLOGY | **PATIENT:** CASON, PHILLIP |
| M SIMPSON, MD, BLOOD BANK (43386) | WASHINGTON, D.C. | MED REC #: (8401)9-0097659 |
| M WERNER, MD, CHEMISTRY (42730) | 994-2712 | REGISTERED: 19JUN96 LOCATION: HCHB |
| L DEPALMA, MD, HEMATOLOGY (42777) | | DATE OF BIRTH: 26MAY61  SEX : MALE |
| B DETRICK, PhD, IMMUNOLOGY (42797) | | PHYSICIAN: WINTERYER |
| J KEISER, MD, PhD, MICROBIOLOGY (42719) | ADDENDUM LAB REPORT | REQ. PHYSICIAN: WINTERYER |
| J SALATA, LAB ADMINISTRATOR (42682) | | PRINTED: 21JUN96  TIME: 0312 |

*June 14*
*1446*

-------------------------------------------------------------------------------

### CLINICAL IMMUNOLOGY

-------------------------------------------------------------------------------

-----------------*** HELPER/SUPPRESSOR T CELL STUDIES ***-----------------

| | TEST: | CD3(T3%) ABS | CD3(T3%) | CD4(T4%) ABS | CD4(T4%) | CD8(T8%) ABS | CD8(T8%) |
|---|---|---|---|---|---|---|---|
| | REF RANGE: | | | 400 | 36-54 | 250-1100 | 22-36 |
| | UNITS: | per uL | % | per uL | % | per uL | % |
| WED 19JUN96 0800 | | NORESULT * | NORESULT * | 495 f | 30 L | 923 | 56 H |

F  notes
L = Low, H = High, * = Abnormal, f = Footnote
CD4(T4%) ABS    NORMAL RANGES AND CRITICAL VALUES ARE REPLACING INTERPRETATIONS.
    PATIENT:  CASON, PHILLIP              ***END OF CHART***    LOCATION: HCHB  D/C DATE: 06/19/96  PAGE:  1

(39)

GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER

```
D KARCHER, MD, DIRECTOR (42814)          DIVISION OF CLINICAL PATHOLOGY      PATIENT: CASON, PHILLIP
M SIMPSON, MD, BLOOD BANK (43386)              WASHINGTON, D.C.              MED REC #: (8401)9-0097659
M WERNER, MD, CHEMISTRY (42730)                   994-2712                  REGISTERED: 19JUN96 LOCATION: HCHB
L DEPALMA, MD, HEMATOLOGY (42777)                                           DATE OF BIRTH: 26MAY61  SEX: MALE
B DETRICK, PhD, IMMUNOLOGY (42797)                                          PHYSICIAN: WINTERYER
J KEISER, MD, PhD, MICROBIOLOGY (42719)     FINAL LABORATORY REPORT         REQ. PHYSICIAN: WINTERYER
J SALATA, LAB ADMINISTRATOR (42682)                                         PRINTED: 20JUN96  TIME: 0248
```

---

## GENERAL HEMATOLOGY

---

### *** CELL COUNTS ***

| TEST: | WBC | RBC | HEMOGLOBIN | HEMATOCRIT | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|---|---|---|---|
| REF RANGE: | 4.80-10.00 | 4.70-6.10 | 14.0-18.0 | 42.0-52.0 | 80.0-100.0 | 25.4-34.6 | 33.0-37.0 | 11.5-14.5 |
| UNITS: | X10 3 | X10 6 | g/dL | % | fL | pg | g/dL | % |
| WED 19JUN96 0800 | 4.85 | 3.66 L | 13.3 L | 41.5 L | 113.3 C | 36.3 H | 32.1 L | 16.1 H |

| TEST: | HDW | PLATELET | MPV |
|---|---|---|---|
| REF RANGE: | 2.20-3.20 | 130-400 | 7.2-11.1 |
| UNITS: | g/dL | X10 3 | fL |
| WED 19JUN96 0800 | 2.48 | 222 | 7.0 L |

---

### *** DIFFERENTIAL, PERCENT ***

| TEST: | NEUTROPHIL | LYMPHOCYTE | MONOCYTE | EOSINOPHIL | BASOPHIL | LG UNSTAIN CELL |
|---|---|---|---|---|---|---|
| REF RANGE: | 40-65 | 21-44 | 0-7 | 0-5 | 0-2 | 0-4 |
| UNITS: | % | % | % | % | % | % |
| WED 19JUN96 0800 | 54 | 34 | 8 H | 4 | 0 | 0 |

---

### *** DIFFERENTIAL, ABSOLUTE ***

| TEST: | ABS NEUTROPHIL | ABS LYMPHOCYTE | ABS MONOCYTE | ABS EOSINOPHIL | ABS BASOPHIL | ABS LG UNSTAIN |
|---|---|---|---|---|---|---|
| REF RANGE: | 1.80-7.00 | 1.00-4.80 | 0.00-0.80 | 0.00-0.65 | 0.00-0.20 | 0.00-0.40 |
| UNITS: | X10 3 | X10 3 | X10 3 | X10 3 | X10 3 | X10 3 |
| WED 19JUN96 0800 | 2.62 | 1.65 | 0.39 | 0.19 | 0.00 | 0.00 |

---

### * BLOOD CELL MORPHOLOGY ***

| TEST: | MACROCYTOSIS |
|---|---|
| WED 19JUN96 0800 | MODERATE * |

---

## PENDING ORDERS

---

```
ORDER: CD4(T4%)              COLLECTED: 06/19/96 ACCESSION #: 96-171-0900
ORDER: CD8(T8%)              COLLECTED: 06/19/96 ACCESSION #: 96-171-0900
ORDER: CD4(T4%) ABSOLUTE     COLLECTED: 06/19/96 ACCESSION #: 96-171-0900
ORDER: CD8(T8%) ABSOLUTE     COLLECTED: 06/19/96 ACCESSION #: 96-171-0900
ORDER: CD3(T3%)              COLLECTED: 06/19/96 ACCESSION #: 96-171-0900
ORDER: CD3(T3%) ABSOLUTE     COLLECTED: 06/19/96 ACCESSION #: 96-171-0900
ORDER: CD4/CD8 & CBC/DIFF    COLLECTED: 06/19/96 ACCESSION #: 96-171-0900
```

