IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLLIP T. CASON, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Civil Action No.: 1:06-CV-0446 (RMC) |
| | * |
| DC DEPARTMENT OF CORRECTIONS, et al., | * |
| | * |
| | * |
| Defendants. | * |

## AFFIDAVIT

I, Fameda Shah, being at least 18 years of age and competent to testify to the matters set forth below, do state that:

1. I understand that Plaintiff claims to have been injured when Lime Away was splashed into his left eye. Specifically I understand that the injury occurred while Mr. Cason was washing dishes and another inmate dropped several trays into a tub of water which contained Lime Away and that water splashed into his eye..

2. I am employed by ARAMARK Correctional Services, LLC. ("ARAMARK") Since 2003 I have been the Food Service Director for the District of Columbia Jail ("Jail") where the Plaintiff was incarcerated at the time of his alleged injury. As such I am familiar with the procedures of both ARAMARK and the Jail, as those procedures pertain to food service.

3. Plaintiff alleges to have been injured in March 2005. At that time, the food to be served to the inmates was prepared in the kitchen by inmates, under the supervision of ARAMARK.

4. The dishes are washed in a room adjacent to the kitchen in an area over which ARAMARK has no control.

5. ARAMARK has no involvement with dish washing. This is done by inmates under the supervision of the District of Columbia Department of Corrections.

7. ARAMARK does not purchase, control, possess or use Lime Away.

8. ARAMARK is not responsible for and does not provide or arrange for the provision of medical care to any prisoner.

I solemnly swear under the penalties of perjury that the foregoing is true and based upon personal knowledge.

_Fameda S Shah_
Fameda Shah