IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILLLIP T. CASON,           *

                           *

       Plaintiff         *

                           *

v.                      * Civil Action No.: 1:06-CV-0446 (RMC)

                           *

DC DEPARTMENT OF      *

CORRECTIONS, et al.,       *

                           *

       Defendants.     *

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment and ARAMARK's opposition thereto, it is this _____ day of _____, 2008

      ORDERED, that the Motion is DENIED.

_____

Honorable Rosemary M. Collyer
United States District Judge

Copies to:

Robert P. Scanlon, Esquire
Anderson & Quinn, LLC
25 Wood Lane
Rockville, MD 20850

Phillip Cason
Reg No: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, West Virginia 26525

Edward Schwab
Office of Corporation Counsel
441 Fourth Street, N.W.
6th Floor South
Washington, DC 20001