IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLLIP T. CASON, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Civil Action No.: 1:06-CV-0446 (RMC) |
| | * |
| DC DEPARTMENT OF CORRECTIONS, et al., | * |
| | * |
| Defendants. | * |

## ORDER

Upon consideration of ARAMARK Correctional Services, LLC's Motion for Summary Judgment and the opposition thereto, it is this ____ day of _____, 2008

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that judgment is hereby entered in favor of ARAMARK Correctional Services, LLC .

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Robert P. Scanlon, Esquire
Anderson & Quinn, LLC
25 Wood Lane
Rockville, MD 20850

Phillip Cason
Reg No: 10050-007
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, West Virginia 26525

Edward Schwab
Office of Corporation Counsel

441 Fourth Street, N.W.
6th Floor South
Washington, DC 20001