# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7052**                                              **September Term, 2007**

                                                                    06cv00446

Phillip Thomas Cason,                        Filed On:
          Appellant

     v.

Corrections Corporation of America, CCA, et al.,
          Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR 1 2 2008

CLERK

### ORDER

Upon consideration of the court's order to show cause filed August 14, 2007, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the appeal be dismissed.

The Clerk is directed to transmit to the district court forthwith a certified copy of this order in lieu of formal mandate.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                                    BY:  /s/
                                         Mark Butler
                                         Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: /s/ _____ Deputy Clerk