UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., N.W.
WASHINGTON, DC 20001

06 - 446 RMC

TO: La Tanau Scott, Operations
FROM: Larry Fizer, Finance Office
DATE: May 1, 2008
SUBJECT: Paid in Full Cases

As of May 1, 2008, the Finance Records show that Phillip T. Cason, Case# 06-CV-7203 and Case# 07-CV-7052 has paid his $455.00 new case filing fees in full.

Should you have any questions contact me at Ext. 3101.

**RECEIVED**

MAY 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT