In The United States District Court
For The District Of Columbia

| | |
|---|---|
| Phillip T. Cason DCDC #196-242<br>Plaintiff<br>v.<br>District Of Columbia et al,<br>Defendants | Civil-No<br>06-0446<br>(RMC) |

Renewed Summary Judgement

RECEIVED
JUN 6 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now Phillip T. Cason in Pro Se moves this honorable Court with this Renewed motion for Summary Judgement and state the following:

Plaintiff respectfully again would like to point out to this honorable Court that the defendant ARAMARK Correctional Service, INC, failed to respond or regarding Plaintiff medical records contained in Plaintiff Summary Judgement motion filed on 02/27/2008. Under the rule of federal rules of civil Procedure 56 (E) the defendants can not rest upon their Soul motion for Summary Judgement without any "proof" contesting the allegations contained in Plaintiff complaint, also not contesting Plaintiff motion for Summary Judgement which is Conceeded.

The defendant[s] medical staff diagnosed Plaintiff to have herpes in their medical records which was submitted to this Court on 02/27/2008

by Plaintiff contesting Plaintiff allegations that "Limeaway Chemical" splashed in Plaintiff eye which is supported by the medical records provided by Greater Southeast Washington hospital Center which contradicts the defendants allegations of coming in contact with herpes theory.

The defendants nither spoke about Plaintiff "Medical records" or "injury", but rather ellaborates on (a) limeaway, (b) That they didnt provide training. If this honorable Court would order the defendants to submitt to the court the safty information/ or instructions Pertaining to safty rules and regulations in the work environment that is in fact an requirement by federal law. These acknowledgements will prove to this honorable Court that at the time of injury they washt provided to Plaintiff by either entity ARAMARK Correctional Service, INC, or Department of Correction's.

RELIEF

Plaintiff respectfully ask that this Hon. Court to Grant Summary Judgment in Plaintiff behalf based on the medical records that the defendants is leaving uncontested

DATE: 06/2/2008

Respectfully Submitted
Phillip & Cason
IN Pro Se

## CERTIFICATE OF SERVICE

I, certify the information therein to be served on the following below through the United States Postal Service:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001

E. Louise Phillips
OFFICE OF the Attorney General
FOR THE DISTRICT OF COLUMBIA
441 4th STREET, N.W Sixth Floor
South, Washington D.C. 20001

Robert P. Scanlon, BAR #57110
THE ADAMS LAW CENTER
25 WOOD LANE
Rockville, Maryland 20850

Respectfully Submitted
Phillip F Cason
IN PRO SE

DATE 6-2-08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Phillip T. Cason DcDc #196-242<br>Plaintiff<br><br>v.<br><br>District of Columbia et al,<br>Defendants | Civil-Action<br>NO-06-0446<br>(RMC) |

## AFFIDAVIT

(1) The defendants failed to respond or/ regarding Plaintiff medical records contained in Plaintiff Summary Judgment motion filed on 02/27/2008

(2) The defendants are not standing on their original argument presented to this honorable court prior to Plaintiff receiving the medical records from defendant's Department of Corrections.

(3) Instead the defendants are deviating away from their original arguments in their affidavits also points and authorities presented to this honorable court, nip picking if you will.

(4) Oppose of Contesting Plaintiff medical records which shows injury.
(a) limeaway
(b) They didnt Provide training.

I Phillip & Cason declare said AFFIDAVIT under the Penalty of Perjury that the information is true and Correct to the best of Affiant Knowledge. Declaration Pursuant 28 U.S.C. § 1746, 18 USC § 1621.

Execute this 2 day of June, 2008

Respectfully Submitted
Phillip & Cason
IN Pro Se