UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILLIP THOMAS CASON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:06-CV-0446 |
| | ) (RMC) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS CORRECTIONS CORPORATION OF AMERICA AND DISTRICT OF COLUMBIA'S RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiff has filed a Renewed Motion for Summary Judgment. To the extent that Plaintiff attempts again to move for judgment against Defendants Corrections Corporation of America ("CCA") and the District of Columbia ("District"),[1] Plaintiff's Motion is improper as the Court has dismissed all of Plaintiff's claims against CCA and the District, and these parties are no longer part of this case.[2] *See* Mem. Op. (Mar. 9, 2007). Thus, Plaintiff's Motion should be denied.

> Respectfully submitted,
>
> PETER J. NICKLES
> Interim Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division

---

[1] Recognizing that the District of Columbia Department of Corrections is not *sui juris,* this Court has previously dismissed the Department of Corrections, which was named by Plaintiff, and replaced it with the District of Columbia.

[2] Plaintiff has filed a Motion to Reinstate his case against CCA and the District. CCA and the District submitted an Opposition, and that matter is presently pending before the Court.

   /s/ Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

   /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

Counsel for Corrections Corporation of America, Inc. and the District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, a copy of the foregoing was served on counsel of record via ECF, and mailed to the *pro se* Plaintiff via first-class mail, postage prepaid to:

    **PHILLIP THOMAS CASON**
    R10050-007
    MCCREARY UNITED STATES PENITENTIARY
    P.O. Box 3000
    Pine Knot, KY 42635

   /s/ Shana L. Frost
Shana L. Frost
Assistant Attorney General