---

notes
L = Low, H = High, C = Critical, * = Abnormal
    PATIENT: CASON, PHILLIP              ***END OF CHART***    LOCATION: HCHB  D/C DATE: 06/19/96  PAGE:  1

```
D KARCHER, MD, DIRECTOR (42814)            GEORGE WASHINGTON UNIVERSITY MEDICAL C TER    PATIENT: CASON, PHILLIP
M SIMPSON, MD, BLOOD BANK (43386)              DIVISION OF CLINICAL PATHOLOGY              MED REC #: (8401)9-0097669
M WERNER, MD, CHEMISTRY (42730)                      WASHINGTON, D.C.                       REGISTERED: 19JUN96 LOCATION: HCHB
L DEPALMA, MD, HEMATOLOGY (42777)                       994-2712                            DATE OF BIRTH: 26MAY61  SEX : MALE
B DETRICK, PhD, IMMUNOLOGY (42797)                                                          PHYSICIAN: WINTERMYER
J KEISER, MD, PhD, MICROBIOLOGY (42719)           ADDENDUM LAB REPORT                       REQ. PHYSICIAN: WINTERMYER
J SALATA, LAB ADMINISTRATOR (42682)                                                         PRINTED: 21JUN96  TIME: 0312
```

---

### SEROLOGY

---

---------------------------------------------***  SYPHILIS SEROLOGY  ***---------------------------------------------

```
            TEST:   RPR QUAL    RPR QUAN
      REF RANGE:   NONREACT    NONREACT
          UNITS:                 TITER
WED 19JUN96 1557   REACTIVE *f   1:1  *
```

-------------------------------------------------***  OTHER TESTS  ***-------------------------------------------------

```
            TEST:   HBS AB    HEPATITIS C AB
      REF RANGE:               NEGATIVE
          UNITS:               ng/mL
WED 19JUN96 1557   NEGATIVE f   NEGATIVE f
```

---

### PENDING ORDERS

---

```
ORDER: TOXOPLASMA ANTIBODY IGG        COLLECTED: 06/19/96  ACCESSION #: 96-171-0931
ORDER: HUMAN IMMUNODEFICIENCY VIRUS   COLLECTED: 06/19/96  ACCESSION #: 96-171-0929
ORDER: HEPATITIS B IMMUNITY SCREEN    COLLECTED: 06/19/96  ACCESSION #: 96-171-0930
ORDER: TREPONEMA PALLIDUM MHA         COLLECTED: 06/19/96  ACCESSION #: 96-171-0928
```

**Footnotes**

\* = Abnormal, f = Footnote

RPR QUAL....... 19JUN96  1557 LAB HAS REPORTED THIS POSITIVE RESULT TO 'DC STD' CONTROL PROGRAM.
PHYSICIAN/OTHER CARE PROVIDER IS REQUIRED TO MAKE REPORT TO 'DC STD'
CONTROL PROGRAM WITHIN 48 HOURS AFTER DIAGNOSIS OR APPEARANCE OF SYMPTOMS.

HBS AB        POSITIVE RESULTS SUGGEST CURRENT OR PREVIOUS INFECTION WITH HEPATITIS B
OR A SUCCESSFUL VACCINATION.

F   TITIS C AB   A POSITIVE ANTI-HCV TEST MAY BE INDICATIVE OF RECENT AND/OR PAST INFECTION
BY HEPATITIS C VIRUS, BUT DOES NOT CONSTITUTE A DIAGNOSIS OF NON-A, NON-B
HEPATITIS. NEGATIVE RESULTS DO NOT RULE OUT INFECTION WITH HCV.

PATIENT: CASON, PHILLIP                     ***END OF CHART***        LOCATION: HCHB  D/C DATE: 06/19/96  PAGE:  1

( 41 )

D KARCHER, MD, DIRECTOR (42814)
M SIMPSON, MD, BLOOD BANK (43386)
M WERNER, MD, CHEMISTRY (42730)
L DEPALMA, MD, HEMATOLOGY (42777)
B DETRICK, PhD, IMMUNOLOGY (42797)
J KEISER, MD, PhD, MICROBIOLOGY (42719)
J SALATA, LAB ADMINISTRATOR (42682)

DIVISION OF CLINICAL PATHOLOGY
WASHINGTON, D.C.
994-2712

ADDENDUM LAB REPORT

PATIENT: CASON, PHILLIP
MED REC #: (8401) 9-0097669
REGISTERED: 19JUN96 LOCATION: HCHB
DATE OF BIRTH: 26MAY61 SEX: MALE
PHYSICIAN: WINTERMYER
REQ. PHYSICIAN: WINTERMYER
PRINTED: 22JUN96 TIME: 0319

---

## SEROLOGY

---

---

-----------------------------------------*** SYPHILIS SEROLOGY ***-----------------------------------------

|  | TEST: | TREPO-MHA |
|---|---|---|
|  | REF RANGE: | NONREACT |
| WED 19JUN96 1557 |  | 4+ REAC * |

-----------------------------------------*** OTHER TESTS ***-----------------------------------------

|  | TEST: | TOXO IGG AB | HBCORE AB | HBS AB | HBS AG |
|---|---|---|---|---|---|
|  | REF RANGE: | NEGATIVE |  |  |  |
|  | UNITS: | IU/mL |  |  |  |
| WED 19JUN96 1557 |  | NEGATIVE f | NEGATIVE | NEGATIVE f | NEGATIVE f |

---

### PENDING ORDERS

---

ORDER: HUMAN IMMUNODEFICIENCY VIRUS    COLLECTED: 06/19/96  ACCESSION #: 96-171-0929

**Footnotes**

\* = Abnormal, f = Footnote

TOXO IGG AB    TOXO IGG ASSAY RESULTS GREATER THAN OR EQUAL TO 6 IU/mL ARE POSITIVE
               FOR IGG ANTIBODY TO T. GONDII AND INDICATE ACUTE OR PAST INFECTION.
HBS AB         POSITIVE RESULTS SUGGEST CURRENT OR PREVIOUS INFECTION WITH HEPATITIS B
               OR A SUCCESSFUL VACCINATION.
h  AG          ALL REPEATEDLY REACTIVE HEPATITIS B SURFACE ANTIGEN SCREENS WILL BE
               CONFIRMED BY A NEUTRALIZATION PROCEDURE.

PATIENT: CASON, PHILLIP              ***END OF CHART***      LOCATION: HCHB  D/C DATE: 06/19/96  PAGE:  1

(42)

GEORGE WASHINGTON UNIVERSITY MEDICAL

```
D KARCHER, MD, DIRECTOR (42814)          DIVISION OF CLINICAL PATHOLOGY    PATIENT: CASON, PHILLIP
M SIMPSON, MD, BLOOD BANK(43386)              WASHINGTON, D.C.             MED REC #: (8401)9-0097669
M WERNER, MD, CHEMISTRY(42730)                   994-2712                 REGISTERED: 19JUN96 LOCATION: HCHB
L DEPALMA, MD, HEMATOLOGY(42777)                                          DATE OF BIRTH: 26MAY61  SEX: MALE
B DETRICK, PhD, IMMUNOLOGY(42797)                                         PHYSICIAN: WINTERMYER
J KEISER, MD, PhD, MICROBIOLOGY(42719)       FINAL LABORATORY REPORT      REQ. PHYSICIAN: WINTERMYER
J SALATA, LAB ADMINISTRATOR(42682)                                        PRINTED: 20JUN96  TIME: 0248
```

---

## BLOOD CHEMISTRY

---

### *** CHEMISTRY 6 ***

| TEST: | NA | K | CL | CO2 | BUN | CREATININE |
|---|---|---|---|---|---|---|
| REF RANGE: | 135-145 | 3.5-5.0 | 95-105 | 22.0-30.0 | 10-20 | 0.8-1.5 |
| UNITS: | mmol/L | mmol/L | mmol/L | mmol/L | mg/dL | mg/dL |
| WED 19JUN96 1557 | 138 | 5.8 Hf | 104 | 23.9 | 11 | 1.0 |

--- *** OTHER ENZYMES *** ---

| TEST: | ALT | GGT | ALKPHOS | AMYLASE | LIPASE |
|---|---|---|---|---|---|
| REF RANGE: | 20-70 | 5-75 | 40-125 | 109 | 25-300 |
| UNITS: | U/L | U/L | U/L | U/L | U/L |
| WED 19JUN96 1557 | 21 | 31 f | 85 | 98 | 110 |

--- *** OTHER TESTS *** ---

| TEST: | TOT BILIRUBIN |
|---|---|
| REF RANGE: | 0.2-1.3 |
| UNITS: | mg/dL |
| WED 19JUN96 1557 | 0.5 f |

--- *** CHEMISTRY 12 *** ---

| TEST: | CA | PHOSPHORUS | GLUCOSE | URIC ACID | CHOLESTEROL | PROTEIN | ALBUMIN | LD | AST |
|---|---|---|---|---|---|---|---|---|---|
| REF RANGE: | 8.5-10.5 | 2.5-4.5 | 65-112 | 3.5-8.0 | 180-240 | 6.0-8.0 | 3.5-5.0 | 300-600 | 10-45 |
| UNITS: | mg/dL | mg/dL | mg/dL | mg/dL | mg/dL | g/dL | g/dL | U/L | U/L |
| WED 19JUN96 1557 | 9.0 | 4.1 | 78 | 4.6 | 157 L | 8.3 H | 4.0 | 607 H | 29 |

---

## PENDING ORDERS

---

```
ORDER: TOXOPLASMA ANTIBODY IGG        COLLECTED:  06/19/96  ACCESSION #: 96-171-0931
ORDER: HUMAN IMMUNODEFICIENCY VIRUS   COLLECTED:  06/19/96  ACCESSION #: 96-171-0929
ORDER: HEPATITIS C ANTIBODIES         COLLECTED:  06/19/96  ACCESSION #: 96-171-0930
ORDER: HEPATITIS B IMMUNITY SCREEN    COLLECTED:  06/19/96  ACCESSION #: 96-171-0930
ORDER: RPR QUALITATIVE                COLLECTED:  06/19/96  ACCESSION #: 96-171-0928
```

**Footnotes**

L = Low, H = High, f = Footnote
K.............. 19JUN96  1557 NO HEMOLYSIS.
GGT

TOT BILIRUBIN   ANY DISCREPANCY BETWEEN TOTAL BILIRUBIN AND THE SUM OF CONJUGATED AND
                UNCONJUGATED BILIRUBIN IS DUE TO THE UNMEASURED DELTA BILIRUBIN. DELTA
                BILIRUBIN IS PRESENT IN MINIMAL CONCENTRATIONS IN NORMAL SERUM BUT
                INCREASES WHEN CONJUGATED BILIRUBIN EXCRETION IS IMPAIRED.
     PATIENT:  CASON, PHILLIP                      LOCATION: HCHB              D/C DATE: 06/19/96  PAGE:  1

(43)

GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER

| | | |
|---|---|---|
| D. KARCHER, MD, DIRECTOR (42814) | DIVISION OF CLINICAL PATHOLOGY | **PATIENT:** CASON, PHILLIP |
| M SIMPSON, MD, BLOOD BANK (43386) | WASHINGTON, D.C. | MED REC #: (8401)9-0097669 |
| M WERNER, MD, CHEMISTRY (42730) | 994-2712 | REGISTERED: 19JUN96 LOCATION: HCHB |
| L DEPALMA, MD, HEMATOLOGY (42777) | | DATE OF BIRTH: 26MAY61  SEX: MALE |
| B DETRICK, PhD, IMMUNOLOGY (42797) | | PHYSICIAN: WINTERMYER |
| J KEISER, MD, PhD, MICROBIOLOGY (42719) | FINAL LABORATORY REPORT | REQ. PHYSICIAN: WINTERMYER |
| J SALATA, LAB ADMINISTRATOR (42682) | | PRINTED: 27JUN96  TIME: 0453 |

---

### SEROLOGY

---

----------------------------------------------*** OTHER TESTS ***----------------------------------------------

```
              TEST:   HIV I IFA        HIV
              UNITS:    ABS
WED 19JUN96 1557     4+ REAC *      RPT REAC *f
```

```
+---------------------------+
|      CHART COPY           |
|    DO NOT DESTROY         |
+---------------------------+
```

**Footnotes**

* = Abnormal, f = Footnote

HIV        THE HIV ASSAY USES AN ELISA TEST FOR THE DETECTION OF ANTIBODY TO HIV.
           A CUTOFF VALUE IS ESTABLISHED FOR EACH RUN. IF THE INITIAL TEST RESULT IS
           EQUAL TO OR GREATER THAN THE CUTOFF, THE ORIGINAL SAMPLE IS RETESTED
           IN DUPLICATE. IF BOTH RETEST VALUES ARE LESS THAN THE CUTOFF, THE SAMPLE
           IS CONSIDERED NON-REACTIVE FOR HIV ANTIBODIES. IF ONE OR BOTH RETEST
           VALUES IS EQUAL TO OR GREATER THAN THE CUTOFF, THE SAMPLE IS CONSIDERED
           REPEATEDLY REACTIVE FOR HIV ANTIBODIES. REPEATEDLY REACTIVE HIV ELISA
           RESULTS ARE CONFIRMED BY IFA.
           THE TEST IS *NOT* DIAGNOSTIC FOR ACQUIRED IMMUNODEFICIENCY SYNDROME
           (AIDS). AS WITH ANY SEROLOGIC TEST THERE MAY BE SOME FALSE-POSITIVE
           RESULTS. SINCE ANTIBODY MAY NOT BE PRODUCED FOR SEVERAL MONTHS AFTER
           INFECTION, A NEGATIVE HIV ANTIBODY TEST DOES NOT TOTALLY RULE OUT THE
           POSSIBILITY OF INFECTION.

PATIENT:  CASON, PHILLIP            ***END OF CHART***    LOCATION: HCHB  D/C DATE: 06/19/96  PAGE:  1

HEALTH CARE FOR THE HOMELESS PROJECT, INC.
## HIV COUNSELING AND TESTING WORKSHEET

*(Complete for all patients who receive counseling)*

DATE OF VISIT_____    SITE _____    STAFF _____

NAME _Phillip    Cason_____    DOB _5-26-61_____    SEX _M___

### RACE

| | |
|---|---|
| | African American |
| | White |
| | Cuban | | Puerto Rican |
| | Mexican | | Other Hispanic |
| | Native American/Alaskan |
| | Unknown |
| | Other |

### RISK GROUPS *(select one)*

| | |
|---|---|
| | homo/bisexual |
| | homosexual IVDU |
| | heterosexual IVDU |
| | heterosexual not IVDU |
| | blood/blood products |
| | crack use/sex for crack |
| | other/undetermined |

Referred by HIV+ person because of exposure    ☐ No    ☐ Yes

---

## PRE-TEST COUNSELING

☐ Counseling for HIV Testing          ☐ Test Done by HCHP

☐ Refused Testing                     ☐ Test Done by Another Provider

---

## PATIENT CONSENT

I have voluntarily agreed to have an HIV test. I understand that a positive result means that I am infected with HIV, the virus that causes AIDS. I understand that a negative test result means that there is no evidence of HIV infection at the current time.

I understand the virus can take up to six months to appear in the blood and that I should have another HIV test in six months if I have a negative result.

I have been told that this test is confidential and that the results cannot be released to anyone without my signed consent.

_Phillip & Cason_____    _6-18-96_____
Signature                       Date

---

## TEST RESULTS

☐ negative          ☒ positive          ☐ inconclusive

*(45)*

Health Care for the Homeless Project, D.C.
320 14th Street, NW
Washington, D.C. 20009
(202) 745-4300

Date _____
Site _____
Pt. # _____

MEDICAL
PROGRESS NOTES

Name _P_H_I_L_L_I_P_ _T_ _____ _C_A_S_O_N_____ Age _36_   B.D. _5 - 26 - 61_

(First)          (M.I.)          (Last)

| DATE | INITIAL V.S.: B.P. 8P/52   T. 98.6 P. 92   R. 20   Ht. 5-6   Wt. 127 lbs | U | A | D | M | Avoid ER | Avoid Inpt. |
|---|---|---|---|---|---|---|---|
| 5/28/97 | CC: Client here for flu on medications and | | | | | | |
| | he has chest area stab wound. | | | | | | |
| | E. Blackburg RMA | | | | | | |
| | | | | | | | |
| | 36 y/o black male recently hospitalized | | | | | | |
| | for stab wound & R chest, abdomen — now | | | | | | |
| | here for HIV Rx referral. | | | | | | |
| | | | | | | | |
| | Has been on 127/001 since 1996 — now CD4 378. | | | | | | |
| | Reports poor compliance with current regimen — | | | | | | |
| | limited by drug availability — is and not of note. | | | | | | |
| | | | | | | | |
| | Exam: Stable | | | | | | |
| | well-healed scars — R chest wall | | | | | | |
| | & breath sounds R lung | | | | | | |
| | chest tube site clear — no purulence/no bleeding | | | | | | |
| | | | | | | | |
| | Labs — & CD4 on 127/001 — | | | | | | |
| | | | | | | | |
| | Plan: Resumed triple Rx — maint 127's 001 + Dy T | | | | | | |
| | and add protease inhibitor | | | | | | |
| | | | | | | | |
| | Has been referred to ADAP — will | | | | | | |
| | continue current regimen until | | | | | | |
| | able to change to triple combination once | | | | | | |
| | | | | | | | |
| | _____ CRNP | | | | | | |

(46)

Health Care for the Homeless Proje. c.
320 14th Street, NW
Washington, D.C. 20009
(202) 745-4300

Date _8-2-97_
Site _CCNV_
Pt. # _____

### MEDICAL
### PROGRESS NOTES

Name _PHILLIP_ _T_ _CASON_  Age _35_  B.D. _5-26-61_
(First)        (M.I.)        (Last)

| DATE | INITIAL V.S.: B.P. _90/58_  T. _98.8_  P. _92_  R. _20_  Ht. _5'6"_ Wt. _121_ |
|------|------|

| 5-22-97 | Medication refill ——— | A. Huff RN | U | A | D | M | Avoid ER | Avoid Inpt. |
|---|---|---|---|---|---|---|---|---|

Stabbed c̄ Knife - Chest & abdomen ® Side
had Surgery for wounds to Lungs
& Liver & abdomen -

① Admitted HUH 4/26/97 D/c 5/17/97
has follow-up appt 5/27/97 1 pm
Dr. Drakes Clinic Towers Suite 4880.

② area of Chest wound - healing well -

③ @ 4/16 — Still has suture from
Stab wound to ® Chest — Chest tube

④ redress Chest tube area -
c̄ tegaderm covering -
& 4x4 s

Plan ① AZT 100 mgm ꝟ TID #100
② DDI 50 mgm 2½ Tabs BID #
③ Zithromax 250mm ꝟ STAT; ꝟ QD x4 days
refer to Dr. Fellin 5/28/97 - 745 m
④ Motrin 600 ꝟ m #30

Health Care for the Homeless Proje   lC.
1320 14th Street, NW
Washington, D.C. 20009
(202) 745-4300

Date _3/10/97_

Site _CCNV_

Pt. # _____

## MEDICAL
## PROGRESS NOTES

Name _PHILLIP_ (First)   _____ (M.I.)   _CASON_ (Last)   Age _35_   B.D. _5/26/61_

| DATE | INITIAL V.S.: B.P. 118/68  T 97.6  P 74  R 18  Ht. ___  Wt. 135 | U | A | D | M | Avoid ER | Avoid Inpt. |
|---|---|---|---|---|---|---|---|
| 3/10/97 | Medication refill — S. Huff PA | | | | | | |
| | To start Karrick Hall a DCGH tomorrow, | | | | | | |
| | in-pt detox (cont cocaine) | | | | | | |
| | EtOH | | | | | | |
| | ◯ IVDA) | | | | | | |
| | Takes AZT/DDI ,,sporadically, ran out | | | | | | |
| | 2 wks ago | | | | | | |
| | Rec: Hold anti-retroviral drugs for | | | | | | |
| | now, since he takes them so | | | | | | |
| | erratically— | | | | | | |
| | ✓ CD4 ct | | | | | | |
| | F/u 2wks, p̄ he completes | | | | | | |
| | Karrick Hall detox | | | | | | |
| | | | | | | | |
| | No show for Dr Gellen — S.H.    /R. Emily P | | | | | | |

U = Uncooperative    A = Under influence of alcohol    D = Under influence of drugs    M = Has serious mental or emotional problem

(48)

Health Care for the Homeless Project
1320 14th Street, NW
Washington, D.C. 20009
(202) 745-4300

Date 1-27-97
Site CCM
Pt. # _____

## MEDICAL PROGRESS NOTES

Name __Phillip__ _____ __Cason__  Age _____ B.D. 5-26-61
(First)       (M.I.)        (Last)

| DATE | INITIAL V.S.: B.P. ___ T. ___ P. ___ R. ___ Ht. ___ Wt. ___ | U | A | D | M | Avoid ER | Avoid Inpt. |
|------|--------------------------------------------------------------|---|---|---|---|----------|-------------|
| 1-27-97 2:48 | Came late stating he has been out of his medicines for 3-4 days. Too late to see doctor. Given AZT (100 mg) II tid #100 DDI 50 mg 2½ tabs bid #50 (125 mg powder not available) per Dr. Enelow PROMISED to return Saturday for f/u. Jan Feb 1 Don called to send DDI. 8M | | | | | | |
| | NO SHOW for Appointment 2/1/97 ✱ Pt must see Doctor before dispensing any medicines. | | | | | | |
| 2/25/97 | B/P 100/70  T 98.6  P 72  R 20  Wt 134 Pt here today for meds refill. Ran out of meds — Recently incarcerated as did not return to Clinic — (1) HIV (+)  CD4 479 (2) RTC Am See NIH Dr. Fellin (3) APPT (en) give. Philip M / Wm Horger MD | | | | | | |

U = Uncooperative    A = Under influence of alcohol    D = Under influence of drugs    M = Has serious mental or emotional problem

(49)

Date _10-8-56_
Site _CCNV_
Pt. # _____

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

MEDICAL
PROGRESS NOTES

Name _Phillip_ _ _ _Cason_           Age _35_   B.D. _5-26-61_
(First)        (M.I.)        (Last)

| DATE | INITIAL V.S.: B.P. 100/64  T. 98.8  P. 78  R. 20  Ht. 5'6"  Wt. 128 |
|------|----|

| | U | A | D | M | Avoid ER | Avoid inpt |
|---|---|---|---|---|---|---|
| 10-8-96 cc: Pt here today for medication refill | | | | | | |
| 2:45 pm  ✓ follow-up | | | | | | |
| | | | | | | |
| | | | | | | |
| Needs refill of meds | | | | | | |
| | | | | | | |
| @ HIV ⊕ | | | | | | |
| | | | | | | |
| ① DDI 100mg # BID  # 100 | | | | | | |
| ② AZT 100mg # TID  # 100 | | | | | | |
| ③ multivit # QD #30 | | | | | | |
| ④ Cough Syrup # TID PV # 170 ml | | | | | | |
| | | | | | | |
| Do CBC, CD4 | | | | | | |
| | | | | | | |
| refer David Nathen for Evaluation of ADAP | | | | | | |
| | | | | | | |

(152)

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

MEDICAL
PROGRESS NOTES

Name _Phillip Cason_          Age_____ E
    (First)       (M.I.)      (Last)

| DATE | INITIAL V.S.: B.P. 114/26  T. 98.7 P. 76  R. |
|------|------|
| 9/16/96 3:32 | cc: pt here today for medic. Not on ADAP yet. Requests refill |
| | ② HIV ⊕ ↓ CD4 Count |
| | ① AZT 200mg ī TID #120 DDI 100mg ī BID #60 Multivits * qd #30 Advil ī TID #21 Cong Syrup ī TID TID |
| | RTC 2 weeks follow up (need bloodwork) |
| | ___ NP /// |
| 10-7-96 | Come late - ran out of AZT DDI Given DDI 100 mg ī bid # AZT 100mg ī tid #__ To come 3:30 am tomorrow (as soon gets off work. SMP Also needs bloodwork — |

U = Uncooperative    A = Under influence of alcohol    D = Under influence of drugs    M = Has serious =

Date _7/16/96_
Site _CCNV_
Pt. # _____

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

MEDICAL
PROGRESS NOTES

Name _Phillip Cason_    Age ____    B.D. _5-30-61_
(First)    (M.I.)    (Last)

| DATE | INITIAL V.S.: B.P. _114/26_ T. _98.7_ P. _76_ R. ___ Ht. ___ Wt. _178_ | U | A | D | M | Avoid ER | Avoid inpt. |
|---|---|---|---|---|---|---|---|
| 5/16/96 3:32 | CC: Pt here today for medication refill. Not on ADAP yet. Requests refill | | | | | | |
| | ® HIV ⊕ ↓ CD4 Count | | | | | | |
| | ® AZT 600mg II TD #120<br>DDI 100 mg II BID #60<br>Multivits ⊼ QD #30<br>Biffy ⊼ TD #21<br>Cough Syrup ⊼ QD TD | | | | | | |
| | RTC 2 weeks follow up (need bloodwork next visit) | | | | | | |
| 10-7-96 | Came late — ran out of AZT DDI<br>Given DDI 100 mg II bid #6<br>AZT 100 mg II tid #12<br>To come 3:30 pm tomorrow as soon as he gets off work. SMP<br>Also needs bloodwork — | | | | | | |

U = Uncooperative   A = Under influence of alcohol   D = Under influence of drugs   M = Has serious mental or emotional problem

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

Date _9-5-96_
Site _CCNV_
Pt. # _____

MEDICAL
PROGRESS NOTES

Name _Phillip_ _____ _Cason_ Age _____ B.D. _5-20-61_
(First)      (M.I.)      (Last)

| DATE | INITIAL V.S.: B.P. 110/80  T. 98.8  P. 68  R. 20  Ht. ___  Wt. 127/65 | U | A | D | M | Avoid ER | Avoid Inpt. |
|------|---|---|---|---|---|---|---|---|
| 9-5-96 | Pt request med refill — clea. | | | | | | |
| | Requests refill of meds — | | | | | | |
| ⓐ | QHIV+ | | | | | | |
| ⓟ | QADI 100mg II BD | | | | | | |
| | ② #2T 100mg II TID # 90 | | | | | | |
| | ③ HCT ÷ 50 #30 | | | | | | |
| | ④ Multivit ÷ QD #30 | | | | | | |
| | RTC follow — will do blood work new | | | | | | |
| | ___ | | | | | | |

U = Uncooperative   A = Under influence of alcohol   D = Under influence of drugs   M = Has serious mental or emotional problem

(56)

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

Date _2.29.96_
Site _EO_
Pt. # _____

MEDICAL
PROGRESS NOTES

Name _Phillip_ _Cason_     Age _35_   B.D. _5·20·61_
(First)        (M.I.)        (Last)

| DATE | INITIAL V.S.: B.P. 120/86   T. 98.4   P. 60   R.____   Ht.____   Wt.____ | U | A | D | M | Avoid ER | Avoid Inpt. |
|---|---|---|---|---|---|---|---|
| 8·29·96 | C/o stomach ache, vomiting (blood) x 18 hrs. | | | | | | |
| ? | Missed appt. at Eye Clinic | | | | | | |
| | ate pasta & beans & meat last night- began to have vomiting as diarrhea - 4 other residents last night had same problem. | | | | | | |
| | Ⓐ HIV ⊕ Vomiting ~ Nausea | | | | | | |
| | Ⓟ give Mylanta II ℥ ℥ TP as directed Ⓟ Zantac 150 mg ℥ BID  # 20 / Rx | | | | | | |
| | Note given for will Nate has seen at Clinic today | | | | | | |
| | RTC f/follow | | | | | | |
| | NWalking RN | | | | | | |

U = Uncooperative   A = Under influence of alcohol   D = Under influence of drugs   M = ...

(57)

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

Date _8/20/96_
Site _CCNV_
Pt. # _____

## MEDICAL
### PROGRESS NOTES

Name _Phillip_ _____ _Casson_      Age _35_  B.D. _5-20-61_
   (First)        (M.I.)        (Last)

| DATE | INITIAL V.S. : B.P. 108/60   T. 98.2   P. 78   R. 20   Ht. _____ Wt. _____ | U | A | D | M | Avoid ER | Avoid Inpt. |
|------|---|---|---|---|---|---|---|---|
| 8/20/96 | Here for refills - enquiring - patch for ℞ eye, redness ℞ |  |  |  |  |  |  |
|  | ℗        Ⓛ |  |  |  |  |  |  |
|  | ℗ Pupil not responsive to light - very enlarged pupil |  |  |  |  |  |  |
|  | ℗ refer to WHC Eye Care Today |  |  |  |  |  |  |
|  | (Trauma 1 week ago to ℞ Eye - went to DCGH - given Prescription to be picked up today - but did not go and get them - |  |  |  |  |  |  |
|  | Wuilya PA-C |  |  |  |  |  |  |

U = Uncooperative    A = Under influence of alcohol    D = Under influence of drugs    M = Has serious mental or emotional problem

( 58 )

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

MEDICAL
PROGRESS NOTES

Name _Phillip_ _Cason_ Age _35_ E
    (First)     (M.I.)     (Last)

| DATE | INITIAL V.S.: B.P. 100/60   T. 98.6   P. 80   R. 16 |
|------|-------------------------------------------------------|
| 8/5/96 | Here for meds refill. DDI & AZT, Bactrim, MVI, & Tylenol |
| | S/ States no problem ē taking meds, has advise no side effects. Is now living @ CCNN. ETH "1 beer/wk." Denies drug use · denies sex active. ⊕ left calf pain @ site of old injection lesion, requires Ibuprofen/takes approx. 5/ |
| | O/ WD WN · NAD |
| | VSS |
| | Lungs CTA |
| | Heart RRR ⊖ m/r/g |
| | Abdomen ⊕D/NT ⊖ HSM. |
| | A/P  HIV+, hx EtOH + drug abuse |
| | Refill med: DDI 200 mg BID ✓ #60 |
| | AZT 200 mg TID ✓ #100 |
| | MVI ī qd ✓ #30 |
| | Vit C 500 mg ī qd ✓ #30 |
| | Ibuprofen 400 mg ī po tid prn calf pain |
| | C.Anderson |
| | Addendum: Give Bactrim DS ī po Mon Wed Fri |
| | C.Anderson PE |

U = Uncooperative    A = Under influence of alcohol    D = Under influence of drugs    M = Has serious n=

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

Date _8/5/96_
Site _CCNV_
Pt. # _____

MEDICAL
PROGRESS NOTES

Name _Phillip_                    _Cason_        Age _35_  B.D. _5-20-61_
　　(First)　　　(M.I.)　　　(Last)

| DATE | INITIAL V.S.: B.P. 100/60  T. 98.6  P. 80  R. 16  Ht. ____  Wt. ____ | U | A | D | M | Avoid ER | Avoid Inpt. |
|------|-------------------------------------------------------------------------|---|---|---|---|----------|-------------|
| 8/5/96 | Here for meds refill DDI & AZT, Bactrim, Vit C & |   |   |   |   |          |             |
|  | MVI & Tylenol | † Palom RN |   |   |   |          |             |
|  | S/ Stets no problem c̄ taking meds, has noticed |   |   |   |   |          |             |
|  | no side effect. Is now living @ CCNV. Etoh: |   |   |   |   |          |             |
|  | "1 beer/wk" Denies drug use. denies sexual |   |   |   |   |          |             |
|  | activity. ⊕ left calf pain @ site of old injury |   |   |   |   |          |             |
|  | at Lorton, requests Ibuprofen (takes approx 5/wk) |   |   |   |   |          |             |
|  | ∅/ WD WN - NAD |   |   |   |   |          |             |
|  | VSS |   |   |   |   |          |             |
|  | Lungs CTA |   |   |   |   |          |             |
|  | Heart RRR ⊖ m/r/g |   |   |   |   |          |             |
|  | Abdomen ND/NT ⊕ HSM. |   |   |   |   |          |             |
|  | A/P  HIV+, hx Etoh + drug abuse |   |   |   |   |          |             |
|  | Refill med: DDI 200 mg BID ✓ #60 |   |   |   |   |          |             |
|  | AZT 200 mg TID ✓ #100 | CK |   |   |   |          |             |
|  | MVI ↑ qd ✓ #30 |   |   |   |   |          |             |
|  | Vit C 500 mg ↑ qd ✓ #30 |   |   |   |   |          |             |
|  | Ibuprofen 400 mg ↑ po tid prn ✓ #30 |   |   |   |   |          |             |
|  | calf pain |   |   |   |   |          |             |
|  | CA Derber PA-S |   |   |   |   |          |             |
|  | Addendum: give Bactrim DS ↑ po Mon Wed Fri | CK |   |   |   |          |             |
|  | CA Derber PA-S |   |   |   |   |          |             |

U = Uncooperative    A = Under influence of alcohol    D = Under influence of drugs    M = Has serious mental or emotional problem

60

Date 7-31-96
Site C C N V
Pt. # _____

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

MEDICAL
PROGRESS NOTES

Name _Phillip_ _CASON_ Age ____ B.D. 5-20-61
(First)    (M.I.)    (Last)

| DATE | INITIAL V.S.: B.P. 100/60 T 98.4 P 80 R 20 Ht. ____ Wt. 128 | | | | | | |
|------|------|---|---|---|---|---|---|
| | | U | A | D | M | Avoid ER | Avoid inpt. |
| 7/31/96 | New pt. he is here today for (L) leg | | | | | | |
| | Aching. (Very vague) | | | | | | |
| | (1) #IVD | | | | | | |
| | ? drug abuse | | | | | | |
| | Pt. was in Blair Program but d/c became | | | | | | |
| | of EtOH abuse — living on street — | | | | | | |
| | (2) #IVD | | | | | | |
| | EtOH abuse | | | | | | |
| | ? drug use | | | | | | |
| | (P) admit + referral | | | | | | |
| | engange recovery Program | | | | | | |
| | refer for admission to 3rd floor | | | | | | |
| | after meal | | | | | | |

U = Uncooperative    A = Under influence of alcohol    D = Under influence of drugs    M = Has serious mental or emotional problem

(61)

**Health Care for the Homeless Project, Inc.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005

Phone (202) 628-5660

MEDICAL
PROGRESS NOTES

Name _Phillip_ _____ _Cason_ Age _____
(First)      (M.I.)        (Last)

| DATE | INITIAL V.S.: B.P. 98/62  T. 98³  P. 84  R. ___ |
|------|---|
| 7/9/96 | S> Pt here for refill of meds - SDI AzT. Ø other complaints |

Ⓐ AIV ⊕

Ⓟ refill meds
① hr DDI 200 Mgm BID
② AzT 200 TID
③ Colmu mult'vits ⊗⊗

RX fallings

_[signature]_ ✓

Health Care for the Homeless Project, Inc.
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005

Phone (202) 628-5660

Date 7/9/96
Site _____
Pt. # _____

MEDICAL
PROGRESS NOTES

Name _Phillip_____ _Cason_____ Age _____ B.D. 5/30/61

(First)      (M.I.)      (Last)

| DATE | INITIAL V.S. B.P. 98/62 T. 98³ P. 84 R. ____ Ht. ____ Wt. 135 | U | A | D | M | Avoid ER | Avoid Inpt. |
|------|-----|---|---|---|---|---|---|
| 7/9/96 | S> Pt here for refill of meds—DDI + AZT. Ø other complaints | | | | | | |
| | | | | | | | |
| | ① A/U Ⓐ | | | | | | |
| | ℗ refill meds | | | | | | |
| | q hr ① DDI 200 mg BID | | | | | | |
| | ② AZT 200 mg BID | | | | | | |
| | ③ Cetin multivits | | | | | | |
| | RE Callmp | | | | | | |
| | (signature) | | | | | | |

U = Uncooperative   A = Under influence of alcohol   D = Under influence of drugs   M = Has serious mental or emotional problem

(63)

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

Date _7-2-96_
Site _Shelter_
Pt. # _____

*NKDA*

MEDICAL
PROGRESS NOTES

Name _Phillip_ _____ _Casar_ Age ____ B.D. _5-26-61_
(First)     (M.I.)     (Last)

| DATE | INITIAL V.S.: B.P. _92/60_   T. _98.8_  P. _80_   R. ____   Ht. ____  Wt. _136_ | U | A | D | M | Avoid ER | Avoid Inpt. |
|------|-----|---|---|---|---|----------|-------------|
| 7-2-96 | pt has come for follow-up | | | | | | |
| | C/O watery eye when reading - | | | | | | |
| | ① ? Presbyopia | | | | | | |
| | HIV ⊕ | | | | | | |
| | ② refer WHC Eye Center for Exam | | | | | | |
| | _[signature]_ | | | | | | |

U = Uncooperative   A = Under influence of alcohol   D = Under influence of drugs   M = Has serious mental or emotional problem

(64)

**Health Care for the Homeless Project, Inc.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005

Phone (202) 628-5660

Date _6-18-96_
Site _Blair_
Pt. # _____

NKDA

MEDICAL
PROGRESS NOTES

Name _Phillip_ _____ _Cason_ ____ Age ____ B.D. _5-26-61_
(First)        (M.I.)      (Last)

| DATE | INITIAL V.S.: B.P. _____ T_____ P_____ R_____ Ht._____ Wt._____ | U | A | D | M | Avoid ER | Avoid Inpt |
|------|---------|---|---|---|---|---|---|
| 6-18-96 | | | | | | | |
| | Blood Work ① HIV RPR | | | | | | |
| | CBC Chem (+12 | | | | | | |
| | Hep B + C | Drew | | 4CHA | | | |
| | Toxo w/ CD4 | | | | | | |
| | Amylase + Lipase | | | | | | |
| | LFT | | | | | | |
| | | | | | | | |
| | Concerned about SSDI | | | | | | |
| | also New Medication for HIV | | | | | | |
| | Presently on DDI w/ AZT | | | | | | |
| | [signature] | | | | | | |

**HEALTH CARE FOR THE HOMELESS PROJECT, INC.**
1234 Massachusetts Ave., N.W., Suite C-1009
Washington, D.C. 20005
(202) 628-5660

Date 6-11-96  6-18-96

Site _Bku_

Pt. # _____

**MEDICAL PROGRESS NOTES**

SS 156-95=5950

Name _Phillip_  _Cason_

(First)    (M.I.)    (Last)

Age _____  B.D. 526-61

| DATE | INITIAL V.S.: B.P. _____ T. _____ P. _____ R. _____ Ht. _____ Wt. _____ | U | A | D | M | Avoid ER | Avoid Inpt. |
|------|-----|---|---|---|---|---|---|
| 6-11-96 | Pt. Recently D/c'd from Prison – not given full supply of meds – ran out of DDI and AZT | | | | | | |
| | © HIV ⊕ | | | | | | |
| | ? CD4 | | | | | | |
| | ℗ give ① AZT 200mg TID #100 | | | | | | |
| | ② Multi vits ī qd #30 | | | | | | |
| | ③ Vit C 500 mg ī qd #30 | | | | | | |
| | ④ give DDI 100mg ī BID #44 | | | | | | |
| | Pt. Seen by Social Worker (Jim Conway) to get ADAP started | | | | | | |
| | RTC follow-up | | | | | | |
| | Worley MD | | | | | | |

U = Uncooperative    A = Under influence of alcohol    D = Under influence of drugs    M = Has serious mental or emotional problem

(66)

425 - 2nd Street, NW
Washington, DC 20001
(202) 737-5098

Site _____
Pt. # _____
PF # _____

## SOCIAL SERVICE
## PROGRESS NOTES

Name ___Phillip Carson___
(First)     (M.I.)     (Last)     Age ____ B.D. __5-26-61__

| DATE | | U | A | D |
|---|---|---|---|---|
| 3-5 | Ct RTC out of Lorton again! He is in Hope Village – Halfway House Langston Pl. S.E. 2844 Ct found a job with Miller Long – Engineer Aid. Applied Now. – had urines taken He will start when the results return. The Halfway Hr taken urine 3x week – He will be there for 120 days. SW spent some time helping Ct to see that he needs more than a prison program to deal with his addiction. Getting a job is not his priority if he is to stay out of prison. He is relying on the urines to keep him clean but SW stressed his need for a program to get to know himself & understand what his addiction is about. Ct has difficulty focusing on this. He will need a lot more counselling – but he has already set it up to be working and not to be able to follow through with counselling. Canary | | | |

Mr. Johnny Woodard, Jr.
136 Southern Plaza Drive
Dudley, North Carolina 28333
3 March 2008

SUBJECT: Medical Malpractice Litigation, Possibility of Litigation of
Postal Matters(Title 28 U.S.C.A. Section 1339)


Dear Sirs or Madam:

Per request 10 in forma pauperis forms, 10 cover sheets, 10 summons forms, 10
USM 285 forms(U.S. Marshals), fees, directions, instructions, etcs. as litigations
in your Honorable Court within 30 days from date of this documents. Urgently!!!!
Immediately!!!!

I am Paralegal.

In regards to Postal Matters(Title 28 U.S.C.A. Section 1339). This is my second
requests for forms as stated above. In past; I have lost checks*in mails, official
documents never delivered. Official mails opened for no reasons, etcs. Violations of
my civil rights amendments(13th, 14th, 15th amendments to United States Constitution.
Federal Question in Act of Congress(Section 1331 of Title 28 U.S.C.A.) ). CENSORSHIP**
of mails as basis of collusion(SEE 23 Am Jur 755) of litigation against Postal Service.

Forms requested are needed within 30*days from date of this document.

I HEREBY CERTIFY that foregoings under penalty of perjury is True and Correct.
(Title 28 U.S.C.A. Section 1746)

Executed on: 3 March 2008.

(S) Johnny Woodard, Jr.
Johnny Woodard, Jr. (Pro Se)
136 Southern Plaza Drive
Dudley, North Carolina 28333
Paralegal


CERTIFIED # 700707100001 5102 6593

Mr. Johnny Woodard, Jr.
136 Southern Plaza Drive
Dudley, North Carolina 28333
3 March 2008

SUBJECT:   Medical Malpractice Litigation, Possibility of Litigation of
           Postal Matters(Title 28 U.S.C.A. Section 1339)

Dear Sirs or Madam:

Per request 10 in forma pauperis forms, 10 cover sheets, 10 summons forms, 10
USM 285 forms(U.S. Marshals), fees, directions, instructions, etes. as litigations
in your Honorable Court within 30 days from date of this documents.  Urgently!!!!
Immediately!!!!

I am Paralegal.

In regards to Postal Matters(Title 28 U.S.C.A. Section 1339).  This is my second
requests for forms as stated above.  In past; I have lost checks*in mails, official
documents never delivered.  Official mails opened for no reasons, etes.  Violations of
my civil rights amendments(13th, 14th, 15th amendments to United States Constitution.
Federal Question in Act of Congress(Section 1331 of Title 28 U.S.C.A.) ).  CENSORSHIP**
of mails as basis of collusion(SEE 23 Am Jur 755) of litigation against Postal Service.

Forms requested are needed within 30*days from date of this document.

I HEREBY CERTIFY that foregoings under penalty of perjury is True and Correct.
(Title 28 U.S.C.A. Section 1746)

Executed on:  3 March 2008.

(S) Johnny Woodard Jr.
Johnny Woodard, Jr. (Pro Se)
136 Southern Plaza Drive
Dudley, North Carolina 28333
Paralegal

CERTIFIED # 700707100001 5102 6593

Mr. Johnny Woodard, Jr.
136 Southern Plaza Drive
Dudley, North Carolina 28333
3 March 2008

SUBJECT: Medical Malpractice Litigation, Possibility of Litigation of
Postal Matters(Title 28 U.S.C.A. Section 1339)

Dear Sirs or Madam:

Per request 10 in forma pauperis forms, 10 cover sheets, 10 summons forms, 10
USM 285 forms(U.S. Marshals), fees, directions, instructions, etcs. as litigations
in your Honorable Court within 30 days from date of this documents.  Urgently!!!!
Immediately!!!!

I am Paralegal.

In regards to Postal Matters(Title 28 U.S.C.A. Section 1339).  This is my second
requests for forms as stated above.  In past; I have lost checks*in mails, official
documents never delivered.  Official mails opened for no reasons, etcs.  Violations of
my civil rights amendments(13th, 14th, 15th amendments to United States Constitution.
Federal Question in Act of Congress(Section 1331 of Title 28 U.S.C.A.) ).  CENSORSHIP**
of mails as basis of collusion(SEE 23 Am Jur 755) of litigation against Postal Service.

Forms requested are needed within 30*days from date of this document.

I HEREBY CERTIFY that foregoings under penalty of perjury is True and Correct.
(Title 28 U.S.C.A. Section 1746)

Executed on: 3 March 2008.

(S) Johnny Woodard Jr.
Johnny Woodard, Jr. (Pro Se)
136 Southern Plaza Drive
Dudley, North Carolina 28333
Paralegal

CERTIFIED # 700707100001 5102 6593